# Exhibit 2

**From:** Camille LABORIE <c.laborie@cspgroupe.com>
**Date:** Thursday, July 4, 2024 at 3:11 AM
**To:** Pam at K18Hair <pam@k18hair.com>, Josette Ashiru <josettea@k18hair.com>
**Cc:** Bérénice CHASSAC <b.chassac@cspgroupe.com>
**Subject:** Chistmas box

Dear Pam and Josette,

I hope that you are doing well.

During your last presentation you mentioned a special offer of boxes for Christmas, can you please send us the following information:

- Designation and content
- pictures
- purchasing price and recommended retail price
- Minimum of quantities
- availibilty date

Waiting for your answer,
Best regards,


Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

c.laborie@cspgroupe.com

☎ 07 87 81 33 03

www.bleulibellule.com

 

5

