# Exhibit 3

| | |
|---|---|
| **From:** | Clémence NOWETA |
| **To:** | Laurent CHEVALIER |
| **Subject:** | TR: COMMANDE POH240300189 |
| **Date:** | Thursday, November 28, 2024 1:45:37 AM |
| **Attachments:** | image001.jpg |
| | image002.png |
| | image003.jpg |
| | image005.png |
| | image006.png |

**Cordialement,**

**Best Regards,**

**Clémence Noweta**

Approvisionneuse Prévisionniste Amont / Demand Planner

Département Supply Chain

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

Email : c.noweta@cspgroupe.com ; approcentrale@cspgroupe.com

Ligne directe : 04.34.28.22.06

Poste 601

www.bleulibellule.com



**De :** APPRO CENTRALE
**Envoyé :** vendredi 26 avril 2024 15:55
**À :** Camille LABORIE <c.laborie@cspgroupe.com>
**Cc :** Bérénice CHASSAC <b.chassac@cspgroupe.com>; APPRO CENTRALE <approcentrale@cspgroupe.com>
**Objet :** RE: COMMANDE POH240300189

Camille,

As-tu des infos à me communiquer ?
Tu as une date de dispo ? ou on arrete le projet ?

**Cordialement,**
**Best Regards,**

**Clémence Noweta**
Approvisionneuse Prévisionniste Amont / Demand Planner
Département Supply Chain
Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux
Email : c.noweta@cspgroupe.com ; approcentrale@cspgroupe.com
Ligne directe : 04.34.28.22.06
Poste 601
www.bleulibellule.com



**De :** Camille LABORIE <c.laborie@cspgroupe.com>
**Envoyé :** mardi 9 avril 2024 17:02
**À :** Pam at K18Hair <pam@k18hair.com>; APPRO CENTRALE <approcentrale@cspgroupe.com>
**Cc :** Josette Ashiru <josettea@k18hair.com>; Bérénice CHASSAC <b.chassac@cspgroupe.com>
**Objet :** RE: COMMANDE POH240300189

Dear Pam,

I don't undrestand, we send you the order very quickly, what hapened? Web already annonced to our shops the arrival of the 10 ml oil.

Can you please confirm us an availability date?

Bets regards,

Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

 c.laborie@cspgroupe.com

☎ 07 87 81 33 03

www.bleulibellule.com

Logos Signature Mail CSP



**De :** Pam at K18Hair <pam@k18hair.com>
**Envoyé :** mardi 9 avril 2024 16:25
**À :** APPRO CENTRALE <approcentrale@cspgroupe.com>
**Cc :** APPRO CENTRALE <approcentrale@cspgroupe.com>; Camille LABORIE <c.laborie@cspgroupe.com>; Josette Ashiru <josettea@k18hair.com>
**Objet :** Re: COMMANDE POH240300189

Hi Clemence,

I thought I had sent an email follow up regarding POH240300189. We are out of stock of the 10ml oil at this time and I am unable to ship this PO. I currently do not have a date as to when I will receive more that I can ship. Sorry for the inconvenience.



**Pam Allan**
Professional Channel Account Manager
415-328-2809 / pam@k18hair.com
k18hair.com @k18hair
aquis.com @aquishair

---

**From:** APPRO CENTRALE <approcentrale@cspgroupe.com>
**Date:** Tuesday, April 9, 2024 at 9:01 AM
**To:** Pam at K18Hair <pam@k18hair.com>
**Cc:** APPRO CENTRALE <approcentrale@cspgroupe.com>
**Subject:** RE: COMMANDE POH240300189

Dear Pam,

Please could you send me the confirmation order ?

**Cordialement,**
**Best Regards,**

**Clémence Noweta**
Approvisionneuse Prévisionniste Amont / Demand Planner
Département Supply Chain
Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux
Email : c.noweta@cspgroupe.com ; approcentrale@cspgroupe.com
Ligne directe : 04.34.28.22.06
Poste 601
www.bleulibellule.com



**De :** Pam at K18Hair <pam@k18hair.com>
**Envoyé :** mercredi 27 mars 2024 15:31
**À :** Camille LABORIE <c.laborie@cspgroupe.com>; APPRO CENTRALE <approcentrale@cspgroupe.com>
**Objet :** Re: COMMANDE POH240300189

Attached is the updated matrix with the correct pricing for the 10ml oils.



**Pam Allan**
Professional Channel Account Manager
415-328-2809 / pam@k18hair.com
k18hair.com @k18hair
aquis.com @aquishair

**From:** Camille LABORIE <c.laborie@cspgroupe.com>
**Date:** Tuesday, March 26, 2024 at 1:22 AM
**To:** APPRO CENTRALE <approcentrale@cspgroupe.com>, Pam at K18Hair <pam@k18hair.com>
**Subject:** RE: COMMANDE POH240300189

Dear Pam,

I hope that you are well.

You will find enclosed the matrix the prices you confirmed with the 10% discount.

Kind regards,

Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

c.laborie@cspgroupe.com

☏ 07 87 81 33 03

www.bleulibellule.com

**De :** Pam at K18Hair <pam@k18hair.com>
**Envoyé :** mardi 19 mars 2024 21:24
**À :** APPRO CENTRALE <approcentrale@cspgroupe.com>
**Cc :** APPRO CENTRALE <approcentrale@cspgroupe.com>
**Objet :** Re: COMMANDE POH240300189

Thank you for your order.  Unfortunately, there is a mistake with the price.  This is a promotional item at a low cost and due to margins the additional 10% cannot be added to the sku.  The sell price is $6.75.

I will send a PI over shortly.



**Pam Allan**

Professional Channel Account Manager

415-328-2809 / pam@k18hair.com
k18hair.com @k18hair
aquis.com @aquishair

---

**From:** approcentrale@cspgroupe.com <approcentrale@cspgroupe.com>
**Date:** Tuesday, March 19, 2024 at 3:59 AM
**To:** Pam at K18Hair <pam@k18hair.com>
**Cc:** approcentrale@cspgroupe.com <approcentrale@cspgroupe.com>
**Subject:** COMMANDE POH240300189

Please find enclosed a new order POH240300189
Best regards
Service supply CSP Logistics / Tél : 0033434282206