# Exhibit 4





CSP LOGISTICS
1 ALLEE DU PIOT

30660 GALLARGUES LE MONTUEUX

**Phone** 0430676767
**Fax**
**EU tax no.** FR92411350481

# PURCHASE ORDER

| Entry no. | Date | Supplier |
|---|---|---|
| POH240700323 | 29/07/2024 | AQUISHAIRSCIE |
| **Reference** | AZP_8301801 | |

Aquis Hair Sciences(K18 Hair)
621 Sansome Street

94110    SAN FRANCISCO
United States of America

| Product | Description | Ordered quantity | Discount 1 | Net price | excluded amount |
|---|---|---|---|---|---|
| Receiving site | 210    Shipped to    CSP LOGISTICS | | | | |
| Address code | 01    1 ALLEE DU PIOT | | | | |
| | 30660    GALLARGUES LE MONTUEUX | | | | |
| | France | | | | |
| K18SPH250 | Shampoing PH K18 250ml | 1 416 UN | 10,00 | 8,10 | 11 469,60 |
| K1840058 | Apres-shampoing damage shield | 96 UN | 10,00 | 24,75 | 2 376,00 |
| K18ML50 | Masque Leave In Repair 50ml K1 | 5 832 UN | 0,00 | 13,50 | 78 732,00 |
| K18SD250 | Shampoing Detox K18 250ml | 1 188 UN | 10,00 | 8,55 | 10 157,40 |
| K18MR15 | Masque Pro Repair 150ml K18 | 288 UN | 0,00 | 20,16 | 5 806,08 |
| K1840055 | Apres-shampoing damage shield | 960 UN | 10,00 | 8,10 | 7 776,00 |

Merci de nous transmettre par retour de fax au 04.66.71.74.81 ou mail achat@objectifcoiffure.fr
dans les 24h un accusé réception de notre commande contenant les ruptures, les tarifs d'achats et la date de livraison

Please acknowledge receipt of this order and confirm an estimated date of delivery by email at achat@objectifcoiffure.fr

| Shipment mode | Road Transport |
|---|---|
| Payment term | |

| | | |
|---|---|---|
| Tax excl line tot | 116 317,08 | USD |
| TOTAL TAX EXCLUDED | 116 317,08 | USD |
| TOTAL TAX INC | 116 317,08 | USD |

SAS with a capital of 1 561 924,00 EUR 0 SIC 4645Z

Page 1 sur 1