# Exhibit 5

| From: | Josette Ashiru |
|---|---|
| To: | Camille LABORIE; Pam at K18Hair; Antonin LANDOLFI; Bérénice CHASSAC; Laurent CHEVALIER |
| Subject: | RE: COMMANDE POH240700323 |
| Date: | Monday, August 12, 2024 6:18:17 AM |
| Attachments: | Outlook-mbiuzgs4.png |
| | Outlook-Logos Sign.png |
| | Outlook-Logos Sign[84].png |
| | Outlook-4yfx2vnk.png |
| | image001.png |
| | image002.png |
| | image003.png |

Yes!  I received it from legal and will have them send in DocuSign this week. Once you receive and have any questions we can review.

I'll confirm once it is sent.

Thanks
Josette

**K18**

**Josette Ashiru**
VP of International Sales, Pro Channels
302.462.6636 | josettea@k18hair.com
k18hair.com @k18hair

**From:** Camille LABORIE <c.laborie@cspgroupe.com>
**Date:** Monday, August 12, 2024 at 7:47 AM
**To:** Josette Ashiru <josettea@k18hair.com>, Pam at K18Hair <pama@k18hair.com>, Antonin LANDOLFI <a.landolfi@cspgroupe.com>, Bérénice CHASSAC <b.chassac@cspgroupe.com>, Laurent CHEVALIER <l.chevalier@cspgroupe.com>
**Subject:** RE: COMMANDE POH240700323

Dear Josette,

I hope that you had a nice weekend!

Can you please send us the contract?

Best regards,

Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

c.laborie@cspgroupe.com

07 87 81 33 03

www.bleulibellule.com





---

**De :** Josette Ashiru <josettea@k18hair.com>
**Envoyé :** jeudi 8 août 2024 14:57
**À :** Pam at K18Hair <pama@k18hair.com>; Camille LABORIE <c.laborie@cspgroupe.com>; Antonin LANDOLFI <a.landolfi@cspgroupe.com>; Bérénice CHASSAC <b.chassac@cspgroupe.com>; Laurent CHEVALIER <l.chevalier@cspgroupe.com>
**Objet :** Re: COMMANDE POH240700323

We got the agreement from legal yesterday. So I will get over to you all tomorrow or Monday.

Thanks
Josette

**K18**

**Josette Ashiru**
VP of International Sales, Pro Channels
302.462.6636 | josettea@k18hair.com
k18hair.com @k18hair

---

**From:** Pam at K18Hair <pama@k18hair.com>
**Date:** Thursday, August 8, 2024 at 7:21 AM

**To:** Camille LABORIE <c.laborie@cspgroupe.com>, Antonin LANDOLFI
<a.landolfi@cspgroupe.com>, Josette Ashiru <josettea@k18hair.com>, Bérénice
CHASSAC <b.chassac@cspgroupe.com>, Laurent CHEVALIER
<l.chevalier@cspgroupe.com>
**Subject:** Re: COMMANDE POH240700323

Hi Camille,

Thank you for confirming payment.  We are still waiting on your contract to be signed.  I am in
touch with Josette and once signed she will let me know and I can release your order.

Pam



**Pam Allan**
Account Manager - International
415-328-2809 / pama@k18hair.com
k18hair.com @k18hair
aquis.com @aquishair

---

**From:** Camille LABORIE <c.laborie@cspgroupe.com>
**Date:** Thursday, August 8, 2024 at 3:58 AM
**To:** Antonin LANDOLFI <a.landolfi@cspgroupe.com>, Josette Ashiru
<josettea@k18hair.com>, Bérénice CHASSAC <b.chassac@cspgroupe.com>, Laurent
CHEVALIER <l.chevalier@cspgroupe.com>
**Cc:** Pam at K18Hair <pama@k18hair.com>
**Subject:** RE: COMMANDE POH240700323

Dear Pam and Josette,

Please find enclosed the proof of payment of the pending invoice.

Can you please release the order?

Thank you in advance for your confirmation,
Best regards,

Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

 c.laborie@cspgroupe.com

 07 87 81 33 03

www.bleulibellule.com





---

**De :** Antonin LANDOLFI <a.landolfi@cspgroupe.com>
**Envoyé :** mardi 30 juillet 2024 14:15
**À :** Josette Ashiru <josettea@k18hair.com>
**Cc :** Pam at K18Hair <pama@k18hair.com>; Camille LABORIE <c.laborie@cspgroupe.com>
**Objet :** RE: COMMANDE POH240700323

Hello Pam & Josette,

Thanks for the feedback.
We are checking with our accounting to move things forward.

Antonin

---

**De :** Josette Ashiru <josettea@k18hair.com>
**Envoyé :** mardi 30 juillet 2024 14:10
**À :** Antonin LANDOLFI <a.landolfi@cspgroupe.com>
**Cc :** Pam at K18Hair <pama@k18hair.com>; Camille LABORIE <c.laborie@cspgroupe.com>
**Objet :** Re: COMMANDE POH240700323

Antonin

I believe you have a past due invoice with us and we will have new terms in the agreement.
We would prefer to have the invoice paid and the new agreement in place before we ship.

We will get that to you end of next week and can then expedite getting this order to you quickly.
paid.

If you can pay the invoice that will also help us move this order.

Thank you
Josette

**K18**
**Josette Ashiru**
VP, International Sales, Pro Channels
302.462.6636 | josettea@k18hair.com
k18hair.com @k18hair

> On Jul 30, 2024, at 4:59 AM, Antonin LANDOLFI <a.landolfi@cspgroupe.com> wrote:
>
> Hello Josette,
>
> I do not understand why you are not proceeding with this order.
> Can you please clarify?
>
> Not serving this PO is putting us at risk of out of stock.
>
> Thanks a lot for your clarification.
>
> Antonin
>
> ---
>
> **De :** Pam at K18Hair <pama@k18hair.com>
> **Envoyé :** lundi 29 juillet 2024 16:29
> **À :** Camille LABORIE <c.laborie@cspgroupe.com>; Josette Ashiru <josettea@k18hair.com>
> **Objet :** FW: COMMANDE POH240700323

Vous ne recevez pas souvent de courriers de la part de pama@k18hair.com. Découvrez pourquoi cela est important

Hi Camille,

Will you let your team know that we will be holding this PO until contracts are signed.  Thank you.

<image001.png>
**Pam Allan**
Account Manager - International
415-328-2809 / pama@k18hair.com
k18hair.com @k18hair
aquis.com @aquishair

---

**From:** approcentrale@cspgroupe.com <approcentrale@cspgroupe.com>
**Date:** Monday, July 29, 2024 at 5:19 AM
**To:** Pam at K18Hair <pam@k18hair.com>
**Cc:** approcentrale@cspgroupe.com <approcentrale@cspgroupe.com>
**Subject:** COMMANDE POH240700323

Please find enclosed a new order POH240700323
Best regards
Service supply CSP Logistics / Tél : 0033434282206
<Cmd_POH240700323.csv>