# Exhibit 7

| | |
|---|---|
| **From:** | Emilie CHICH |
| **To:** | Josette Ashiru |
| **Cc:** | Helen MacLeod; Bérénice CHASSAC; Camille LABORIE; Nicolas Barthelemy; Celine Groux; y.catherine |
| **Subject:** | RE: Bleu Libellule Agreement |
| **Date:** | Monday, September 23, 2024 1:45:57 AM |
| **Attachments:** | image004.png<br>image005.png<br>image006.png<br>image007.png<br>image008.png |

Dear Josette,

First of all, our order has still not been prepared 2 months after sending it and it seems that you avoid answering our many requests regarding this order . We will be out of stock very soon which is, once again, detrimental for our business. It seems that K18 is making the signing of a new agreement a precondition for the release of outstanding orders which is not acceptable regarding terms of our agreement. So I'm asking you, please, to make our order available for shipping before the 27th of September 2024. Please confirm this point.

Secondly, your final offer is unacceptable. The conditions are too far from our current agreement:

1. *Margin – 50%, but we offer an additional 5% (of the year purchase goal) coop with proof of marketing spend*

As we told you, your proposition represents an increase between 100 et 178% on our current purchasing prices. There isn't any reason justifying this increase. Despite this, we proposed a compromise by accepting +30% and giving up our extra discount of 10%, not to mention that we also consented to renounce our exclusivity on the French PBIO's and retail market. This is the maximum we can accept, considering our actual valid agreement.

2. *Purchase minimums – your proposal of $150K in 2024 and $500K in 2025 is acceptable*

We can achieve this forecast only in the case we can continue distributing the same assortment as mentioned in our current agreement and if you deliver our orders as well.

3. *Pro products – are not part of the retail assortment and will not be included.*

Our activity didn't change, we still distribute to b to b and it represents 25% of our K18 sell out. As discussed, we can also develop it with Provalliance salons. So, giving up this important segment of our business without significant compensation is not acceptable either.

As we didn't reach a favorable outcome in our commercial discussions, Céline and Nicolas, from our legal department, will come back to you.

*Best regards,*

**Emilie CHICH**
*Directrice Achats & Offre*



1, allée du Piot – 30660 Gallargues Le Montueux
e.chich@cspgroupe.com
0679519975
www.bleulibellule.com


**From:** Josette Ashiru <josettea@k18hair.com>
**Sent:** Tuesday, September 17, 2024 10:49 PM
**To:** Emilie CHICH <e.chich@cspgroupe.com>
**Cc:** Helen MacLeod <helenm@k18hair.com>; Bérénice CHASSAC <b.chassac@cspgroupe.com>; Camille LABORIE <c.laborie@cspgroupe.com>; Nicolas Barthelemy <Nicolas.Barthelemy@provalliance.fr>; Celine Groux <Celine.Groux@provalliance.fr>; Yohann CATHERINE <y.catherine@cspgroupe.com>
**Subject:** Re: Bleu Libellule Agreement

Hi Emilie,

Thank you for taking the time to put together and provide your proposal. We have reviewed it with care and here are our final thoughts:

1. Margin – 50%, but we offer an additional 5% (of the year purchase goal) coop with proof of marketing spend
2. Purchase minimums – your proposal of $150K in 2024 and $500K in 2025 is acceptable
3. Pro products – are not part of the retail assortment and will not be included.

Again, we value your partnership and hope that we can move forward with execution of the termination agreement and the updated agreement with the above final revisions.

Thank you
Josette



**Josette Ashiru**
VP of International Sales, Pro Channels
302.462.6636 | josettea@k18hair.com
k18hair.com  @k18hair

**From:** Emilie CHICH <e.chich@cspgroupe.com>
**Date:** Monday, September 16, 2024 at 11:19 AM
**To:** Josette Ashiru <josettea@k18hair.com>
**Cc:** Helen MacLeod <helenm@k18hair.com>, Bérénice CHASSAC <b.chassac@cspgroupe.com>, Camille LABORIE <c.laborie@cspgroupe.com>, Nicolas Barthelemy <Nicolas.Barthelemy@provalliance.fr>, Celine Groux <Celine.Groux@provalliance.fr>, Yohann CATHERINE <y.catherine@cspgroupe.com>
**Subject:** RE: Bleu Libellule Agreement

Hi Josette,

I am following up on my previous email on our agreement and our order. Could you please provide us an answer?

We must unlock the situation please.

Thank you


*Cordialement, Best regards,*

**Emilie CHICH**
*Directrice Achats & Offre*





1, allée du Piot – 30660 Gallargues Le Montueux
e.chich@cspgroupe.com
0679519975
www.bleulibellule.com


**From:** Emilie CHICH

**Sent:** Wednesday, September 11, 2024 10:40 PM
**To:** Josette Ashiru <josettea@k18hair.com>
**Cc:** Helen MacLeod <helenm@k18hair.com>; Bérénice CHASSAC <b.chassac@cspgroupe.com>; Camille LABORIE <c.laborie@cspgroupe.com>; Nicolas Barthelemy <Nicolas.Barthelemy@provalliance.fr>; Celine Groux <Celine.Groux@provalliance.fr>; Yohann CATHERINE <y.catherine@cspgroupe.com>
**Subject:** Bleu Libellule Agreement

Hello Josette,

Please find attached some information about Provalliance Group/ Bleu Libellule and our agreement proposal.
We are highly motivated to continue developing our partnership that's why we are doing an important effort to find a compromise on commercial conditions.
Would you be available next week for a meeting to have your feedback please?

We propose the following slots:

- Monday, September, 16th - 5.30 pm (Paris)
- Tuesday, September 17th - 5.30 or 6pm (Paris)
- Wednesday September 18th - 5.30 (Paris)

Please, let me know if one slot suits you.

Also, as requested in my previous email, can you please unlock our order now? It's very important for our common business and partnership.

Thank you Josette,

*Cordialement, Best regards,*

**Emilie CHICH**
*Directrice Achats & Offre*





1, allée du Piot – 30660 Gallargues Le Montueux
e.chich@cspgroupe.com
0679519975

www.bleulibellule.com