1  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
2  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
3  Los Angeles, CA 90071
   Telephone: (213) 443-4355
4  Facsimile: (213) 443-4310

5  Attorney for Plaintiff CSP LOGISTICS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CSP LOGISTICS | Case Nos. 3:24-cv-09143-SK |
|---|---|
| Plaintiff, | **DECLARATION OF AARON S. CRAIG IN SUPPORT OF PLAINTIFF CSP LOGISTICS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| K18, Inc., a Delaware Corporation | |
| Defendant. | |

DECLARATION OF AARON S. CRAIG                Case No.: 3:24-cv-09143-SK

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court. I am a partner in the law firm of King & Spalding LLP and counsel to Plaintiff CSP Logistics ("Plaintiff") in this action. I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact herein.

2. Sephora is a global chain of personal care and beauty products stores, and Parashop is a French "parapharmacy" company selling a wide variety of hair, face and skin beauty products.

3. Attached as **Exhibit 8** is the Report of the French Commissaires de Justice dated November 13, 2024, including a machine-translation of the original French language report into English, followed by the original French-language report. The K18 products sold in Sephora and Parashop stores are the same products that CSP had ordered in the Purchase Order (POH240700323) that K18 never filled. The Report has pictures of these products being sold in Sephora and Parashop shops in France.

4. Sephora promoted K18 Christmas 2024 gift sets to its French Gold Members in its Sephora Gold Member Catalogue for November to December 2024, attached as **Exhibit 9**. These gift sets were the same products that CSP had inquired Defendant about in July 2024, and Defendant refused to provide the requested information.

I declare under the penalty of perjury and the laws of the United States that the foregoing is true and correct this 17th day of January 2025, at Los Angeles, California.

*/s/ Aaron S. Craig*
AARON S. CRAIG