# Exhibit 8

English Translation

**SELARL Franck CHERKI & Virginie RIGOT**
**Marion BOURREAU & Anna COHEN BACRI**

**Commissaires de Justice Associés**
**119, avenue de Flandre**
**75019 PARIS**

**EXPEDITION**

**Telephone: 01.40.36.06.35**
**Fax: 01.40.34.00.37 Mail:**
**contact@cherki-rigot.com**



F.CHERKI & V.RIGOT
M.BOURREAU & A.COHEN-BACRI
COMMISSAIRES DE JUSTICE

# STATEMENT OF FACTS

**THE YEAR TWO THOUSAND AND TWENTY-FOUR AND THE THIRTEENTH OF NOVEMBER**

**AT THE REQUEST OF :**

**CSP LOGISTICS**, a société par actions simplifiée (simplified joint stock company) with share capital of €1,561,924.00, headquartered at Quartier le Piot, 30660 GALLARGUES-LE-MONTUEUX, registered with the Nîmes Trade and Companies Register under number 411 350 481, represented by its legal representatives, domiciled in this capacity at the aforementioned registered office,



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

1

**<u>HAVING HAD ME EXPLAINED TO HIM BY HIS COUNSEL :</u>**

**"CSP LOGISTICS** complains that **K18 INC.** breached the exclusivity clause in their distribution contract.

In order to defend the rights and interests of **CSP LOGISTICS**, I request that you make all necessary observations on the Internet and, more specifically, on the SEPHORA website, and draw up a report.

**<u>REFUSING THIS REQUEST</u>,**

*I, FRANCK CHERKI, COMMISSAIRE DE JUSTICE ASSOCIATE WITH SELARL FRANCK CHERKI & VIRGINIE RIGOT &* **Marion BOURREAU** *&* **Anna COHEN BACRI***, COMMISSAIRES DE JUSTICE PRES DU TRIBUNAL JUDICIAIRE DE PARIS, DEMEURANT 119 AVENUE DE FLANDRE 75019 PARIS, UNDERSIGNED,*

**On November 13, 2024**, I connected to the Internet from my personal home in the 16ème arrondissement of Paris, the full address of which will be communicated on first request, and made the following observations and manipulations:



## 1 - EQUIPMENT IDENTIFICATION

First and foremost, I would like to point out that the screenshots illustrating this report were produced using Windows image capture software or Outil Capture, installed on my computer used for the observations.

### SCREEN RESOLUTION :

To identify the resolution of the screen from which I'm making my observations, I copy the image obtained by the **"Display"** search, then
**"Screen resolution"**, which I insert below:

## Mise à l'échelle et disposition

Modifier la taille du texte, des applications et d'autres éléments



125%

Paramètres avancés de mise à l'échelle

Résolution de l'écran



1680 × 1050

Orientation de l'écran

Paysage



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

3

**COMPUTER CONFIGURATION :**

I take a **"System"** screenshot of my computer, which I insert below.

# Spécifications de l'appareil

| | |
|---|---|
| Nom de l'appareil | AIO-FC |
| Processeur | Intel(R) Core(TM) i7-8700T CPU @ 2.40GHz   2.40 GHz |
| Mémoire RAM installée | 32,0 Go (31,9 Go utilisable) |
| ID de périphérique | 40BC5402-9B5A-4150-9EBA-D126B2351EAA |
| ID de produit | 00325-81090-02792-AAOEM |
| Type du système | Système d'exploitation 64 bits, processeur x64 |
| Stylet et fonction tactile | La fonctionnalité d'entrée tactile ou avec un stylet n'est pas disponible sur cet écran |

# Spécifications de Windows

| | |
|---|---|
| Édition | Windows 10 Famille |
| Version | 22H2 |
| Installé le | 22/08/2022 |
| Build du système d'exploitation | 19045.3803 |
| Expérience | Windows Feature Experience Pack 1000.19053.1000.0 |



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

4

Below, I insert the data from my computer's **"System information"**. In the window

that appears, I press the Windows and R keys simultaneously. Enter the command

**"msinfo32"** and press Enter.

**Operating system name   MicrosoftWindows 10 Home Version10**
                          **.0.19045 Build 19045**
**Other operating system description                 Notavailable**
**Operating system manufacturer Microsoft Corporation Computer**
                          **AIO-FC**
                          **ManufacturerASUSTeK COMPUTER INC.**
                          **ModelZen AIO 27 Z272SD_Z272SD**
                          **TypePC based**
**on x64 System reference (SKU)**
**ProcessorIntel              (R) Core(TM) i7-8700T CPU @ 2.40GHz,**
**2400 MHz, 6 core(s), 12 logic processor(s)**
**BIOS version/Date           AmericanMegatrends Inc. Z272SD.304, 06/30/2020**
**SMBIOS version              3.1**
**Embedded controller version           255.255**
**BIOS mode         UEFI**
**Baseboard manufacturer        ASUSTeKCOMPUTER INC.**
**Baseboard product             Z272SD**
**Base board version            1.0**
**Platform          roleOffice**
**Secure startup**
                          **statusActiv**
**ated**
**PCR 7 configuration         Elevationrequired to be**
**displayed WindowsC        :\WINDOWS directory**
**System directoryC         :\WINDOWS\system32 Boot**
                          **deviceDeviceHarddiskVolume2**
**Regional optionFrance**
**Hardware abstraction layer          Version= "10.0.19041.5072"**
**User              AIO-FC\Users**
**Time zones         Paris, Madrid**
**Installed physical memory (RAM)      32.0GB**
**Total physical memory 31.9 GB**
**Available physical memory 21.3GB**
**Total virtual memory     36.6 GB**
**Available virtual memory  25.3GB**
**Exchange file space       .75GB Exchange**
**fileC             :\pagefile.sys**
**Kernel DMA protectionDisabled**
**Virtualization-based security           Disabled**
**Device encryption support%s                  Elevation required to be**
**displayed Hyper-V - Virtual computer monitor mode extensions Yes Hyper-V -**
**Second-level address translation extensions       Yes Hyper-V - Virtualization**
**enabled in                                        firmwareYes**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**Hyper-V - Data execution protection Yes**



## 2 - ADDRESS IDENTIFICATION

**IP address :**

I opened the **IP2 software** installed on my computer and clicked on the **"Find my IP addresses"** button.

The result is as follows:



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

7

**Open Network & Internet settings**  

Then in  **"Modify settings to make a connection limited",** I note the following page:



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

I click on :



The following icons appear:



Using my mouse, I right-click on the following icon:



In the drop-down menu that appears, I click on **"Properties"** and the following window appears:





I then click     ☑ 👤 Protocole Internet version 4 (TCP/IPv4)     on the following window appears:



I then open the **"cmd.exe"** command prompt and enter the following instructions to purge the DNS cache: **Ipconfig /flushdns**

After validation, the following message appears:
**"DNS resolution cache emptied".**

```
Invite de commandes

Microsoft Windows [version 10.0.19045.5131]
(c) Microsoft Corporation. Tous droits réservés.

C:\Users\Users>ipconfig/flushdns

Configuration IP de Windows

Cache de résolution DNS vidé.

C:\Users\Users>
```



**MAC address :**

I click on the button: **Start**

In the Search bar, I typed: **"cmd"**, confirmed with the Enter key and then typed: **"ipconfig/all"** and confirmed with the Enter key.

I click on the little black square at top left. Then on :

**Modify**

Then click on : **Select all**

**Then on the small black square, top left.**

Then click on : **Edit**

And finally on : **Copy**

**I insert the result below:**

**Microsoft Windows [version 10.0.19045.5131]**
**(c) Microsoft Corporation. All rights reserved.**

**C:\Users\Users>ipconfig/all Windows**

**IP configuration**

   **Host name .............................AIO-FC**
   **Main DNS suffix . . . . . :**
   **Node type. ...............................Hybrid**
   **IP routing enabled ..................No**
   **WINS proxy enabled ................No**
   **DNS suffix lookup list: home Ethernet card**

**Ethernet :**

   **Connection-specific DNS suffix. ..............home**
   **Description. ...............................Realtek PCIe GbE Family Controller**
   **Physical address ... ... ... ... ... . . 18-31-BF-C7-EF-96**
   **DHCP enabled ...........................Yes**
   **Automatic configuration enabled............Yes**
   **IPv6 address. . . . . . . . . . . . . . :**
**2a01:cb00:2db:2a00:bb19:ef9f:5def:81c2(preferred)**
   **Temporary IPv6 address . . . . . . . . . :**
**2a01:cb00:2db:2a00:1c8d:da91:16a9:be7d(préféré)**
   **Local IPv6 link address.......................: fe80::48fd:c87e:e63:52e6%14(préféré)**
   **IPv4 address ... ... ... ... ... ...: 192.168.1.220(preferred)**
   **Subnet mask.......................................: 255.255.255.0**
   **Lease obtained. .....................Date : Tuesday, November 12, 2024 9:48:05 PM**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

13

**Lease expires** ...........................**Thursday, November 14, 2024 11:10:13 AM**
**Default gateway**...............................**fe80::5a1d:d8ff:fe21:3b10%14**
                                        **192.168.1.1**
**DHCP server**.................................**: 192.168.1.1**
**IAID DHCPv6**...........................**102248895**
**DHCPv6 client DUID. . . . . . . . . : 00-01-00-01-23-25-EC-8E-18-31-BF-C7-EF-96**
**DNS servers. . .............................: 2a01:cb00:2db:2a00:5a1d:d8ff:fe21:3b10**
                                        **192.168.1.1**
                                        **2a01:cb00:2db:2a00:5a1d:d8ff:fe21:3b10**
**NetBIOS on Tcpip**............................**Activated**
**Lookup list of connection-specific DNS suffixes :**
                                **home**
                                **home**

**Wireless network card LAN connection* 4: Media**

**status**...............................................**Media disconnected**
  **Connection-specific DNS suffix. ... :**
  **Description ... ... ... ... ... ... . Microsoft Wi-Fi Direct Virtual Adapter #4**
  **Physical address ... ... ... ... ... . 3C-6A-A7-10-CB-1B**
  **DHCP enabled** .............................**Yes**
  **Automatic configuration enabled**............**Yes**

**Wireless network card LAN connection* 13: Media**

  **status**...............................................**Media**

  **disconnected**
  **Connection-specific DNS suffix. . . :**
  **Description ... ... ... ... ... ... . Microsoft Wi-Fi Direct Virtual Adapter #5**
  **Physical address . . . . . . . . . . . . 3E-6A-A7-10-CB-1A**
  **DHCP enabled**..............................**No**
  **Automatic configuration enabled**............**Yes**

**Wi-Fi wireless network card :**

  **Media status**..................................**Media disconnected**
  **Connection-specific DNS suffix.** ..............**home**
  **Description.** ...............................**Intel(R) Wireless-AC 9560 160MHz**
  **Physical address ... ... ... ... ... . 3C-6A-A7-10-CB-1A**
  **DHCP enabled** ............................**Yes**
  **Automatic configuration enabled**............**Yes**

**Ethernet card Bluetooth network connection:**

  **Media status** .................................**Media**

  **disconnected**
  **Connection-specific DNS suffix. . . :**
  **Description.** ...............................**Bluetooth Device (Personal Area Network)**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**Physical address ... ... ... ... ... . 3C-6A-A7-10-CB-1E**
**DHCP enabled** ............................Yes
**Automatic configuration enabled** ............Yes



**C:\Users\Users>**


**3 - EQUIPMENT CLEANING**

After having scanned my computer with the anti-virus and anti-spyware software described above, I performed the following clean-ups:

**Purge basket** :

I right-click on the trash, then click on **"Empty trash"** and validate.

