# Exhibit 9

Case 4:24-cv-09143-HSG    Document 12-11    Filed 01/17/25    Page 1 of 3



# S'AIMER AVEC SOIN

VIVE L'ÉCOUTE DE SOI ET LA LIBERTÉ D'AFFINER SES ROUTINES. VIVE CES MOMENTS DE DÉTENTE, EN SOLO OU EN TOUT PETIT COMITÉ. ET VIVE LES CADEAUX POUR ÊTRE BIEN DANS SA PEAU, AU PROPRE COMME AU FIGURÉ.

COLLECTIONNEUR·SE, MINIMALISTE OU EXPLORATEUR·ICE EN QUÊTE DE NOUVELLES AVENTURES BEAUTÉ : AMUSEZ-VOUS.



SOIN

### CŒUR À CORPS ENSOLEILLÉ
**ÉDITION LIMITÉE**
**SOL DE JANEIRO**
Coffret Best + Brightest Body Routine
Contenant une crème corps Brazilian Bum Bum 75 ml, une brume parfumée pour le corps et les cheveux Pistache & Caramel Salé 90 ml, un gel douche crème Brazilian 4 Play 90 ml et une crème nourrissante pour le corps Bom Dia Bright 25 ml

### ÉPRIS DE BIOTECHNOLOGIE
**NOUVEAU**
**K18**
Molecular Repair Minis
Contenant un masque capillaire sans rinçage 15 ml et une huile capillaire 10 ml

### UN AMOUR DE BRILLANCE
**ÉDITION LIMITÉE**
**COLOR WOW**
Kit de Voyage Dream Smooth
Contenant un shampooing Color Security 75 ml, un après-shampooing Color Security 75 ml et un spray capillaire Supernatural Dream Coat 50 ml

### 7 ACTIONS, 1 HUILE PASSION
**FENTY SKIN**
Coffret Trio d'huiles à lèvres Fruit Quench'RZ
Contenant une huile à lèvres Barbados Cherry 5,6 ml, une huile à lèvres Kalahari Melon 5,6 ml et une huile à lèvres Passion Fruit 5,6 ml

### SENTIMENT D'HARMONIE
**RITUALS**
Coffret The Ritual of Ayurveda M
Contenant une mousse de douche 200 ml, une crème pour le corps 100 ml, un gommage pour le corps 125 g et une bougie 140 g