1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  CSP LOGISTICS | Case Nos. 3:24-cv-09143-SK |
| 12              Plaintiff, | |
| 13        v. | **[PROPOSED] ORDER GRANTING PLAINTIFF CSP LOGISTICS' MOTION FOR PRELIMINARY INJUNCTION** |
| 14  K18, Inc., a Delaware Corporation | |
| 15              Defendant. | |
| 16 | |
| 17 | |

18
19
20
21
22
23
24
25
26
27
28

After consideration of Plaintiff's Motion, the Court hereby finds that: (1) Plaintiff is likely to succeed on the merits of its claim against Defendant for breach of contract; (2) Plaintiff is likely to suffer irreparable harm to its market share, customers, sales, goodwill and inventory, absent preliminary injunctive relief; (3) the balance of equities weighs in favor of enjoining Defendant's allegedly unlawful conduct; and (4) it is in the public interest to enjoin Defendant's failure to meet its contractual obligations.

For the foregoing reasons, it is hereby ORDERED that Plaintiff's Motion is granted, and that a Preliminary Injunction shall be issued. During the pendency of this action and until otherwise ordered by the Court:

1. Defendant is hereby ENJOINED and RESTRAINED from distributing its K18 hair products to "Retail" (as defined by the Distribution Agreement) stores other than those of Plaintiff, including, for the avoidance of doubt, Sephora and Parashop, and to "Professional Beauty Industrial Outlets" (as defined by the Distribution Agreement).

2. Defendant is hereby ENJOINED and RESTRAINED from failing to offer Plaintiff its new K18 product lines and products, as required by the Distribution Agreement.

3. Defendant is hereby ENJOINED and RESTRAINED from refusing to fill Plaintiff's purchase orders, as required under the Distribution Agreement, including but not limited to Purchase Order No. POH240700323 dated July 29, 2024.

4. Defendant is hereby ENJOINED and RESTRAINED from failing to supply Plaintiff with K18 products in sufficient quantity to meet Plaintiff's needs, as required by the Distribution Agreement.

5. Plaintiff shall not be required to post a bond for the issuance of this Preliminary Injunction. *See Comet Techs. United States of Am. Inc. v. Beuerman*, 2018 WL 1990226, at *6 (N.D. Cal. Mar. 15, 2018) (a bond is not required for preliminary injunctive relief that "simply enjoin[s] Defendant from doing something Defendant never had a right to do in the first place.").

6. This Preliminary Injunction is issued without prejudice to Plaintiff or Defendant seeking other relief as appropriate, including further equitable or legal relief.

7. This Preliminary Injunction shall remain in full force and effect through the date on which

judgement is entered in this action.

8. This Preliminary Injunction shall take effect immediately upon filing of this order.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE