UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CSP LOGISTICS<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K18, Inc., a Delaware Corporation<br><br>　　　　　Defendant. | Case Nos. 4:24-cv-09143-HSG<br><br>**ORDER GRANTING PLAINTIFF CSP LOGISTICS' REQUEST FOR REMOTE ACCESS FOR CO-COUNSEL TO DEFENDANT'S MOTION TO DISMISS HEARING AND PLAINTIFF'S PRELIMINARY INJUNCTION MOTION HEARING (as modified)** |

1    After consideration of Plaintiff's Motion, the Court hereby GRANTS Plaintiff's request to
2  provide remote access for Plaintiff's co-counsel to Defendant's Motion to Dismiss hearing and
3  Plaintiff's Preliminary Injunction hearing to be held at 2:00 p.m. on March 20, 2025 at 1301 Clay
4  Street, Oakland, California, 94612, Courtroom 2, 4th Floor.
5    For the foregoing reasons, it is hereby ORDERED that Plaintiff's co-counsel, Vanessa
6  Benichou, Stephanie Fillom, Ann Atlan, and Stavroula Kyriazis, may attend the aforementioned
7  hearings remotely. The CRD will e-mail counsel the Zoom information.
8    **IT IS SO ORDERED.**

DATED: 3/10/2025

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES MAGISTRATE JUDGE