**Printer spool purge :**

I have checked that the spool of the printer used for this Report of Findings has no data waiting to be printed, as follows:

To do this, I click on **"Start", "Control Panel"** and
**"Printers**

| HPB0C5F1 (HP OfficeJet Pro 8730) | — | □ | × |
|---|---|---|---|
| Imprimante   Document   Affichage | | | |

| Nom du document | État | Propriét... | Pages | Taille | Soumis |
|---|---|---|---|---|---|



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

16

The computer used for my findings is an **ASUS AIO FC.**

The equipment in my home allows me to print the pages consulted:
**HP OfficeJet Pro 8730**

- The router used in my home is provided by the internet service provider **ORANGE**.

**customer number: 034 405 4620**
**Internet account number: 722335717**

- **The anti-virus and anti-spyware** currently in use on the workstation from which I'm making my observations is **ESET NOD32 Antivirus**, and the latest update has been performed.



Mise à jour

ESET Internet Security
Version actuelle :                                                          18.0.12.0

Dernière mise à jour :                                    13/11/2024 13:11:44
Dernière recherche de mises à jour :          13/11/2024 14:11:51

- **The firewall software** currently in use on the workstation from which I'm making my observations is activated and running under WINDOWS; the last update was made today.



I synchronized my computer's clock with an Internet time server, using the following operations once connected to the Internet:

I right-click on the clock in the taskbar, then on **"Adjust date/time"**, **"Add clocks for different time zones"** and click on
Click **on "Internet time"** and **"Modify settings".**

An **"Internet time settings"** window appears and I select :
"I then click on the **"OK" button.**

I click on the **"Update"** button and note :





**GOOLE CHROME BROWSER**

Using the same computer as above, I open the Google Chrome browser.

**BROWSER PURGE** :

I open Google Chrome to get the details of its version:

I click on "⋮" then on **"Help"** and in the drop-down menu on **"About Google Chrome**

I get this result:





I then clicked on **"**  **"** then on **" History "** then in the drop-down menu on **" History ".**

 The following window appears, on which I click on the button :
**"DELETE DATA**



So I deleted temporary files, cookies, history, form data and passwords.



## PROXY DEACTIVATION

Then, in Chrome's advanced settings, under **"System",** I click on **"Access your computer's proxy settings".**

The following window appears:





Utilisez le serveur proxy sauf pour les adresses qui commencent par les entrées suivantes. Utilisez des points-virgules (;) pour séparer les entrées.

| *.local |
| --- |

☐ Ne pas utiliser le serveur proxy pour les adresses (intranet) locales

Enregistrer

I've checked that my workstation's browser isn't explicitly configured to use a proxy server.

I then set the first page of the browser to the page
**"about**: **blank**

--------------------



**At 2:39 pm, in the Internet window, I insert the following Internet address:
https://www.sephora.fr/p/leave-in-molecular-repair-hair-mask---traitement-pour-cheveux-abimes-612634.html**

A consent window appears, which I validate and insert below.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

23

A page from the SEPHORA company website offering for sale the product **"K18 Leave-in Molecular Repair Hair Mask - Treatment for Damaged Hair",** which I capture and insert below, appears.















SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

27

I choose a store by clicking on the icon:



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

I select the following cities:

- **Paris (75000**) :

A drop-down window opens.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS FORUM DES HALLES**

**0.9 km |**

**0 Rue Berger - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris Available**

**- Collection 2h**

**Open today until 8pm**

**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**



**PARIS GARE MONTPARNASSE**

**2.5 km |**

**17 Boulevard de Vaugirard - 75015 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS GARE DE L'EST**

**2.7 km |**

**4 Rue du 8 Mai 1945 - 75010 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS ITALY 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris Available**

**- Collection 2h**

**Open today until 7:30pm**



**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GARE DU NORD**

**3.2 km |**

**112 Rue de Maubeuge - 75010 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS AVENUE DE FRANCE**

**3.3 km |**

**Immeuble T8 - 117 Avenue de France - 75013 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Available - Collection 2h**

**Open today until 9:30pm**



**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**ARCUEIL**

**5 km |**

**Place de la Vache Noire - 94110 Arcueil**

**Available - Pick-up 2h**

**Open today until 8pm**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Available - Collection 2h**

**Open today until 7 p.m.**



**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Available - Pickup 2h**

**Open today until 8pm**


**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Available - Collection 2h**

**Open today until 7:30pm**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Available - Pick-up 2h**

**Open today until 7:30pm**



**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Available - Collection 2h**

**Open today until 7:30pm**


**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Available - Collection 2h**

**Open today until 8:30pm**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**SAINT DENIS BASILICA**

**9.3 km |**

**14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis Available**

**- Pickup 2h**

**Open today until 7 p.m.**



**VAL DE FONTENAY**

**10 km |**

**CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120 Fontenay-sous-Bois**

**Available - Collection 2h**

**Open today until 7 p.m.**


**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Available - Collection 2h**

**Open today until 8:30pm**


**COLOMBES**

**10.3 km |**

**25 Rue Saint-Denis - 92700 Colombes**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**THIAIS BELLE EPINE - 1st floor**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**


**THIAIS BELLE EPINE - GROUND FLOOR**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**



**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Available - Collection 2h**

**Open today until 8:30pm**

**ARGENTEUIL**

**12.3 km |**

**50 Avenue du Marechal Foch - 95100 Argenteuil**

**Available - Pick-up 2h**

**Open today until 8pm**

**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Available - Pickup 2h**

**Open today until 8:30pm**

**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Available - Pick-up 2h**

**Open today until 8pm**

**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand Available**

**- Pick-up 2h**

**Open today until 8pm**



**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Available - Collection 2h**

**Open today until 7:30pm**


**MONTESSON**

**17 km |**

**280 Avenue Gabriel Péri - 78360 Montesson**

**Available - Collection 2h**

**Open today until 8pm**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**


**MONTIGNY LES CORMEILLES**

**19.2 km |**

**66 Boulevard Victor Bordier - 95370 Montigny-lès-Cormeilles**

**Available - Collection 2h**

**Open today until 8pm**


**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Available - Collection 2h**

**Open today until 7 p.m.**



**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Available - Collection 2h**

**Open today until 8pm**



- **Lyon (69000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available**.**

**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Available - Collection 2h**

**Open today until 8pm**


**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Available - Collection 2h**

**Open today until 7:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Available - Collection 2h**

**Open today until 8pm**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Available - Pick-up 2h**

**Open today until 8pm**

**LYON ECULLY**

**5.6 km |**

**Chemin Jean-Marie Vianney - 69130 Écully**

**Available - Pick-up 2h**

**Open today until 8pm**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Available - Collection 2h**

**Open today until 8pm**

**LYON SAINT GENIS**

**9.1 km |**

**Avenue Charles de Gaulle - 69230 Saint-Genis-Laval**

**Available - Collection 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

41

- **Marseille (13000)** :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**MARSEILLE BOURSE**

**0.5 km |**

**17 Cours Belsunce - 13001 Marseille**

**Available - Pick-up 2h**

**Open today until 7 p.m.**

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Available - Collection 2h**

**Open today until 7:30pm**



**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Available - Collection 2h**

**Open today until 8pm**

**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille Available**

**- Pick-up 2h**

**Open today until 7:30pm**

**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Available - Pick-up 2h**

**Open today until 8pm**

**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Available - Collection 2h**

**Open today until 8pm**

**CAMPAIGN PLAN**

**13.7 km |**

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available - Collection 2h**

**Open today until 7:30pm**



**VITROLLES**

**17.6 km |**

**Route Nationale 113 - 13127 Vitrolles**

**Available - Collection 2h**

**Open today until 8pm**



I select the following stores and see on the product page its availability or the number of units available:

> ➢ **PARIS CHAMPS ÉLYSÉES**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

45

➢ **LYON LA PART DIEU**



➢ **MARSEILLE SAINT FERRÉOL**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

46

**In the Internet window, I insert the following Internet address:**
**https://www.sephora.fr/p/leave-in-molecular-repair-hair-mask---traitement-pour-cheveux-abimes-P10052254.html**

A page from the SEPHORA website offering for sale the product **"K18 Leave-in Molecular Repair Hair Mask - Treatment for Damaged Hair**
"I capture it and insert it below.

















I choose a store by clicking on the icon:



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

I select the following cities:

- **Paris (75000**) :

A drop-down window opens.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Available - Withdrawal 2h**

**Open today until 8:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**


**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Available - Withdrawal 48/72h**

**Open today until 8pm**



**PARIS ITALY 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris Available**

**- Collection 2h**

**Open today until 7:30pm**

**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**



**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Available - Collection 2h**

**Open today until 9:30pm**

**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Available - Collection 2h**

**Open today until 7 p.m.**



**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Available - Pickup 2h**

**Open today until 8pm**


**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Available - Collection 2h**

**Open today until 7:30pm**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Available - Collection 2h**

**Open today until 7:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Available - Collection 2h**

**Open today until 7:30pm**

**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Available - Collection 2h**

**Open today until 8:30pm**

**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Available - Pick-up 2h**

**Open today until 7 p.m.**

**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**

**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Available - Collection 2h**

**Open today until 8:30pm**



**THIAIS BELLE EPINE - 1st floor**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**


**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Available - Collection 2h**

**Open today until 8:30pm**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Available - Pickup 2h**

**Open today until 8:30pm**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Available - Pick-up 2h**

**Open today until 8pm**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand Available**

**- Collection 2h**

**Open today until 8pm**



58

**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Available - Collection 2h**

**Open today until 7:30pm**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**


**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Available - Collection 2h**

**Open today until 7 p.m.**


**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Available - Collection 2h**

**Open today until 8pm**



- **Lyon** (69000):

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Available - Collection 2h**

**Open today until 8pm**


**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Available - Collection 2h**

**Open today until 7:30pm**



**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Available - Collection 2h**

**Open today until 8pm**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Available - Pick-up 2h**

**Open today until 8pm**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Available - Collection 2h**

**Open today until 8pm**



- **Marseille (13000)** :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Available - Collection 2h**

**Open today until 7:30pm**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Available - Pick-up 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille Available**

**- Collection 2h**

**Open today until 7:30pm**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Available - Pick-up 2h**

**Open today until 8pm**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Available - Collection 2h**

**Open today until 8pm**


**CAMPAIGN PLAN**

**13.7 km |**

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available - Collection 2h**

**Open today until 7:30pm**



63

I select the following stores and see on the product page its availability or the number of units available:

> ## **PARIS CHAMPS ÉLYSÉES**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

64

➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

65

**In the Internet window, I insert the following Internet address:**
**https://www.sephora.fr/p/molecular-repair-minis---coffret-routine-reparation-et-anti-frisottis-P1000203756.html**

A page from the SEPHORA company website offering for sale the product **"K18 Molecular Repair Minis - Coffret Routine Réparation et Anti-frisottis",** which I capture and insert below, appears.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

66













I choose a store by clicking on the icon:



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

I select the following cities:

- **Paris (75000**) :

A drop-down window opens.





SELARL

FRANCK CHERKI & VIRGINIE RIGOT

Huissiers de Justice Associés

I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS FORUM DES HALLES**

**0.9 km |**

**0 Rue Berger - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Available - Withdrawal 48/72h**

**Open today until 8:30pm**



**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris Available**

**- Collection 2h**

**Open today until 8pm**

**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS GARE DE L'EST**

**2.7 km |**

**4 Rue du 8 Mai 1945 - 75010 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS ITALY 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Available - Collection 2h**

**Open today until 8pm**



**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris Available**

**- Collection 2h**

**Open today until 7:30pm**


**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS GARE DU NORD**

**3.2 km |**

**112 Rue de Maubeuge - 75010 Paris**

**Available - Withdrawal 2h**

**Open today until 8pm**


**PARIS AVENUE DE FRANCE**

**3.3 km |**

**Immeuble T8 - 117 Avenue de France - 75013 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**



**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**


**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**ARCUEIL**

**5 km |**

**Place de la Vache Noire - 94110 Arcueil**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**



**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Available - Collection 2h**

**Open today until 7 p.m.**


**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Available - Pickup 2h**

**Open today until 8pm**


**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Available - Collection 2h**

**Open today until 7:30pm**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Available - Pick-up 2h**

**Open today until 7:30pm**



**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Available - Pick-up 2h**

**Open today until 7:30pm**

**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Available - Collection 2h**

**Open today until 7:30pm**

**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Available - Pick-up 2h**

**Open today until 7 p.m.**

**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**

**SAINT DENIS BASILICA**

**9.3 km |**

**14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis Available**

**- Pickup 2h**

**Open today until 7 p.m.**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**VAL DE FONTENAY**

**10 km |**

**CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120 Fontenay-sous-Bois - France**

**Available - Collection 2h**

**Open today until 7 p.m.**


**COLOMBES**

**10.3 km |**

**25 Rue Saint-Denis - 92700 Colombes**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**THIAIS BELLE EPINE - GROUND FLOOR**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**


**VELIZY**

**12.3 km |**

**1 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Available - Pickup 2h**

**Open today until 8:30pm**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Available - Pick-up 2h**

**Open today until 8pm**



**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand Available**

**- Collection 2h**

**Open today until 8pm**

**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Available - Collection 2h**

**Open today until 7:30pm**

**MONTESSON**

**17 km |**

**280 Avenue Gabriel Péri - 78360 Montesson**

**Available - Collection 2h**

**Open today until 8pm**

**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**

**MONTIGNY LES CORMEILLES**

**19.2 km |**

**66 Boulevard Victor Bordier - 95370 Montigny-lès-Cormeilles**

**Available - Collection 2h**

**Open today until 8pm**



**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Available - Collection 2h**

**Open today until 7 p.m.**

**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Available - Collection 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

- **Lyon** (69000) :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Available - Collection 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

80

**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Available - Collection 2h**

**Open today until 8pm**


**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Available - Collection 2h**

**Open today until 7:30pm**


**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Available - Pick-up 2h**

**Open today until 8pm**


**LYON ECULLY**

**5.6 km |**

**Chemin Jean-Marie Vianney - 69130 Écully**

**Available - Collection 2h**

**Open today until 8pm**


**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Available - Collection 2h**

**Open today until 8pm**



**LYON SAINT GENIS**

**9.1 km |**

**Avenue Charles de Gaulle - 69230 Saint-Genis-Laval**

**Available - Collection 2h**

**Open today until 8pm**



- **Marseille (13000)** :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Available - Collection 2h**

**Open today until 8pm**


**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille Available**

**- Collection 2h**

**Open today until 7:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Available - Collection 2h**

**Open today until 8pm**

**CAMPAIGN PLAN**

**13.7 km |**

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available - Collection 2h**

**Open today until 7:30pm**

**VITROLLES**

**17.6 km |**

**Route Nationale 113 - 13127 Vitrolles**

**Available - Collection 2h**

**Open today until 8pm**



I select the following stores and see :

&#10148; **<u>PARIS CHAMPS ELYSEES</u>**





➢ **MARSEILLE SAINT FERREOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

86

**In the Internet window, I insert the following Internet address:**
**https://www.sephora.fr/p/molecular-repair-hair-oil-mini---lisser-reparer-les-cheveux-abimes-P10054624.html**

A page from the SEPHORA company website offering for sale the product **"K18 Molecular Repair Hair Oil - Huile Lisser Réparer Cheveux Abîmés - Format Voyage",** which I capture and insert below, appears.





87







## DÉCOUVRIR LA MARQUE
### K18

K18 propose une approche scientifique unique des soins capillaires, basée sur la biotechnologie. L'efficacité cliniquement prouvée des produits s'appuie sur la technologie révolutionnaire K18PEPTIDE™, qui permet de réparer les dommages au niveau moléculaire pour tous type de cheveux. En pénétrant le cortex, elle atteint les couches les plus profondes et y renforce les chaînes de kératine brisées (conséquence de la décoloration, des produits chimiques et de la chaleur). Née dans les salons de coiffure, cette technologie permet à tous d'exprimer sa créativité capillaire sans craindre les dommages qui pourraient y être associés! Soutenue par la science, K18 ouvre la voie à une nouvelle ère de la beauté capillaire!

**Découvrir K18**

### Newsletter beauté

Recevez les nouveautés, actualités et offres Sephora par email

Saisissez votre e-mail!

Ex: pierre.dubois@gmail.com

**S'inscrire**

Retrait gratuit en 2h    Livraison offerte à domicile dès 60€    Jusqu'à 3 échantillons offerts    Retours gratuits    Paiement sécurisé    Aide et contact une question ?

| Aide | Magasins | A propos de Sephora | Données personnelles et cookies | Astuces Beauté |
|---|---|---|---|---|
| Moyens de paiement acceptés | Conditions de livraison | Carrières | Préférence cookies | Idées cadeaux Noël |
| Mon compte | Retourner un produit | Nos engagements | Mentions légales et CGU | Sephora Live |
| *Conditions de nos offres | | International | Conditions générales de vente | Cartes cadeaux |
| *Exclusion des promotions | | Découvrir Sephora | Programme de fidélité | Gravure parfum |
| Sitemap | | Sephora Stands | Conditions de publication des avis | Clean at Sephora |
| | | | Cosmétovigilance et Nutrivigilance | Singles' Day |
| | | | | Black Friday |







I choose a store by clicking on the icon:



**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

I select the following cities:

- **Paris (75000**) :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**

**0.2 km |**

**2 Place Saint-Michel - 75005 Paris**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS FORUM DES HALLES**

**0.9 km |**

**0 Rue Berger - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**LES HALLES LA CANOPEE**

**0.9 km |**

**3 Passage de la Canopée - 75001 Paris**

**Available - Withdrawal 2h**

**Open today until 8:30pm**



**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris Available**

**- Collection 2h**

**Open today until 8pm**

**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**



**PARIS GARE MONTPARNASSE**

**2.5 km |**

**17 Boulevard de Vaugirard - 75015 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GARE DE L'EST**

**2.7 km |**

**4 Rue du 8 Mai 1945 - 75010 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS ITALY 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris Available**

**- Collection 2h**

**Open today until 7:30pm**



**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS GARE DU NORD**

**3.2 km |**

**112 Rue de Maubeuge - 75010 Paris**

**Available - Withdrawal 2h**

**Open today until 8pm**


**PARIS AVENUE DE FRANCE**

**3.3 km |**

**Immeuble T8 - 117 Avenue de France - 75013 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**


**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Available - Collection 2h**

**Open today until 9:30pm**



**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**ARCUEIL**

**5 km |**

**Place de la Vache Noire - 94110 Arcueil**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Available - Collection 2h**

**Open today until 7 p.m.**



**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Available - Pickup 2h**

**Open today until 8pm**

**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Available - Collection 2h**

**Open today until 7:30pm**

**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Available - Pick-up 2h**

**Open today until 7:30pm**

**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Available - Pick-up 2h**

**Open today until 7:30pm**

**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Available - Pick-up 2h**

**Open today until 7:30pm**



**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Available - Collection 2h**

**Open today until 7:30pm**


**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Available - Collection 2h**

**Open today until 8:30pm**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**SAINT DENIS BASILICA**

**9.3 km |**

**14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis Available**

**- Pickup 2h**

**Open today until 7 p.m.**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**VAL DE FONTENAY**

**10 km |**

**CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120 Fontenay-sous-Bois - France**

**Available - Collection 2h**

**Open today until 7 p.m.**


**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Available - Collection 2h**

**Open today until 8:30pm**


**COLOMBES**

**10.3 km |**

**25 Rue Saint-Denis - 92700 Colombes**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**THIAIS BELLE EPINE - 1st floor**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**


**THIAIS BELLE EPINE - GROUND FLOOR**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Available - Collection 2h**

**Open today until 8:30pm**


**ARGENTEUIL**

**12.3 km |**

**50 Avenue du Marechal Foch - 95100 Argenteuil**

**Available - Pick-up 2h**

**Open today until 8pm**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Available - Pickup 2h**

**Open today until 8:30pm**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Available - Pick-up 2h**

**Open today until 8pm**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand Available**

**- Collection 2h**

**Open today until 8pm**



**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Available - Collection 2h**

**Open today until 7:30pm**


**MONTESSON**

**17 km |**

**280 Avenue Gabriel Péri - 78360 Montesson**

**Available - Collection 2h**

**Open today until 8pm**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**


**MONTIGNY LES CORMEILLES**

**19.2 km |**

**66 Boulevard Victor Bordier - 95370 Montigny-lès-Cormeilles**

**Available - Collection 2h**

**Open today until 8pm**



**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Available - Collection 2h**

**Open today until 7 p.m.**


**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Available - Collection 2h**

**Open today until 8pm**



- **Lyon (69000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available**.**

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Available - Collection 2h**

**Open today until 8pm**


**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Available - Collection 2h**

**Open today until 8pm**



**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Available - Collection 2h**

**Open today until 7:30pm**


**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Available - Pick-up 2h**

**Open today until 8pm**


**LYON ECULLY**

**5.6 km |**

**Chemin Jean-Marie Vianney - 69130 Écully**

**Available - Collection 2h**

**Open today until 8pm**


**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Available - Collection 2h**

**Open today until 8pm**


**LYON SAINT GENIS**

**9.1 km |**

**Avenue Charles de Gaulle - 69230 Saint-Genis-Laval**

**Available - Pick-up 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

- **Marseille (13000)** :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available**.**

**MARSEILLE BOURSE**

**0.5 km |**

**17 Cours Belsunce - 13001 Marseille**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Available - Collection 2h**

**Open today until 7:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Available - Collection 2h**

**Open today until 8pm**


**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille Available**

**- Collection 2h**

**Open today until 7:30pm**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Available - Collection 2h**

**Open today until 8pm**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Available - Collection 2h**

**Open today until 8pm**


**CAMPAIGN PLAN**

**13.7 km |**

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available - Collection 2h**

**Open today until 7:30pm**



**VITROLLES**

**17.6 km |**

**Route Nationale 113 - 13127 Vitrolles**

**Available - Collection 2h**

**Open today until 8pm**

I select the following stores and see on the product page the number of units available or its availability:

➢ **PARIS CHAMPS ÉLYSÉES**





➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
**FRANCK CHERKI & VIRGINIE RIGOT**
Huissiers de Justice Associés

108

**In the Internet window, I insert the following Internet address:**
**https://www.sephora.fr/p/molecular-repair-hair-oil---lisser-reparer-les-cheveux-abimes-P10052099.html**

A page from the SEPHORA company website offering for sale the product **"K18 Molecular Repair Hair Oil - Huile pour Lisser + Réparer les Cheveux Abîmés",** which I capture and insert below, appears.





SELARL
**FRANCK CHERKI & VIRGINIE RIGOT**
Huissiers de Justice Associés

109









SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

112

I choose a store by clicking on the icon:



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

I select the following cities:

• **Paris** (**75000**) :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**


**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Available - Withdrawal 48/72h**

**Open today until 8pm**


**PARIS ITALY 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Available - Collection 2h**

**Open today until 8pm**



**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris Available**

**- Collection 2h**

**Open today until 7:30pm**

**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Available - Collection 2h**

**Open today until 9:30pm**



**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Available - Collection 2h**

**Open today until 7 p.m.**


**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Available - Pickup 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Available - Collection 2h**

**Open today until 7:30pm**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Available - Collection 2h**

**Open today until 7:30pm**



**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Available - Collection 2h**

**Open today until 8:30pm**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Available - Collection 2h**

**Open today until 8:30pm**


**THIAIS BELLE EPINE - 1st floor**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**



**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Available - Collection 2h**

**Open today until 8:30pm**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Available - Pickup 2h**

**Open today until 8:30pm**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Available - Pick-up 2h**

**Open today until 8pm**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand Available**

**- Pick-up 2h**

**Open today until 8pm**


**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Available - Collection 2h**

**Open today until 7:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**


**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Available - Collection 2h**

**Open today until 7 p.m.**


**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Available - Collection 2h**

**Open today until 8pm**



- **Lyon (69000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available**.**

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Available - Collection 2h**

**Open today until 8pm**


**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Available - Collection 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Available - Collection 2h**

**Open today until 7:30pm**


**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Available - Pick-up 2h**

**Open today until 8pm**


**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Available - Collection 2h**

**Open today until 8pm**



- **Marseille (13000)** :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Available - Collection 2h**

**Open today until 7:30pm**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Available - Collection 2h**

**Open today until 8pm**



**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille Available**

**- Collection 2h**

**Open today until 7:30pm**

**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Available - Collection 2h**

**Open today until 8pm**

**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Available - Collection 2h**

**Open today until 8pm**

**CAMPAIGN PLAN**

**13.7 km |**

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available - Collection 2h**

**Open today until 7:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

I select the following stores and see on the product page the number of units available or its availability:

➢ **PARIS CHAMPS ÉLYSÉES**





➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

127

**In the Internet window, I insert the following Internet address:**
**https://www.sephora.fr/p/peptide-prep-detox-shampoo---non-decolorant-P10052255.html**

A page from the SEPHORA company website offering for sale the product **"K18 PEPTIDE PREP Detox Shampoo - Shampoing Non Décolorant" ,** which I capture and insert below appears.









SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés









select a store by clicking on the icon:



**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

I select the following cities:

- **Paris (75000**) :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Available - Withdrawal 2h**

**Open today until 8:30pm**



**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Available - Withdrawal 48/72h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

134

**PARIS ITALY 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris Available**

**- Collection 2h**

**Open today until 7:30pm**

**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Available - Collection 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Available - Collection 2h**

**Open today until 9:30pm**


**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Available - Collection 2h**

**Open today until 7 p.m.**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Available - Pickup 2h**

**Open today until 8pm**


**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Available - Collection 2h**

**Open today until 7:30pm**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Available - Pick-up 2h**

**Open today until 7:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Available - Collection 2h**

**Open today until 7:30pm**


**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Available - Collection 2h**

**Open today until 8:30pm**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Available - Collection 2h**

**Open today until 8:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**THIAIS BELLE EPINE - 1st floor**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**


**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Available - Collection 2h**

**Open today until 8:30pm**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Available - Pickup 2h**

**Open today until 8:30pm**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand Available**

**- Pick-up 2h**

**Open today until 8pm**


**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Available - Collection 2h**

**Open today until 7:30pm**



**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**


**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Available - Collection 2h**

**Open today until 7 p.m.**


**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Available - Collection 2h**

**Open today until 8pm**



- **<u>Lyon</u> (69000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Available - Collection 2h**

**Open today until 8pm**

**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Available - Collection 2h**

**Open today until 8pm**



**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Available - Collection 2h**

**Open today until 7:30pm**


**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Available - Collection 2h**

**Open today until 8pm**


**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Available - Pick-up 2h**

**Open today until 8pm**



- **Marseille (13000)** :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available**.**

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Available - Collection 2h**

**Open today until 7:30pm**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Available - Collection 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille Available**

**- Collection 2h**

**Open today until 7:30pm**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Available - Pick-up 2h**

**Open today until 8pm**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Available - Collection 2h**

**Open today until 8pm**


**CAMPAIGN PLAN**

**13.7 km |**

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available - Collection 2h**

**Open today until 7:30pm**



144

I select the following stores and see on the product page the number of units available or its availability:

> ➤ **PARIS CHAMPS ÉLYSÉES**



➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

146

**In the Internet window, I insert the following Internet address:**
**https://www.sephora.fr/p/damage-shield-ph-protective-shampoo---non-decolorant-718931.html**

A page from the SEPHORA company website offering for sale the product **"K18 DAMAGE SHIELD pH Protective Shampoo - Shampoing Non Décolorant"** that I capture and insert below appears.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

147













I choose a store by clicking on the icon:



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

I select the following cities:

- **Paris (**75000**)** :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available**.**

**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Available - Collection 2h**

**Open today until 9:30pm**


**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Available - Collection 2h**

**Open today until 7 p.m.**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS FORUM DES HALLES**

**0.9 km |**

**0 Rue Berger - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**



**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Available - Withdrawal 2h**

**Open today until 8:30pm**

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**



**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Available - Withdrawal 48/72h**

**Open today until 8pm**

**PARIS ITALY 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Available - Withdrawal 48/72h**

**Open today until 8pm**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris Available**

**- Collection 2h**

**Open today until 7:30pm**

**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Available - Collection 2h**

**Open today until 8pm**



**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Available - Pick-up 2h**

**Open today until 7 p.m.**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

155

**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Available - Collection 2h**

**Open today until 7:30pm**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Available - Pick-up 2h**

**Open today until 7:30pm**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Available - Collection 2h**

**Open today until 7:30pm**


**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Available - Collection 2h**

**Open today until 7:30pm**



**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Available - Pick-up 2h**

**Open today until 7 p.m.**

**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**

**ROSNY SOUS BOIS**

**10 km |**

**1 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Available - Collection 2h**

**Open today until 8:30pm**

**THIAIS BELLE EPINE - 1st floor**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Available - Collection 2h**

**Open today until 8:30pm**

**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Available - Collection 2h**

**Open today until 8:30pm**



**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Available - Pickup 2h**

**Open today until 8:30pm**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Available - Pick-up 2h**

**Open today until 8pm**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand Available**

**- Collection 2h**

**Open today until 8pm**


**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Available - Collection 2h**

**Open today until 7:30pm**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**



**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Available - Collection 2h**

**Open today until 7 p.m.**


**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Available - Collection 2h**

**Open today until 8pm**



- **Lyon (69000) :**

A drop-down window opens.





I copy and paste all the Sephora stores listed where the product is available.

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Available - Collection 2h**

**Open today until 8pm**

**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Available - Collection 2h**

**Open today until 8pm**

**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Available - Collection 2h**

**Open today until 7:30pm**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Available - Pick-up 2h**

**Open today until 8pm**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Available - Collection 2h**

**Open today until 8pm**



- **Marseille (13000)** :

A drop-down window opens.





I copy and paste all the Sephora stores listed where the product is available.

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Available - Collection 2h**

**Open today until 7:30pm**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Available - Collection 2h**

**Open today until 8pm**


**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille Available**

**- Collection 2h**

**Open today until 7:30pm**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Available - Collection 2h**

**Open today until 8pm**



**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Available - Collection 2h**

**Open today until 8pm**

**CAMPAIGN PLAN**

**13.7 km |**

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available - Collection 2h**

**Open today until 7:30pm**



I select the following stores and see on the product page the number of units available or its availability:

➢ **PARIS CHAMPS ÉLYSÉES**



➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**In the Internet window, I insert the following Internet address:
https://www.sephora.fr/p/damage-repair-essentials---coffret-routine-reparation-and-anti-frisottis-P1000203378.html**

A page from the SEPHORA company website offering for sale the product **"K18 Damage Repair Essentials - Repair and Anti-Frizz Routine Set"**, which I capture and insert below, appears.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

167













SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

I choose a store by clicking on the icon:



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

**I select the following cities**:

- **Paris (75000**) :

A drop-down window opens.



I copy and paste the two Sephora stores listed where the product is available.

**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

172

- **Lyon (69000) :**

**I note:**

**"The product you are looking for is not available in stores within 20 km of the location indicated.**





- **Marseille (13000)** :

**I note:**

**"The product you are looking for is not available in stores within 20 km of the location indicated.**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

174

I select the following stores and find that the product is not available:

➢ **PARIS CHAMPS ÉLYSÉES**





➢ **MARSEILLE SAINT FERREOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

176

**In the Internet window, I insert the following Internet address:**
**https://www.sephora.fr/p/damage-shield-protective-conditioner---protege-contre-les-dommages-P10057061.html**

A page from the company SEPHORA offering for sale the product **"K18 DAMAGE SHIELD Protective Conditioner - Protège Contre Les Dommages "**I capture it and insert it below.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

177













I choose a store by clicking on the icon:

 **Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

I select the following cities:

- **Paris (75000**) :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Available - Pick-up 2h**

**Open today until 7 p.m.**

**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS FORUM DES HALLES**

**0.9 km |**

**0 Rue Berger - 75001 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**

**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Available - Withdrawal 2h**

**Open today until 8:30pm**



**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**


**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**


**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**


**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Available - Withdrawal 48/72h**

**Open today until 8pm**



**PARIS ITALY 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Available - Withdrawal 48/72h**

**Open today until 7:30pm**

**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**



**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Available - Collection 2h**

**Open today until 9:30pm**

**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Available - Collection 2h**

**Open today until 7:30pm**

**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Available - Collection 2h**

**Open today until 8pm**

**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Available - Collection 2h**

**Open today until 7 p.m.**



**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Available - Pickup 2h**

**Open today until 8pm**

**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Available - Collection 2h**

**Open today until 7:30pm**

**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Available - Pick-up 2h**

**Open today until 7:30pm**

**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Available - Pick-up 2h**

**Open today until 7:30pm**

**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Available - Pick-up 2h**

**Open today until 7:30pm**



**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Available - Collection 2h**

**Open today until 8:30pm**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Available - Pick-up 2h**

**Open today until 7 p.m.**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Available - Collection 2h**

**Open today until 8:30pm**


**ROSNY SOUS BOIS**

**10 km |**

**1 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Available - Collection 2h**

**Open today until 8:30pm**


**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Available - Collection 2h**

**Open today until 8:30pm**



**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Available - Pick-up 2h**

**Open today until 8:30pm**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Available - Pick-up 2h**

**Open today until 8pm**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand Available**

**- Pick-up 2h**

**Open today until 8pm**


**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Available - Collection 2h**

**Open today until 7:30pm**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Collection 2h**

**Open today until 8:30pm**



**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Available - Collection 2h**

**Open today until 7 p.m.**

**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Available - Collection 2h**

**Open today until 8pm**



- **Lyon (69000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available**.**

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Available - Collection 2h**

**Open today until 8pm**


**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Available - Collection 2h**

**Open today until 8pm**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Available - Collection 2h**

**Open today until 7:30pm**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Available - Pick-up 2h**

**Open today until 8pm**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Available - Collection 2h**

**Open today until 8pm**



- **Marseille (13000)** :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available**.**

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Available - Collection 2h**

**Open today until 7:30pm**

**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Available - Collection 2h**

**Open today until 8pm**



**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille Available**

**- Pick-up 2h**

**Open today until 7:30pm**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Available - Pick-up 2h**

**Open today until 8pm**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Available - Collection 2h**

**Open today until 8pm**


**CAMPAIGN PLAN**

**13.7 km |**

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available - Collection 2h**

**Open today until 7:30pm**



193

I select the following stores and see on the product page the number of units available or its availability:

➢ **PARIS CHAMPS ÉLYSÉES**



➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

195

The screenshots above were taken by myself during my observations.

**These are my findings.**

**And of all the above, I have made and drawn up the present minutes to serve and be worth what is right.**

**Franck Cherki**
**Commissaire de Justice Associé**

SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

196

French Original

**SELARL Franck CHERKI & Virginie RIGOT**
**Marion BOURREAU & Anna COHEN BACRI**

**Commissaires de Justice Associés**
**119, avenue de Flandre**
**75019 PARIS**

**EXPEDITION**

**Téléphone : 01.40.36.06.35**
**Télécopie : 01.40.34.00.37**
**Mail : contact@cherki-rigot.com**



# PROCES-VERBAL DE CONSTAT

**L'AN DEUX MILLE VINGT-QUATRE ET LE TREIZE NOVEMBRE**

**A LA REQUETE DE :**

**La société CSP LOGISTICS**, société par actions simplifiée, au capital social de 1 561 924,00 €, dont le siège social est situé au quartier le Piot, 30660 GALLARGUES-LE-MONTUEUX, immatriculée au Registre du Commerce et des Sociétés de Nîmes sous le numéro 411 350 481, prise en la personne de ses représentants légaux domiciliée en cette qualité audit siège,



1

**M'AYANT FAIT EXPOSER PAR SON CONSEIL :**

« **La société CSP LOGISTICS** reproche à **la société K18 INC**. d'avoir enfreint la clause d'exclusivité de leur contrat de distribution

Pour la défense des droits et intérêts de la **sociétés CSP LOGISTICS**, je vous requiers aux fins de procéder à toutes constatations utiles sur le réseau Internet et plus précisément sur le site internet de SEPHORA, puis d'en dresser procès-verbal. »

**DEFERANT A CETTE DEMANDE,**

*JE, FRANCK CHERKI, COMMISSAIRE DE JUSTICE ASSOCIE AU SEIN DE LA SELARL FRANCK CHERKI & VIRGINIE RIGOT &* Marion BOURREAU & Anna COHEN BACRI*, COMMISSAIRES DE JUSTICE PRES DU TRIBUNAL JUDICIAIRE DE PARIS, DEMEURANT 119 AVENUE DE FLANDRE 75019 PARIS, SOUSSIGNE,*

Me suis connecté le **13 novembre 2024** sur le réseau Internet de mon domicile personnel situé dans le 16ème arrondissement de Paris et dont l'adresse complète sera communiquée à première demande, et là étant, j'ai procédé aux constatations et manipulations suivantes :



**1 – <u>IDENTIFICATION DU MATERIEL</u>**

Je précise avant tout que les copies d'écran illustrant le présent procès-verbal de constat ont été réalisées à l'aide des logiciels de capture d'images Windows et ou Outil Capture, installés sur mon poste informatique ayant servi aux constatations.

**<u>LA RESOLUTION DE L'ECRAN</u> :**

Afin d'identifier la résolution de l'écran à partir duquel je procède à mes constatations, je copie l'image obtenue par la recherche **« Affichage »** puis **« Résolution d'écran »**, que j'insère ci-dessous :





**CONFIGURATION DE L'ORDINATEUR :**

J'effectue une capture d'écran **« Système »** de mon ordinateur, que j'insère ci-dessous.

# Spécifications de l'appareil

| | |
|---|---|
| Nom de l'appareil | AIO-FC |
| Processeur | Intel(R) Core(TM) i7-8700T CPU @ 2.40GHz   2.40 GHz |
| Mémoire RAM installée | 32,0 Go (31,9 Go utilisable) |
| ID de périphérique | 40BC5402-9B5A-4150-9EBA-D126B2351EAA |
| ID de produit | 00325-81090-02792-AAOEM |
| Type du système | Système d'exploitation 64 bits, processeur x64 |
| Stylet et fonction tactile | La fonctionnalité d'entrée tactile ou avec un stylet n'est pas disponible sur cet écran |

# Spécifications de Windows

| | |
|---|---|
| Édition | Windows 10 Famille |
| Version | 22H2 |
| Installé le | 22/08/2022 |
| Build du système d'exploitation | 19045.3803 |
| Expérience | Windows Feature Experience Pack 1000.19053.1000.0 |



J'insère ci-dessous les données de l'**« Informations système »** de mon ordinateur.

Je presse simultanément sur les touches Windows et R, dans la fenêtre qui s'affiche.

Je saisis la commande **« msinfo32 »** puis valide par Entrée.

**Nom du système d'exploitation        Microsoft Windows 10 Famille**
**Version                    10.0.19045 Build 19045**
**Autre description du système d'exploitation        Non disponible**
**Fabricant du système d'exploitation  Microsoft Corporation**
**Ordinateur                AIO-FC**
**Fabricant                ASUSTeK COMPUTER INC.**
**Modèle                Zen AIO 27 Z272SD_Z272SD**
**Type                PC à base de x64**
**Référence (SKU) du système**
**Processeur                Intel(R) Core(TM) i7-8700T CPU @ 2.40GHz,**
**2400 MHz, 6 cœur(s), 12 processeur(s) logique(s)**
**Version du BIOS/Date        American Megatrends Inc. Z272SD.304, 30/06/2020**
**Version SMBIOS        3.1**
**Version du contrôleur embarqué        255.255**
**Mode BIOS                UEFI**
**Fabricant de la carte de base  ASUSTeK COMPUTER INC.**
**Produit de la carte de base        Z272SD**
**Version de la carte de base        1.0**
**Rôle de la plateforme        Bureau**
**État du démarrage sécurisé        Activé**
**Configuration de PCR 7    Élévation requise à afficher**
**Répertoire Windows        C:\WINDOWS**
**Répertoire système        C:\WINDOWS\system32**
**Périphérique de démarrage        \Device\HarddiskVolume2**
**Option régionale                France**
**Couche d'abstraction matérielle        Version = "10.0.19041.5072"**
**Utilisateur                AIO-FC\Users**
**Fuseaux horaires        Paris, Madrid**
**Mémoire physique (RAM) installée    32,0 Go**
**Mémoire physique totale  31,9 Go**
**Mémoire physique disponible  21,3 Go**
**Mémoire virtuelle totale    36,6 Go**
**Mémoire virtuelle disponible    25,3 Go**
**Espace pour le fichier d'échange        4,75 Go**
**Fichier d'échange        C:\pagefile.sys**
**Protection DMA du noyauDésactivé**
**Sécurité basée sur la virtualisation    Désactivé**
**Prise en charge du chiffrement d'appareil%s        Élévation requise à afficher**
**Hyper-V - Extensions du mode de moniteur des ordinateurs virtuels Oui**
**Hyper-V - Extensions de la conversion des adresses de second niveau        Oui**
**Hyper-V - Virtualisation activée dans le microprogramme        Oui**
**Hyper-V - Protection de l'exécution des données  Oui**



## 2 – <u>IDENTIFICATION DES ADRESSES</u>

**<u>Adresse IP</u> :**

J'ai ouvert le **Logiciel IP2** installé sur mon poste informatique puis clique sur le bouton **« Find my IP addresses »**

Le résultat est le suivant :

<u>IP</u> IP2 - Version 1.04                                    ✕

| LAN IP | 192.168.1.220 | Copy |
| Computer | AIO-FC | Copy |

| WAN IP | 90.127.89.88 | Copy |
| Hostname | lfbn-idf1-1-2165-88.w90-127.abo.wanadoo.fr | Copy |

The WAN IP address is your IP as seen from the Internet and will be the IP of your gateway router or firewall. The LAN IP address is your Local Area Network IP and may be the same as your WAN IP if you are not using a router or firewall.

Find my IP addresses          ☑ Autorun

Done                                                         About



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

6

**J'ouvre les paramètres réseau & Internet** 

Puis dans **« Modifier des paramètres pour rendre une connexion limitée »,** je note la page suivante :



Je clique sur :



Les icones suivants apparaissent :



A l'aide de ma souris, je clique droit sur l'icône suivant :





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

Dans le menu déroulant qui apparait, je clique sur **« Propriétés »** et la fenêtre suivante apparait :





Je clique alors sur ☑ 🖳 Protocole Internet version 4 (TCP/IPv4)     et la fenêtre suivante apparait :



J'ouvre ensuite l'invite de commande **« cmd.exe »** puis je saisis les instructions suivantes destinées à purger le cache DNS : **Ipconfig /flushdns**

Après validation, je constate l'apparition du message suivant :
**« Cache de résolution DNS vidé ».**

**<u>Adresse MAC</u> :**

Je clique sur le bouton : **Démarrer**

Dans la Barre de recherche, j'ai tapé : « **cmd »**, validé par la touche entrée et ai ensuite tapé : « **ipconfig/all »** puis validé par la touche Entrée.

Je clique sur le petit carré noir, en haut à gauche.

Puis sur : **Modifier**

Puis sur : **Sélectionner tout**

**Puis sur le petit carré noir, en haut à gauche.**

Puis sur : **Modifier**

Et enfin sur : **Copier**

**<u>J'insère ci-dessous le résultat obtenu</u> :**

**Microsoft Windows [version 10.0.19045.5131]**
**(c) Microsoft Corporation. Tous droits réservés.**

**C:\Users\Users>ipconfig/all**

**Configuration IP de Windows**

   **Nom de l'hôte . . . . . . . . . . : AIO-FC**
   **Suffixe DNS principal . . . . . . :**
   **Type de noeud. . . . . . . . . : Hybride**
   **Routage IP activé . . . . . . . . : Non**
   **Proxy WINS activé . . . . . . . . : Non**
   **Liste de recherche du suffixe DNS.: home**

**Carte Ethernet Ethernet :**

   **Suffixe DNS propre à la connexion. . . : home**
   **Description. . . . . . . . . . . . . : Realtek PCIe GbE Family Controller**
   **Adresse physique . . . . . . . . . . : 18-31-BF-C7-EF-96**
   **DHCP activé. . . . . . . . . . . . : Oui**
   **Configuration automatique activée. . . : Oui**
   **Adresse IPv6. . . . . . . . . . . . :**
**2a01:cb00:2db:2a00:bb19:ef9f:5def:81c2(préféré)**
   **Adresse IPv6 temporaire . . . . . . . :**
**2a01:cb00:2db:2a00:1c8d:da91:16a9:be7d(préféré)**
   **Adresse IPv6 de liaison locale. . . . .: fe80::48fd:c87e:e63:52e6%14(préféré)**
   **Adresse IPv4. . . . . . . . . . . . .: 192.168.1.220(préféré)**
   **Masque de sous-réseau. . . . . . . . : 255.255.255.0**
   **Bail obtenu. . . . . . . . . . . . : mardi 12 novembre 2024 21:48:05**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**Bail expirant. . . . . . . . . . . . : jeudi 14 novembre 2024 11:10:13**
**Passerelle par défaut. . . . . . . . : fe80::5a1d:d8ff:fe21:3b10%14**
                    **192.168.1.1**
**Serveur DHCP . . . . . . . . . . . . : 192.168.1.1**
**IAID DHCPv6 . . . . . . . . . . . : 102248895**
**DUID de client DHCPv6. . . . . . . . : 00-01-00-01-23-25-EC-8E-18-31-BF-C7-EF-96**
**Serveurs DNS. . . . . . . . . . . . : 2a01:cb00:2db:2a00:5a1d:d8ff:fe21:3b10**
                    **192.168.1.1**
                    **2a01:cb00:2db:2a00:5a1d:d8ff:fe21:3b10**
**NetBIOS sur Tcpip. . . . . . . . . . : Activé**
**Liste de recherche de suffixes DNS propres à la connexion :**
                    **home**
                    **home**

**Carte réseau sans fil Connexion au réseau local* 4 :**

  **Statut du média. . . . . . . . . . . : Média déconnecté**
  **Suffixe DNS propre à la connexion. . . :**
  **Description. . . . . . . . . . . . . : Microsoft Wi-Fi Direct Virtual Adapter #4**
  **Adresse physique . . . . . . . . . . . : 3C-6A-A7-10-CB-1B**
  **DHCP activé. . . . . . . . . . . . . : Oui**
  **Configuration automatique activée. . . : Oui**

**Carte réseau sans fil Connexion au réseau local* 13 :**

  **Statut du média. . . . . . . . . . . : Média déconnecté**
  **Suffixe DNS propre à la connexion. . . :**
  **Description. . . . . . . . . . . . . : Microsoft Wi-Fi Direct Virtual Adapter #5**
  **Adresse physique . . . . . . . . . . . : 3E-6A-A7-10-CB-1A**
  **DHCP activé. . . . . . . . . . . . . : Non**
  **Configuration automatique activée. . . : Oui**

**Carte réseau sans fil Wi-Fi :**

  **Statut du média. . . . . . . . . . . : Média déconnecté**
  **Suffixe DNS propre à la connexion. . . : home**
  **Description. . . . . . . . . . . . . : Intel(R) Wireless-AC 9560 160MHz**
  **Adresse physique . . . . . . . . . . . : 3C-6A-A7-10-CB-1A**
  **DHCP activé. . . . . . . . . . . . . : Oui**
  **Configuration automatique activée. . . : Oui**

**Carte Ethernet Connexion réseau Bluetooth :**

  **Statut du média. . . . . . . . . . . : Média déconnecté**
  **Suffixe DNS propre à la connexion. . . :**
  **Description. . . . . . . . . . . . . : Bluetooth Device (Personal Area Network)**
  **Adresse physique . . . . . . . . . . . : 3C-6A-A7-10-CB-1E**
  **DHCP activé. . . . . . . . . . . . . : Oui**
  **Configuration automatique activée. . . : Oui**



**C:\Users\Users>**

## 3 – <u>NETTOYAGE DU MATERIEL</u>

Après avoir procédé à un scan de mon ordinateur par les logiciels anti-virus et antispyware, décrits ci-dessus, j'ai procédé aux nettoyages suivants :

**<u>Purge de la corbeille</u>** :

J'effectue un clic droit sur la poubelle, puis clique sur **« Vider la corbeille »** et valide.

**<u>Purge du spool de l'imprimante :</u>**

J'ai vérifié que le spool de l'imprimante utilisée pour le présent Procès-verbal de constat ne comporte aucune donnée en attente d'impression par la manipulation suivante :

Pour ce faire, je clique sur **« Démarrer », « Panneau de configuration »** et **« Imprimantes »**

| HPB0C5F1 (HP OfficeJet Pro 8730) | | | | — ☐ ✕ |
|---|---|---|---|---|

| Imprimante  Document  Affichage | | | | | |
|---|---|---|---|---|---|
| Nom du document | État | Propriét... | Pages | Taille | Soumis |



L'ordinateur utilisé pour mes constatations est de marque **ASUS AIO FC**

Le matériel de mon domicile permet d'imprimer les pages consultées :
**HP OfficeJet Pro 8730**

- Le routeur utilisé à mon domicile est mis à la disposition par le fournisseur d'accès internet **ORANGE**

**n° client : 034 405 4620**
**n° de compte internet : 722335717**

- **L'anti-virus et antispyware** actuellement utilisé sur le poste à partir duquel j'effectue mes constatations est de marque **ESET NOD32 Antivirus** et la dernière mise à jour a été faite.



- **Le logiciel pare-feu** actuellement utilisé sur le poste à partir duquel j'effectue mes constatations est activé et exploité sous WINDOWS ; la dernière mise à jour a été faite ce jour.

J'ai synchronisé l'horloge de mon ordinateur avec un serveur de temps Internet, en utilisant, une fois connecté à Internet, les manipulations suivantes :

Je clique droit sur l'horloge de la barre des tâches, puis sur **« Ajuster la date / l'heure »**, **« Ajouter des horloges pour différents fuseaux horaires »** et clique sur **« Temps Internet »** et **« Modifier les paramètres ».**

Une fenêtre **« Paramètres d'heure Internet »** apparaît et je sélectionne : **« time.windows.com »** que je mets à jour puis clique sur le bouton **« OK ».**

Je clique sur le bouton **« Mettre à jour »** et note :



**NAVIGATEUR GOOLE CHROME**

A l'aide du même ordinateur que mentionné ci-dessus, j'ouvre le navigateur Google Chrome.

**PURGE DU NAVIGATEUR** :

J'ouvre Google Chrome afin d'obtenir le détail de sa version :

Je clique sur **«     ⋮     »** puis sur **« Aide »** et dans le menu déroulant sur **« A propos de Google Chrome »**

J'obtiens ce résultat :





17

J'ai ensuite cliqué sur **«**  **»** puis sur **« Historique »** puis dans le menu déroulant sur **« Historique ».**

 La fenêtre suivante apparait, sur laquelle je clique sur le bouton :
**« EFFACER LES DONNEES »**



J'ai donc supprimé les fichiers temporaires, les cookies, l'historique, les données de formulaires et les mots de passe.

**<u>DESACTIVATION DU PROXY</u>**

Puis, dans les paramètres avancés de Chrome, sous la rubrique **« Système »,** je clique sur **« Accéder aux paramètres de proxy de votre ordinateur »**

La fenêtre suivante apparait :





Utilisez le serveur proxy sauf pour les adresses qui commencent par les entrées suivantes. Utilisez des points-virgules (;) pour séparer les entrées.

> \*.local

☐ Ne pas utiliser le serveur proxy pour les adresses (intranet) locales

Enregistrer

J'ai vérifié que le navigateur de mon poste n'est pas configuré explicitement pour utiliser un serveur proxy.

Je paramètre ensuite la première page du navigateur à la page « **about : blank** ».

-------------------------------------



**A 14h39, dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/leave-in-molecular-repair-hair-mask---traitement-pour-cheveux-abimes-612634.html**

Une fenêtre de consentement, que je valide et insère ci-dessous, apparait.



Une page du site de la société SEPHORA proposant à la vente le produit **« K18 Leave-in Molecular Repair Hair Mask - Traitement pour Cheveux Abîmés »,** que je capture et insère ci-dessous apparait.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés













Je choisis un magasin en cliquant sur l'icône :

 **Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible**.**

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS GARE MONTPARNASSE**

**2.5 km |**

**17 Boulevard de Vaugirard - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GARE DE L'EST**

**2.7 km |**

**4 Rue du 8 Mai 1945 - 75010 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS ITALIE 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GARE DU NORD**

**3.2 km |**

**112 Rue de Maubeuge - 75010 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS AVENUE DE FRANCE**

**3.3 km |**

**Immeuble T8 - 117 Avenue de France - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 21h30**



**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**ARCUEIL**

**5 km |**

**Place de la Vache Noire - 94110 Arcueil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**



**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**SAINT DENIS BASILIQUE**

**9.3 km |**

**14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

33

**VAL DE FONTENAY**

**10 km |**

**CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120 Fontenay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**COLOMBES**

**10.3 km |**

**25 Rue Saint-Denis - 92700 Colombes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**THIAIS BELLE EPINE - 1er étage**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**THIAIS BELLE EPINE - RDC**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**ARGENTEUIL**

**12.3 km |**

**50 Avenue du Marechal Foch - 95100 Argenteuil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MONTESSON**

**17 km |**

**280 Avenue Gabriel Péri - 78360 Montesson**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**MONTIGNY LES CORMEILLES**

**19.2 km |**

**66 Boulevard Victor Bordier - 95370 Montigny-lès-Cormeilles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**



36

**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Lyon** **(69000) :**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible**.**

**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON ECULLY**

**5.6 km |**

**Chemin Jean-Marie Vianney - 69130 Écully**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON SAINT GENIS**

**9.1 km |**

**Avenue Charles de Gaulle - 69230 Saint-Genis-Laval**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Marseille (13000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible**.**

**MARSEILLE BOURSE**

**0.5 km |**

**17 Cours Belsunce - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PLAN DE CAMPAGNE**

**13.7 km |**

**Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**VITROLLES**

**17.6 km |**

**Route Nationale 113 - 13127 Vitrolles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



Je sélectionne les magasins suivants et constate sur la page du produit, sa disponibilité ou le nombre d'unités disponibles :

> ➢ **PARIS CHAMPS ÉLYSÉES**





➢ **LYON LA PART DIEU**



➢ **MARSEILLE SAINT FERRÉOL**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

44

**Dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/leave-in-molecular-repair-hair-mask---traitement-pour-**
**cheveux-abimes-P10052254.html**

Une page du site de la société SEPHORA proposant à la vente le produit **« K18**
**Leave-in Molecular Repair Hair Mask - Traitement pour Cheveux Abîmés**
**»,** que je capture et insère ci-dessous apparait.









SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés



## DÉCOUVRIR LA MARQUE
### K18

K18 propose une approche scientifique unique des soins capillaires, basée sur la biotechnologie. L'efficacité cliniquement prouvée des produits s'appuie sur la technologie révolutionnaire K18PEPTIDE™, qui permet de réparer les dommages au niveau moléculaire pour tous type de cheveux. En pénétrant le cortex, elle atteint les couches les plus profondes et y renforce les chaînes de kératine brisées (conséquence de la décoloration, des produits chimiques et de la chaleur). Née dans les salons de coiffure, cette technologie permet à tous d'exprimer sa créativité capillaire sans craindre les dommages qui pourraient y être associés! Soutenue par la science, K18 ouvre la voie à une nouvelle ère de la beauté capillaire!







Je choisis un magasin en cliquant sur l'icône :



**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Disponible - Retrait 48/72h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS ITALIE 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 21h30**


**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**




**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**THIAIS BELLE EPINE - 1er étage**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

- **Lyon** **(69000):**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Marseille (13000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PLAN DE CAMPAGNE**

**13.7 km |**

**Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



Je sélectionne les magasins suivants et constate sur la page du produit sa disponibilité ou le nombre d'unités disponibles :

> ## **PARIS CHAMPS ÉLYSÉES**



➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

63

**Dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/molecular-repair-minis---coffret-routine-reparation-et-anti-frisottis-P1000203756.html**

Une page du site de la société SEPHORA proposant à la vente le produit **« K18 Molecular Repair Minis - Coffret Routine Réparation et Anti-frisottis »,** que je capture et insère ci-dessous apparait.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

64







## DÉCOUVRIR LA MARQUE
### K18

K18 propose une approche scientifique unique des soins capillaires, basée sur la biotechnologie. L'efficacité cliniquement prouvée des produits s'appuie sur la technologie révolutionnaire K18PEPTIDE™, qui permet de réparer les dommages au niveau moléculaire pour tous type de cheveux. En pénétrant le cortex, elle atteint les couches les plus profondes et y renforce les chaînes de kératine brisées (conséquence de la décoloration, des produits chimiques et de la chaleur). Née dans les salons de coiffure, cette technologie permet à tous d'exprimer sa créativité capillaire sans craindre les dommages qui pourraient y être associés! Soutenue par la science, K18 ouvre la voie à une nouvelle ère de la beauté capillaire!

[Découvrir K18]

### Newsletter beauté
Recevez les nouveautés, actualités et offres Sephora par email

Saisissez votre e-mail*

Ex: pierre.dubois@gmail.com    [S'inscrire]







Je choisis un magasin en cliquant sur l'icône :

 **Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Disponible - Retrait 48/72h**

**Ouvert aujourd'hui jusqu'à 20h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GARE DE L'EST**

**2.7 km |**

**4 Rue du 8 Mai 1945 - 75010 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS ITALIE 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GARE DU NORD**

**3.2 km |**

**112 Rue de Maubeuge - 75010 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS AVENUE DE FRANCE**

**3.3 km |**

**Immeuble T8 - 117 Avenue de France - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**ARCUEIL**

**5 km |**

**Place de la Vache Noire - 94110 Arcueil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**SAINT DENIS BASILIQUE**

**9.3 km |**

**14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**




**VAL DE FONTENAY**

**10 km |**

**CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120 Fontenay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**COLOMBES**

**10.3 km |**

**25 Rue Saint-Denis - 92700 Colombes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**THIAIS BELLE EPINE - RDC**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MONTESSON**

**17 km |**

**280 Avenue Gabriel Péri - 78360 Montesson**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**MONTIGNY LES CORMEILLES**

**19.2 km |**

**66 Boulevard Victor Bordier - 95370 Montigny-lès-Cormeilles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



77

- **Lyon** **(69000) :**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON ECULLY**

**5.6 km |**

**Chemin Jean-Marie Vianney - 69130 Écully**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



79

**LYON SAINT GENIS**

**9.1 km |**

**Avenue Charles de Gaulle - 69230 Saint-Genis-Laval**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Marseille (13000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

81

**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PLAN DE CAMPAGNE**

**13.7 km |**

**Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**VITROLLES**

**17.6 km |**

**Route Nationale 113 - 13127 Vitrolles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



82

Je sélectionne les magasins suivants et constate :

> ## **PARIS CHAMPS ELYSEES**





➢ **MARSEILLE SAINT FERREOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

84

**Dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/molecular-repair-hair-oil-mini---lisser-reparer-les-cheveux-abimes-P10054624.html**

Une page du site de la société SEPHORA proposant à la vente le produit **« K18 Molecular Repair Hair Oil - Huile Lisser Réparer Cheveux Abîmés - Format Voyage »,** que je capture et insère ci-dessous apparait.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

85













Je choisis un magasin en cliquant sur l'icône :



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

90

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS GARE MONTPARNASSE**

**2.5 km |**

**17 Boulevard de Vaugirard - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GARE DE L'EST**

**2.7 km |**

**4 Rue du 8 Mai 1945 - 75010 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS ITALIE 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GARE DU NORD**

**3.2 km |**

**112 Rue de Maubeuge - 75010 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS AVENUE DE FRANCE**

**3.3 km |**

**Immeuble T8 - 117 Avenue de France - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 21h30**



93

**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**ARCUEIL**

**5 km |**

**Place de la Vache Noire - 94110 Arcueil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**



**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**SAINT DENIS BASILIQUE**

**9.3 km |**

**14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**



**VAL DE FONTENAY**

**10 km |**

**CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120 Fontenay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**COLOMBES**

**10.3 km |**

**25 Rue Saint-Denis - 92700 Colombes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**THIAIS BELLE EPINE - 1er étage**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**THIAIS BELLE EPINE - RDC**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**ARGENTEUIL**

**12.3 km |**

**50 Avenue du Marechal Foch - 95100 Argenteuil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MONTESSON**

**17 km |**

**280 Avenue Gabriel Péri - 78360 Montesson**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**MONTIGNY LES CORMEILLES**

**19.2 km |**

**66 Boulevard Victor Bordier - 95370 Montigny-lès-Cormeilles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Lyon** (69000) :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON ECULLY**

**5.6 km |**

**Chemin Jean-Marie Vianney - 69130 Écully**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON SAINT GENIS**

**9.1 km |**

**Avenue Charles de Gaulle - 69230 Saint-Genis-Laval**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Marseille (13000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**MARSEILLE BOURSE**

**0.5 km |**

**17 Cours Belsunce - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PLAN DE CAMPAGNE**

**13.7 km |**

**Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**VITROLLES**

**17.6 km |**

**Route Nationale 113 - 13127 Vitrolles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

Je sélectionne les magasins suivants et constate sur la page du produit le nombre d'unités disponibles ou sa disponibilité :

➢ **PARIS CHAMPS ÉLYSÉES**



➢ **<u>MARSEILLE SAINT FERRÉOL</u>**



➢ **<u>LYON LA PART DIEU</u>**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**Dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/molecular-repair-hair-oil---lisser-reparer-les-cheveux-abimes-P10052099.html**

Une page du site de la société SEPHORA proposant à la vente le produit **« K18 Molecular Repair Hair Oil - Huile pour Lisser + Réparer les Cheveux Abîmés»,** que je capture et insère ci-dessous apparait.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

107













Je choisis un magasin en cliquant sur l'icône :



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Disponible - Retrait 48/72h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS ITALIE 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 21h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

114

**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**THIAIS BELLE EPINE - 1er étage**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Lyon** (69000) :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Marseille (13000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PLAN DE CAMPAGNE**

**13.7 km |**

**Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



123

Je sélectionne les magasins suivants et constate sur la page du produit le nombre d'unités disponibles ou sa disponibilité :

> ➤ **PARIS CHAMPS ÉLYSÉES**





➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





**Dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/peptide-prep-detox-shampoo---non-decolorant-**
**P10052255.html**

Une page du site de la société SEPHORA proposant à la vente le produit **« K18 PEPTIDE PREP Detox Shampoo - Shampoing Non-Décolorant » ,** que je capture et insère ci-dessous apparait.







SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés



### Avis clients

Trier par **Les plus récents** ⌄

4.3/5
3 avis
★★★★★

5★ ▬▬▬▬
4★ ▬
3★ ▬▬
2★
1★

Conditions de publication des avis

Testé par nos client(e)s Gold
Voir la vidéo

Je produit essayé dans la vidéo a été offert par Sephora

**Lolo**
Age: Plus de 54 ans

09/11/2024
★★★★★ 5/5

Avis spontané sans confirmation d'achat
Utilise ce produit depuis 1 semaine

**Bon produit**
Bonne detox, utilisée 2 fois, cheveux épais et brillants

**Recommande ce produit:** Oui

Cet avis vous a été utile ?
Signaler un contenu inapproprié

👍 0    👎 0

**bilael**
Sexe: Femme

01/09/2024
★★★    3/5

Avis spontané sans confirmation d'achat

**moyen**
Je l'ai acheté, car je cherchais un shampooing rend les cheveux gras. Je n'ai pas vu de grande amélioration même si il est bien mais le prix on s'attend un résultat plus efficace.

Cet avis vous a été utile ?
Signaler un contenu inapproprié

👍 1    👎 0

**Donner votre avis**

## *DÉCOUVRIR LA MARQUE*
## K18

K18 propose une approche scientifique unique des soins capillaires, basée sur la biotechnologie. L'efficacité cliniquement prouvée des produits s'appuie sur la technologie révolutionnaire K18PEPTIDE™, qui permet de réparer les dommages au niveau moléculaire pour tous type de cheveux. En pénétrant le cortex, elle atteint les couches les plus profondes et y renforce les chaînes de kératine brisées (conséquence de la décoloration, des produits chimiques et de la chaleur). Née dans les salons de coiffure, cette technologie permet à tous d'exprimer sa créativité capillaire sans craindre les dommages qui pourraient y être associés! Soutenue par la science, K18 ouvre la voie à une nouvelle ère de la beauté capillaire!

**Découvrir K18**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés





choisis un magasin en cliquant sur l'icône :

 **Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **<u>Paris</u> (75000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Disponible - Retrait 48/72h**

**Ouvert aujourd'hui jusqu'à 20h00**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS ITALIE 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 21h30**


**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**



**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**THIAIS BELLE EPINE - 1er étage**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Lyon** **(69000) :**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Marseille (13000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PLAN DE CAMPAGNE**

**13.7 km |**

**Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



Je sélectionne les magasins suivants et constate sur la page du produit le nombre d'unités disponibles ou sa disponibilité :

> ➤ **<u>PARIS CHAMPS ÉLYSÉES</u>**



➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





**Dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/damage-shield-ph-protective-shampoo---non-decolorant-718931.html**

Une page du site de la société SEPHORA proposant à la vente le produit **« K18 DAMAGE SHIELD pH Protective Shampoo - Shampoing Non-Décolorant »** que je capture et insère ci-dessous apparait.





SELARL
**FRANCK CHERKI** & **VIRGINIE RIGOT**
Huissiers de Justice Associés

145













Je choisis un magasin en cliquant sur l'icône :



**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 21h30**


**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Disponible - Retrait 48/72h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS ITALIE 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Disponible - Retrait 48/72h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**



153

**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**BOULOGNE MARCEL SEMBAT**

**8 km |**

**189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**THIAIS BELLE EPINE - 1er étage**

**10.9 km |**

**Rue du Luxembourg - 94320 Thiais**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



157

- **Lyon (69000) :**

Une fenêtre déroulante s'ouvre.





Je copie puis colle tous les magasins Sephora listés où le produit est disponible .

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

- **Marseille (13000)** :

Une fenêtre déroulante s'ouvre.





160

Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PLAN DE CAMPAGNE**

**13.7 km |**

**Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



162

Je sélectionne les magasins suivants et constate sur la page du produit le nombre d'unités disponibles ou sa disponibilité :

> ➢ **PARIS CHAMPS ÉLYSÉES**



➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

164

**Dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/damage-repair-essentials---coffret-routine-reparation-et-anti-frisottis-P1000203378.html**

Une page du site de la société SEPHORA proposant à la vente le produit **« K18 Damage Repair Essentials - Coffret Routine Réparation et Anti-frisottis »**, que je capture et insère ci-dessous apparait.





SELARL
**FRANCK CHERKI & VIRGINIE RIGOT**
Huissiers de Justice Associés

165













Je choisis un magasin en cliquant sur l'icône :

 **Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

**Je sélectionne les villes suivantes** :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

Je copie puis colle les deux magasins Sephora listés où le produit est disponible.

**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



170

- **Lyon (69000) :**

**Je note :**

**« Le produit recherché n'est pas disponible en magasin à moins de 20 km de la localisation indiquée »**





- **<u>Marseille</u> (13000)** :

**Je note :**

**« Le produit recherché n'est pas disponible en magasin à moins de 20 km de la localisation indiquée »**





Je sélectionne les magasins suivants et constate que le produit n'est pas disponible :

➢ **PARIS CHAMPS ÉLYSÉES**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

173

➢ **MARSEILLE SAINT FERREOL**



➢ **LYON LA PART DIEU**





**Dans la fenêtre Internet, j'insère l'adresse Internet suivante :**
**https://www.sephora.fr/p/damage-shield-protective-conditioner---protege-**
**contre-les-dommages-P10057061.html**

Une page du site de la société SEPHORA proposant à la vente le produit **« K18
DAMAGE SHIELD Protective Conditioner - Protège Contre Les Dommages
»**, que je capture et insère ci-dessous apparait.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

175













Je choisis un magasin en cliquant sur l'icône :



## Retrait en magasin

Pour découvrir nos stocks choisissez votre magasin

---

### Choisir un magasin

---

Je sélectionne les villes suivantes :

- **<u>Paris</u> (75000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**

**0.2 km |**

**3 Place Saint-Michel - 75005 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**PARIS SAINT GERMAIN**

**0.5 km |**

**79 Boulevard Saint-Germain - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS RIVOLI**

**0.8 km |**

**75 Rue de Rivoli - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS FORUM DES HALLES**

**0.9 km |**

**1 Rue Berger - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**LES HALLES LA CANOPEE**

**0.9 km |**

**4 Passage de la Canopée - 75001 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

**1.7 km |**

**28bis Rue du Faubourg Saint-Antoine - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS SAINT PLACIDE**

**1.7 km |**

**55 Rue Saint-Placide - 75006 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS OPERA**

**2.3 km |**

**4 rue Halévy - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS HAUSSMANN**

**2.4 km |**

**23 Boulevard Haussmann - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS GARE DE LYON**

**2.5 km |**

**Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris**

**Disponible - Retrait 48/72h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS ITALIE 2**

**2.7 km |**

**30 Avenue d'Italie - 75013 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS PASSAGE DU HAVRE**

**2.8 km |**

**109 Rue Saint-Lazare - 75009 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS GENERAL LECLERC**

**2.9 km |**

**3 Rue Brézin - 75014 Paris**

**Disponible - Retrait 48/72h**

**Ouvert aujourd'hui jusqu'à 19h30**

**PARIS SAINT LAZARE**

**3 km |**

**1 Cour du Havre - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**PARIS BERCY VILLAGE**

**3.6 km |**

**Cour Saint-Emilion - 75012 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**PARIS CHAMPS ELYSEES**

**3.7 km |**

**72 Avenue des Champs-Élysées - 75008 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 21h30**


**PARIS COMMERCE**

**4.1 km |**

**87 Rue du Commerce - 75015 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS LEVIS**

**4.1 km |**

**40 Rue de Lévis - 75017 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**PARIS PASSY**

**5.1 km |**

**50 Rue de Passy - 75016 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PARIS VICTOR HUGO**

**5.1 km |**

**125 avenue Victor Hugo - 75016 PARIS**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**



**LEVALLOIS SO OUEST**

**5.8 km |**

**31 Rue d'Alsace - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LEVALLOIS**

**6 km |**

**2 Rue Henri Barbusse - 92300 Levallois-Perret**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**ISSY LES MOULINEAUX**

**6.2 km |**

**3 promenade Coeur de Ville - 92130 Issy Les Moulineaux**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**VINCENNES**

**6.5 km |**

**27 Avenue du Château - 94300 Vincennes**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**NEUILLY**

**6.7 km |**

**116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



**VILLENEUVE LA GARENNE**

**8.2 km |**

**2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**CLAMART**

**8.6 km |**

**12/14 Rue du Trosy - 92140 Clamart**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**


**LA DEFENSE**

**9.2 km |**

**15 Parvis De La Défense - 92092 Paris**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**ROSNY SOUS BOIS**

**10 km |**

**2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**


**CRETEIL**

**11.4 km |**

**Avenue du Général de Gaulle - 94000 Créteil**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**VELIZY**

**12.3 km |**

**2 Avenue de l'Europe - 78140 Vélizy-Villacoublay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**

**PARINOR**

**14.2 km |**

**Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**NOISY LE GRAND**

**14.6 km |**

**Boulevard du Mont d'Est - 93160 Noisy-le-Grand**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**VERSAILLES**

**16.8 km |**

**64 Rue de la Paroisse - 78000 Versailles**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**LE CHESNAY PARLY**

**17.2 km |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h30**



**SAINT GERMAIN EN LAYE**

**19.3 km |**

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**AEROVILLE**

**19.9 km |**

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



187

- **Lyon** (69000) :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**LYON LA PART DIEU**

**1.9 km |**

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**LYON REPUBLIQUE**

**0.5 km |**

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**LYON HERRIOT**

**0.5 km |**

**66 Rue du Président Édouard Herriot - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**

**LYON CONFLUENCE**

**2.2 km |**

**Cours Charlemagne - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON SAINT PRIEST**

**8.3 km |**

**Boulevard André Bouloche - 69800 Lyon-Saint-Priest**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



- **Marseille (13000)** :

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible **.**

**MARSEILLE SAINT FERREOL**

**0.8 km |**

**56 Rue Saint-Ferréol - 13001 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE TERRASSES**

**1.3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



**MARSEILLE BONNEVEINE**

**5.5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**


**MARSEILLE GD LITTORAL**

**7.7 km |**

**11 Avenue de Saint Antoine - 13015 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**MARSEILLE LA VALENTINE**

**8.7 km |**

**11 Route de la Sablière - 13011 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**


**PLAN DE CAMPAGNE**

**13.7 km |**

**Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



Je sélectionne les magasins suivants et constate sur la page du produit le nombre d'unités disponibles ou sa disponibilité :

➢ **PARIS CHAMPS ÉLYSÉES**



➢ **MARSEILLE SAINT FERRÉOL**



➢ **LYON LA PART DIEU**





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

193

Les captures d'écran insérées ci-dessus ont été effectuées par mes soins durant mes constatations.

**Telles sont mes constatations.**

**Et de tout ce que dessus, j'ai fait et dressé le présent procès-verbal pour servir et valoir ce que de droit.**

**Franck Cherki
Commissaire de Justice Associé**

