1   MATTHEW A. LESNICK (SBN 177594)
      matt@lesnickprince.com
2   LISA R. PATEL (SBN 341574)
      lpatel@lesnickprince.com
3   LESNICK PRINCE PAPPAS & ALVERSON LLP
    315 West Ninth Street, Suite 705
4   Los Angeles, California 90015
    Telephone: (213) 493-6496
5   Facsimile:  (213) 493-6596

6   Attorneys for Defendant K18, Inc.

7

8

9                 **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12   CSP Logistics, a French SAS Company,          Case No. 4:24-cv-09143-HSG

13                          Plaintiff,             **DEFENDANT K18, INC.'S NOTICE**
                                                   **OF MOTION AND MOTION FOR**
14         v.                                      **ANTI-SUIT INJUNCTION**
                                                   **PROHIBITING PLAINTIFF FROM**
15   K18, Inc., a Delaware Corporation,            **PROSECUTING DUPLICATIVE**
                                                   **LITIGATION IN FRANCE;**
16                          Defendant.             **MEMORANDUM OF POINTS AND**
                                                   **AUTHORITIES; DECLARATION OF**
17                                                 **CLAIRE PICARD**

18                                                 Judge:  Hon. Haywood S. Gilliam, Jr.
19                                                 Date:    May 15, 2025
                                                   Time:    2:00 p.m.
20                                                 Place:   Courtroom 2 – 4th Floor

21

22

23

24

25

26

27

28

DEFENDANT'S MOTION FOR ANTI-SUIT
INJUNCTION
CASE NO.: 4:24-cv-09143-HSG

Paris 19823248.1

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that on May 15, 2025 at 2:00 p.m., or as soon thereafter

3    as the matter may be heard in Courtroom 2 of the above-entitled court, located at 1301 Clay Street,

4    Oakland, CA 94612, Defendant K18, Inc. ("K18" or "Defendant") will and hereby does move (the

5    "Motion") for an Order enjoining Plaintiff CSP Logistics ("Plaintiff") from continuing to prosecute

6    a lawsuit that it filed in France against K18 (the "French Litigation"). The French Litigation is

7    duplicative and harassing in that it is based on the same alleged conduct and seeks the same relief

8    as the present case. Plaintiff commenced the French Litigation, in violation of the parties' forum

9    selection clause, while the present litigation was already pending.

10        This Motion is made pursuant to Federal Rule of Civil Procedure 65 on the grounds

11   that: (i) the parties and issues are the same in both this case and the French Litigation, making this

12   case capable of disposing of all of the issues in the French Litigation; (ii) the French Litigation

13   frustrates multiple policies of this forum, including the policies against piecemeal and duplicative

14   litigation, forum shopping, and inconsistent rulings, as well as the policy in favor of forum selection

15   clauses; and (iii) there would be no adverse impact on international comity, especially given that

16   the Distribution Agreement at issue contains California choice-of-law provision and a forum

17   selection clause mandating that disputes be resolved in California.

18        This Motion is based on this Notice of Motion and Motion, the attached

19   Memorandum of Points and Authorities and Declaration of Claire Picard, other pleadings and

20   papers filed in this action, and such other submissions, evidence, and argument as may be presented

21   to the Court prior to or at the time of hearing on this Motion.

22   Dated: March 31, 2025                    LESNICK PRINCE PAPPAS & ALVERSON LLP

23

24                                           By: /s/ Matthew A. Lesnick
                                                Matthew A. Lesnick
25                                              Lisa R. Patel
                                                Attorneys for Defendant K18, Inc.
26

27

28
     DEFENDANT'S MOTION FOR ANTI-SUIT
     INJUNCTION
     CASE NO.: 4:24-cv-09143-HSG

     Paris 19823248.1

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

Plaintiff CSP Logistics ("Plaintiff") brought this action against Defendant K18, Inc. ("K18" or "Defendant") on December 17, 2024, alleging that K18 breached the parties' written Distribution Agreement. This Court is the proper venue for this dispute because the Distribution Agreement contains a forum selection clause mandating litigation in the Northern District of California. However, shortly after initiating this action, Plaintiff filed a *second* lawsuit against K18 in France (the "French Litigation") based on the same Distribution Agreement, the same allegations, and seeking the same injunctive relief on an expedited basis. This does not appear to be accidental. Plaintiff is represented by the same law firm in both this action and the French Litigation. Yet surprisingly, Plaintiff did not disclose to the French court the existence of this action, raising concerns about whether it was acting in good faith. Plaintiff's decision to file a second, duplicative lawsuit against K18 appears to be nothing more than an attempt to harass K18. Plaintiff has forced K18 to hire counsel in both California and France and pay for these two legal teams to defend both actions and coordinate with each other. K18 should not have to defend itself on two continents simultaneously regarding the same allegations.

Further, the French Litigation is wasteful of this Court's time and resources. Plaintiff filed a motion for injunctive relief in this litigation, which the Court recently took under submission. The Court is devoting resources to rendering a decision while Plaintiff simultaneously is seeking the exact same relief in France.

Additionally, the French Litigation undermines this Court's recent Order approving the parties' stipulation to resolve this case through private mediation. While the parties are engaged in mediation in California, Plaintiff continues to pursue injunctive relief in France (which Defendant must continue to defend against), raising serious doubts about Plaintiff's commitment to the mediation process.

1    Allowing Plaintiff to proceed with the duplicative French Litigation would be

2 unjust. Under Ninth Circuit law, the Court should issue an Order enjoining Plaintiff from pursuing

3 the French Litigation for the following reasons:

4    First, the parties and issues are the same in both this proceeding and the French

5 Litigation. As a result, this Court can dispose of all the issues. The French Litigation adds nothing

6 but duplication and expense. Both actions are based on the same allegations that K18 breached the

7 same Distribution Agreement.

8    Second, the French Litigation frustrates multiple policies of this forum, including

9 the policies against piecemeal and duplicative litigation, forum shopping, and inconsistent rulings,

10 as well as the policy in favor of forum selection clauses.

11    Third, principles of comity are not implicated here where two private parties agreed

12 to litigate all disputes arising out of an agreement in California according to California law.

13    For all these reasons, detailed below, the Court should issue an Order enjoining

14 Plaintiff from continuing to prosecute the French Litigation against K18.

15 **II.    FACTUAL BACKGROUND**

16    **A.  The Distribution Agreement Contains a California Forum**
          **Selection Clause and a California Choice of Law Clause**

17

18    K18 creates, manufactures, markets, sells and distributes K18 hair products

19 worldwide. [Compl. [Dkt. No. 1] ¶ 7.] Plaintiff "markets and sells cosmetics, perfumes, and hair

20 products in France." [*Id*. ¶ 5.] The Parties entered into the Distribution Agreement in July 2021,

21 giving Plaintiff the right to distribute and sell K18 hair products in France. [*Id*. ¶ 6, Ex. 1.] The

22 Distribution Agreement contains a mandatory forum selection clause that states:

23    Each party hereto, in case of any controversy or dispute arising out of
24    or relating to this Agreement, forsaking any other jurisdiction, shall
      submit to the sole, proper and ***exclusive* jurisdiction and the venue of**
25    **court of San Francisco County, California, USA or the United**
      **States District Court for the Northern District of California, USA**."
26

27 [Compl. Ex. 1 ¶ 16.1 (emphasis added).]

28

DEFENDANT'S MOTION FOR ANTI-SUIT    2
INJUNCTION
CASE NO.: 4:24-cv-09143-HSG

The Distribution Agreement further provides that it "has been made and shall be governed by, and interpreted and construed in accordance with, the internal laws of the State of California, USA, regardless of the place of execution and intended performance and independent of the forum where it may come up for enforcement or construction." [*Id*. ¶ 16.3.]

### B. Plaintiff's Duplicative Lawsuits in California and France

On December 17, 2024, Plaintiff filed its Complaint commencing the present litigation, alleging that K18 breached the Distribution Agreement. [Dkt. No. 1.] Plaintiff is represented by the law firm King & Spalding LLP. [*See id*.]

On January 3, 2025 – a little over two weeks after Plaintiff initiated the present action – Plaintiff sued Defendant again in France, repeating all of the same allegations regarding Defendant's breach of the Distribution Agreement. A copy of the writ of summons initiating the French Litigation is attached to the Declaration of Claire Picard as Exhibit A. Plaintiff is represented by King & Spalding LLP in the French Litigation, as well. [Picard Decl. ¶ 3, Ex. A at 30.]

The French Litigation is pending before the President of the Commercial Court of Nîmes (*Président du Tribunal de Commerce de Nîmes*), ruling in summary proceedings ("*procédure de référé*"). [Picard Decl. ¶ 4.] The *référé* procedure is an urgent, expedited proceeding aimed at obtaining interim measures, such as a preliminary injunction, when a matter requires a swift decision. [*Id*.] It does not involve a full examination of the merits of the case but rather focuses on urgency and the existence of a manifestly unlawful disturbance or an imminent harm, justifying the need for immediate relief. [*Id*.]

#### 1. Both Lawsuits are Based on the Same Allegations

As reflected in the examples in the following chart, this case and the French Litigation are based on the exact same allegations:

| **California Litigation** | **French Litigation** |
|---|---|
| "Plaintiff submitted purchase order POH240700323 (the 'Purchase Order') on July 29, 2024" but "Defendant refused to | "On July 29, 2024, CSP LOGISTICS … placed an order for K18 products totaling USD 116,317.08 (hereinafter 'Order no |

| | |
|---|---|
| supply the products requested by the Purchase Order," in breach of the Distribution Agreement.<br><br>[Compl. ¶¶ 19-22.] | *POH240700323')*" which K18 "stubbornly refus[ed] to execute."<br><br>[Picard Decl. Ex. A at pp. 37-39.] |
| Defendant began "selling its products to Sephora … in France" and "also began selling its products to Parashop," in breach of the Distribution Agreement.<br><br>[Compl. ¶¶ 24-30.] | "K18's hair products … are now being distributed by SEPHORA and, more recently, PARASHOP, in blatant violation of the exclusivity clause."<br><br>[Picard Decl. Ex. A at p. 39.] |
| Defendant "launched several new products and product lines in 2024 it has not offered to Plaintiff," including its "K18 Christmas 2024 gift sets," in breach of the Distribution Agreement.<br><br>[Compl. ¶¶ 31-34.] | "[O]n July 4, 2024, CSP LOGISTICS asked K18 Company to disclose information relating to its special offer for the Christmas 2024 gift sets," but K18 "has never deigned to respond to this request, even though the Exclusive Distribution Agreement requires it to propose to CSP LOGISTICS any new products or product lines it may develop."<br><br>[Picard Decl. Ex. A at p. 37.] |
| Defendant "has failed and refused to supply Plaintiff with K18 products in sufficient quantity to meet Plaintiff's needs, in violation of the Distribution Agreement."<br><br>[Compl. ¶¶ 35-36.] | K18 "has *de facto* unilaterally terminated the Exclusive Distribution Agreement by … preventing CSP LOGISTICS from properly restocking the *"Bleu Libellule"* Group's stores with K18 hair care products…."<br><br>[Picard Decl. Ex. A at p. 39.] |

### 2.    Both Lawsuits Seek the Same Injunctive Relief

Plaintiff is seeking the same injunctive relief in both lawsuits.

Plaintiff filed a motion for a preliminary injunction in this action on January 23, 2025 [Dkt. No. 18.] The parties have fully briefed the motion, and the Court has taken the matter under submission. [*See* Dkt. Nos. 25, 27, 37.] Simultaneously, in France, Plaintiff is seeking the same injunctive relief in the French Litigation. As reflected in the following table, Plaintiff is seeking identical relief simultaneously in both countries:

| **California Litigation** | **French Litigation** |
|---|---|
| Plaintiff seeks to enjoin Defendant from "[d]istributing K18, Inc.'s hair products to professional beauty industrial outlets and retail | "Madam or Mister President of the Nîmes Commercial Court is asked to … PROHIBIT K18 Company … from delivering goods in |

| | |
|---|---|
| stores in France and French territories unaffiliated with Plaintiff, including Sephora and Parashop…." | breach of the exclusivity clause and in particular from delivering goods to SEPHORA and PARASHOP…" |
| [Dkt. No. 18 at 2.] | [Picard Decl. Ex. A at p. 51.] |

### C. The Parties Have Stipulated to go to Private Mediation in California While Plaintiff Continues to Seek Injunctive Relief in France

On March 18, 2025, the parties entered into a stipulation to try to resolve their disputes through private mediation in the next 90 days, tentatively with the Hon. Brian S. Currey (Ret.) of Signature Resolution. [Dkt. No. 38.] The Court approved the stipulation and ordered the parties to private mediation on March 19, 2025. [Dkt. No. 39.]

Meanwhile, Plaintiff continues to prosecute the French Litigation. The next hearing in the French Litigation is scheduled for April 9, 2025. [Picard Decl. ¶ 9.] Although Defendant will seek to postpone that hearing to a subsequent date to allow the mediation to prosper, the case may be formally argued at the April 9, 2025 hearing due to Plaintiff's opposition during the initial hearing of March 19, 2025 to a postponement beyond April 9, 2025, and the President of the Commercial Court could order provisional or protective injunctive relief against K18 as soon as April 9, 2025 or shortly thereafter. [*Id.*]

## III.  ARGUMENT

### A. Legal Standard for Anti-Suit Injunctions

Anti-suit injunctions "allow the court to restrain a party subject to its jurisdiction from proceeding in a foreign court in circumstances that are unjust." *E. & J. Gallo Winery v. Andina Licores S.A.*, 446 F.3d 984, 989 (9th Cir. 2006). Importantly, the court enjoins the parties, not the foreign court, from proceeding with an action, so there is no concern over the Court's jurisdiction or power to act. *Id.*

Anti-suit injunctions are not governed by the ordinary injunction standards. "In considering a motion to enjoin a party from pursuing a foreign proceeding, the traditional test for a preliminary injunction is inapt." *Oracle Am., Inc. v. Myriad Grp. AG*, 2012 WL 146364, at *3 (N.D. Cal. Jan. 17, 2012). "Instead, the Ninth Circuit has directed district courts to consider" what have been dubbed the three *Gallo* factors: "'(1) whether or not the parties and the issues are the same,

and whether or not the first action is dispositive of the action to be enjoined; (2) whether the foreign litigation would frustrate a policy of the forum issuing the injunction; and (3) whether the impact on comity would be tolerable.'" *Id.* (quoting *Applied Med. Distrib. Corp. v. Surgical Co. BV,* 587 F.3d 909, 913 (9th Cir. 2009) (citing *Gallo*, 446 F.3d at 989)).

As detailed below, each of these three factors weighs heavily in favor of enjoining Plaintiff from pursuing the French Litigation. "A contrary result would effectively nullify the forum selection and choice-of-law clauses, thereby eliminating the certainty of a contractual result that is necessary to foster international trade and commerce." *Applied Med.*, 587 F.3d at 914-915.

**B.  The Parties and Issues are Identical, Making this Action Dispositive of the French Litigation**

The first factor of the Ninth Circuit's anti-suit injunction analysis is "whether or not the parties and the issues are the same, and whether or not the first action is dispositive of the action to be enjoined." *Gallo*, 446 F.3d at 991. The issues in the two actions need not be "precisely and verbally identical" to be the same. *Applied Med.*, 587 F.3d at 915. Instead, where, as here, "the domestic action is capable of disposing of all the issues in the foreign action and all the issues in the foreign action fall under the forum selection clause, the issues are meaningfully 'the same.'" *Id*.

An action is dispositive where "all of the claims . . . 'arise out of the Agreement,' are subject to the forum selection clause, and therefore must be disposed of in the California forum if at all." *Id*. at 914 (alterations omitted). Here, there is no question that the parties and issues in the two actions are identical and that this action is "dispositive" of the French Litigation.

Plaintiff brought this action against K18 in December 2024. Then, in early 2025, Plaintiff sued K18 again in France. There are no other plaintiffs or defendants in either case. Thus, the parties are identical.

Likewise, the issues in both actions are identical. This is unsurprising given that Plaintiff is represented by the same law firm in both actions. In both actions, Plaintiff alleges that K18 breached the parties' July 2021 Distribution Agreement by:

- Failing to fulfill Purchase Order no. POH240700323 [*see* Compl. ¶¶ 19-22; Picard Decl. Ex. A at pp. 37-39];

- • Supplying K18 products to Sephora and Parashop in France [*see* Compl. ¶¶ 24-30; Picard Decl. Ex. A at p. 39];

- • Failing to offer Plaintiff new K18 products and product lines, including its Christmas 2024 gift sets [*see* Compl. ¶¶ 31-34; Picard Decl. Ex. A at p. 37]; and

- • Failing to supply Plaintiff with K18 products in sufficient quantity to satisfy Plaintiff's commercial needs [*see* Compl. ¶¶ 35-36; Picard Decl. Ex. A at p. 39].

There are no material substantive allegations in the French Litigation that are not involved in the present action. Because the issues are identical, this action is capable of disposing of all of the issues in the French Litigation. The French Litigation adds nothing to this case. Thus, the first *Gallo* factor weighs in favor of an anti-suit injunction.

### C. The French Litigation Frustrates Multiple Policies of This Forum

The "second step in deciding if an anti-suit injunction is appropriate is determining if the continuation of the foreign litigation would 'frustrate a policy of the forum issuing the injunction.'" *Applied Med.*, 587 F.3d at 918 (quoting *Gallo*, 446 F.3d at 992).

#### 1. The French Litigation Undermines the Policies Against Duplicative Litigation, Forum Shopping and Inconsistent Rulings

Permitting Plaintiff to proceed with the French Litigation would frustrate the "federal policy against piecemeal and duplicative litigation, forum shopping[,] and inconsistent rulings," *Oracle*, 2012 WL 146364, at *4, and furthermore "cause[] substantial inconvenience, unnecessary expense, and duplication of efforts" to K18 and the Court. *Mastronardi Int'l Ltd. v. SunSelect Produce (Cal.), Inc.*, 2020 WL 520167, at *7 (E.D. Cal. Jan. 31, 2020); *see also Microsoft Corp. v. Motorola, Inc.*, 871 F. Supp. 2d 1089, 1100 (W.D. Wash.), *aff'd*, 696 F.3d 872 (9th Cir. 2012) ("Courts have found that court policies against avoiding inconsistent judgments, forum shopping and engaging in duplicative and vexatious litigation sufficient to satisfy this step.")

These policy concerns already have been triggered. K18 has been forced to hire counsel in both California and France just to defend itself against one set of claims. This is wasteful, burdensome, and unfair.

DEFENDANT'S MOTION FOR ANTI-SUIT INJUNCTION    7
CASE NO.: 4:24-cv-09143-HSG

The unnecessary burden and waste resulting from the parallel actions also extends to the Court. This Court has taken Plaintiff's Preliminary Injunction Motion under submission. Yet, Plaintiff seeks the same injunctive relief in France. In doing so, Plaintiff risks inconsistent rulings and shows a disregard for this Court's time, resources and decisions.

Additionally, the French Litigation undermines this Court's recent Order directing the parties to engage in private mediation. The parties have agreed to mediate this case in California. However, Plaintiff is simultaneously pursuing the French Litigation, compelling K18 to defend itself against the same claims it is supposed to be resolving through mediation. This raises concerns about Plaintiff's commitment to the mediation process.

### 2. The French Litigation Undermines the Policy in Favor of Forum Selection Clauses

The Ninth Circuit also has recognized the "strong policy favoring robust forum selection clauses." *Applied Med.*, 587 F.3d at 918-919. As the *Applied Med.* court noted:

> [W]ithout the availability of anti-suit injunctions, the vitality of forum selection clauses would be impermissibly and improvidently jeopardized. Although a foreign court might eventually agree that a forum selection clause controls, there is no guarantee that such a resolution would be reached in a timely fashion or at all, and this uncertainty would impair the parties' ability to enforce a forum selection clause. Anti-suit injunctions may be the only viable way to effectuate valid forum selection clauses….

*Id.* at 919. Similarly, the *Gallo* court stated:

> Forum selection clauses are increasingly used in international business. When included in freely negotiated commercial contracts, they enhance certainty, allow parties to choose the regulation of their contract, and enable transaction costs to be reflected accurately in the transaction price. We have also repeatedly stressed the importance of forum selection clauses and have held that they should be enforced absent strong reasons to set them aside. Without an anti-suit injunction in this

DEFENDANT'S MOTION FOR ANTI-SUIT    8
INJUNCTION
CASE NO.: 4:24-cv-09143-HSG

case, the forum selection clause effectively becomes a nullity. The
potential implications for international commerce are considerable.

*Gallo*, 446 F.3d at 992.

The Distribution Agreement contains a mandatory forum selection clause that states, "Each party hereto, in case of any controversy or dispute arising out of or relating to this Agreement, forsaking any other jurisdiction, shall submit to the sole, proper and exclusive jurisdiction and the venue of court of San Francisco County, California, USA or the United States District Court for the Northern District of California, USA." [Compl. Ex. 1 ¶ 16.1.] If Plaintiff were allowed to proceed with the French Litigation, this clause would effectively become a nullity, which the *Gallo* court explicitly warned against.

Because the French Litigation frustrates multiple policies of the instant forum, this factor also weighs in favor of an anti-suit injunction enjoining Plaintiff from pursuing duplicative litigation in France.

### D. An Anti-Suit Injunction Would Have No Impact on Comity

The third *Gallo* factor seeks to understand whether an anti-suit injunction would have any negative impact on international comity. "Comity is 'the recognition which one nation allows within its territory to the legislative, executive or judicial acts of another nation, having due regard both to international duty and convenience, and to the rights of its own citizens, or of other persons who are under the protection of its laws.'" *Gallo*, 446 F.3d at 994 (quoting *Hilton v. Guyot*, 159 U.S. 113, 164 (1895)). *"It 'is neither a matter of absolute obligation, on the one hand, nor of mere courtesy and good will, upon the other.'" Id.*

In *Gallo*, the Ninth Circuit held that concerns regarding comity would not be implicated by the issuance of an anti-suit injunction where the action involved private parties in a contractual dispute. Indeed, the Ninth Circuit held the opposite was true, emphasizing that *failing* to issue an injunction in such circumstances could have detrimental effects on comity:

No public international issue is raised in this case. There is no indication that the government of Ecuador is involved in the litigation. Andina is a

private party in a contractual dispute with Gallo, another private party. The case before us deals with enforcing a contract and giving effect to substantive rights. This in no way breaches norms of comity. Under the reasoning of the district court, any party seeking to evade the enforcement of an otherwise-valid forum selection clause need only rush to another forum and file suit. *Not only would this approach vitiate United States policy favoring the enforcement of forum selection clauses, but it could also have serious deleterious effects for international comity.*

*Gallo*, 446 F.3d at 994 (emphasis added).

This case presents the same factors that led the *Gallo* court to conclude that international comity was not implicated and could possibly be harmed without the issuance of an anti-suit injunction. Plaintiff and K18 are private parties in a contractual dispute. The parties agreed that California law would apply to any disputes arising out of the Distribution Agreement and that any disputes would be resolved in California. As the *Gallo* court held, enforcing the Distribution Agreement in this situation does not breach norms of comity. Thus, this factor, too, weighs in favor of an anti-suit injunction.

## IV.    CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court enter an order: (1) issuing a preliminary injunction enjoining Plaintiff from pursuing the French Litigation or any similar litigation in another forum against K18 during the pendency of the instant action; and (2) for such further relief as the Court may deem just and proper.

Dated: March 31, 2025              LESNICK PRINCE PAPPAS & ALVERSON LLP


                                   By: /s/ Matthew A. Lesnick
                                       Matthew A. Lesnick
                                       Lisa R. Patel
                                       Attorneys for Defendant K18, Inc.

**DECLARATION OF CLAIRE PICARD**

I, Claire Picard, hereby declare:

1.      I am over the age of eighteen and, unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      On January 3, 2025, Plaintiff CSP Logistics ("Plaintiff") sued Defendant K18, Inc. ("Defendant" or "K18") in France (the "French Litigation"). I am Counsel in the Paris office of Dentons, which represents K18 in the French Litigation. My biography can be found at the following link: https://www.dentons.com/en/claire-picard.  I make this declaration in support of K18's Motion for Anti-Suit Injunction (the "Motion").

3.      Plaintiff is represented in the French Litigation by the Paris office of the law firm King & Spalding International LLP. A true and correct copy of the "Writ of Summons for Summary Proceedings Before the President of the Nîmes Commercial Court" served on K18 in the French Litigation is attached hereto as Exhibit A (the "Writ of Summons").

4.      The French Litigation is pending before the President of the Commercial Court of Nîmes (*Président du Tribunal de Commerce de Nîmes*), ruling in summary proceedings ("*procédure de référé*"). The *référé* procedure is an urgent, expedited proceeding aimed at obtaining interim measures, such as a preliminary injunction, when a matter requires a swift decision. It does not involve a full examination of the merits of the case but rather focuses on urgency and the existence of a manifestly unlawful disturbance or an imminent harm, justifying the need for immediate relief.

5.      As set forth in the attached Writ of Summons, the French Litigation is based on K18's alleged breaches of a Distribution Agreement between Plaintiff and K18 dated July 15, 2021. Plaintiff alleges that K18 breached the terms of the Distribution Agreement by: (i) failing to fulfill Plaintiff's Order No. POH240700323 (Ex. A at pp. 37-39]; (ii) distributing K18 products to Sephora and Parashop in France [*Id*. at p. 39]; (iii) failing to offer Plaintiff new products and

DEFENDANT'S MOTION FOR ANTI-SUIT       11
INJUNCTION
CASE NO.: 4:24-cv-09143-HSG

1    product lines, including its Christmas 2024 gift set [*Id*. at p. 37]; and (iv) failing to provide Plaintiff

2    with sufficient amounts of K18 products [*Id*. at p. 39].

3         6.      Plaintiff submitted the exact same photographs in support of its submissions

4    in the French Litigation and this action. Plaintiff also submitted the same official report dated

5    November 13, 2024 prepared by the French bailiff / "commissaire de justice" (judicial officer) in

6    support of its submissions in both actions.

7         7.      In the French Litigation, Plaintiff has not mentioned the existence of this

8    lawsuit pending between Plaintiff and Defendant before the United States District Court of

9    Northern District of California.

10        8.      Based on its allegations, Plaintiff requests that the President of the

11   Commercial Court of Nîmes:

12   •   "RULE that the breach of the exclusivity clause by K18 Company

13       constitutes a manifestly unlawful disturbance";

14   •   "RULE that CSP LOGISTICS will suffer imminent damage due to the

15       delivery to retailers of K18 products for which it does not receive delivery";

16        As a result,

17   •   "PROHIBIT K18 Company, subject to a provisional penalty of 1,000 euros

18       per infringement, from delivering goods in breach of the exclusivity clause

19       and in particular from delivering goods to SEPHORA and PARASHOP in

20       breach of the Exclusive Distribution Agreement signed on July 15, 2021";

21   •   "ORDER K18 Company to cease selling K18 products in breach of its

22       contractual exclusivity obligation stipulated in the Exclusive Distribution

23       Agreement, if necessary, by recalling products marketed by SEPHORA and

24       PARASHOP, under a provisional penalty of 20,000 euros per day of delay";

25   •   "RESERVE the liquidation of penalties";

26

27

28   DEFENDANT'S MOTION FOR ANTI-SUIT                    12
     INJUNCTION
     CASE NO.: 4:24-cv-09143-HSG

1            •       "CONDEMN the K18 Company to pay CSP LOGISTICS the sum of 25,000

2                    euros in accordance with article 700 of the French Code of Civil Procedure";

3                    and

4            •       "ORDER K18 to pay all the costs of the proceedings."

5            [Ex. A at p. 51.]

6            9.      Because the French Litigation is a *référé* procedure, the case is supposed to

7 be pleaded rapidly, usually at the first hearings and within a couple of months from the initial

8 hearing. There is no fixed procedural schedule or predetermined timetable. Hearings are scheduled

9 based on the court's availability, and the parties must be ready to plead whenever a hearing is set.

10            10.     The first hearing in the French Litigation took place on March 19, 2025, and

11 the case has been adjourned for three weeks at our request. The next hearing is scheduled for April

12 9, 2025. Plaintiff opposed any postponement beyond this date. The case may be pleaded at this last

13 hearing. The President of the Commercial Court may order provisional or protective measures as

14 requested by the Plaintiff if there is a clear and urgent need. The decision does not prejudge the

15 merits of the case, which remain to be decided in regular proceedings. In most cases, decisions

16 issued in *référé* are immediately enforceable, even if an appeal is filed.

17            I declare under penalty of perjury under the laws of the United States of America

18 that the foregoing is true and correct and that this declaration was executed on March 31, 2025 at

19 Paris, France.

20

21                                 Claire Picard

22

23

24

25

26

27

28   DEFENDANT'S MOTION FOR ANTI-SUIT       13
    INJUNCTION
    CASE NO.: 4:24-cv-09143-HSG

# EXHIBIT A

Annexe II

FORMULAIRE F2

## DEMANDE
## REQUEST
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER D'UN
### ACTE JUDICIAIRE OU EXTRAJUDICIAIRE
### FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
--------------

Convention relative à la signification et à la signification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à la Haye, 15 novembre 1965.
Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at the Hague, November 15, 1965.

Identité et adresse des requérants
Identity and address of the applicant
**La SELARL Franck CHERKI & Virginie RIGOT, Marion BOURREAU & Anna COHEN-BACRI, Commissaires de justice associés, sis 119 avenue de Flandre 75019 PARIS**

Address of receiving authority
**ABC LEGAL SERVICES**
**1099 STEWART ST. SUITE 700**
**SEATTLE WA 98101**
**INTERNATIONALINFO@ABCLEGAL.COM**
**(206) 521-2979**
**ETATS UNIS**

Le requérant soussigné à l'honneur de faire parvenir en double exemplaire à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :
The undersigned applicant has the honour to transmit in duplicate the documents listed below and, in conformity with article 5 of the above mentionned Convention, requests prompt service of one copy thereof on the addresse, ie,
(Identité et adresse)
(Identity and address)

**Société K18 INC**
**700 Sylvan Avenue**
**Englewood Cliffs**
**NJ 07632 NEW JERSEY**
**ETATS-UNIS**

a) selon les formes légales (articles 5, alinéa premier, lettre a)*
a) in accordance with the provision of sub-paragraph (a) of the first paragraph of article 5 of the Convention *

b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) *

b) in accordance with the provision of sub-paragraph (b) of the first paragraph of article 5)*
................................................................................................................................
................................................................................................
c) le cas échéant, par remise simple (article 5 alinéa 2 )*
c) by delivery to the addresse, if he accepts it voluntary ( second paragraph of article 5)
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte et de ses annexes avec l'attestation figurant au verso.
The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side

Enumérations des pièces
List of documents

## ASSIGNATION EN REFERE DEVANT LE PRESIDENT DU TRIBUNAL DE COMMERCE DE NIMES

Fait à Paris , le  03/01/2025

Done at
Signature et / ou cachet
Signature and / or stramp

**Marion BOURREAU**



**ANNEXE II**                                             **FORMULAIRE F2**

**ATTESTATION partie à remplir par l'autorité étrangère**
**CERTIFICATE devant effectuer la notification**
------------

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
The undersigned authority has he honneur to certify, in conformity with article 6 of the Convention,

   1.  que la demande a été exécutée*
   1.  that the document has been served*
-    le ( date )…………………………………….
-    the ( date )………………………………….
-    à (localité, rue, numéro)…………………...
-    at ( place, street, number)………………….
-    Dans une des formes suivantes prévues à l'article 5:
-    In one of the following methods authorised by article 5 :
  -    a)  selon les formes légales ( article 5,alinéa premier, lettre a )*
  -    a)  in accordance with the provision of sub-paragraph (a) of the first paragraph of the article 5 of the Convention*
  -    b)  selon la forme particulière suivante*
  -    b)  in accordance with the following particular method *
  -    c) par simple remise
  -    c) by delivrery to the address, who accepted it voluntarily*

Les documents mentionnés dans la demande ont été remis à:
The documents referred to in the request have been delivered to:
-    (identité et qualité de la personne )…………………………………….
-    (identity and description of person )………………………………….
-    Liens de parenté, de subordination ou autres, avec le destinataire de l'acte………………………………………………………………….
-    Relationship to the address (family, business or other ) :……………

   2.  que la demande n'a pas été exécutée, en raison des faits suivants*
   3.  that the document has not been served, by reason of the following facts*
……………………………………………………………………………………….
……………………………………………………………………………………….
……………………………………………………………….

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais don't le detail figure au mémoire ci-joint*
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expens detailed in the attached statement*

Annexes
Annexes

Pieces renvoyées:
Documents returned :
……………………………….
……………………………….

Le cas échéant, les documents justificatifs de l'exécution :
In appropriate cases , documents establishing the service
……………………………………………..                    Fait à                  , le
……………………………………………..                    Done at               , the
                                                    Signature et/ ou cachet

**ANNEXE II**                                          **FORMULAIRE F2**

**ELEMENTS ESSENTIELS DE L'ACTE**
**SUMMARY OF THE DOCUMENTS TO BE SERVED**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale , signée à la Haye, le 5 novembre 1965. Convention on the service abroad of judicial or extrajudicial documents in civil or commercial matters, signed at the HAGUE , November 15, 1965.

(article 5, alinéa 4 )
(article5, fourth paragraph )

**Nom et adresse de l'autorité requérante:**
**Name and address of the requesting authority :**

**SELARL CHERKI, RIGOT, BOURREAU & COHEN-BACRI**
**119 Avenue de Flandre**
**75019 PARIS**

**Identité des parties*:**
**Particulars of the parties*:**

<u>**A la requête du :**</u>

**Société CSP LOGISTICS, ayant son siège social Quartier Le Piot 30660 Gallargues Le Montueux**

<u>**A l'encontre de :**</u>

**Société K18 INC**
**700 Sylvan Avenue**
**Englewood Cliffs**
**NJ 07632 NEW JERSEY**
**ETATS-UNIS**

**ACTE  JUDICIAIRE\*\***
**JUDICIAL DOCUMENTS\*\***

**Nature et objet de l'acte:**
**Nature and purpose of the documents:**

**ASSIGNATION EN REFERE DEVANT LE PRESIDENT DU TRIBUNAL DE COMMERCE DE NIMES**

**Nature  et objet de l'instance, le cas échéant, le montant du litige:**
**Nature and purpose of the proceeding and, where appropriate, the amount in dispute:**

**CIVIL**

**Date et lieu de comparution\*\*:**
**Date and place for entering appearance\*\*:**

**LE** Dix neuf **MARS DEUX MILLE VINGT-CINQ A NEUF HEURES TRENTE (19/03/2025 à 09h30) devant Madame ou Monsieur le Président du Tribunal de Commerce de Nîmes, audit Tribunal sis 12 rue Cité Foulc, 30000 Nimes, à l' audience des référés**

Juridiction qui a rendu la décision\*\*:
Court which has given judgement\*\*:

Date de la decision\*\*:
Date of judgment\*\*:

Indication des délais figurant dans l'acte \*\*:
Time limits stated in the documents\*\*:

ACTE EXTRAJUDICIAIRE\*\*
EXTRAJUDICIAL DOCUMENT\*\*

Nature et objet de l'acte:
Nature and purpose of the document:
Indication des délais figurant dans l'acte\*\*:
Time and purpose in the document\*\*:

---

**ASSIGNATION EN RÉFÉRÉ DEVANT LE PRÉSIDENT
DU TRIBUNAL DE COMMERCE DE NÎMES**

---

**L'AN DEUX MILLE VINGT CINQ ET LE**

**À LA DEMANDE DE :**

**La société CSP LOGISTICS**, société par actions simplifiée au capital social de 1.561.924 euros, immatriculée au RCS de Nîmes sous le numéro 411 350 481, dont le siège social est Quartier Le Piot– 30660 Gallargues-Le-Montueux, agissant poursuite et diligence de son représentant légal,

>  **Ayant pour Avocat postulant :**
>
>  **Le Cabinet LX NÎMES**
>  **Représenté par Maître Emmanuelle VAJOU**
>  *Avocat au Barreau de Nîmes*
>  13 rue Jeanne d'Arc – 30009 Nîmes Cedex 4
>  Tél. : 04.66.05.63.31 – Fax. : 04.66.28.18.11
>  Toque : B 108 – nimes@lx.legal
>
>  Et élisant domicile en ce Cabinet pour la présente et ses suites
>
>  **Ayant pour Avocat plaidant :**
>
>  **Le Cabinet KING & SPALDING INTERNATIONAL LLP**
>  **Représenté par Maître Vanessa BENICHOU**
>  *Avocat au Barreau de Paris*
>  48 bis, rue de Monceau – 75008 Paris
>  Tél. : 01.73.00.39.00 – Fax. : 01.73.00.39.59
>  Toque : A 305 – vbenichou@kslaw.com

J'AI,

**DONNÉ ASSIGNATION À :**

**La société K18 INC**., société de droit américain constituée dans l'État du Delaware, dont le siège social est sis 1209 ORANGE STREET, CORPORATION TRUST CENTER, WILMINGTON – DELAWARE – ÉTATS-UNIS et dont l'établissement principal est sis **700 SYLVAN AVENUE, ENGLEWOOD CLIFFS, NJ 07632 – NEW JERSEY – ÉTATS-UNIS**, immatriculée dans l'État de Californie sous le numéro **5533914**, prise en la personne de ses représentants légaux;

1

**D'AVOIR À COMPARAÎTRE LE :**

| |
|---|
| **19 MARS 2025 À 9 HEURES 30** |

Devant **Madame ou Monsieur le Président du Tribunal de commerce de Nîmes**, audit Tribunal sis 12 rue Cité Foulc -30000 Nîmes-, à l'audience des référés

**TRÈS IMPORTANT**

**Conformément à l'article 853 du Code de procédure civile, vous êtes tenu de constituer avocat avant l'audience ci-dessus indiquée pour être représenté devant la formation des référés du Tribunal de Commerce de Nîmes.**

**À défaut vous vous exposez à ce qu'une ordonnance soit rendue contre vous sur les seuls éléments fournis par votre adversaire.**

Il vous est rappelé que l'article 861-2 du code de procédure civile dispose :

*« Sans préjudice des dispositions de l'article 68, la demande incidente tendant à l'octroi d'un délai de paiement en application de l'article 1343-5 du code civil peut être formée par requête faite, remise ou adressée au greffe, où elle est enregistrée. L'auteur de cette demande doit justifier avant l'audience que l'adversaire en a eu connaissance par lettre recommandée avec demande d'avis de réception. Les pièces que la partie invoque à l'appui de sa demande de délai de paiement sont jointes à la requête.*

*L'auteur de cette demande incidente peut ne pas se présenter à l'audience, conformément au second alinéa de l'article 446-1. Dans ce cas, le juge ne fait droit aux demandes présentées contre cette partie que s'il les estime régulières, recevables et bien fondées. »*

Les personnes dont les ressources sont insuffisantes peuvent, si elles remplissent les conditions prévues par la loi n° 91-647 du 10 juillet 1991, bénéficier d'une aide juridictionnelle. Elles doivent, pour demander cette aide, s'adresser au bureau d'aide juridictionnelle établi au siège du Tribunal judiciaire de leur domicile.

Les pièces sur lesquelles la demande est fondée sont indiquées en fin d'acte selon bordereau annexé.

**PLAISE À MADAME OU MONSIEUR LE PRÉSIDENT**

1. Par la présente procédure, la société CSP LOGISTICS entend obtenir de Monsieur ou Madame le Président du Tribunal de céans des mesures conservatoires et de remise en état aux fins de la prémunir d'un dommage imminent et faire cesser le trouble manifestement illicite qu'elle subit en raison de la violation, par son cocontractant, de son obligation contractuelle d'exclusivité.

## I.    EXPOSE DES FAITS

### A.    PRESENTATION DES PARTIES

2. Fondée en 1997, la société OBJECTIF COIFFURE, devenue CSP LOGISTICS suite à un changement de dénomination sociale (ci-après, « *CSP LOGISTICS* », *Pièce n°1*) est une filiale du Groupe CSP, entreprise occitane spécialisée dans la distribution de produits professionnels capillaires et esthétiques à destination d'une clientèle de coiffeurs, d'esthéticiens et de particuliers, elle-même détenue par la société PROVALLIANCE, leader européen des réseaux de salons de coiffure.

Le Groupe CSP combine à la fois une centrale d'achat basée dans le Gard et une activité de grossiste, gérée par CSP LOGISTICS, destinés à alimenter une plateforme e-commerce, ainsi qu'un réseau de 244 magasins en propre et en franchise sous l'enseigne « *Bleu Libellule* », servant les besoins de 6.000 coiffeurs en France, en sus d'une clientèle de particuliers.

3. La société AQUIS HAIRSCIENCES INC. (ci-après, « *AQUIS HAIRSCIENCES* ») est, pour sa part, une entreprise de droit californien fondée en 2018, spécialisée dans la Recherche et le Développement. (*Pièce n°2*). En particulier, elle a développé en 2020 une gamme de soins capillaires qui nourrissent et renouvellent scientifiquement les cheveux abimés par la chaleur, sous les marques « **K18 BIOMIMETIC HAIRSCIENCE** » et « **K18** » (ci-après, ensemble « *K18* »).

En février 2023, la société AQUIS HAIRSCIENCES a initié une procédure de conversion, lui permettant, sans avoir à former une nouvelle entité ou dissoudre l'actuelle, d'être dorénavant domiciliée dans l'État du Delaware et sous une nouvelle dénomination sociale, à savoir, K18, INC. (ci-après, « *la société K18* ») (*Pièces n°3 et 4*).

Au cours de 2024, la société UNILEVER PRESTIGE a procédé à l'acquisition de la société K18, laquelle fait donc désormais partie du Groupe UNILEVER (*Pièce n°5*).

### B.    LES RELATIONS COMMERCIALES ENTRETENUES ENTRE CSP LOGISTICS ET LA SOCIETE K18 ET LES INVESTISSEMENTS CONSIDERABLES DE CSP LOGISTICS

4. Dès 2020, avec sa gamme de soins capillaires nouvellement créée, la société AQUIS HAIRSCIENCES avait compris que le marché français de la coiffure était particulièrement porteur.

C'est dans ces conditions qu'elle s'est rapprochée du Groupe CSP, l'un des leaders sur le marché français de la distribution des soins capillaires, afin que celui-ci devienne son distributeur exclusif.

5. Par acte du 15 juillet 2021, la société AQUIS HAIRSCIENCES a ainsi confié la distribution exclusive de ses produits capillaires à CSP LOGISTICS sur le territoire français métropolitain et d'outre-mer (ci-après, le « *Contrat de Distribution Exclusive* » - *Pièce n°6*) :

*Traduction libre :*

> *La société AQUIS HAIRSCIENCES « souhaite accorder au Distributeur [CSP LOGISTICS] certains droits exclusifs d'importer, de commercialiser, de faire la publicité, d'entreposer et de vendre les produits K18 BIOMIMETIC HAIRSCIENCE sur le Territoire (...) »[1] (Pièce n°6, p.1).*

Ce Contrat, à effet au 1er avril 2021, a été conclu pour une **durée déterminée de 5 années, soit jusqu'au 30 mars 2026**, lequel pouvait être reconduit pour une durée supplémentaire de 2 ans, soit jusqu'au 30 mars 2028.

6. Dès la signature de l'accord, le Groupe CSP a multiplié ses efforts pour distribuer et promouvoir la marque K18 en France où elle y était totalement inconnue auparavant.

La demanderesse a donc engagé des investissements considérables pour faire connaître cette marque et ses produits dont la technologie se distingue par son caractère innovant et unique sur le marché français. Ces actions visaient non seulement à accroître la reconnaissance de la marque sur le territoire et à renforcer sa notoriété, mais également, grâce à ce contrat, à garantir une valeur ajoutée à l'offre du Groupe CSP pour répondre aux attentes des consommateurs.

C'est ainsi que dès 2021, plusieurs articles de presse sont parus, annonçant la distribution des produits K18 par CSP LOGISTICS dans les boutiques Bleu Libellule (*Pièce n°7*).

Plus encore, CSP LOGISTICS a développé la promotion de cette marque à travers plusieurs canaux et notamment :

- En gérant les comptes de la marque K18 en France sur les réseaux sociaux tels que Facebook (« *K18 Hair France* ») et Instagram (« *k18hair_fr* »), dont la communauté sur ce dernier réseau représente plus de 10.600 personnes (*Pièce n°8*). À titre de précision, le compte Tik Tok est animé via le compte Instagram ;

- En introduisant le protocole K18 au sein des salons du Groupe Provalliance composé notamment des réseaux de salons de coiffure Franck Provost, Jean Louis David et Saint Algue :

**SAINT ALGUE**

*28 décembre 2022*                    *1er février 2023*




---

[1] "WHEREAS, K18 BIOMIMETIC HAIRSCIENCE wishes to grant Distributor exclusive certain rights to import, market, advertise, warehouse, and sell K18 BIOMIMETIC HAIRSCIENCE Products in the Territory (as defined below), and Distributor wishes to accept those rights in accordance with the terms of this Agreement."



- En développant plusieurs campagnes de marketing digitales et classiques pour promouvoir les produits et nouveauté de la marque K18 (**Pièce n° 9**), en s'appuyant sur les services d'une agence de relation publiques jusqu'en février 2024, ayant découvert que Nice Work représentait dorénavant la marque en France (**Pièce n°10**) ;

- En s'associant à plusieurs « *influenceurs* » pour faire connaître la marque sur les réseaux sociaux afin de créer du contenu et augmenter la visibilité de la marque ;

*29 août 2022*                    *10 septembre 2022*                    *3 octobre 2023*





- En participant à de nombreux salons professionnels. À titre d'illustration, lors du seul salon MCB Paris qui s'est déroulé en septembre 2021, CSP LOGISTICS a présenté la marque et vendu près de 5.520 euros de produits K18, en à peine trois jours. Dès l'année suivante, elle a multiplié ce chiffre par 5,5 en vendant pour 30.251 euros de produits K18.

*Septembre 2021*



*Septembre 2022*




Grâce à ces nombreux efforts, le chiffre d'affaires réalisé par CSP LOGISTICS au titre de la distribution des produits K18 n'a cessé de croître, passant de 955.000 euros en 2022 à 2.741.000 euros en 2023, soit une augmentation de près de 187% en, à peine 1 an, pour une marque qui était initialement totalement inconnue du public français :



EVOLUTION VENTES ANNUELLES

C. <u>SUR LES FAITS A L'ORIGINE DU PRESENT LITIGE</u>

**7.** Au cours des mois de janvier et février 2024, CSP LOGISTICS a découvert que la gamme de produits K18 allait prochainement être distribuée en France par SEPHORA, **en toute violation du Contrat de Distribution Exclusive** signé le 15 juillet 2021.

*3 janvier 2024*     *27 février 2024*     *29 février 2024*

      

La présence de ces produits dans le réseau de distribution de SEPHORA constituant une transgression flagrante de l'obligation d'exclusivité de la société K18, la société CSP LOGISTICS s'est enquise des raisons d'un tel manquement manifeste auprès de son partenaire.

Pour seule réponse, la société K18 s'est voulue rassurante en indiquant à la société CSP LOGISTICS qu'elle *« s'efforçait de comprendre ce qui s'est passé et de résoudre ce problème avec notre équipe ».*

La société CSP LOGISTICS a donc légitimement pensé qu'il ne s'agissait là que d'une erreur interne au sein de la société K18, qui serait rapidement résolue.

8. Pourtant, un mois plus tard, lors de la journée presse SEPHORA, les produits capillaires K18 y étaient toujours présentés et annoncés comme disponibles en boutique dès le **4 mars 2024**.

 

9. Parallèlement, au mois de février 2024, la société K18 a annoncé à CSP LOGISTICS l'envoi d'un nouveau contrat de distribution, auquel cette dernière ne s'opposait pas par principe, tout en lui assurant qu'elle conserverait la distribution exclusive des produits et formats professionnels K18.

On précisera à cet égard que compte tenu des négociations qui s'étaient engagées entre les parties sur la signature de cet éventuel nouveau contrat, la société CSP LOGISTICS n'a pas jugé opportun de dénoncer la violation par K18 de son engagement d'exclusivité.

Cependant, par courriel du 22 mai 2024, la société CSP LOGISTICS a, contre toute attente, reçu non pas le projet de contrat annoncé par la société K18, mais un **accord de résiliation mutuelle anticipée du Contrat de Distribution Exclusive** (*Pièce n°11*) et ce, alors que la demanderesse n'avait jamais exprimé directement ou indirectement sa volonté de rompre la relation contractuelle existante.

Dans la mesure où il était absolument inenvisageable pour la société CSP LOGISTICS de simplement résilier le Contrat de Distribution Exclusive qui lui avait été consenti notamment au regard des investissements considérables qu'elle avait déployés, celle-ci a, le 31 mai 2024, indiqué à la société K18 qu'elle ne signerait cet accord de résiliation anticipée que <u>concomitamment</u> à la signature d'un nouveau contrat de distribution, invitant ainsi la société K18 à lui communiquer un projet de nouveau contrat.

La société K18 a accepté la requête de la société CSP LOGISTCS en lui précisant qu'elle lui adresserait prochainement le projet de nouveau contrat (*Pièce n°12*).

10. Dans cet intervalle, le 4 juillet 2024, CSP LOGISTICS a demandé à la société K18 de lui fournir les informations liées à son offre spéciale portant sur les coffrets de Noël 2024, à savoir sa désignation et son contenu, des images, les prix d'achat et de vente recommandés, les quantités minimales à commander et la date de disponibilité (*Pièce n°13*).

La société K18 n'a jamais daigné répondre à cette demande alors que le Contrat de Distribution Exclusive lui impose pourtant de proposer à CSP LOGISTICS tous les nouveaux produits ou gammes de produits qu'elle serait amenée à développer (*Pièce n° 6, p. 2*).

Le 29 juillet 2024, CSP LOGISTICS a, comme à son habitude et conformément au Contrat de Distribution Exclusive, passé une commande de produits K18 pour un montant de **116.317,08 USD** (ci-après, la « *Commande n°POH240700323* ») (*Pièce n°14 et 15*).

Le jour même, la société K18 l'informait très expressément de ce qu'elle entendait bloquer l'envoi de cette commande tant que le nouveau contrat de distribution ne serait pas signé (*Pièce n°14*), la défenderesse ayant, ce faisant, purement et simplement, tenté de soumettre son cocontractant à de nouvelles obligations contractuelles dont il sera ci-après exposé qu'elles étaient nettement plus défavorables pour la société CSP LOGISTICS.

11. Le lendemain, CSP LOGISTICS a rappelé à la société K18 être toujours en attente de ce nouveau contrat pour pouvoir procéder à son examen.

En réponse, la société K18 s'est excusée de ne pas l'avoir communiqué depuis <u>deux mois</u> et a promis de l'envoyer d'ici le 9 août 2024 (*Pièce n° 16*).

Pour autant, par courriels du 8 août 2024, alors qu'elle indiquait envoyer le projet dès le lendemain ou le 12 août, la société K18 a réitéré auprès de l'équipe opérationnelle de CSP LOGISTICS **le blocage de sa commande n°POH240700323 jusqu'à la signature du nouveau contrat de distribution** (*Pièce n°17*).

12. Devant cette obstruction, la société CSP LOGISTICS, a, par courriel du 9 août 2024 sollicité des explications auprès de la société K18, lui rappelant que le Contrat de Distribution Exclusive était toujours en vigueur et que les discussions initiées pour le renouveler de manière anticipée ne pouvaient en aucun cas interrompre l'exécution des commandes (*Pièce n°18*).

Pour seule réponse, la société K18 l'a informée, le 13 août 2024, de ce qu'elle allait recevoir très prochainement dans sa messagerie électronique le nouveau contrat accompagné de l'accord de résiliation anticipée (*Pièce n°19*).

Or, ces derniers ne lui ont jamais été communiqués.

En revanche, la société K18 a tenté un « coup de force » en adressant directement au Président du Groupe PROVALLIANCE le nouveau contrat de distribution pour signature via DocuSign, sans que celui-ci n'ait jamais été revu par les équipes du Groupe ni même qu'il leur ait été préalablement soumis.

Ce « coup de force » était motivé par le fait que par l'intermédiaire de ce nouveau contrat, la société K18 tentait en réalité d'imposer à la société CSP LOGISTICS des conditions contractuelles et commerciales très dégradées eu égard à celles octroyées dans le Contrat de Distribution Exclusive.

Se rendant compte de cette manœuvre pour le moins déloyale, CSP LOGISTICS a immédiatement réclamé auprès de K18 la communication du projet de contrat afin qu'il puisse être analysé en interne (*Pièce n°20*), lequel lui a enfin été transmis par K18 le 20 août 2024.

13. Le 11 septembre 2024, CSP LOGISTICS a adressé à K18 une version modifiée du nouveau contrat de Distribution et a réitéré sa demande visant à débloquer la commande n°POH240700323 (*Pièce n°21*).

Après avoir été relancée le 16 septembre 2024, la société K18 a, le lendemain, communiqué ses nouvelles conditions contractuelles (*Pièce n°22*), à savoir :

- Marge diminuée de -50 %, mais avec supplément de 5 % (de l'objectif d'achat de l'année) sur présentation d'une preuve des dépenses de marketing ;
- Minimums d'achat de 150.000 USD en 2024 et de 500.000 USD en 2025 ;
- Produits professionnels exclus de l'assortiment de détail.

Or, à la lumière des conditions du Contrat de Distribution Exclusive en vigueur, ces dernières s'avèrent manifestement défavorables à CSP LOGISTICS, comme elle l'a indiqué dans son courriel du 23 septembre 2024 :

*Traduction libre :*

« *Comme nous vous l'avons dit, votre proposition [marge -50%] représente une* **augmentation de 100 à 178% sur nos prix d'achat actuels**. *Aucune raison ne justifie cette augmentation. Malgré cela, nous avons proposé un compromis en acceptant +30% et en renonçant à notre remise supplémentaire de 10%, sans compter que nous avons également consenti à renoncer à notre exclusivité sur le marché français aux Points de Vente Industriels de Beauté Professionnelle et aux Détaillants. C'est le maximum que nous puissions accepter, compte tenu de notre contrat actuel* ». [...]

« *Nous ne pouvons atteindre [ces minimums d'achats] que si nous pouvons continuer à distribuer le même assortiment que celui mentionné dans notre contrat actuel et si vous livrez également nos commandes* ».[...]

« *Notre activité n'a pas changé, nous* **continuons à distribuer en B2B** *et cela représente 25% de nos ventes des produits K18. Comme nous l'avons expliqué, nous pouvons également développer cette activité avec nos salons Provalliance. Ainsi, abandonner ce segment important de notre activité sans compensation significative n'est pas acceptable non plus* ».

(***Pièce n°23***)

14. Finalement, par courriel du 18 octobre 2024, la société K18 a mis un terme aux discussions qu'elle avait elle-même initiées aux fins de renouveler de manière anticipée le Contrat de Distribution Exclusive en informant CSP LOGISTICS de sa volonté de ne pas renouveler le contrat à l'issue de son terme (***Pièce n°24***).

Pourtant, la société K18 a *de facto* rompu unilatéralement le Contrat de Distribution Exclusive en refusant obstinément d'exécuter la Commande n°POH240700323 et plus largement le Contrat, empêchant ainsi CSP LOGISTICS de réapprovisionner normalement les magasins du Groupe « *Bleu Libellule* » en produits capillaires K18 alors qu'ils sont dorénavant distribués par SEPHORA et dernièrement par PARASHOP, en toute violation de la clause d'exclusivité.

Compte tenu de l'arrêt des négociations entre les parties et de la volonté clairement exprimée par la société K18 de rompre toute relation avec la société CSP LOGISTICS, cette dernière n'a désormais d'autres choix que d'exposer les manquements flagrants de la société K18 à son engagement d'exclusivité, étant rappelé qu'auparavant, la société CSP LOGISTICS pouvait légitimement croire que ses relations avec la société K18 perdureraient, raison pour laquelle elle s'était abstenue de toute action aux fins de préserver lesdites relations.

15. Dans ces conditions, CSP LOGISTICS n'a d'autres choix que de saisir le Tribunal de céans afin de faire cesser le trouble manifestement illicite qu'elle subit du fait de la violation, par la société K18, de la clause d'exclusivité expressément stipulée au Contrat de Distribution Exclusive et de la prémunir du dommage imminent en résultant.

## II.    **DEMANDES**

**16.** Conformément à l'article 873 alinéa 1er du Code de procédure civile :

> « *Le président peut, dans les mêmes limites, et même en présence d'une contestation sérieuse,* **prescrire en référé les mesures conservatoires** *ou de remise en état qui s'imposent,* **soit pour prévenir un dommage imminent, soit pour faire cesser un trouble manifestement illicite.** »

Or, en l'occurrence, compte tenu de la violation par la société K18 de la clause d'exclusivité prévue au Contrat de Distribution Exclusive, CSP LOGISTICS subit un trouble manifestement illicite (**A**) ainsi qu'un dommage imminent (**B**), lesquels motivent les mesures conservatoires et de remise en état qui sont ici réclamées (**C**).

### A.    SUR LE TROUBLE MANIFESTEMENT ILLICITE

**17.** Le trouble manifestement illicite défini par l'article 873 alinéa 1er du Code de procédure civile désigne « **toute perturbation résultant d'un fait matériel ou juridique qui, directement ou non, constitue une violation évidente de la règle de droit** »[2], étant précisé que la violation caractérisée d'une obligation légale ou conventionnelle constitue un trouble manifestement illicite que le Juge des référés doit faire cesser.

La violation d'une clause contractuelle est ainsi susceptible de constituer un trouble manifestement illicite[3].

**18.** En l'espèce, aux termes du Contrat de Distribution Exclusive, la société K18 a « *accordé au Distributeur [CSP LOGISTICS] certains* **droits exclusifs d'importer, de commercialiser, de faire la publicité, d'entreposer et de vendre les produits K18 BIOMIMETIC HAIRSCIENCE sur le Territoire** *(…)* »[4] (*Pièce n°6, p.1*).

Ce faisant, elle a autorisé CSP LOGISTICS « **à importer,** _commercialiser_**, promouvoir,** _vendre_ **et distribuer les produits K18 BIOMIMETIC HAIRSCIENCE de** _manière exclusive_ **aux PVIBPs [Points de Vente Industriels de Beauté Professionnelle] et aux Détaillants sur le Territoire** »[5] (*Pièce n°6, p. 2*).

À titre de précision, le Contrat de Distribution Exclusive définit les termes suivants :

- « _Détaillant_ » désigne **les magasins de détail offrant des produits de soins personnels et de beauté et peut inclure des revendeurs tiers** ainsi que les franchises et les établissements appartenant au Distributeur, et inclut également la boutique en ligne du Distributeur accessible à l'adresse internet « www.bleulibellule.com », qui offre des produits de soins personnels et de beauté[6] (*Pièce n°6, p. 2*).

- « _PBIOs_ » désigne les _Points de Vente Industriels de Beauté Professionnelle_, **qui sont des cosmétologues agréés, des coiffeurs, des salons de beauté agréés, des salons de coiffure pour hommes, des écoles de beauté et de barbiers, et des magasins de produits de beauté professionnels.** Les PBIOs excluent les établissements suivants : les épiceries ; les grandes surfaces alimentaires et pharmaceutiques ; la grande distribution ; les grands magasins ; les sites uniquement

---

[2]    H. Solus et R. Perrot, Droit judiciaire privé, t. 3 : Sirey, 1991, n°1289 ; Cass. com., 2 septembre 2020, n°18-24.863

[3]    CA Nîmes, 27 septembre 2018, n° 18/00735;

[4]    *"WHEREAS, K18 BIOMIMETIC HAIRSCIENCE wishes to grant Distributor exclusive certain rights to import, market, advertise, warehouse, and sell K18 BIOMIMETIC HAIRSCIENCE Products in the Territory (as defined below), and Distributor wishes to accept those rights in accordance with the terms of this Agreement."*

[5]    2.1.1. Authorization. During the Term, and provided Distributor is in compliance with this Agreement (including, but not limited to, fulfilling Distributor's obligations under Section 4), K18 BIOMIMETIC HAIRSCIENCE hereby authorizes Distributor to import, market, promote, sell and distribute K18 BIOMIMETIC HAIRSCIENCE Products on an exclusive basis to PBIOs and Retail in the Territory, in each case subject to the terms and conditions of this Agreement.

[6]    "Retail" shall mean retail stores offering personal care and beauty products and may include third-party retailers as well as franchise and company owned locations of Distributor, and shall further include Distributor's online store at bleulibellule.com offering personal care and beauty products.

en ligne sans magasin physique ; Sites de commerce électronique ; Clients internationaux[7] (*Pièce n°6, p. 23*).

- « *Territoire* » désigne la République française, incluant les DOM-TOM *(Pièce n°6, p. 25)*[8].

Ainsi, la société K18 a conféré une **exclusivité** à CSP LOGISTICS pour distribuer et vendre ses produits capillaires K18 **sur le territoire français** aux magasins de détail offrant des produits de soins personnels et de beauté et à tout salon beauté.

Or, il ressort d'une simple recherche sur internet que les produits K18 sont commercialisés par de nombreux acteurs répondant aux définitions précitées et qui pour autant ne se fournissent pas en produits auprès de CSP LOGISTICS, à l'exception de Bleu Libellule.



---

[7] PBIOs. "PBIOs" shall mean Professional Beauty Industrial Outlets, which are licensed cosmetologists, hair stylists, accredited beauty salons, men's styling salons, beauty and barber schools, and professional beauty supply stores.
PBIOs exclude the following:
a) Grocery stores
b) Food/Drug mass outlets
c) Mass retailers
d) Department stores
e) Online only locations without a brick-and-mortar store
f) E-commerce sites
g) International customers

[8] Distributor has rights to distribute K18 BIOMIMETIC HAIRSCIENCE Products in the following geographic area (the "Territory"): French Republic, including DOM-TOM (Clipperton, French Southern and Antarctic Lands, French Polynesia, French Guiana, Guadeloupe, Martinique, Mayotte, New Caledonia, Saint-Martin, Saint-Barthélemy, Saint Pierre and Miquelon, Reunion Island, and Wallis and Futuna)

**19.** Devant cette violation manifeste et caractérisée de la clause d'exclusivité précitée, CSP LOGISTICS a mandaté un Commissaire de Justice qui, le 13 novembre 2024, a constaté que les produits capillaires K18 étaient commercialisés en masse chez SEPHORA sur son site internet (www.sephora.fr) ainsi que dans ses boutiques situées dans les métropoles de Paris, Lyon et Marseille (*Pièce n°25*), et plus particulièrement les magasins suivants : PARIS CHAMPS ÉLYSÉES, MARSEILLE SAINT FERRÉOL et LYON LA PART DIEU :

> **PARIS CHAMPS ÉLYSÉES**



> **MARSEILLE SAINT FERRÉOL**



13

➢ **LYON LA PART DIEU**



Par ailleurs, les produits capillaires K18 sont également proposés à la vente par des détaillants dans leurs boutiques, comme en attestent les captures du site internet de la société PARASHOP et les photographies prises au sein de ses boutiques :





*19 novembre 2024*



**PARASHOP PARIS PASSY**
C/c Passy Plaza - 53 rue de Passy
75016 Paris

*23 novembre 2024*



**PARASHOP VINCENNES**
58 rue de Montreuil
94300 Vincennes

**20.** Au cours de ces constatations, CSP LOGISTICS a découvert, <u>d'une part</u>, que ces détaillants commercialisaient des produits capillaires K18, qui lui avaient été signalés comme étant en rupture ou qui ne lui avaient jamais été proposés, alors que la société K18 était tenue, conformément au Contrat de Distribution Exclusive, de lui fournir ses produits en quantité suffisante ainsi que de lui proposer tous ses nouveaux produits ou gammes de produits qu'elle développe (***Pièce n° 6, p. 2 et 5***) et dont elle avait émis le souhait en l'occurrence (***Pièces n°14, 26 et 27***).

Précisément, les produits capillaires K18 suivants ne sont pas disponibles dans le réseau de distribution du Groupe CSP, à savoir les magasins « *Bleu Libellule* » :

*Huile Réparation Moléculaire, 10ml*



*Hair Mist Brume Réparation Moléculaire, 300ml*



*Coffret de Noël 2024*




**21.** <u>D'autre part</u>, elle a pu constater, le 16 novembre 2024, au sein du magasin SEPHORA PARIS FBG SAINT ANTOINE qu'un détaillant affirme, de manière fallacieuse, proposer en exclusivité les produits capillaires K18 :



Enfin, les produits K18 sont actuellement en promotion sur le site internet et dans la boutique de PARASHOP, l'un des revendeurs tiers susvisés, à des prix inférieurs à Bleu Libellule. À titre d'exemple, PARASHOP propose le masque sans rinçage réparation moléculaire de 150 ml, en réduction à seulement 88,16 euros, soit **15,24 euros** de moins que Bleu Libellule, représentant une réduction de **14,74 %.**



Or, cette clause d'exclusivité était pourtant une clause essentielle du Contrat de Distribution Exclusive, en contrepartie de laquelle, les parties s'étaient accordées pour permettre à CSP LOGISTICS de s'approvisionner auprès de la société K18 et de promouvoir la marque.

**22.** Ce manquement flagrant constitue un trouble manifestement illicite incontestable et de nature à causer à CSP LOGISTICS un préjudice d'une ampleur considérable.

En effet, la demanderesse réalise près de 87% de son chiffre d'affaires lié à la vente des produits capillaires K18 dans ses boutiques, étant précisé que la grande majorité de ce chiffre est réalisé auprès des consommateurs.

Cette concurrence directe illicite a d'ores et déjà eu des conséquences négatives sur le nombre de ventes réalisées au cours de l'année 2024 par la demanderesse, tel qu'en atteste le chiffre d'affaires moyen réalisé entre 2023 et 2024 qui a baissé de près de **11%**[9].

---

[9]   Chiffre d'affaires lié aux produits K18 en 2023 : 2.741.000€, soit en moyenne 228.416,7€ (= 2.741.000/12)
     Chiffre d'affaires lié aux produits K18 en 2024 : 2.242.000€, soit en moyenne 203.818,2€ (= 2.242.000/11)

Précisément, à compter de la commercialisation des produits K18 par SEPHORA[10] et novembre 2024, le chiffre d'affaires lié à la vente des produits K18 a chuté de près de **37%**[11].

**En conséquence, il plaira à Madame ou Monsieur le Président du Tribunal de céans, dire et juger que la violation de la clause d'exclusivité par la société K18 constitue un trouble manifestement illicite.**

**B.    SUR LE DOMMAGE IMMINENT**

23. Le dommage imminent s'entend du dommage qui n'est pas encore réalisé, mais qui se produira sûrement si la situation présente doit se perpétuer[12]

La constatation de l'imminence du dommage est suffisante pour caractériser l'urgence nécessaire à sa prévention. Le Juge des référés dispose d'un pouvoir souverain pour juger non seulement de l'imminence d'un dommage, mais aussi de la nécessité d'en prévenir la réalisation.

24. En l'espèce, non seulement la demanderesse est victime de la violation de la clause d'exclusivité par la société K18, mais cette dernière privilégie des revendeurs tiers à ses dépens.

En effet, la société K18, d'une part, bloque depuis **près de 4 mois** l'une des commandes passées par CSP LOGISTICS, sans motif légitime (**cf. supra §10-13**), augmentant ainsi le risque de rupture imminente de ses stocks, et d'autre part, s'abstient de présenter les nouveaux produits ou gammes de produits qu'elle développe à CSP LOGISTICS, notamment les coffrets de Noël 2024 qui, en cette période de fin d'année, sont mis en avant par les commerçants.



*(Pièce n° 28, p.2)*

---

[10]  Disponibilité des produits K18 sur l'application SEPHORA : le 29 février 2024
        Disponibilité des produits K18 en boutiques SEPHORA : le 4 mars 2024
[11]  Chiffre d'affaires lié aux produits K18 en février 2024 ≈ 175.000€
        Chiffre d'affaires lié aux produits K18 en novembre 2024 ≈ 111.000€
        [(175000 - 111000) / 175000] x 100 = **-36,57%**
[12]  Cass. com., 13 avril 2010, n°09-14.386



Or, ces comportements vont entraîner très prochainement des développements dommageables irréversibles pour CSP LOGISTICS, en termes de perte de chiffre d'affaires et de clientèle ainsi que d'atteinte à son image.

Précisément, au regard de l'évolution de ses ventes et de ses stocks de produits capillaires K18, CSP LOGISTICS estime qu'elle sera en **rupture de stock de plusieurs références au cours du semestre 2025** à défaut d'être livrée rapidement.

Dans ces conditions, les clients de la demanderesse souhaitant acquérir des produits K18 n'auront d'autre choix que de s'approvisionner auprès de revendeurs tiers, lesquels auront été livrés en toute violation de la clause d'exclusivité par K18.

Ce faisant, la baisse de 37% du chiffre d'affaires de la demanderesse constatée dès la commercialisation des produits K18 par des détaillants jusqu'en novembre 2024 n'en sera qu'aggravée (*cf. supra §22*) alors que le Contrat de Distribution Exclusive est toujours en vigueur **jusqu'en 2026**.

Par ailleurs, un tel défaut de réapprovisionnement des boutiques Bleu Libellule et de son site internet pourront faire présager de graves difficultés à sa clientèle, en sus de l'énerver fortement, et ainsi porter une atteinte irréversible à son image.

**En conséquence, il plaira à Madame ou Monsieur le Président du Tribunal de céans dire et juger que CSP LOGISTICS va subir un dommage imminent du fait de la livraison à d'autres distributeurs des produits K18 et en l'absence de réception desdits produits que K18 s'abstient de lui expédier en exécution du contrat.**

**C.    SUR LES MESURES CONSERVATOIRES ET DE REMISE EN ETAT A ORDONNER**

**25.** Conformément aux dispositions de l'article 873 du Code de procédure civile, dès qu'il constate l'existence d'un trouble manifestement illicite et/ou d'un dommage imminent, le « *Juge des Référés peut ordonner, pour ce faire, **toutes les mesures qui lui paraissent opportunes et adaptées*** »[13].

À titre d'exemple, par un arrêt du 6 novembre 2014, la Cour d'appel de Paris, après avoir jugé qu'une société avait commis des actes de concurrence déloyale et des manquements à ses obligations contractuelles, a ordonné la **cessation de la commercialisation** de produits portant des éléments distinctifs d'une autre société et en conséquence **de retirer** ces derniers de la vente et de procéder, si besoin, à leur rappel où qu'ils se trouvent.[14]

**26.** Par ailleurs, aux termes de l'article 491 du Code de procédure civile, le juge statuant en référé peut prononcer des condamnations à des astreintes et les liquider, à titre provisoire.

C'est sur le fondement de ces dispositions que par ordonnance du 20 décembre 2013, le Président du Tribunal de commerce de Paris a ordonné la **cessation de la commercialisation** de produits litigieux sur le site internet d'un distributeur non agréé au réseau de distribution sélective de la SNC L'ORÉAL PRODUITS DE LUXE FRANCE ou sur tout autre site qui pourrait lui être lié, **sous astreinte de 5.000 euros par jour de retard passé un délai de 24 heures**[15].

De même, le Président de ce même Tribunal a également, par ordonnance du 3 juin 2016, fait « ***interdiction à la société Beauty Luxe Distribution de vendre et livrer des produits CHANEL en France et ce sous astreinte de 300 euros par produit infractionnel*** ».[16]

On citera encore un arrêt de la Cour d'appel de Toulouse[17] aux termes duquel relevant qu'une partie avait gravement manqué à ses obligations contractuelles d'exclusivité, lui a :

- Ordonné de respecter l'obligation contractuelle d'exclusivité consentie à la société TTM le 17 janvier 2001, sous astreinte de 5.000 euros par jour de retard,

- Interdit de livrer des marchandises en violation de la clause d'exclusivité et de livrer des marchandises aux sociétés BBML et BBMP pour l'approvisionnement des boutiques Mexx exploitées aux centres commerciaux de Labège et de Portet sur Garonne, sous astreinte de 20.000 euros pour chaque livraison d'articles enfreignant la clause d'exclusivité.

**27.** En l'espèce, il a précédemment été démontré que la CSP LOGISTICS subit un trouble manifestement illicite du fait de la violation manifeste, par la société K18, de la clause d'exclusivité insérée dans le Contrat de Distribution Exclusive qui lie les parties et subira un dommage imminent du fait de l'absence de livraison par K18 des produits commandés et de la livraison à des tiers revendeurs desdits produits.

---

[13]    CA Pau, 16 septembre 2010, n° 09/01770
[14]    CA Paris, 6 nov. 2014, n° 14/14062
[15]    T. com. Paris, 20 décembre 2013, n° 2013051988
[16]    T. com. Paris, refere prononce vendredi, 3 juin 2016, n° 2016016250
[17]    CA Toulouse, 25 octobre 2007, n° 07/04795

28. **En conséquence, il plaira à Madame ou Monsieur le Président du Tribunal de céans :**

   - **Interdire à la société K18 sous astreinte provisoire de 1.000 euros par infraction constatée de livrer des marchandises en violation de la clause d'exclusivité et en particulier de livrer des marchandises aux sociétés SEPHORA et PARASHOP en violation du Contrat de Distribution Exclusive signé le 15 juillet 2021**

   - **Ordonner à la société K18 de cesser la commercialisation des produits K18 en violation de son obligation contractuelle d'exclusivité stipulée dans le Contrat de Distribution Exclusive signé le 15 juillet 2021, sous astreinte provisoire de 20.000 euros par jour de retard.**

\*         \*         \*

29. Enfin, la société CSP LOGISTICS a été contrainte d'exposer des frais irrépétibles qu'il serait inéquitable de laisser à sa charge.

   En conséquence, il plaira au Tribunal condamner la société K18 à lui verser une somme de 25.000 euros au titre de l'article 700 du Code de procédure civile, outre les entiers dépens

\*         \*         \*

**PAR CES MOTIFS**

*Vu les articles 491 et 873 du Code de procédure civile,*

Il est demandé à Madame ou Monsieur le Président du Tribunal de commerce de Nîmes de :

— **JUGER** que la violation de la clause d'exclusivité par la société K18 constitue un trouble manifestement illicite ;

— **JUGER** que CSP LOGISTICS va subir un dommage imminent du fait de la livraison à des détaillants des produits K18 dont elle n'en reçoit pas la livraison ;

**En conséquence,**

— **INTERDIRE** à la société K18 sous astreinte provisoire de 1.000 euros par infraction constatée de livrer des marchandises en violation de la clause d'exclusivité et en particulier de livrer des marchandises aux sociétés SEPHORA et PARASHOP en violation du Contrat de Distribution Exclusive signé le 15 juillet 2021 ;

— **ORDONNER** à la société K18 de cesser la commercialisation des produits K18 en violation de son obligation contractuelle d'exclusivité stipulée dans le Contrat de Distribution Exclusive, au besoin de procédant au rappel des produits commercialisés chez SEPHORA et PARASHOP et ce, sous astreinte provisoire de 20.000 euros par jour de retard ;

- **SE RÉSERVER** la liquidation des astreintes ;

— **CONDAMNER** la société K18 à verser à CSP LOGISTICS une somme de 25.000 euros au titre de 700 du Code de procédure civile ;

— **La CONDAMNER** aux entiers dépens de l'instance.

**BORDEREAU DES PIECES COMMUNIQUÉES**

**Pièce n°1.**    Extrait Kbis CSP LOGISTICS

**Pièce n°2.**    Société - Déclaration d'information 2020 (*Corporation - Statement of Information*)

**Pièce n°3.**    Certificat de Conversion (*Certifcate of Conversion*)

**Pièce n°4.**    Société - Déclaration d'information 2023 (*Corporation - Statement of Information*)

**Pièce n°5.**    1. Annonces de l'acquisition de la marque de soins capillaires K18 par la société UNILEVER PRESTIGE le 22 décembre 2023 et ses traductions libres en anglais
2. Société - Déclaration d'information 2024 (*Corporation - Statement of Information*)

**Pièce n°6.**    a. Contrat de Distribution Exclusive signé le 15 juillet 2021
b. Traduction libre en français

**Pièce n°7.**    a. Articles de presse
b. Traduction libre en anglais

**Pièce n°8.**    a. Gestion de comptes sociaux : Facebook et Instagram
b. Traduction libre en anglais

**Pièce n°9.**    Campagnes de marketing digitales et classiques des produits K18

**Pièce n°10.**    a. Publication de l'agence Nice Work sur le réseau social LinkedIn
b. Traduction en français généré par LinkedIn

**Pièce n°11.**    a. Échange de courriels entre la société K18 et CSP LOGISTICS les 22 et 24 mai 2024
b. Traduction libre en français

**Pièce n°12.**    a. Échange de courriels entre la société K18 et CSP LOGISTICS le 31 mai 2024
b. Traduction libre en français

**Pièce n°13.**    a. Courriel de CSP LOGISTICS à la société K18 en date du 4 juillet 2024
b. Traduction libre en français

**Pièce n°14.**    a. Échange de courriels entre CSP LOGISTICS et la société K18 en date du 29 juillet 2024
b. Traduction libre en français

**Pièce n°15.**    Bon de commande n°POH240700323

**Pièce n°16.**    a. Échange de courriels entre CSP LOGISTICS et la société K18 en date du 30 juillet 2024
b. Traduction libre en français

**Pièce n°17.**    a. Courriels de la société K18 à CSP LOGISTICS en date du 8 août 2024
b. Traduction libre en français

**Pièce n°18.**    a. Courriel de CSP LOGISTICS à la société K18 en date du 9 août 2024
b. Traduction libre en français

**Pièce n°19.**    a. Courriel de la société K18 à CSP LOGISTICS en date du 13 août 2024
b. Traduction libre en français

**Pièce n°20.**    a. Courriel de CSP LOGISTICS à la société K18 en date du 19 août 2024
b. Traduction libre en français

**Pièce n°21.**    a. Courriel de CSP LOGISTICS à la société K18 en date du 11 septembre 2024
b. Traduction libre en français

**Pièce n°22.**    a. Échange de courriers entre CSP LOGISTICS et la société K18 en date des 16 et 17 septembre 2024
b. Traduction libre en français

**Pièce n°23.**    a. Courriel de CSP LOGISTICS à la société K18 en date du 23 septembre 2024
b. Traduction libre en français

**Pièce n°24.**    a. Courriel de la société K18 à CSP LOGISTICS en date du 18 octobre 2024
b. Traduction libre en français

**Pièce n°25.**    a. Procès-verbal de constat du 13 novembre 2024
b. Traduction libre en anglais

**Pièce n°26.**    a. Échange de courriels entre CSP LOGISTICS et la société K18 en date des 19, 26, 27 et 9 avril 2024
b. Traduction libre en français

**Pièce n°27.**    Bon de commande n°POH240300189

**Pièce n°28.**    a. Catalogue SEPHORA à destination des clientes « Gold » - Novembre/Décembre 2024
b. Traduction libre en anglais

---

**WRIT OF SUMMONS FOR SUMMARY PROCEEDINGS BEFORE THE PRESIDENT
OF THE NÎMES COMMERCIAL COURT**

---

**IN THE YEAR TWO THOUSAND AND TWENTY-FIVE AND**


**AT THE REQUEST OF:**

**CSP LOGISTICS**, a *société par actions simplifiée* (simplified joint-stock company) with share capital of €1,561,924, registered in the Nîmes Trade and Companies Register under number 411 350 481, having its registered office is at Quartier Le Piot- 30660 Gallargues-Le-Montueux, acting in the name and on behalf of its legal representative,


      **Having as constituted Counsel**

      **LX NÎMES**
      **Represented by Maître Emmanuelle VAJOU**
      *Attorney au Barreau de Nîmes*
      13 rue Jeanne d'Arc – 30009 Nîmes Cedex 4
      Tel. : 04.66.05.63.31 – Fax. : 04.66.28.18.11
      Box : B 108 – nimes@lx.legal


      And electing domicile at this Firm for the present matter and subsequent related issues.

      **Having as pleading Counsel:**

      **KING & SPALDING INTERNATIONAL LLP**
      **Represented by Maître Vanessa BENICHOU**
      *Attorney at the Paris Bar*
      48 bis, rue de Monceau - 75008 Paris
      Tel.: 01.73.00.39.00 - Fax. : 01.73.00.39.59
      Box: A305 - vbenichou@kslaw.com


**I HAVE,**


**GAVE SUMMONS TO:**

**K18 INC.**, is a U.S. company incorporated in the State of Delaware, having its registered office at 1209 ORANGE STREET, CORPORATION TRUST CENTER, WILMINGTON - DELAWARE - UNITED STATES, and having its principal place of business at **700 SYLVAN AVENUE, ENGLEWOOD CLIFFS, NJ 07632 - NEW JERSEY - UNITED STATES**, registered in the State of California under number **5533914**, in the person of its legal representatives;

1

**TO APPEAR ON:**

| MARCH 19, 2025 AT 9:30 A.M. |
|---|

Before Madam or Mister **President of the Commercial Court of Nîmes**, at 12 rue Cité Foulc -30000 Nîmes, at the summary proceedings hearing.

### VERY IMPORTANT

In accordance with article 853 of the French Code of Civil Procedure, you are required to appoint a lawyer prior to the above-mentioned hearing in order to be represented before the summary proceedings division of the Nîmes Commercial Court.

If you fail to do so, you run the risk of having an order issued against you based solely on the information provided by your adversary.

You are reminded that article 861-2 of the French Code of Civil Procedure states:

*"Without prejudice to the provisions of article 68, an incidental request for the granting of an extension of the payment deadline in application of article 1343-5 of the Civil Code may be made by petition, delivered or sent to the court registry, where it is recorded. The party making this request must provide proof, before the hearing, that the opposing party has been informed by registered letter with acknowledgement of receipt. The documents that the party invokes in support of its request for a payment extension are attached to the petition.*

*The party making this incidental request is not required to attend the hearing, in accordance with the second paragraph of article 446-1. In this case, the judge will grant the requests made against this party if he considers them to be regular, admissible and well-founded."*

Persons with insufficient financial resources may, if they meet the conditions laid down in law no. 91-647 of July 10, 1991, benefit from legal aid. To apply for this aid , they must contact the legal aid office established at the headquarters of the Judicial Court of their place of residence.

The documents on which the claim is based are listed at the end of this act in the attached schedule.

**MAY IT PLEASE MADAM OR MISTER PRESIDENT**

1. In the present proceedings, company CSP LOGISTICS is seeking conservatory and restorative measures from Madam or Mister President of the present Court to protect it from imminent damage and to put an end to the manifestly unlawful disturbance it is suffering as a result of its co-contractor's breach of its contractual exclusivity obligation.

## I.    STATEMENT OF FACTS

### A.    DESCRIPTION OF THE PARTIES

2. Founded in 1997, company OBJECTIF COIFFURE, which changed its name to CSP LOGISTICS (hereinafter *"CSP LOGISTICS"*, *Exhibit 1*), is a subsidiary of the CSP Group, an Occitan company specializing in the distribution of professional hair and beauty products to hairdressers, beauticians and individuals, itself owned by company PROVALLIANCE, European leader in hairdressing salon network.

   The CSP Group combines a central purchasing unit based in the Gard region of France and a wholesale business, managed by CSP LOGISTICS, to supply an e-commerce platform, as well as a network of 244 directly operated stores and franchises under the *"Bleu Libellule"* chain, serving the needs of 6,000 hairdressers in France, in addition to a clientele of individual customers.

3. The company AQUIS HAIRSCIENCES INC. (hereinafter *"AQUIS HAIRSCIENCES"*) is a California-based company founded in 2018, specializing in Research and Development (*Exhibit 2*). In particular, in 2020 it developed a range of hair care products that scientifically nourish and renew heat-damaged hair, under the brand names "K18 BIOMIMETIC HAIRSCIENCE" and "K18" (hereinafter, together *"K18"*).

   In February 2023, AQUIS HAIRSCIENCES initiated a conversion procedure, enabling it, without having to form a new entity or dissolve its current one, to be domiciled in the State of Delaware under a new corporate name, namely K18, INC. (hereinafter, the **"K18 Company"**) (*Exhibits 3 and 4*)

   During 2024, company UNILEVER PRESTIGE acquired K18 Company, which is now part of the UNILEVER Group (*Exhibit 5*).

### B.    THE COMMERCIAL RELATIONSHIP BETWEEN CSP LOGISTICS AND THE K18 COMPANY AND THE SIGNIFICANT INVESTMENTS MADE BY CSP LOGISTICS.

4. As early as 2020, with its newly created hair careline, AQUIS HAIRSCIENCES understood that the French hair care market was particularly promising.

   That is why it approached the CSP Group, one of France's leading hair care distributors, to become its exclusive distributor.

5. By an agreement dated July 15, 2021, AQUIS HAIRSCIENCES entrusted CSP LOGISTICS with the <u>exclusive distribution</u> of its hair care products for the metropolitan and overseas French territories (hereinafter, *"Exclusive Distribution Agreement"* - *Exhibit 6*):

   > AQUIS HAIRSCIENCES *"wishes to grant Distributor [CSP LOGISTICS] exclusive certain rights to import, market, advertise, warehouse, and sell K18 BIOMIMETIC HAIRSCIENCE Products in the Territory (...)" (Exhibit 6, p.1).*

This Agreement, effective from April 1st, 2021, was concluded for a **fixed term of 5 years, i.e. until March 30, 2026**, which could be renewed for a further 2 years, i.e. until March 30, 2028.

6. From the moment the agreement was signed, the CSP Group stepped up its efforts to distribute and promote the K18 brand in France, where it had previously been totally unknown.

The plaintiff has therefore made considerable investments to promote the brand and these products, whose technology stands out for being innovative and unique in the French market. The aim of these actions was not only to increase the brand's visibility in the territory and strengthen its reputation, but also, through this agreement, to ensure added value to the CSP Group's offering to meet consumer expectations.

As early as 2021, several press articles appeared announcing the distribution of K18 products by CSP LOGISTICS in Bleu Libellule boutiques (**Exhibit 7**).

Furthermore, CSP LOGISTICS developed the promotion of this brand through several channels, in particular:

- By managing K18 brand accounts in France on social networks such as ("*K18 Hair France*") and Instagram ("*k18hair_fr*"), whose community on the latter network represents over 10,600 people (**Exhibit 8**). For clarification, the Tik Tok account is managed through the Instagram account;

- By introducing the K18 protocol to the salons of the Provalliance Group, which includes the Franck Provost, Jean Louis David and Saint Algue hair salon networks:

**SAINT ALGUE**



*December 28, 2022*          *February 1-2023*

**JEAN LOUIS DAVID**



- By developing several digital and traditional marketing campaigns to promote the products and novelties of the K18 brand (*Exhibit 9*), by relying on the services of a public relations agency until February 2024, after discovering that Nice Work now represented the brand in France (*Exhibit 10*);

- By partnering with several "*influencers*" to promote the brand on social networks in order to create content and increase brand visibility;

*August 29, 2022*          *September 10, 2022*          *October 3, 2023*





- By participating in numerous trade shows. For example, at the only MCB Paris show held in September 2021, CSP LOGISTICS presented the brand and sold nearly 5,520 euros worth of K18 products in just three days. The following year, it multiplied this figure by 5.5, selling 30,251 euros worth of K18 products.

*September 2021*





*September 2022*





Thanks to these numerous efforts, the revenue generated by CSP LOGISTICS for the distribution of K18 products has continuously grown, rising from 955,000 euros in 2022 to 2,741,000 euros in 2023, representing an increase of nearly 187% in just 1 year, for a brand that was initially totally unknown to the French public:



C.   ON THE FACTS LEADING TO THE PRESENT DISPUTE

7.   During January and February 2024, CSP LOGISTICS discovered that the K18 product line would soon to be distributed in France by SEPHORA, **in clear violation of the Exclusive Distribution Agreement** signed on July 15, 2021.

| *January 3, 2024* | *February 27, 2024* | *February 29, 2024* |
| :---: | :---: | :---: |
|  |  |  |

As the presence of these products in SEPHORA's distribution network constituted a flagrant breach of K18's exclusivity obligation, company CSP LOGISTICS asked its partner about the reasons for such an obvious breach.

In response, K18 Company reassured CSP LOGISTICS that it **was "working hard to understand what happened and to resolve the problem with our team".**

CSP LOGISTICS therefore legitimately believed that this was merely an internal error within K18 Company, which would be quickly resolved.

8. And yet, one month later, at the SEPHORA press day, the K18 hair care products were still being presented and announced as available in stores from **March 4, 2024**.

 

9. At the same time, in February 2024, K18 Company announced to CSP LOGISTICS that it would be sending out a new distribution agreement, to which CSP LOGISTICS did not object in principle, while assuring the latter that it would retain exclusive distribution of K18 professional products and formats.

It should be pointed out in this respect that in view of the negotiations which had begun between the parties on the signing of this possible new agreement, CSP LOGISTICS did not consider it appropriate to denounce K18's breach of its exclusivity undertaking.

However, in an e-mail dated May 22, 2024, CSP LOGISTICS unexpectedly received not the draft agreement announced by K18 Company, but an **agreement for mutual early termination of the Exclusive Distribution Agreement (*Exhibit 11*)**, despite the fact that the plaintiff had never directly or indirectly expressed its intention to terminate the existing contractual relationship.

As it was absolutely inconceivable for CSP LOGISTICS to simply terminate the Exclusive Distribution Agreement it had been granted, particularly in light of the considerable investments it had made, on May 31, 2024, CSP LOGISTICS informed K18 Company that it would only sign this early termination agreement at the same time as a new distribution agreement, inviting K18 Company to send it a draft of the new agreement.

K18 Company accepted CSP LOGISTCS' request, specifying that it would shortly be sending a draft of the new agreement (*Exhibit 12*).

10. In the meantime, on July 4, 2024, CSP LOGISTICS asked K18 Company to disclose information relating to its special offer for the Christmas 2024 gift sets, including the designation and content, pictures, purchasing price and recommended retail price, minimum order quantities and availability date (*Exhibit 13*).

K18 Company has never deigned to respond to this request, even though the Exclusive Distribution Agreement requires it to propose to CSP LOGISTICS any new products or product lines it may develop (*Exhibit 6, p. 2*).

On July 29, 2024, CSP LOGISTICS, as usual and in accordance with the Exclusive Distribution Agreement, placed an order for K18 products totaling **USD 116,317.08** (hereinafter ***"Order no POH240700323"***) (*Exhibits 14 and 15*).

On the same day, K18 Company expressly informed CSP LOGISTICS that it intended to block the shipment of this order until the new distribution agreement had been signed (*Exhibit 14*), the defendant having thus,

purely and simply, attempted to subject its co-contractor to new contractual obligations which, as will be shown below, were clearly more unfavorable for CSP LOGISTICS.

11. The following day, CSP LOGISTICS reminded K18 Company that it was still waiting for the new agreement in order to examine it.

In response, K18 Company apologized for not having sent it for two months and promised to send it by August 9, 2024 (***Exhibit 16***).

However, in emails dated August 8, 2024, although it had indicated that it would send the project the following day or on August 12, K18 Company reiterated to the CSP LOGISTICS' operational team **that it would block its order no. POH240700323 until the new distribution agreement was signed (*Exhibit 17*)**.

12. Faced with this obstruction, CSP LOGISTICS, by e-mail dated August 9, 2024, requested explanations from K18 Company, reminding it that the Exclusive Distribution Agreement was still in force and that the discussions initiated for its early renewal could, in no way, interrupt the execution of orders (***Exhibit 18***).

In response, on August 13, 2024, K18 Company informed it that it would shortly be receiving the new agreement in its inbox, together with the early termination agreement (***Exhibit 19***).

However, these were never communicated to CSP LOGISTICS.

Instead, K18 Company attempted a "power grab" by sending the new distribution agreement directly to the President of the PROVALLIANCE Group for signature via DocuSign without it ever having been reviewed by the Group's teams or even submitted to them beforehand.

This "power grab" was motivated by the fact that, through this new agreement, K18 Company was actually trying to impose contractual and commercial conditions on company CSP LOGISTICS that were much worse than those granted in the Exclusive Distribution Agreement.

Realizing that this maneuver was unfair, to say the least, CSP LOGISTICS immediately asked K18 for the draft agreement so that it could be reviewed internally (***Exhibit 20***), which was finally sent to it by K18 on August 20, 2024.

13. On September 11, 2024, company CSP LOGISTICS sent K18 Company a revised version of the new Distribution Agreement and reiterated its request to release order no. POH240700323 (***Exhibit 21***).

After being re-contacted on September 16, 2024, K18 Company communicated its new contractual conditions the following day (***Exhibit 22):***

- Margin reduced by -50%, but with an additional 5% (of the year purchase goal) coop with proof of marketing spend;
- Minimum purchase amounts of USD 150,000 in 2024 and USD 500,000 in 2025;
- Professional products excluded from the retail assortment.

However, in the light of the Exclusive Distribution Agreement's terms and conditions in force, these are clearly unfavorable to company CSP LOGISTICS, as it indicated in its e-mail of September 23, 2024:

> *"As we told you, your proposition [-50% margin] represents an **increase of 100 to 178% on our current purchasing prices**. There isn't any reason justifying this increase. Despite this, we proposed a compromise by accepting +30% and giving up our extra discount of 10%, not to mention that we also consented to renounce our exclusivity on the French PBIO's and retail market. This is the maximum we can accept, considering our actual valid agreement. [...]*

*We can achieve this forecast [these minimum purchases] only in the case we can continue distributing the same assortment as mentioned in our current agreement, and if you deliver our orders as well. [...]*

*Our activity didn't changed; we **still distribute to b to b** and it represents 25% of our K18 sell out. As discussed, we can also develop it with Provalliance salons. So, giving up this important segment of our business without significant compensation is not acceptable either.*"

(***Exhibit 23***)

14. Finally, in an e-mail dated October 18, 2024, K18 Company put an end to the discussions it had initiated to early renewal of the Exclusive Distribution Agreement by informing CSP LOGISTICS of its intention not to renew the agreement at the end of its term (***Exhibit 24***).

However, K18 Company has *de facto* unilaterally terminated the Exclusive Distribution Agreement by stubbornly refusing to execute Order no. POH240700323 and, more generally, the Agreement, thus preventing CSP LOGISTICS from properly restocking the "*Bleu Libellule*" Group's stores with K18 hair care products, which are now being distributed by SEPHORA and, more recently, PARASHOP, in blatant violation of the exclusivity clause.

Given the termination of negotiations between the parties and the clearly expressed intention of K18 Company to cease all relations with CSP LOGISTICS, the latter now has no choice but to expose the flagrant breaches by K18 Company of its exclusivity commitment, being recalled that previously, CSP LOGISTICS could legitimately believe that its relations with K18 Company would continue, which is why it had refrained from taking any action to preserve said relations.

15. Under these conditions, CSP LOGISTICS has no choice but to bring an action before the present Court in order to put an end to the manifestly unlawful disturbance it is suffering as a result of K18 Company's violation of the exclusivity clause expressly stipulated in the Exclusive Distribution Agreement, and to protect it from the imminent damage resulting therefrom.

## II.    REQUESTS

**16.** In accordance with article 873 paragraph 1 of the French Code of Civil Procedure :

> *"The president may, within the same limits, and even in the presence of a serious dispute, **prescribe in summary proceedings any conservatory or restorative measures** required, **either to prevent imminent damage or to put an end to a manifestly unlawful disturbance**."*

In this case, given K18 Company's violation of the exclusivity clause set out in the Exclusive Distribution Agreement, CSP LOGISTICS has suffered a manifestly unlawful disturbance (**A**) and imminent damage (**B**), which justify the conservatory and restorative measures claimed here (**C**).

### A.    ON THE MANIFESTLY UNLAWFUL DISTURBANCE

**17.** A manifestly unlawful disturbance, as defined by article 873 paragraph 1 of the French Code of Civil Procedure, means *"any disturbance resulting from a material or legal fact which, directly or indirectly, constitutes a clear violation of the rule of law"*[1] , it being specified that a clear violation of a legal or contractual obligation constitutes a manifestly unlawful disturbance which the summary proceedings judge must put an end to.

The violation of a contractual clause can therefore constitute a manifestly unlawful disturbance[2].

**18.** In this case, under the terms and conditions of the Exclusive Distribution Agreement, K18 Company *"granted the Distributor [CSP LOGISTICS] certain **exclusive rights to import, market, advertise, warehouse, and sell K18 BIOMIMETIC HAIRSCIENCE products in the Territory (...)"*[3] (**Exhibit 6, p.1**).

In so doing, it authorized CSP LOGISTICS *"**to import, market, promote, sell and distribute K18 BIOMIMETIC HAIRSCIENCE Products on an exclusive basis** to PBIOs [Professional Beauty Industrial Outlets] and Retail in the Territory"*[4] (**Exhibit 6, p. 2**)

By way of clarification, the Exclusive Distribution Agreement defines the following terms:

- *"Retail"* refers to **retail stores offering personal care and beauty products and may include third-party retailers** as well as franchises and company owned locations of Distributor, and shall further include Distributor's online store at "www.bleulibellule.com", offering personal care and beauty products[5] (**Exhibit 6, p. 2**).

- *"PBIOs"* refers to *Professional Beauty Industrial Outlets*, **which are licensed cosmetologists, hair stylists, accredited beauty salons, men's styling salons, beauty and barber schools, and professional beauty supply stores.** PBIOs exclude the following establishments: grocery stores; food and drug mass outlets; mass retailers; department stores; online only locations without a brick-and-mortar store; e-commerce sites; international customers [6] (**Exhibit 6, p. 23**).

---

[1]    H. Solus and R. Perrot, Droit judiciaire privé, t. 3: Sirey, 1991, n°1289; Cass. com., September 2, 2020, n° 18-24.863

[2]    CA Nîmes, September 27, 2018, no. 18/00735;

[3]    "WHEREAS, K18 BIOMIMETIC HAIRSCIENCE wishes to grant Distributor exclusive certain rights to import, market, advertise, warehouse, and sell K18 BIOMIMETIC HAIRSCIENCE Products in the Territory (as defined below), and Distributor wishes to accept those rights in accordance with the terms of this Agreement."

[4]    2.1.1. Authorization. During the Term, and provided Distributor is in compliance with this Agreement (including, but not limited to, fulfilling Distributor's obligations under Section 4), K18 BIOMIMETIC HAIRSCIENCE hereby authorizes Distributor to import, market, promote, sell and distribute K18 BIOMIMETIC HAIRSCIENCE Products on an exclusive basis to PBIOs and Retail in the Territory, in each case subject to the terms and conditions of this Agreement.

[5]    "Retail" shall mean retail stores offering personal care and beauty products and may include third-party retailers as well as franchise and company owned locations of Distributor, and shall further include Distributor's online store at bleulibellule.com offering personal care and beauty products.

[6]    PBIOs. "PBIOs" shall mean Professional Beauty Industrial Outlets, which are licensed cosmetologists, hair stylists, accredited beauty salons, men's styling salons, beauty and barber schools, and professional beauty supply stores.

- *"Territory"* means the French Republic, including the French overseas departments and territories **(Exhibit 6, p. 25)** .[7]

Thus, K18 Company granted CSP LOGISTICS **exclusive rights** to distribute and sell its K18 hair care products **in France** to retail stores offering personal care and beauty products, and to all beauty salons.

However, a simple internet search reveals that K18 products are being marketed by numerous players falling within the aforementioned definitions, who do not, however, source their products from CSP LOGISTICS, with the exception of Bleu Libellule.



PBIOs exclude the following:
a) Grocery stores
b) Food/Drug mass outlets
c) Mass retailers
d) Department stores
e) Online only locations without a brick-and-mortar store
f) E-commerce sites
g) International customers

[7]    Distributor has rights to distribute K18 BIOMIMETIC HAIRSCIENCE Products in the following geographic area (the "Territory"): French Republic, including DOM-TOM (Clipperton, French Southern and Antarctic Lands, French Polynesia, French Guiana, Guadeloupe, Martinique, Mayotte, New Caledonia, Saint-Martin, Saint-Barthélemy, Saint Pierre and Miquelon, Reunion Island, and Wallis and Futuna)

**19.** Given this clear and flagrant violation of the aforementioned exclusivity clause, CSP LOGISTICS appointed a bailiff who, on November 13, 2024, recorded that K18 hair care products were being sold massively by SEPHORA on its website (www.sephora.fr) as well as in its stores located in the metropolitan areas of Paris, Lyon and Marseille (***Exhibit 25***), and more specifically the following stores: PARIS CHAMPS ÉLYSÉES, MARSEILLE SAINT FERRÉOL and LYON LA PART DIEU:



➢ **LYON LA PART DIEU**



Furthermore, K18 hair products are also offered for sale by retailers in their stores, as illustrated by the screenshots on the PARASHOP website and the photographs taken in its stores:





*November 19, 2024*



**PARASHOP PARIS PASSY**
C/c Passy Plaza - 53 rue de Passy
75016 Paris

*November 23, 2024*



**PARASHOP VINCENNES**
58 rue de Montreuil
94300 Vincennes

15

**20.** During these investigations, CSP LOGISTICS discovered, <u>on the one hand</u>, that these retailers were selling K18 hair care products that had been reported to it as being out of stock, or that had never been offered to CSP LOGISTICS, even though K18 Company was obliged under the Exclusive Distribution Agreement to supply it with sufficient quantities of its products, and to offer CSP LOGISTICS any new products or product lines it developed (***Exhibit 6, p. 2 and 5***), and for which it had expressed interest (***Exhibits 14, 26 and 27***).

Specifically, the following K18 hair care products are not available in Groupe CSP's distribution network, i.e. "Bleu Libellule" stores:

*Molecular Repair Oil, 10ml*




*Molecular Repair Hair Mist, 300ml*



*Christmas 2024 Gift Set*




16

**21.** On the other hand, on November 16, 2024, CSP LOGISTICS observed within the SEPHORA PARIS FBG SAINT ANTOINE store, that a retailer was falsely claiming to offer K18 hair care products on an exclusive basis:



Finally, K18 products are currently on special offer on the website and in the store of PARASHOP, one of the aforementioned third-party retailers, at prices lower than those of Bleu Libellule. For example, PARASHOP is offering the Molecular Repair No-Rinse Mask, 150 ml, at a discounted price of just 88.16 euros, **which is 15.24 euros** less than Bleu Libellule'price, representing a reduction of **14.74%**.



However, this exclusivity clause was an essential clause of the Exclusive Distribution Agreement, in return for which the parties agreed to allow CSP LOGISTICS to source products from K18 Company and to promote the brand.

**22.** This flagrant breach constitutes a manifestly unlawful disturbance that is undeniable and likely to cause CSP LOGISTICS significant damage.

Indeed, the plaintiff generates almost 87% of its revenue from the sale of K18 hair care products in its stores, it being specified that the vast majority of this revenue coming from consumers.

This unlawful direct competition has already had a negative impact on the number of sales made in 2024 by the plaintiff, as evidenced by the average revenue between 2023 and 2024, which fell by almost **11%** .[8]

Specifically, from the marketing of K18 products by SEPHORA[9] and November 2024, sales of K18 products fell by almost **37%** .[10]

---

[8]  Sales of K18 products in 2023: €2,741,000, or an average of €228,416.7 (= 2,741,000/12)
   Sales of K18 products in 2024: €2,242,000, or an average of €203,818.2 (= 2,242,000/11)
[9]  Availability of K18 products on the SEPHORA application: February 29, 2024
   Availability of K18 products in SEPHORA boutiques: March 4, 2024
[10]  Sales of K18 products in February 2024≈ €175,000
   Sales of K18 products in November 2024≈ €111,000
   [(175000 - 111000) / 175000] x 100 = -36.57%

Consequently, Madam or Mister President of the present Court will be asked to rule that the violation of the exclusivity clause by K18 Company constitutes a manifestly unlawful disturbance.

### B.    ON IMMINENT DAMAGE

23. Imminent damage is damage which has not yet occurred, but which will surely occur if the present situation continues.[11]

   Establishing the imminence of damage is sufficient to characterize the urgency required to prevent it. The Summary Proceedings Judge has sovereign power to rule not only the imminence of damage, but also the need to prevent it.

24. In the present case, the plaintiff is not only a victim of K18 Company's beach of the exclusivity clause, but K18 Company is also favoring third-party retailers at its expense.

   Indeed, firstly, K18 Company has been blocking one of the orders placed by CSP LOGISTICS for almost 4 months, without any legitimate reason (*cf. §10-13 above*), thus increasing the risk of imminent stock shortages, and secondly, has refrained from presenting the new products or product lines it is developing to CSP LOGISTICS, in particular the Christmas 2024 gift sets which, in this end-of-year period, are being promoted by retailers.



*(Exhibit 28, p.2)*

---

[11]  Cass. com., April 13, 2010, no. 09-14.386



This behavior will very soon lead to irreversible damage for CSP LOGISTICS, in terms of loss of revenue and customers, as well as damage to its image.

Specifically, given the evolution of its sales and stocks of K18 hair care products, CSP LOGISTICS estimates that it will **run out of stock of several references during the first half of 2025** unless it receives prompt delivery.

In these circumstances, the plaintiff's customers wishing to purchase K18 products will have no choice but to buy from third-party resellers, who will have been supplied in clear violation of the exclusivity clause by K18.

As a result, the 37% drop in the plaintiff's revenue observed since the commercialization of K18 products by retailers until November 2024 will only be exacerbated (*cf. §22 above*), even though the Exclusive Distribution Agreement is still in **force until 2026**.

Furthermore, such a failure to restock the Bleu Libellule stores and its website could lead to serious difficulties for its customers, in addition to upsetting it greatly, and thus irreversibly damaging its image.

**Consequently, Madam or Mister President of the present Court will be pleased to rule that CSP LOGISTICS will suffer imminent damage as a result of the delivery K18 products to other distributors and in the absence of receipt of said products which K18 Company refuses to ship to CSP LOGISTICS in execution of the agreement.**

### C.    ON THE CONSERVATORY AND RESTORATIVE MEASURES TO BE ORDER

**25.** In accordance with the provisions of article 873 of the French Code of Civil Procedure, as soon as the existence of a manifestly unlawful disturbance and/or imminent damage has been established, the *"Judge of Summary Proceedings may order any measures he deems appropriate and suitable"*[12].

By way of example, in a ruling dated November 6, 2014, the Paris Court of Appeal, after finding that a company had committed acts of unfair competition and breaches of its contractual obligations, ordered **the termination of the sale** of products bearing the distinctive elements of another company, and consequently **to withdraw** the latter from sale and, if necessary, to recall them wherever they may be found. [13]

**26.** In addition, under article 491 of the French Code of Civil Procedure, the judge ruling in summary proceedings may impose and provisionally settle penalty payments.

It was on the basis of these provisions that, by order dated December 20, 2013, the President of the Paris Commercial Court ordered **the termination of the sale** of the disputed products on the website of a unauthorized distributor by *SNC L'ORÉAL PRODUITS DE LUXE FRANCE's* selective distribution network, or on any other site that might be linked to it, **subject to a penalty of 5,000 euros per day of delay after a 24-hour period .**[14]

Similarly, by order of June 3, 2016, the President of the same Court also ordered *"the Beauty Luxe Distribution company from selling and delivering CHANEL products in France, **subject to a penalty of 300 euros per infringing product"**.*[15]

Another example is a ruling by the Toulouse Court of Appeal[16] , which found that a party had seriously breached its contractual exclusivity obligations, and :

- Ordered it to respect the contractual exclusivity obligation granted to TTM on January 17, 2001, subject to a penalty of 5,000 euros per day of delay,

- Prohibited it from delivering goods in breach of the exclusivity clause and from delivering goods to BBML and BBMP for the supply of Mexx boutiques operating in the Labège and Portet sur Garonne shopping centers, subject to a penalty of 20,000 euros for each delivery of goods in breach of the exclusivity clause.

**27.** In the present case, it has been previously demonstrated that CSP LOGISTICS is suffering a manifestly unlawful disturbance as a result of K18 Company's clear breach of the exclusivity clause inserted in Exclusive Distribution Agreement between the parties, and will suffer imminent damage as a result of K18's failure to deliver the products ordered and the delivery of said products to third-party retailers.

**28. Consequently, Madam or Mister President of the present Court will be pleased to :**

- **Prohibit K18 Company, subject to a provisional penalty of 1,000 euros per infringement, from delivering goods in breach of the exclusivity clause, and in particular from delivering goods to SEPHORA and PARASHOP in breach of the Exclusive Distribution Agreement signed on July 15, 2021.**

---

[12] CA Pau, September 16, 2010, no. 09/01770
[13] CA Paris, Nov. 6, 2014, no. 14/14062
[14] T. com. Paris, December 20, 2013, no. 2013051988
[15] T. com. Paris, Friday, June 3, 2016, no. 2016016250
[16] CA Toulouse, October 25, 2007, no. 07/04795

- **Order K18 Company to cease selling K18 products in breach of its contractual exclusivity obligation stipulated in the Exclusive Distribution Agreement signed on July 15, 2021, subject to a provisional penalty of 20,000 euros per day of delay.**

*   *   *

29. Lastly, CSP LOGISTICS has been compelled to incur irreducible costs, which it would be unfair to leave at its own expense.

Consequently, the Court is asked to order the K18 Company to pay it the sum of 25,000 euros under Article 700 of the French Code of Civil Procedure, as well as the full costs of the proceedings.

*   *   *

**THEREFORE**

*Considering articles 491 and 873 of the French Code of Civil Procedure*

Madam or Mister President of the Nîmes Commercial Court is asked to :

— **RULE** that the breach of the exclusivity clause by K18 Company constitutes a manifestly unlawful disturbance;

— **RULE** that CSP LOGISTICS will suffer imminent damage due to the delivery to retailers of K18 products for which it does not receive delivery;

**As a result,**

— **PROHIBIT** K18 Company, subject to a provisional penalty of 1,000 euros per infringement, from delivering goods in breach of the exclusivity clause and in particular from delivering goods to SEPHORA and PARASHOP in breach of the Exclusive Distribution Agreement signed on July 15, 2021;

— **ORDER** K18 Company to cease selling K18 products in breach of its contractual exclusivity obligation stipulated in the Exclusive Distribution Agreement, if necessary, by recalling products marketed by SEPHORA and PARASHOP, under a provisional penalty of 20,000 euros per day of delay;

- **RESERVE** the liquidation of penalties;

— **CONDEMN** the K18 Company to pay CSP LOGISTICS the sum of 25,000 euros in accordance with article 700 of the French Code of Civil Procedure;

— **ORDER it** to pay all the costs of the proceedings.

## LIST OF COMMUNICATED DOCUMENTS

**Exhibit 1.**     CSP LOGISTICS Kbis Extract

**Exhibit 2.**     Corporation – 2020 Statement of Information

**Exhibit 3.**     Certificate de Conversion

**Exhibit 4.**     Corporation – 2023 Statement of Information

**Exhibit 5.**     a. Announcement of the acquisition of the K18 hair care brand by UNILEVER PRESTIGE on December 22, 2023 and its free translations into English
b. Corporation – 2024 Statement of Information

**Exhibit 6.**     a. Exclusive Distribution Agreement signed on July 15, 2021
b. Free translation into French

**Exhibit 7.**     a. Press articles
b. Free translation in French

**Exhibit 8.**     a. Social account management: Facebook and Instagram
b. Free translation into English

**Exhibit 9.**     Digital and classic marketing campaigns for K18 products

**Exhibit 10.**     a. Nice Work published on the LinkedIn social network
b. French translation generated by LinkedIn

**Exhibit 11.**     a. Exchange of e-mails between company K18 and CSP LOGISTICS on May 22 and 24, 2024
b. Free translation into French

**Exhibit 12.**     a. Exchange of e-mails between company K18 and CSP LOGISTICS on May 31, 2024
b. Free translation into French

**Exhibit 13.**     a. E-mail from CSP LOGISTICS to company K18 dated July 4, 2024
b. Free translation into French

**Exhibit 14.**     a. Exchange of e-mails between CSP LOGISTICS and company K18 dated July 29, 2024
b. Free translation into French

**Exhibit 15.**     Order no POH240700323

**Exhibit 16.**     a. Exchange of e-mails between CSP LOGISTICS and company K18 dated July 30, 2024
b. Free translation into French

**Exhibit 17.**     a. E-mails from company K18 to CSP LOGISTICS dated August 8, 2024
b. Free translation into French

**Exhibit 18.**     a. E-mail from CSP LOGISTICS to company K18 dated August 9, 2024
b. Free translation into French

**Exhibit 19.**     a. E-mail from company K18 to CSP LOGISTICS dated August 13, 2024
b. Free translation into French

**Exhibit 20.**     a. E-mail from CSP LOGISTICS to company K18 dated August 19, 2024
b. Free translation into French

**Exhibit 21.**     a. E-mail from CSP LOGISTICS to company K18 dated September 11, 2024
b. Free translation into French

**Exhibit 22.**     a. Exchange of e-mails between CSP LOGISTICS and company K18 dated
September 16 and 17, 2024
b. Free translation into French

**Exhibit 23.**     a. E-mail from CSP LOGISTICS to company K18 dated September 23, 2024
b. Free translation into French

**Exhibit 24.**     a. E-mail from company K18 to CSP LOGISTICS dated October 18, 2024
b. Free translation into French

**Exhibit 25.**     a. Official report of November 13, 2024
b. Free translation into English

**Exhibit 26.**     a. Exchange of e-mails between CSP LOGISTICS and company K18 dated 19, 26, 27 and
April 9, 2024
b. Free translation into French

**Exhibit 27.**     Purchase order no POH240300189

**Exhibit 28.**     a. SEPHORA catalog for Gold customers - November/December 2024
b. Free translation into English

Greffe du Tribunal de Commerce de Nîmes
12 RUE CITE FOULC
30000 NIMES
N° de gestion 1997B00256

Code de vérification : 4P0Q2m5bph
https://xxxxxxxx.infogreffe.fr/controle

**EXTRAIT D'IMMATRICULATION PRINCIPALE AU REGISTRE DU COMMERCE ET DES SOCIETES**
à jour au 17 décembre 2024

*Extrait KBis*

**IDENTIFICATION DE LA PERSONNE MORALE**

| | |
|---|---|
| Immatriculation au RCS, numéro | 411 550 481 R.C.S. Nîmes |
| Date d'immatriculation | 17/03/1997 |
| Transfert du | R.C.S. de Montpellier |
| Dénomination ou raison sociale | CSF Logistics |
| Forme juridique | Société par actions simplifiée |
| Capital social | Nouveau capital : 700 000,00 euros |
| - Mention n° F16/002118 du 04/02/2016 | Ancien capital : 150 575,45 euros |
| Durée de la personne morale | Jusqu'au 31 décembre 2095 |
| Date de clôture de l'exercice social | 31 décembre |
| Activité principales | Le commerce de gros de parfumerie, cosmétique de produits de coiffure et de matière générale et de tous produits et de tous services se rapportant directement ou indirectement à l'activité des salons de coiffure et autres particuliers et la vente au détail. |
| Adresse du siège | Quartier le Pôt 30660 Gallargues-le-Montueux |
| Mention | Le commerce de gros de parfumerie, cosmétique de produits de coiffure et de matière générale et de tous produits et de tous services se rapportant directement ou indirectement à l'activité des salons de coiffure et autres particuliers et la vente au détail. |

**GESTION, DIRECTION, ADMINISTRATION, CONTROLE, ASSOCIES OU MEMBRES**

| | |
|---|---|
| **Président** | |
| Dénomination | CSF Logistics |
| Forme juridique | Société par actions simplifiée |
| Adresse | Quartier le Pôt 30660 Gallargues-le-Montueux |
| Immatriculation au RCS, numéro | 672 006 483 RCS Nîmes |

**Commissaire aux comptes titulaire**

| | |
|---|---|
| Dénomination | PRICEWATERHOUSECOOPERS AUDIT |
| Forme juridique | Société par actions simplifiée |
| Adresse | 63 Rue de Villiers 92200 Neuilly-sur-Seine |
| Immatriculation au RCS, numéro | 672 006 483 RCS Nanterre |

**RENSEIGNEMENTS RELATIFS A L'ACTIVITE ET A L'ETABLISSEMENT PRINCIPAL**

| | |
|---|---|
| Adresse de l'établissement | Quartier le Pôt 30660 Gallargues-le-Montueux |
| Nom commercial | CSF Logistics |
| Enseigne | CSF Logistics |
| Activité(s) exercée(s) | Le commerce de gros de parfumerie, cosmétique de produits de coiffure et de matière générale et de tous produits et de tous services se rapportant directement ou indirectement à l'activité des salons de coiffure et autres particuliers et la vente au détail. La vente aux particuliers et la vente au détail. |
| Date de commencement d'activité | 01/04/1997 |
| Origine du fonds ou de l'activité | Création |

page 1/2

---

Greffe du Tribunal de Commerce de Nîmes
12 RUE CITE FOULC
30000 NIMES
N° de gestion 1997B00256

| | |
|---|---|
| Mode d'exploitation | Exploitation directe |

FIN DE L'EXTRAIT

Le Greffier

page 2/2

California Secretary of State
Electronic Filing

Corporation - Attachment to Statement of Information

List of Additional Directors:

1. BRITAL L COX
621 SANSOME ST
SAN FRANCISCO, California 94111
United States of America

2.

3.

4.

5.

6.

7.

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GM99346

---

State of California
Secretary of State

Certificate of Conversion

For Office Use Only
-FILED-
File No.: BA202303113346
Date Filed: 2/15/2023

Fee: $150.00 if a California corporation is the converting entity, $30.00 for all
other conversions.

Converted Entity Information

1. Name of Converted Entity
KE8, Inc.

2. Form of Entity
Corporation

3. Jurisdiction
Delaware

4. Mailing Address of Principal Office of Converted Entity (Complete only if converting a California limited liability company or a registered California general partnership)

5. Street Address of Principal Office of Converted Entity - Do not Enter a P.O. Box (Complete only if converting a California limited liability company or a registered California general partnership)

6. Street Address of the California Principal Office of Converted Entity, if any - Do not list a P.O. Box (Complete only if converting a registered California general partnership)

7. Name of Agent for Service of Process

Corporation Service Company which will do business in California as CSC-Lawyers Incorporating Service

Converting Entity Information

8. Name of Converting Entity

9. Agent's Hat-is/delaware Inc

10. Jurisdiction
California

11. CA Secretary of State Entity Number, if any
4068569

12. The principal terms of the plan of conversion were approved by a vote of the number of interests or shares of each class that equaled or exceeded the vote required.

Entity Type
Corporation

Common Stock, 99,970 shares
Greater than 50%

Additional Information

13. Additional information set forth on the attached pages, if any, is incorporated herein by this reference and made part of this certificate.

14. I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge. I declare I am the person who executed this instrument, which execution is my act and deed.

Date 02/11/2023

Susaan Banka, Chief Executive Officer
Type of Print Name and Title of Authorized Person

Brital L Cox, Secretary
Type or Print Name and Title of Authorized Person

CONV-1A (REV 12/2022)                    2022 California Secretary of State



**UNILEVER PLC**

Unilever PLC · ⊞ Actions · ULVR · GB00B10RZP78 · Produits cosmétiques

Temps réel estimé Cboe Europe ▾ 14:59:23 10/12/2024

**4 587,00 GBX**    **-0,41 %**    **+20,61 %**

il. 1 janv.

Synthèse  Cotations  Graphiques ▾  Actualités ▾  Société ▾  Finances ▾  Valorisation ▾  Consensus ▾  Ne ⋯

Toute l'actualité  Reco analystes  Faits marquants  Insiders  Transcripts  Communiqués  Publications officielles  Autres la

### Unilever : accord pour l'acquisition de K18

Le 22 décembre 2023 à 10:04

Unilever annonce la signature d'un accord en vue de l'acquisition de la marque de soins capillaires biotechnologiques haut de gamme K18, marquant 'une nouvelle étape dans l'optimisation du portefeuille vers des domaines à plus forte croissance'.

La gamme de six produits de K18 aide à identifier et à traiter les causes des dommages aux cheveux. Sa molécule K18Peptide imite la structure de la kératine humaine pour inverser les dommages chimiques sur tous les types de cheveux en quelques minutes.

K18 est distribué dans les salons professionnels, le commerce au détail et l'e-commerce, principalement en Amérique du Nord, au Royaume-Uni et en Australie. La transaction devrait être finalisée au premier trimestre 2024.

Copyright (c) 2023 CercleFinance.com. Tous droits réservés.

© Cercle Finance - 2023

---

*Free translation into English*



**UNILEVER PLC**

Unilever PLC · ⊞ Actions · ULVR · GB00B10RZP78 · Cosmetic products

Estimated real time Cboe Europe  14:59:23 10/12/2024

**4 587,00 GBX**    **-0,41 %**    **+20,61 %**

Summary  Quotations Graphs -  News - Company -  Financial -  Valuation - Consensus -  Ne -

All news  Reco analysts  Highlights  Insiders  Transcripts  Press release  Official publications  Others

### Unilever: agreement to acquire K18

December 22, 2023 at 10:04 am

Unilever announces that it has signed an agreement to acquire the premium biotechnology hair care brand K18, marking 'a further step in the optimization of the portfolio towards higher-growth areas'.

K18's range of six products helps identify and treat the causes of hair damage. Its K18Peptide molecule mimics the structure of human keratin to reverse chemical damage on all hair types within minutes.

K18 is distributed in professional trade shows, retail and e-commerce, mainly in North America, the UK and Australia. The transaction is expected to close in the first quarter of 2024.

Copyright (c) 2023 CercleFinance.com. All rights reserved.

Cercle Finance - 2023



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448



For Office Use Only

**-FILED-**

File No.: BA202421201206
Date Filed: 12/3/2024

**Entity Details**

| | |
|---|---|
| Corporation Name | K18, Inc. |
| Entity No. | 5533914 |
| Formed In | DELAWARE |

**Street Address of Principal Office of Corporation**

Principal Address
700 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

**Mailing Address of Corporation**

Mailing Address
700 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

Attention
None

**Street Address of California Office of Corporation**

Street Address of California Office
None

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Suveen Sahib | 700 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 | Chief Executive Officer |
| Kathryn Fantana | 700 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 | Secretary |
| Nital Scott | 700 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| | | None Entered | |

**Directors**

| Director Name | Director Address |
|---|---|
| | |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

California Registered Corporate Agent (1505)
C T CORPORATION SYSTEM
Registered Corporate 1505 Agent

**Type of Business**

Type of Business
Manufacturing

**Email Notifications**

Opt-in Email Notifications
Yes, I opt-in to receive entity notifications via email.

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Page 1 of 2

B3236-4459 12/03/2024 11:50 AM Received by California Secretary of State

---

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Bradley Steinmetz*
Signature

12/03/2024
Date

Page 2 of 2

B3236-4460 12/03/2024 11:50 AM Received by California Secretary of State

regulations, orders, and other requirements of any governmental authority in its performance of this Agreement; and (ii) it has the full right and authority to perform its obligations hereunder.

## 2. GRANT OF RIGHTS

### 2.1. Distribution Rights.

2.1.1. Authorization. During the Term, and provided Distributor is in compliance with this Agreement (including, but not limited to, fulfilling Distributor's obligations under Section 4), K18 BIOMIMETIC HAIRSCIENCE hereby authorizes Distributor to import, market, promote, sell and distribute K18 BIOMIMETIC HAIRSCIENCE Products on an exclusive basis in the Territory, in each case subject to the terms and conditions of this Agreement. No direct or indirect fee is payable by Distributor for the rights granted hereunder and/or Appendices. "Retail" shall mean retail stores offering personal care and beauty products and may include third-party retailers as well as franchise and company owned locations of Distributor, and shall further include Distributor's online store at beutiehellule.com offering personal care and beauty products.

2.1.2. New Product Lines. Any new products or product lines developed by K18 BIOMIMETIC HAIRSCIENCE ("New Product Lines") shall be offered to Distributor. Any New Product Lines which K18 BIOMIMETIC HAIRSCIENCE decides to offer to Distributor, may be sold by Distributor at its discretion and will thereafter be included within the definition of "K18 BIOMIMETIC HAIRSCIENCE Products" set forth above, as well as the Product Purchase Requirements set forth in Section 8. At all times during the Term, Distributor shall diligently stock, sell, market, and distribute a full range of K18 BIOMIMETIC HAIRSCIENCE Products as required by Section 5.1.9 below.

2.1.3. License. This Agreement gives Distributor no rights in the K18 BIOMIMETIC HAIRSCIENCE IP except that K18 BIOMIMETIC HAIRSCIENCE grants Distributor a limited, nonexclusive (except to the extent set forth herein), nontransferable, revocable, non-royalty-bearing license to reproduce the K18 BIOMIMETIC HAIRSCIENCE Trademarks. Such license is granted solely for the purpose of assisting Distributor in promoting the sale to Distributor's customers in the Territory and use of the K18 BIOMIMETIC HAIRSCIENCE Products by customers under this Agreement. Distributor shall not, directly or indirectly, under any circumstances, copy, replicate or duplicate (or "reverse engineer" the K18 BIOMIMETIC HAIRSCIENCE Products, or any other products designed, manufactured, compiled, interpreted, processed, or packaged by K18 BIOMIMETIC HAIRSCIENCE. ... reasonable standards required by K18 BIOMIMETIC HAIRSCIENCE herewith (including, without limitation, the provisions relating to the review by K18 BIOMIMETIC HAIRSCIENCE of Distributor's advertisements and other promotional materials) and with the protection of the K18 BIOMIMETIC HAIRSCIENCE IP.

2.1.4. Reservation of Rights. No other rights are granted hereunder to Distributor. All rights of K18 BIOMIMETIC HAIRSCIENCE not herein granted are expressly reserved by K18 BIOMIMETIC HAIRSCIENCE. K18 BIOMIMETIC HAIRSCIENCE retains all of its rights and discretion with respect to the K18 BIOMIMETIC HAIRSCIENCE Trademarks, K18 BIOMIMETIC HAIRSCIENCE IP, K18 BIOMIMETIC HAIRSCIENCE Products, and New Product Lines throughout the world (except to the extent granted hereunder), and the right to engage in any business whatsoever on such terms and conditions as K18 BIOMIMETIC HAIRSCIENCE deems appropriate.

### 2.2. Authorized Product Sales.

2.2.1. Sales to PBIOs and Retail. Distributor shall have the exclusive right to distribute and sell K18 BIOMIMETIC HAIRSCIENCE Products in the Territory to only PBIOs and Retail.

### 2.3. Diversion.

2.3.1. Diversion of K18 BIOMIMETIC HAIRSCIENCE Products. Distributor acknowledges and agrees that the Diversion of K18 BIOMIMETIC HAIRSCIENCE Products to unauthorized outlets or channels of distribution will damage the image and public perception of K18 BIOMIMETIC HAIRSCIENCE

Products and harm sales to PBIOs. Under no circumstances shall Distributor distribute, participate in a scheme to sell, and/or sell any K18 BIOMIMETIC HAIRSCIENCE Products in or to any location or establishment other than bona fide PBIOs in the Territory. In the event that Distributor becomes aware that a bona fide PBIO is engaging in Diversion, Distributor shall immediately cease selling K18 BIOMIMETIC HAIRSCIENCE Products to that PBIO. If K18 BIOMIMETIC HAIRSCIENCE becomes aware that any customer to which Distributor has sold K18 BIOMIMETIC HAIRSCIENCE Products is engaged in Diversion, K18 BIOMIMETIC HAIRSCIENCE shall provide notice of the same to Distributor and so long as Distributor shall terminate sales to such customer within fifteen (15) days of such notice. Distributor shall not be deemed to be engaged in, or participating with such Diversion, nor in breach or default hereunder as a result of such Diversion, Distributor is strictly prohibited from the Diversion of K18 BIOMIMETIC HAIRSCIENCE Products by any method.

2.3.2. No Sales to Diverters. Distributor shall not, directly or indirectly, sell any K18 BIOMIMETIC HAIRSCIENCE Products to any person or entity that is known to Distributor to engage directly or indirectly in any form of Diversion.

2.3.3. Monitoring Sales of K18 BIOMIMETIC HAIRSCIENCE Products. Distributor shall monitor its sales of the K18 BIOMIMETIC HAIRSCIENCE Products and investigate promptly and report to K18 BIOMIMETIC HAIRSCIENCE any suspected instances involving the Diversion of any K18 BIOMIMETIC HAIRSCIENCE Products, or any unusual buying practices involving any K18 BIOMIMETIC HAIRSCIENCE Products, by a customer. Distributor shall reasonably cooperate with K18 BIOMIMETIC HAIRSCIENCE in any legal proceeding or investigations against any third party, which K18 BIOMIMETIC HAIRSCIENCE may institute concerning Diversion.

2.3.4. Anti-Diversion Agreement. Distributor acknowledges that K18 BIOMIMETIC HAIRSCIENCE may request Distributor sign a separate Anti-Diversion Agreement. While the Anti-Diversion Agreement and this Agreement are meant to complement each other, in the event there is a dispute between the Anti-Diversion Agreement and this Agreement, with respect to the Diversion only (as provided for in this Section 2.3), the Anti-Diversion Agreement supersedes this Agreement.

### 2.4. Territory.

2.4.1. In-Territory Sales. The distribution rights granted herein extend only to PBIOs in the Territory listed on Exhibit D attached hereto. Distributor is prohibited from promoting, marketing or selling K18 BIOMIMETIC HAIRSCIENCE Products, directly or indirectly, through the Internet or other means or to PBIOs outside of the Territory except in instances in which K18 BIOMIMETIC HAIRSCIENCE authorizes such sales in advance in writing. This includes chains of PBIOs that may overlap territories, meaning that Distributor is only permitted to sell to those stores which are part of a PBIO chain if such stores are physically located in the Territory and not to any affiliate of such chain if Distributor has reason to believe that any K18 BIOMIMETIC HAIRSCIENCE Products will ultimately reach or be sold or be offered for sale in a store outside of the Territory.

2.4.2. No Sales to PBIOs outside the Territory. Distributor shall not advertise, promote, market or solicit PBIOs for K18 BIOMIMETIC HAIRSCIENCE Products outside the Territory nor establish any office through which orders are solicited or any depot at which inventories are stored outside the Territory.

### 2.5. Sub-Distributors.

Distributor may appoint and authorize sub-distributors to market, distribute and sell K18 BIOMIMETIC HAIRSCIENCE Products within the Territory subject to the terms and conditions of this Agreement, provided that at least ten (10) days prior to the appointment of any such sub-distributor, Distributor shall notify K18 BIOMIMETIC HAIRSCIENCE of the identity, address and market of such sub-distributor and K18 BIOMIMETIC HAIRSCIENCE must approve the appointment of the sub-distributor in writing. Distributor shall not sell or otherwise transfer K18 BIOMIMETIC HAIRSCIENCE Products to any sub-distributor until such sub-distributor enters into a form of written agreement, which must be approved by K18 BIOMIMETIC HAIRSCIENCE in advance in writing, (the "Sub-Distributor Agreement") with

**5.3. Sales of Customers.**

It is the corporate policy of K18 BIOMIMETIC HAIRSCIENCE and its employees, agents, representatives, contractors, distributors and sub-distributors to promote, market and distribute K18 BIOMIMETIC HAIRSCIENCE Products in an efficient and courteous manner, regardless of customers' gender, race, religion, ethnic origin, linguistic origin or sexual preference or orientation and Distributor shall adhere to such policy.

**5.4. Maintenance of Books and Records.**

5.4.1. Distributor shall maintain and preserve, during the Term and for at least three (3) years after termination of this Agreement, full, complete and accurate records, including all electronic records of any kind, relating to its marketing and sale of K18 BIOMIMETIC HAIRSCIENCE Products.

5.4.2. Distributor shall provide to K18 BIOMIMETIC HAIRSCIENCE such other and additional reports and information relating to the business and intent of this Agreement as K18 BIOMIMETIC HAIRSCIENCE may reasonably request from time to time, subject to Distributor's right to redact or exclude customer identities and other Distributor Confidential Information. Distributor shall provide the following to K18 BIOMIMETIC HAIRSCIENCE:

a) A schedule of total sales to PBIOs (without identifying any particular PBIO) as of the last day of a month or other time period specified by K18 BIOMIMETIC HAIRSCIENCE;

b) A complete schedule of Distributor inventory of all such K18 BIOMIMETIC HAIRSCIENCE Products as of the last day of each month (or such other time period as is specified by K18 BIOMIMETIC HAIRSCIENCE);

c) Monthly reports of cumulative dollar sales by sales unit (salesmen sales vs. company stores) online sales and new doors opened (both number and dollar amount of sales);

**6. ADVERTISING AND PROMOTIONS**

**6.1. Advertising and Marketing Materials produced by K18 BIOMIMETIC HAIRSCIENCE.**

K18 BIOMIMETIC HAIRSCIENCE may, in its discretion, provide Distributor with copies (in electronic form or through other media) of advertising and marketing materials that K18 BIOMIMETIC HAIRSCIENCE deems appropriate for use in the Territory. K18 BIOMIMETIC HAIRSCIENCE shall have no responsibility for translating such material into the language principally used in the Territory and Distributor shall be solely responsible for such translation. All costs and expenses incurred by Distributor with respect to (i) translating advertising and marketing materials provided by K18 BIOMIMETIC HAIRSCIENCE, (ii) creating its own advertising and promotional materials, and (iii) advertising and promoting the K18 BIOMIMETIC HAIRSCIENCE Products shall be borne by the Distributor.

**6.2. Distributor's Advertising and Promotional Materials.**

Distributor agrees that all advertising and promotional materials it creates or uses for K18 BIOMIMETIC HAIRSCIENCE shall be in good taste and project K18 BIOMIMETIC HAIRSCIENCE as a premium high-end product. K18 BIOMIMETIC HAIRSCIENCE retains the right to approve and/or modify all advertising and promotional materials used by Distributor in conjunction with K18 BIOMIMETIC HAIRSCIENCE Products, and Distributor shall provide K18 BIOMIMETIC HAIRSCIENCE with such materials upon its request from time to time. All costs for marketing, advertising, and sale, including media space, print and production, point of sale materials, transparencies, in-salon display materials, feature area presentations, booth materials, windows displays and collateral materials, and all other related costs will be borne by Distributor. Notwithstanding the foregoing, K18 BIOMIMETIC HAIRSCIENCE shall give Distributor a ten percent (10%) discount off of standard distributor pricing, such discounted amount to be used by Distributor for marketing, advertising and promotional efforts pursuant to this Section 6. All initiatives and events in the Territory shall also be paid by Distributor or as otherwise agreed to in advance of any event.

**6.3. Market Research.**

Distributor shall provide K18 BIOMIMETIC HAIRSCIENCE with copies of market research and consumer services in the Territory that Distributor possesses and as K18 BIOMIMETIC HAIRSCIENCE may reasonably request, including mold and unaided brand awareness, without their being any obligation of Distributor to conduct such research or services.

**6.4. Marketing and Sale on the Internet.**

Distributor covenants that it has not (except as otherwise disclosed to K18 BIOMIMETIC HAIRSCIENCE in writing), and shall not, acquire, register, or hold any domain name, home page, social media account, handle, username, or other online name or account associated with K18 BIOMIMETIC HAIRSCIENCE, or any other related names or addresses (such, a "K18 BIOMIMETIC HAIRSCIENCE Online Account"). In the event that Distributor inadvertently, or after a request from K18 BIOMIMETIC HAIRSCIENCE, does register, apply for, or otherwise acquire a K18 BIOMIMETIC HAIRSCIENCE Online Account, such account shall be immediately turned over and assigned to K18 BIOMIMETIC HAIRSCIENCE, at no cost to K18 BIOMIMETIC HAIRSCIENCE. This Section 6.4 shall in no way limit or prohibit K18 BIOMIMETIC HAIRSCIENCE from using social media accounts that lead to or promote K18 BIOMIMETIC HAIRSCIENCE within the Territory. In the event of termination of this Agreement, K18 BIOMIMETIC HAIRSCIENCE acknowledges that Customer data and information acquired through Distributor's web sites as well as the web sites or social media pages on which such data and information resides, shall belong to Distributor, provided, however, that all K18 BIOMIMETIC HAIRSCIENCE Trademarks and/or K18 BIOMIMETIC HAIRSCIENCE IP shall remain solely owned by K18 BIOMIMETIC HAIRSCIENCE.

**6.5. Developing Social Media Presence and Following.**

Distributor will use its best efforts to create, cultivate, and grow an online K18 BIOMIMETIC HAIRSCIENCE community using social media and the social media accounts to which Distributor is provided access by K18 BIOMIMETIC HAIRSCIENCE. Distributor shall appoint an individual, or group of individuals, to serve in the role as social media/brand manager(s) who would be responsible for developing K18 BIOMIMETIC HAIRSCIENCE's social media presence online. That individual's contact information shall be shared with K18 BIOMIMETIC HAIRSCIENCE in order to more efficiently partner on social media programs.

**7. ORDERS FOR PRODUCTS**

**7.1. Purchase Orders.**

Distributor shall submit purchase orders for K18 BIOMIMETIC HAIRSCIENCE Products to K18 BIOMIMETIC HAIRSCIENCE in writing, by email using the form attached to this contract as Exhibit E or using such order form as may be agreed to by the parties. Requested delivery dates and shipping instructions should be included on each order form. Each order placed by Distributor shall be subject to acceptance by K18 BIOMIMETIC HAIRSCIENCE and shall be deemed to incorporate the terms and conditions of this Agreement.

**7.2. Modification of Orders.**

No accepted purchase order shall be modified, changed or cancelled by Distributor without K18 BIOMIMETIC HAIRSCIENCE's written approval. Modified or changed orders shall be subject to all of the provisions of this Agreement, whether or not the change order so states.

**7.3. Delivery Terms.**

All K18 BIOMIMETIC HAIRSCIENCE purchase orders submitted by Distributor shall be EXWORKS K18 BIOMIMETIC HAIRSCIENCE U.S. Warehouse with Distributor responsible for freight charges. K18 BIOMIMETIC HAIRSCIENCE reserves the right to reasonably change or modify its U.S. warehouse location upon reasonable notice to Distributor.

BE MADE BY DISTRIBUTOR'S CUSTOMERS. THE WARRANTIES SET FORTH ABOVE ARE IN LIEU OF ALL OTHER WARRANTIES EXPRESS OR IMPLIED, WHICH ARE HEREBY DISCLAIMED AND EXCLUDED BY K18 BIOMIMETIC HAIRSCIENCE, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE AND ALL OBLIGATIONS OR LIABILITIES ON THE PART OF K18 BIOMIMETIC HAIRSCIENCE FOR DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE PRODUCTS. NOTWITHSTANDING THE FOREGOING, K18 BIOMIMETIC HAIRSCIENCE SHALL INDEMNIFY, DEFEND AND HOLD DISTRIBUTOR HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS MADE BY CUSTOMERS OF DISTRIBUTOR AND/OR USERS OF PRODUCTS UNLESS THE PRODUCT HAS BEEN ALTERED BY DISTRIBUTOR.

10.4. Excluded Claims.

K18 BIOMIMETIC HAIRSCIENCE shall have no obligations under any warranty set forth above in the event that:

a) The K18 BIOMIMETIC HAIRSCIENCE Products have been modified in any manner without prior written consent of K18 BIOMIMETIC HAIRSCIENCE; or

b) The K18 BIOMIMETIC HAIRSCIENCE Products have not been stored or used in accordance with K18 BIOMIMETIC HAIRSCIENCE's instructions, precautions and standard procedures, by Distributor or any of its customers.

10.5. Limitation of Liability.

EXCEPT FOR THE INDEMNIFICATION OBLIGATION OF K18 BIOMIMETIC HAIRSCIENCE SET FORTH IN SECTION 10.3 WHICH IS SPECIFICALLY EXCEPTED FROM THIS SECTION 10.5, IN NO EVENT IS K18 BIOMIMETIC HAIRSCIENCE LIABLE FOR CONSEQUENTIAL, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, PUNITIVE OR ENHANCED DAMAGES, LOST PROFITS OR REVENUES, OR DIMINUTION IN VALUE, ARISING OUT OF OR RELATING TO ANY BREACH OF THIS AGREEMENT, REGARDLESS OF: (A) WHETHER THE DAMAGES WERE FORESEEABLE, (B) WHETHER OR NOT K18 BIOMIMETIC HAIRSCIENCE OR DISTRIBUTOR WAS ADVISED OF THE POSSIBILITY OF THE DAMAGES AND (C) THE LEGAL OR EQUITABLE THEORY (CONTRACT, TORT OR OTHERWISE) ON WHICH THE CLAIM IS BASED, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE. IN NO EVENT SHALL K18 BIOMIMETIC HAIRSCIENCE'S OR DISTRIBUTOR'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT, WHETHER ARISING OUT OF OR RELATED TO BREACH OF CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, EXCEED THE AMOUNTS PAID TO K18 BIOMIMETIC HAIRSCIENCE OR DISTRIBUTOR UNDER THIS AGREEMENT IN THE TWELVE (12) MONTH PERIOD PRECEDING THE EVENT GIVING RISE TO THE CLAIM.

11. INSURANCE

11.1.

11.1.1. Securing Insurance. Distributor shall secure and maintain in effect during the Term the following types of insurance in such amounts as specified by K18 BIOMIMETIC HAIRSCIENCE in writing to cover all claims, damages, costs, expenses and liabilities arising out of bodily injury (including without limitation, death or personal injury) or property damage that may occur in connection with the K18 BIOMIMETIC HAIRSCIENCE Products and any other obligations of Distributor pursuant to the terms of this Agreement:

Distributor's Insurance

a) Fire and property damage insurance with a limit of liability sufficient to cover the loss of any and all K18 BIOMIMETIC HAIRSCIENCE Products delivered to Distributor for which Distributor has not paid K18 BIOMIMETIC HAIRSCIENCE;

b) General liability insurance with a limit of not less than Five Hundred Thousand Dollars ($500,000); and

10

c) Workers compensation insurance, or similar insurance as, may be required by any governmental authority located within the Territory which has jurisdiction over employees in the performance of services under this Agreement.

11.1.2. Copies of Policy. Such insurance policies shall name K18 BIOMIMETIC HAIRSCIENCE as an additional insured and may not be cancelled or modified unless K18 BIOMIMETIC HAIRSCIENCE is first notified in writing. Distributor shall deliver to K18 BIOMIMETIC HAIRSCIENCE certificates of insurance and such additional assurances and evidence of insurance required by K18 BIOMIMETIC HAIRSCIENCE (including, without limitation, copies of insurance policies certified by an authorized representative of the insurer) as K18 BIOMIMETIC HAIRSCIENCE may request from time to time.

11.1.3. Securing Insurance by K18 BIOMIMETIC HAIRSCIENCE. During the Term, K18 BIOMIMETIC HAIRSCIENCE shall, at its sole cost and expense, maintain general liability and product liability insurance policies with reputable insurance companies in such amounts and with such deductibles that are reasonably acceptable to Distributor, and Distributor shall be named as an additional insured on such insurance policies. K18 BIOMIMETIC HAIRSCIENCE shall, at Distributor's request, provide to Distributor proof of such insurance coverage. Each insurance policy shall provide that it shall not be modified, cancelled, not renewed or terminated unless Distributor is given thirty (30) days prior written notice thereof.

12. REGULATORY

12.1.

K18 BIOMIMETIC HAIRSCIENCE and Distributor shall be work together (at the sole expense of K18 BIOMIMETIC HAIRSCIENCE) to obtain all regulatory approvals (for the joint benefit of K18 BIOMIMETIC HAIRSCIENCE and Distributor) as may be required in connection with the distribution, marketing and sale of K18 BIOMIMETIC HAIRSCIENCE Products in the Territory in each jurisdiction where such approval is required to be obtained. Distributor shall provide to K18 BIOMIMETIC HAIRSCIENCE, upon reasonable request, materials in its possession that are relevant to any regulatory approval sought or needed to be obtained by it with respect to the distribution, marketing or sale of the K18 BIOMIMETIC HAIRSCIENCE Products.

13. INTELLECTUAL PROPERTY

13.1. Ownership of the Trademarks and Patents.

Distributor acknowledges that K18 BIOMIMETIC HAIRSCIENCE owns the K18 BIOMIMETIC HAIRSCIENCE Trademarks and the K18 BIOMIMETIC HAIRSCIENCE IP. Distributor's right to use the K18 BIOMIMETIC HAIRSCIENCE and Distributor any use the K18 BIOMIMETIC HAIRSCIENCE IP is derived solely from this Agreement and is limited to conducting business pursuant to and in compliance with this Agreement. Distributor's unauthorized use of any of the K18 BIOMIMETIC HAIRSCIENCE IP constitutes a material breach of this Agreement and an infringement of K18 BIOMIMETIC HAIRSCIENCE's rights to the K18 BIOMIMETIC HAIRSCIENCE Trademarks. This Agreement does not confer on Distributor any goodwill or other interests in the K18 BIOMIMETIC HAIRSCIENCE IP. Distributor's use of the K18 BIOMIMETIC HAIRSCIENCE IP and goodwill associated therewith inures to K18 BIOMIMETIC HAIRSCIENCE's exclusive benefit. All provisions of this Agreement applicable to the K18 BIOMIMETIC HAIRSCIENCE IP apply to any additional or substitute trademarks, service marks and trade dress K18 BIOMIMETIC HAIRSCIENCE authorizes Distributor to use. Distributor may not at any time during or after the Term contest, or assist any other person in contesting, the validity, enforceability or ownership of any of the K18 BIOMIMETIC HAIRSCIENCE IP. Neither Distributor nor any of its Affiliates shall directly or indirectly (a) register, or attempt to register, any of the K18 BIOMIMETIC HAIRSCIENCE IP or any other name, trademark, service mark or identifying symbol that is confusingly similar to any of the K18 BIOMIMETIC HAIRSCIENCE Trademarks or a colorable imitation thereof; or (b) interfere with K18 BIOMIMETIC HAIRSCIENCE's or its Affiliates' efforts to obtain registration or ownership of any name, trademark, service mark, or other identifying symbol anywhere in the world. Distributor agrees to execute (and/or file) any documents deemed necessary by K18 BIOMIMETIC HAIRSCIENCE or its counsel to obtain protection for, including, without limitation, a registered user or license agreement, their continued validity and enforceability and to maintain K18 BIOMIMETIC HAIRSCIENCE's right to use the K18 BIOMIMETIC HAIRSCIENCE IP in the

11

Accordingly, each party shall be entitled to temporary, preliminary and permanent injunctive relief for any such breach or threatened breach. Each party shall have the right to institute an action in an appropriate court for specific performance of the aforementioned provisions. Nothing contained herein shall be construed as limiting either party's rights to any other remedies, at law or in equity, including immediate termination of this Agreement and the recovery of damages from the Distributor.

## 15. TERMINATION

**15.1. Reasons for termination.**

15.1.1. **Event of Default.** The following actions or events shall constitute an "Event of Default" under this Agreement:

a) Failure by either party to perform any of the covenants, duties or obligations, set forth in this Agreement to be performed by such party that is not cured (if curable) within thirty (30) days following written notice of such default from the non-defaulting party;

b) A material breach by a party of any representation and warranty expressly, set forth in this Agreement;

c) Distributor's failure, subject to the provisions of Sections 4 and 8, to meet the Minimum Purchase Requirements;

d) Any material non-compliance by Distributor with any of K18 BIOMIMETIC HAIRSCIENCE's standards and policies provided to Distributor, including, without limitation, any non-compliance that is deemed by K18 BIOMIMETIC HAIRSCIENCE to be injurious to its brand image; and

e) (i) The insolvency of a party, or a party's being generally to pay its debts as such debts become due, (ii) a general assignment by a party for the benefit of its creditors, or any similar arrangement with its creditors by a party, (iii) the entry of a judgment of insolvency against a party, (iv) the filing by a party of a petition for relief under applicable bankruptcy, insolvency, or similar debtor relief laws, (v) the filing of a petition for relief under applicable bankruptcy, insolvency or similar debtor relief laws by any person against a party which is consented to by such party, (vi) the appointment (or petition or application for appointment) of a receiver, custodian, trustee, conservator, or liquidator to oversee all or any substantial part of a party's assets or the conduct of its business; (vii) any action by a party for dissolution of its operations; or (viii) any other similar proceedings in any relevant jurisdiction affecting any party.

15.1.2. **Remedies for Event of Default.** Subject to the terms of this Agreement, if any Event of Default shall have occurred, the non-defaulting party shall have the right to terminate this Agreement, effective upon notice of termination delivered to the defaulting party, as well as the right to exercise against the defaulting party any other rights and remedies available to the non-defaulting party under this Agreement or at law or in equity.

15.1.3. **K18 BIOMIMETIC HAIRSCIENCE's Ability to Terminate for Specific Events.** K18 BIOMIMETIC HAIRSCIENCE may immediately terminate this Agreement upon notice of termination delivered to Distributor in the event of:

a) Any material change in the ownership, management or control of Distributor, including, but not limited to, a change of fifty percent (50%) or more of Distributor's officers, directors or managing agents or any sale of fifty percent (50%) or more of Distributor's assets or shares or fifty percent (50%) or more of the equity or voting interest in Distributor other than the transfer of ownership of equity interests in Distributor for bona fide estate planning purposes;

b) The levy of any attachment against Distributor a material portion of its assets or property, or the transfer, sale or assignment of a material portion of its assets or property, other than a transfer of assets to an affiliate of Distributor in connection with a corporate restructuring or consolidation, or transfer of assets to an affiliate of K18 BIOMIMETIC HAIRSCIENCE, which consent will not be unreasonably withheld (it being

14

understood that it shall not be unreasonable for K18 BIOMIMETIC HAIRSCIENCE to withhold its consent to a transfer, *inter alia*, to a direct competitor of K18 BIOMIMETIC HAIRSCIENCE's or to a party whose business or reputation could, in K18 BIOMIMETIC HAIRSCIENCE's judgment, impair the image of K18 BIOMIMETIC HAIRSCIENCE or its products in the marketplace);

c) Any misrepresentation by Distributor concerning the individuals and or entities who own Distributor's assets or business or the ownership interest held by any individual or entity;

d) Any assignment or attempted assignment by Distributor of all or any portion of its rights or obligations under this Agreement to any person or entity without K18 BIOMIMETIC HAIRSCIENCE's prior written consent;

e) Distributor's failure to promptly notify K18 BIOMIMETIC HAIRSCIENCE of any change in its name, or any sale of all of its business.

15.1.4. **K18 BIOMIMETIC HAIRSCIENCE's Ability to Not Offer Extension Term.** K18 BIOMIMETIC HAIRSCIENCE may terminate this Agreement at the conclusion of the Initial Term or the conclusion of the Extension Term if during such Term or such Extension Term, as applicable, there is a sale to an independent third party of fifty percent (50%) or more of K18 BIOMIMETIC HAIRSCIENCE capital stock or other ownership interests, assets or business (a "K18 BIOMIMETIC HAIRSCIENCE Change of Control").

15.1.5. **Distributor's Ability to Terminate for Specific Events.** Distributor may immediately terminate this Agreement upon notice of termination delivered to K18 BIOMIMETIC HAIRSCIENCE in the event of:

a) The levy of any attachment against K18 BIOMIMETIC HAIRSCIENCE or a material portion of its assets or property, or the transfer, sale or assignment of a material portion of its assets or property, other than a transfer of assets to an affiliate of K18 BIOMIMETIC HAIRSCIENCE in connection with a corporate restructuring or consolidation, or transfer of assets to an unrelated third party with the prior written consent of Distributor, which consent will not be unreasonably withheld (it being understood that it shall not be unreasonable for Distributor to withhold its consent to a transfer, *inter alia*, to a direct competitor of Distributor or to a party whose business or reputation could, in Distributor's judgment, impair the image of Distributor or its products in the marketplace); or

b) K18 BIOMIMETIC HAIRSCIENCE's failure to promptly notify Distributor of any change in its name.

15.1.6. **Intentionally left blank.**

15.1.7. **Other Appointments.** Upon written notice by K18 BIOMIMETIC HAIRSCIENCE to Distributor of any Final Breach or termination of this Agreement for any reason, K18 BIOMIMETIC HAIRSCIENCE may appoint other distributors to sell some or all of K18 BIOMIMETIC HAIRSCIENCE Products to customers located in all or any portion of the Territory and may immediately begin shipping product to such distributors. In addition, during the Term, in the event Distributor fails to maintain an adequate and representative inventory, in accordance with Exhibit F, of the K18 BIOMIMETIC HAIRSCIENCE Products (including New Product Lines), K18 BIOMIMETIC HAIRSCIENCE may appoint other distributors to sell that product line to PBGs located in all or any portion of the Territory and may immediately begin shipping product to such distributors.

**15.2. Rights and Obligations on Termination.**

15.2.1. **Obligations of Distributor.** Termination shall not release or affect, and this Agreement shall remain fully operative as to, any obligations or liabilities incurred by Distributor prior to the effective date of such termination; provided, however, that all indebtedness of Distributor to K18 BIOMIMETIC HAIRSCIENCE of any kind shall become immediately due and payable within fifteen (15) days of the effective date of termination, and K18 BIOMIMETIC HAIRSCIENCE may deduct from any sums it owes to Distributor any sums owed by Distributor to K18 BIOMIMETIC HAIRSCIENCE. Within

15

Distributor certifies that neither Distributor nor any of its owners, affiliates, employees or anyone associated with Distributor is listed in the Annex to Executive Order 13224. (The Annex is available at http://www.state.gov/o/rls/other/des/122570.htm). Distributor agrees not to hire or have any dealings with a person listed in the Annex. Distributor agrees to comply with and/or assist K18 BIOMIMETIC HAIRSCIENCE's efforts to comply with the Anti-Terrorism Laws to the fullest extent possible in K18 BIOMIMETIC HAIRSCIENCE's implementation of the Anti-Terrorism Laws, Executive Order, or other US laws implemented by the Office of Foreign Asset Control (OFAC). For such compliance, Distributor certifies, represents, and warrants that none of its property or interests are subject to being "blocked" under any of the Anti-Terrorism Laws and that Distributor and its owners are not otherwise in violation of any of the Anti-Terrorism Laws.

**17.3.** **Anti-Corruption and Anti-Bribery Laws.**

Distributor represents and warrants that Distributor and its Affiliates do and shall comply with all applicable legal requirements against corrupt business practices, against money laundering and against facilitating or supporting persons who conspire to commit crimes or acts of terror against any person or government. Distributor shall promptly notify K18 BIOMIMETIC HAIRSCIENCE in writing immediately of the occurrence of any event which renders the foregoing representations and warranties of any kind received as well as any request or demand for any undue or suspicious financial or other advantage of any kind incurred by Distributor in connection with the performance of this Agreement. Additionally, within five business days of request, Distributor shall sign and return to K18 BIOMIMETIC HAIRSCIENCE a signed FCPA Compliance letter.

**17.4** **Anti-Boycott Laws.**

Distributor (a) shall comply with all US antiboycott laws and regulations, including, but not limited to, the Anti-Boycott Act of 2018 and the Internal Revenue Code (collectively, "Antiboycott Laws"); and (b) shall not take any action that violates the Antiboycott Laws.

**17.5.** **Import Licenses.**

Distributor shall be responsible for obtaining any necessary import licenses or permits necessary for the entry of the K18 BIOMIMETIC HAIRSCIENCE Products into the Territory, or their delivery to the Distributor. Distributor shall be responsible for any customs duties, clearance charges, taxes, brokers' fees and other amounts payable in connection with the importation and delivery of the K18 BIOMIMETIC HAIRSCIENCE Products.

**18.** **REPRESENTATIONS, WARRANTIES, AND COVENANTS**

**18.1.** **Mutual Representations.**

Each party hereby represents, covenants, and warrants to the other party as following:

a) Such party is a corporation or limited liability company, as applicable, validly organized validly existing and in good standing under the laws of the jurisdiction in which it is organized.

b) Such party (i) has the power and authority and the legal right to enter into this Agreement and to perform its obligations hereunder and (ii) has taken all necessary corporate action on its part to authorize the execution and delivery of this Agreement and the performance of its obligations hereunder. This Agreement has been duly executed and delivered on behalf of such party, and constitutes a legal, valid, binding obligation, enforceable against such party in accordance with its terms.

c) All necessary consents, approvals and authorizations of all governmental authorities and other persons required to be obtained by such party in connection with this Agreement have been obtained.

d) The execution and delivery of this Agreement and the performance of such party's obligations hereunder do not conflict with or violate any requirement of applicable laws or regulations or any agreement, instrument or undertaking to which it is a party or by which it is bound.

**19.** **GENERAL PROVISIONS**

**19.1.** **Pandemic Stay.**

The terms of this Agreement shall be subject to a Pandemic Stay. "Pandemic Stay" shall mean if any PBIO in the Territory is unable to operate at its normal capacity due to government limitations on business operations,

including, but not limited to, customer capacity, then, at Distributor's sole option, the Term and all Minimum Product Purchase Requirements will be stayed for the duration of the limitation on business operations. Immediately upon having knowledge of a Pandemic Stay, Distributor shall notify K18 BIOMIMETIC HAIRSCIENCE of each such Pandemic Stay.

**19.2** **No Other Representations.**

Each party acknowledges that the other party has not made any representation to it other than those, which are contained herein.

**19.3.** **Entire Agreement.**

This Agreement, including the Exhibits attached hereto and incorporated herein by this reference as an integral part of this Agreement, and that certain Non-Disclosure Agreement dated as of 14 JULY 2021 by and between the parties constitutes the entire agreement of the parties with respect to the subject matter hereof and supersedes all previous proposals, oral or written, and all negotiations, conversations, or discussions heretofore had between the parties related to the subject matter of this Agreement.

**19.4** **Notices.**

Any notices given under this Agreement shall be in writing and shall be deemed duly given if sent by overnight carrier or by registered or certified mail, postage prepaid, or by e-mail, with a copy by overnight carrier or by registered or certified mail, postage prepaid, and if addressed as follows:

• To K18 BIOMIMETIC HAIRSCIENCE: AQUIS HAIRSCIENCE INC., 621 SANSOME STREET, SAN FRANCISCO, CA 94111, USA, ATTN: SUVEEN SAHIB, Email: suveen@aquis.com.

• To Distributor: CSP LOGISTICS, 1 avenue du plot 30660 GALLARGUES LE MONTUEUX, ATTN: WINCKER Jean Philippe email: jpavinket@cspgroupe.com with a copy to: CSP OFFICES, ATTN: CORNEVIN MAELYS email:m.cornevin@cspgroupe.com.

Notice so given shall be effective upon (o) receipt by the party to which notice is given, or (0) on the fifth (5) day following the date such notice was sent by U.S. mail or on the next business day after deposit with an overnight courier service, whichever occurs first. Either party may designate another address for notice by giving written notice as provided herein.

**19.5** **Amendment.**

This Agreement shall not be deemed or construed to be modified, amended, rescinded, canceled or waived, in whole or impart, except by a written amendment signed by Distributor and an officer of K18 BIOMIMETIC HAIRSCIENCE, which specifically states that it constitutes an amendment to this Agreement.

**19.6.** **Counterparts.**

This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original but all of which together shall constitute one and the same instrument. Counterparts may be delivered by electronic mail (including pdf) or other transmission method, and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes

**19.7.** **English.**

This Agreement has been executed in English. All communication between K18 BIOMIMETIC HAIRSCIENCE and Distributor will be in English. If translation of any communication is required, Distributor is responsible for the costs thereof and Distributor shall, including any cost K18 BIOMIMETIC HAIRSCIENCE spends in order to verify that a translation provided by Distributor is accurate. Distributor acknowledges that any translation, whether commissioned or paid for by K18 BIOMIMETIC HAIRSCIENCE, or Distributor, shall be the property of K18 BIOMIMETIC HAIRSCIENCE and constitute a part of the Confidential Information. Distributor shall execute any assignments or other documents necessary to affect K18 BIOMIMETIC HAIRSCIENCE's ownership of such translations.

**19.8.** **Intentionally Left Blank.**

**19.9.** **Disclosure of Agreement; Public Announcement.**

**Exhibit A: K18 BIOMIMETIC HAIRSCIENCE Trademarks**

K18 BIOMIMETIC HAIRSCIENCE

---

**Exhibit B: Definitions**

Curable, Non-Curable and Final Breaches. "Non-curable breaches" shall mean any breach by Distributor of subsections 2.3, 8.2, or 8.3 of this Agreement. "Curable" breaches shall mean any breach of any other Term. "Final Breach" shall mean any Non-Curable Breach or any Curable Breach which, Distributor fails to cure within the time period prescribed in Subsection 15.1.

Diversion. "Diversion" shall mean transshipping, redistributing, selling, reselling or delivering any K18 BIOMIMETIC HAIRSCIENCE Products directly or indirectly, through the Internet or by other means to any of the following: (a) any class of trade other than PBIOs (as defined herein) including, but not limited to warehouse, food, drug, variety/discount stores, online retailers, or discount chain stores; (b) any other unauthorized outlet as designated in writing by K18 BIOMIMETIC HAIRSCIENCE to Distributor, or (c) any account including, but not limited to any PBIO, outside of the Territory identified in Exhibit D attached hereto.

Force Majeure. "Force Majeure" shall mean any event or condition, not existing as of the Effective Date, not reasonably foreseeable as of such date and not reasonably within the control of either party, which prevents in whole or material part the performance by one of the parties hereto of its obligations hereunder or which renders the performance of such obligations so difficult or costly as to make such performance commercially unreasonable. Additionally, Force Majeure shall include any pandemic, epidemic or the like generally having a negative effect on the business operations of PBIOs in the Territory, including the Covid pandemic, notwithstanding that it exists as of the Effective Date.

Product Purchase Requirement(s). "Product Purchase Requirement(s)" shall mean the minimum quantities of K18 BIOMIMETIC HAIRSCIENCE Products which Distributor shall be required to purchase from K18 BIOMIMETIC HAIRSCIENCE on an annual or quarterly basis in accordance with the terms and conditions of Section 7.1 of this Agreement as adjusted by K18 BIOMIMETIC HAIRSCIENCE on an annual basis after consultation with Distributor.

PBIOs. "PBIOs" shall mean Professional Beauty Industrial Outlets, which are licensed cosmetologists, hair stylists, accredited beauty salons, men's styling salons, beauty and barber schools, and professional beauty supply stores. PBIOs exclude the following:

   a)   Grocery stores
   b)   Food/Drug mass outlets
   c)   Mass retailers
   d)   Department stores
   e)   Online only locations without a brick-and-mortar store
   f)   E-commerce sites
   g)   International customers

Support Services. "Support Services" shall mean those areas as provided in Section 2.3 and specifically described in Exhibit D attached hereto.

Territory. "Territory" shall mean the areas as provided in the K18 BIOMIMETIC HAIRSCIENCE Products.

Exhibit E: Purchase Order Form

26

Exhibit F: Price and Minimum Product Purchase Requirements

**Price and Minimum Product Purchase Requirements.** K18 BIOMIMETIC HAIRSCIENCE and Distributor shall have at a minimum three (3) months to negotiate and agree to Distributor's minimum order requirements (in U.S. Dollars) for the ensuing calendar year. Such agreement shall be appended to and made a part of this Agreement. In the event the parties do not reach an agreement regarding order minimums after good-faith discussions, the minimum order requirements shall revert back to the prior year. In the event the parties do not reach an agreement regarding order minimums for the initial year, unless the parties mutually agree otherwise, the Agreement shall be terminated subject to the provisions of the Agreement, specifically Sections 15.2 and 15.3.

27

[...]

**2.4. Territoire.**

2.4.1.   **Ventes sur le Territoire.** Les droits de distribution accordés par les présentes ne s'étendent qu'aux PVIBPs *(Points de Vente Industrielle de Beauté Professionnelle)* sur le Territoire énumérés à l'Annexe D ci-joint. Il est interdit au Distributeur de promouvoir, de commercialiser ou de vendre les Produits K18 BIOMIMETIC HAIRSCIENCE, directement ou indirectement, par le biais d'autres moyens ou à des PVIBPs situés en dehors du Territoire, sauf dans les cas où K18 BIOMIMETIC HAIRSCIENCE autorise ces ventes à l'avance et par écrit. Cela inclut les cas où les réseaux de PVIBPs peuvent recouvrir plusieurs territoires, ce qui signifie que le Distributeur n'est autorisé à vendre qu'aux magasins qui font partie d'un réseau de PVIBPS et ces magasins sont physiquement situés sur le Territoire et qu'il ne peut vendre aucun Produit K18 BIOMIMETIC HAIRSCIENCE à d'autres magasins de ce réseau de PVIBPs ni à aucun affilié de ce réseau s'il le Distributeur sait ou a des raisons de croire que les Produits K18 BIOMIMETIC HAIRSCIENCE seront finalement acheminés, vendus ou proposés à la vente dans un magasin situé en dehors du Territoire.

[...]

**3.   DURÉE**

**3.1 Durée du Contrat.**

Le présent Contrat prendra effet et commencera à la Date Effective et se poursuivra pendant une période de cinq (5) ans à compter de la Date Effective, sous réserve d'une résiliation anticipée conformément aux dispositions du présent Contrat (la « **Durée Initiale** »).

**3.2 Prolongation de la Durée du Contrat.**

Sous réserve des conditions prévues aux Articles 3.2.1 à 3.2.3, la Durée du Contrat sera automatiquement prolongée d'une (1) période supplémentaire de deux (2) ans, sous réserve d'une résiliation anticipée conformément aux dispositions du présent Contrat (la « **Période de Prolongation** » et collectivement avec la Durée Initiale, la « **Durée du Contrat** ») si :

3.2.1.   Le Distributeur respecte pleinement le présent Contrat ;

3.2.2.   Aucune loi applicable n'a été adoptée, promulguée ou modifiée après la Date Effective, qui pourrait avoir un effet négatif important sur les droits, les recours ou le pouvoir discrétionnaire de K18 BIOMIMETIC HAIRSCIENCE dans le cadre du présent Contrat ; et

3.2.3.   Au plus tard cent quatre-vingts (180) jours avant l'expiration de la Durée initiale, les parties n'a notifié par écrit à l'autre que la Durée du Contrat se limitera à la Durée Initiale et qu'il n'y aura pas de Période de Prolongation.

3.2.4.   À titre de condition préalable au commencement de la Période de Prolongation, au plus tard quatre-vingt-dix (90) jours avant l'expiration de la Durée Initiale, BIOMIMETIC HAIRSCIENCE et le Distributeur doivent convenir d'un nouveau programme écrit de vente prévisionnel et d'un plan de développement pour la Période de Prolongation.

---

**4.   DEVOIRS ET OBLIGATIONS DE K18 BIOMIMETIC HAIRSCIENCE**

**4.1. Fourniture de Produits.**

K18 BIOMIMETIC HAIRSCIENCE fournira au Distributeur des Produits K18 BIOMIMETIC HAIRSCIENCE en quantité suffisante pour répondre au besoins du Distributeur sur le Territoire afin d'atteindre et de favoriser une pénétration maximale du marché, sauf dans la mesure où K18 BIOMIMETIC HAIRSCIENCE en est empêchée en raison d'un cas de Force Majeure. Nonobstant toute disposition contraire des présentes, K18 BIOMIMETIC HAIRSCIENCE se réserve le droit de distribuer ses Produits K18 BIOMIMETIC HAIRSCIENCE de la manière que K18 BIOMIMETIC HAIRSCIENCE (à sa seule discrétion) jugera appropriée. K18 BIOMIMETIC HAIRSCIENCE n'est pas responsable de tout retard ou défaut de fabrication ou de livraison causé par un cas de Force Majeure, à condition qu'un tel retard ou défaut de livraison n'entraîne pas un manquement du Distributeur, ou une réclamation selon laquelle le Distributeur n'a pas satisfait aux Exigences Minimales d'Achat de Produits.

[...]

**5.   DEVOIRS ET OBLIGATIONS DU DISTRIBUTEUR**

**5.1 Devoirs et obligations.**

En plus de se conformer à ses autres obligations en vertu du présent Contrat, le Distributeur s'engage à exécuter les prestations suivantes :

5.1.1.   Exploiter un établissement adéquat, y compris un ou plusieurs entrepôts sur le Territoire, qui peut être un entrepôt de stockage d'un tiers avec lequel le Distributeur conclut un contrat pour des services d'entreposage et de gestion ;

5.1.2.   Développer le Territoire en tant que marché pour les Produits K18 BIOMIMETIC HAIRSCIENCE de manière raisonnablement satisfaisante pour K18 BIOMIMETIC HAIRSCIENCE ;

5.1.3.   Veiller à ce que K18 BIOMIMETIC HAIRSCIENCE ne bénéficie pas de conditions, d'avantages et d'incitations moins favorables, incluant, mais sans s'y limiter, les commissions des vendeurs ou autres incitations à la vente, que celles accordées à toute autre marque représentée par le Distributeur ;

5.1.4.   Cette section a été laissée en blanc intentionnellement ;

5.1.5.   Répondre rapidement à toutes les demandes de renseignements des clients, y compris les réclamations, et traiter rapidement les commandes et effectuer toutes les expéditions de Produits K18 BIOMIMETIC HAIRSCIENCE ;

5.1.6.   Examiner avec diligence toutes les pistes concernant les clients potentiels qui lui sont adressées ;

5.1.7.   Tenir K18 BIOMIMETIC HAIRSCIENCE pleinement informée de toutes les demandes et commandes reçues par le Distributeur de la part de toute personne ou partie située en dehors du Territoire ;

**Annexe B : Définitions**

[...]

**PVIBPs** « PVIBPs » désigne les Points de Vente Industriels de Beauté Professionnelle qui incluent des coiffeurs, des salons de beauté agréés, des salons de coiffure pour hommes, cosmétologues agréés, des écoles de beauté et de barbiers, et des magasins de produit de beauté professionnels. Les PVIBPs excluent les établissements suivants :

a) Les épiceries

b) Les grandes surfaces alimentaires et pharmaceutiques

c) La grande distribution

d) Les grands magasins

e) Les sites uniquement en ligne sans point de vente physique

f) Les sites de commerce électronique

g) Les clients internationaux

[...]

**Territoire** « Territoire » désigne les zones visées à l'article 2.3 et spécifiquement décrites dans l'annexe D jointe aux présentes.

[...]

**Annexe D : Territoire**

Le Distributeur a le droit de distribuer les Produits K18 BIOMIMETIC HAIRSCIENCE dans la zone géographique suivante (le « Territoire ») :

La République Française, y compris les DOM-TOM (Clipperton, Terres Australes et Antarctiques Françaises, Polynésie Française, Guyane Française, Guadeloupe, Martinique, Mayotte, Nouvelle-Calédonie, Saint-Martin, Saint-Barthélemy, Saint-Pierre-et-Miquelon, La Réunion, et Wallis-et-Futuna).

# Open2europe
G R O U P

≡

( Parlons-en )

## Nouveau chez Bleu Libellule : K18

par Open2Europe | Sep 13, 2021 | News | 0 commentaires

Bleu Libellule, distributeur de produits de coiffure et d'esthétique professionnels, agrandit son portefeuille de marques et accueille K18, la marque testée et approuvée par les coiffeurs stars outre-Atlantique. Après 10 années de recherche en laboratoire à scanner et tester toutes les séquences d'acides aminés constituant le génome de la kératine du cheveu, la marque a découvert une séquence unique qui rend aux cheveux abîmés leur état de jeunesse d'origine : le peptide K18.

📍 Adresse :
**Open2europe**
63-65 Avenue Gabriel Péri 92600 Asnières-sur-Seine

📞 Téléphone :
+33 01 55 02 14 53

✉ E-mail :
contact@open2europe.com

### Catégories

Blog

Communiqué de Presse







La technologie K18 n'est pas temporaire : c'est une nouvelle génération de soin reconstructeur qui utilise le biomimétisme dans le but de reconstruire les ponts disulfure rompus ainsi que les chaînes de kératine. Les cheveux sont alors régénérés, doux, brillants, forts et retrouvent leur élasticité naturelle.

Ce protocole s'utilise avec tous les services professionnels et toutes les marques. Il permet ainsi aux professionnels de travailler en toute confiance et de valoriser leur expertise.

Un protocole reconstructeur innovant rend aux cheveux leur état naturel de façon permanente, en régénérant les ponts disulfures cassés mais aussi les chaînes de kératine, en seulement 4 minutes !

Le résultat sera toujours présent même après lavage, sur du long terme. Sa formule très concentrée, une petite quantité suffit.



Le protocole à utiliser en salon professionnel

Avant le service technique : K18 BRUME PROFESSIONNELLE
Cette brume a été conçue afin de réparer les dommages existants et renforcer le cheveu dans le but de prévenir des dommages pouvant apparaître durant le service technique. Son pH, compris entre 7,5-8,0, déplace la couche cuticulaire pour pénétrer le cortex du cheveu et se concentrer sur les zones endommagées.

Après le service technique : K18 MASQUE PROFESSIONNEL
Ce masque post service technique permet de réparer les dommages causés lors des services en salon et peut être utilisé à domicile par les clients comme un traitement réparateur. Son pH, compris entre 5,0-6,0, permet de fermer les cuticules du cheveu et d'y isoler le peptide afin de réparer les chaînes de kératine et les ponts disulfures.



https://open2europe.com/nouveau-chez-bleu-libellule-k18/

1/4

Distribué par **Bleu L'Institut**, K18 est un service innovant et unique que vous pouvez proposer à tous vos clients. Conçu pour être utilisé avec tous les services professionnels et toutes les marques, il vous permet de de travailler en confiance et de valoriser votre expertise. Séquence unique d'acides aminés qui pénètrent profondément dans la structure fondamentale des cheveux pour s'implanter, le peptide K18 répare les chaînes de kératine brisées, dont dépendent la force et l'élasticité de la chevelure, ainsi que les ponts disulfures. Laisser poser le produit quatre minutes sur les cheveux. Une quantité minime pour des résultats spectaculaires. K18 Biomimetic répare les dommages existants et renforce le cheveu pour prévenir d'éventuels dommages durant le service technique. K18 Masque professionnel, après le service technique, a un pH compris entre 5,5 et 6, et permet de fermer les cuticules du cheveu et d'y isoler le peptide afin de réparer les chaînes de kératine et les ponts disulfures.



PARTAGEZ   TWITTEZ   ENVOYEZ





Schwarzkopf Professional

BB Hair



Leonor Greyl

Schwarzkopf Professional

BB Hair

Nouveau sur le marché, la marque K18, distribuée en exclusivité chez Bleu Libellule, transforme en profondeur les cheveux abîmés. Sa formule révolutionnaire, basée sur une séquence d'acides aminés, le peptide K18, pénètre dans la structure fondamentale des cheveux pour s'y implanter et réparer les chaînes de kératine brisées, dont dépendent la force et l'élasticité de la chevelure. Cette kératine, véritable ciment de la fibre capillaire, dont dépend sa qualité et sa beauté, est au cœur de la formule du Masque profond Urban Keratin dédié aux cheveux abîmés. Composé de bio-molécules de Kératine végétale, il reconstruit en profondeur la structure du cheveu, alors que la protéine de blé renforce la structure et la glycérine végétale apporte la souplesse indispensable.



Leonor Greyl

La ligne Keratin BBHair Care décline un duo de soins, Shampooing et Masque, formulée à base de kératine hydrolysée, d'huile de coco et de provitamine B5, permettant de renforcer la structure du cheveu. Absolut Keratine de René Furterer s'agrandit avec un nouveau soin ultra réparateur, le Sérum Réparateur ultime. Origine Kératine de Patrice Mulato a été formulée à base de kératine, d'origine naturelle certifiée Bio, et de Sérilisse, un complexe d'acides aminés, protéine de blé et acide glyoxylique, afin de renforcer la structure du cheveu de l'intérieur. Incontournable sur le segment des soins profonds, Leonor Greyl propose deux gestes de beauté réparateurs avec la Crème Régénératrice et le Concentré Énergétique. Deux véritables boosteurs de beauté qui redonnent force et vitalité aux cheveux.

# ESTETICA

# ESTETICA HAIR

## K18 proposée chez Bleu Libellule

SALON, par Marie Cocconada — PRODUITS — 10 AUGUST 2022

*Après 10 années de recherche en laboratoire à scanner et tester toutes les séquences d'acides aminés constituant le génome de la kératine qui compose le cheveu, la marque K18 a découvert une séquence unique qui rend aux cheveux abîmés leur état de jeunesse d'origine : le peptide K18.*

La technologie K18 n'est pas temporaire : c'est une nouvelle génération de soin reconstructeur qui utilise le biomimétisme dans le but de reconstruire les ponts disulfures rompus ainsi que les chaînes de kératine. Cette molécule brevetée est une avancée capitale pour l'industrie capillaire.

Il est cliniquement prouvé que le peptide K18 répare, en seulement 4 minutes, les dommages causés par : les services de coloration & décoloration, les services chimiques et la chaleur.

La santé des cheveux est aussi liée à leur nettoyage : en utilisant des produits qualitatifs, les colorations paraissent plus profondes, les soins sont plus efficaces, les produits de coiffage ont une tenue plus longue et le peptide K18 pénètre de façon optimale dans la fibre capillaire. La gamme de shampoings Peptide Prep nettoie en profondeur vos cheveux. Utilisée avec le masque, les résultats seront d'autant plus visibles car le peptide pénétrera plus profondément dans la fibre capillaire.

### LA GAMME PEPTIDE PREP

La gamme Peptide Prep se compose de deux shampoings : un shampoing maintien du pH à usage fréquent et un shampoing détox clarifiant.

### Shampoing Peptide Prep Detox Clarifiant

Ce shampoing, au pH 3.8~4.2, permet de nettoyer en profondeur les cheveux et le cuir chevelu. Tous les résidus sont alors éliminés et le cheveu est prêt à recevoir le soin K18.

Ce shampoing, au pH 4.0~5.0, permet de nettoyer fréquemment sans nuire à l'équilibre du cheveu. La cuticule reste fermée pendant le lavage. Le niveau d'hydratation du cheveu est ainsi protégé.

### Brume K18

À utiliser avant le service technique : c'est une étape indispensable qui permet de préparer le cheveu afin d'obtenir un résultat optimal avant tout service technique. Cette brume a été conçue afin de réparer les dommages existants et renforcer le cheveu dans le but de prévenir des dommages pouvant apparaître durant le service technique. Son pH, compris entre 7.5-8.0, déplace la couche cuticulaire pour pénétrer le cortex du cheveu et se concentrer sur les zones endommagées.

### Masque K18







# Open2europe
GROUP

☰

( Parlons-en )

News
Offres d'Emploi
Reflexions
Tendances
Vie d'Agence

## New from Bleu Libellule: K18

par Open2Europe | Sep 13, 2021 | News | 0 commentaires

Bleu Libellule, distributor of professional hairdressing and beauty products, expands its brand portfolio to include K18, the tried and approved by celebrity hairdressers across the Atlantic. Après 10 années de recherche en laboratoire à scanner et tester toutes les séquences d'acides aminés constituant le génome de la kératine qui compose le cheveu, la marque a découvert une séquence unique qui rend aux cheveux abîmés leur état de jeunesse d'origine : le peptide K18.

○ Adresse :
**Open2Europe**

63-65 Avenue Gabriel Péri 92600 Asnières-sur-Seine

📞 Téléphone :
+33 01 55 02 14 53

✉ E-mail :
contact@open2europe.com

**Categories**
Blog
Communiqué de Presse



DÉCEMBRE 2021 REVUE BIMESTRIELLE · 14,00 € · ISSN 2036-6321

HairMagazine

# COIFFURE & STYLES
# ESTETICA
FRANCE

**HOMME**
Le retour du
casual chic

**SERVICE**
Comment valoriser
les cheveux blancs

**REVENTE**
Ces soins boosteurs
de beauté



Beata Bourillon

**92** revente

# Une fibre transformée

Véritables boosteurs de beauté, les soins dédiés à la réparation et à la transformation de la fibre capillaire rencontrent un vif succès auprès des consommatrices



Leonor Greyl

La ligne Keratin BBHair Care décline un duo de soins, Shampooing et Masque, formulée à base de kératine hydrolysée, d'huile de coco et de provitamine B5, permettant de renforcer la structure du cheveu. Absolue Kératine de René Furterer s'agrandit avec un nouveau soin ultra réparateur, le Sérum Réparateur ultime. Origine Kératine de Patrice Mulato a été formulée à base de kératine, d'origine naturelle certifiée Bio, et de Sériliss, un complexe d'acides aminés, protéine de blé et acide glycolyique, afin de renforcer la structure du cheveu de l'intérieur. Incontournable sur le segment des soins profonds, Leonor Greyl propose deux gestes de beauté réparateurs avec la Crème Régénératrice et le Concentré Energétique. Deux véritables boosteurs de beauté qui redonnent force et vitalité aux cheveux.

95

---



**COSMETICOBS**



**#** › Articles › À la une › K18, un masque capillaire sans rinçage d...

Wednesday, February 02, 2022

À la une

## K18, a leave-in hair mask with benefits that last for two weeks

Très performant, ce masque capillaire sans rinçage qui fait le buzz sur les réseaux sociaux offre des résultats durables. Et plus les cheveux sont abîmés, plus il se révélera efficace!

Temps de lecture
~ 2 minutes

Résumé



La santé des cheveux est aussi liée à leur nettoyage : en utilisant des produits qualitatifs, les colorations paraissent plus profondes, les soins sont plus efficaces, les produits de coiffage ont une tenue plus longue et le peptide K18 pénètre de façon optimale dans la fibre capillaire. La gamme de shampoings Peptide Prep nettoie en profondeur vos cheveux. Utilisée avec le masque, les résultats seront d'autant plus visibles car le peptide pénétrera plus profondément dans la fibre capillaire.

**LA GAMME PEPTIDE PREP**

La gamme Peptide Prep se compose de deux shampoings : un shampoing maintien du pH à usage fréquent et un shampoing détox clarifiant.

Shampoing Peptide Prep Detox Clarifiant

Ce shampoing, au pH 3,8–4,2, permet de nettoyer en profondeur les cheveux et le cuir chevelu. Tous les résidus sont alors éliminés et le cheveu est prêt à recevoir le soin K18.

Ce shampoing, au pH 4,0–5,0, permet de nettoyer fréquemment sans nuire à l'équilibre du cheveu. La cuticule reste fermée pendant le lavage. Le niveau d'hydratation du cheveu est ainsi protégé.

Brume K18

À utiliser avant le service technique : c'est une étape indispensable qui permet de préparer le cheveu afin d'obtenir un résultat optimal avant tout service technique. Cette brume a été conçue afin de réparer les dommages existants et renforcer le cheveu dans le but de prévenir des dommages pouvant apparaître durant le service technique. Son pH, compris entre 7,5–8,0, déplace la couche cuticulaire pour pénétrer le cortex du cheveu et se concentrer sur les zones endommagées.

Masque K18

réparer les dommages causés lors des services en salon et peut être utilisé comme comme un traitement réparateur. Son pH, compris entre 5,0–6,0, permet de fermer les cuticules du cheveu et d'y isoler le peptide afin de réparer les chaînes de kératine ainsi que les ponts disulfures.

Following the success of the reconstructive treatment, Bleu Libellule will be offering two K18 shampoos from September to complete the protocol.











K&S
09
Pièce communiquée







## September – e-shop



## September – e-shop



















On May 24, 2024, at 2:38 AM, Antonin LANDOLFI <a.landolfi@cspgroupe.com> wrote:

Dear Josette, dear Suveen,

As explained, your request is a legal matter and therefore I need to refer to our internal experts. I am including Nicolas Barthelemy in the email. He is the head of our legal department.

As you proposed, he would appreciate a discussion directly with you to understand all aspect of the procedure.

Could you please suggest a few available slots for a visio in the coming days?

Thanks a lot,
Best regards,

Antonin

De : Josette Ashiru <josette@k18hair.com>
Envoyé : mercredi 22 mai 2024 19:25
À : Antonin LANDOLFI <a.landolfi@cspgroupe.com>
Cc : Suveen Sahib <suveen@k18hair.com>
Objet : 5.22.24 Mutual Termination Agreement re France

Antonin

Thanks for your time this morning. Attached is the mutual termination agreement that we discussed. If it is acceptable, please let us know where to send it for DocuSign. Thanks.

Josette


<image0.png>
**Josette Ashiru**
VP of International Sales, Pro Channels
302.462.6636 | josette@k18hair.com
k18hair.com @k18hair

---

TRADUCTION LIBRE EN FRANÇAIS

Le 24 mai 2024 à 2h38, Antonin LANDOLFI <a.landolfi@cspgroupe.com> a écrit :

Chère Josette, cher Suveen,

Comme je vous l'ai expliqué, votre demande relève du domaine juridique et je dois donc faire appel à nos experts internes. Je joins Nicolas Barthelemy à ce courriel. Il est le directeur de notre département juridique.

Comme vous l'avez suggéré, il souhaiterait s'entretenir directement avec vous afin de comprendre tous les aspects de la procédure.

Pourriez-vous me proposer quelques créneaux disponibles pour une visio dans les prochains jours ?

Je vous en remercie,
Bien à vous,

Antonin

De : Josette Ashiru <josette@k18hair.com>
Envoyé : mercredi 22 mai 2024 à 19h25
À : Antonin LANDOLFI <a.landolfi@cspgroupe.com>
Cc : Suveen Sahib <suveen@k18hair.com>
Objet : 5.22.24 Accord de Résiliation Mutuelle relatif à la France

Cher Antonin,

Je vous remercie pour le temps que vous m'avez consacré ce matin. Vous trouverez ci-joint l'accord de résiliation mutuelle dont nous avons discuté. Si celui-ci est acceptable, veuillez nous indiquer où l'envoyer pour qu'il soit signé à l'aide de DocuSign. Je vous remercie.

Josette


<image01.png>
**Josette Ashiru**
VP of International Sales, Pro Channels
302.462.6636 | josette@k18hair.com
k18hair.com @k18hair

**From:** Camille LABORIE <c.laborie@cspgroupe.com>
**Date:** Thursday, July 4, 2024 at 3:11 AM
**To:** Pam at K18Hair <pam@k18hair.com>
**Cc:** Bérénice CHASSAC <b.chassac@cspgroupe.com>, Josette Ashiru <josetteaa@k18hair.com>
**Subject:** Christmas box

Dear Pam and Josette,

I hope that you are doing well.

During your last presentation you mentioned a special offer of boxes for Christmas, can you please send us the following information:

- Designation and content
- pictures
- purchasing price and recommended retail price
- Minimum of quantities
- availibility date

Waiting for your answer,
Best regards,

Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

✉ c.laborie@cspgroupe.com

☎ 07 87 81 33 03

www.bleulibellule.com





L'expertise au service de votre routine

TRADUCTION LIBRE EN FRANÇAIS

**De :** Pam de K18Hair <pama@k18hair.com>
**Envoyé :** Lundi 29 juillet 2024 à 16h29
**À :** Camille LABORIE <c.laborie@csgroupe.com>; Josette Ashiru <josetta@k18hair.com>
**Objet :** FW: COMMANDE POH240700323

Vous ne recevez pas souvent de courriers de la part de pama@k18hair.com. Découvrez pourquoi ceci est important

Bonjour Camille,

Pourriez-vous faire savoir à votre équipe que nous garderons cette commande jusqu'à ce que les contrats soient signés. Merci.

<image001.png>

Pam Allan
Account Manager - International
415-328-2809 / pama@k18hair.com
k18hair.com @k18hair
aquis.com @aquishair

**De :** approcentrale@csgroupe.com <approcentrale@csgroupe.com>
**Envoyé :** Lundi 29 juillet 2024 à 05h19
**À :** Pam at K18Hair <pam@k18hair.com>
**Cc :** approcentrale@csgroupe.com <approcentrale@csgroupe.com>
**Objet :** COMMANDE POH240700323

Veuillez trouver ci-joint une nouvelle commande POH240700323
Bien cordialement
Service supply CSP Logistics / Tél : 0033434282206
<Cmd_POH240700323.csv>



---

CSP LOGISTICS
1 ALLEE DU PIOT

**PURCHASE ORDER**

| Entry no. | Date | Supplier |
|---|---|---|
| POH240700323 | 29/07/2024 | AQUISHAIRSCIE |
| EU tax no. | | AZP_8301801 |
| Reference | | FF82431150481 |

30960 GALLARGUES LE MONTUEUX
Phone 0426070767
Fax

Aquis Hair Sciences(K18 Hair)
621 Sansome Street
94110   SAN FRANCISCO
United States of America

| Product | Ordered qty | Ordered quantity | Discount1 | Net price | Extended amount |
|---|---|---|---|---|---|
| Receiving site | 210 | | | | |
| Address code | 01 | | | | |
| | Shipped to   CSP LOGISTICS | | | | |
| | 1 ALLEE DU PIOT | | | | |
| | 30960 | | | | |
| | France | | | | |
| | GALLARGUES LE MONTUEUX | | | | |
| K18SPH250 | Shampooing PH K18 250ml | 1 416 UN | 10.00 | 8.10 | 11 469.60 |
| K1840058 | Après-shampooing damage shield | 96 UN | 10.00 | 24.75 | 2 376.00 |
| K18ML50 | Masque Leave In Repair 50ml K1 | 5 832 UN | 0.00 | 13.50 | 78 732.00 |
| K18SD250 | Shampooing Detox K18 250ml | 1 189 UN | 10.00 | 8.55 | 10 157.40 |
| K18MR15 | Masque Pro Repair 150ml K18 | 288 UN | 0.00 | 20.16 | 5 806.08 |
| K1840055 | Après-shampooing damage shield | 960 UN | 10.00 | 8.10 | 7 776.00 |

| | | Tax excl line tot | 116 317.08  USD |
|---|---|---|---|
| | | TOTAL TAX EXCLUDED | 116 317.08  USD |

Shipment mode    Road Transport
Payment term

TOTAL TAX INC    116 317.08  USD



Merci de nous transmettre par retour de fax au 04.66.73.74.61 ou mail achat@csplogistique.fr dans les 24h un accusé réception de votre commande contenant les ruptures, les tarifs d'achats et la date de livraison.
Please acknowledge receipt of this order and confirm an estimated date of delivery by email at achat@csplogistique.fr

SAS with a capital of 1 961 924,00 EUR D SIC 49452

Page 1 sur 1

TRADUCTION LIBRE EN FRANÇAIS



**De :** Nicolas Barthelemy
**Envoyé :** Mardi 30 juillet 2024 à 14h01
**À :** Josette Ashiru <josetta@k18hair.com>
**Cc :** Robert Sorensen <RSorensen@dermalogica.com>; Suveen Sahib <suveen@k18hair.com>; a.landolfi
<a.landolfi@cspgroupe.com>; Azman Assadi <Azman.Assadi@provalliance.fr>
**Objet :** Re: 5.22.24 Accord de Résiliation Mutuelle relatif à la France

Merci pour votre retour rapide, Josette. Je peux comprendre que l'intégration demande beaucoup de
travail.
Je serai en vacances d'ici la fin de la semaine prochaine, mais je vous remercie de tenir Azman informé.

Bien à vous,

Nicolas BARTHELEMY
*Directeur Juridique, Compliance & Affaires Générales*
*Group Head of Legal, Compliance & General affairs*
**PROVALLIANCE**
104, avenue Charles de Gaulle
F-92200 Neuilly-sur-Seine
Tél : +33 1 53 35 53 39
Mob : +33 6 42 97 74 66
E-mail nicolas.barthelemy@provalliance.fr

──────────────

**De :** Josette Ashiru <josetta@k18hair.com>
**Envoyé :** Mardi 30 juillet 2024 à 14h01
**À :** Nicolas Barthelemy <Nicolas.Barthelemy@provalliance.fr>
**Cc :** Robert Sorensen <RSorensen@dermalogica.com>; Suveen Sahib <suveen@k18hair.com>; a.landolfi
<a.landolfi@cspgroupe.com>; Azman Assadi <Azman.Assadi@provalliance.fr>
**Objet :** Re: 5.22.24 Accord de Résiliation Mutuelle relatif à la France

Bonjour Nicolas,

Je vous présente mes excuses pour ce retour tardif. Nous avons eu des derniers mois très chargés avec
les contrats juridiques et l'intégration avec Unilever.

Nous vous communiquerons l'accord et les conditions commerciales à la fin de la semaine prochaine.

Merci
Josette

**K18**
**Josette Ashiru**
VP, International Sales, Pro Channels
302.462.6636 | josetta@k18hair.com
k18hair.com @k18hair

──────────────

Le 30 juil. 2024, à 17h45, Nicolas Barthelemy Nicolas.Barthelemy@provalliances.fr a écrit :

Bonjour Robert, Josette,

Je reviens vers vous concernant la conversation que nous avons eue le 31 mai dernier.
Nous attendons toujours le nouveau contrat pour l'examiner. Pourriez-vous nous donner des nouvelles ?

Merci beaucoup,
Cordialement,

Nicolas BARTHELEMY
*Directeur Juridique, Compliance & Affaires Générales*
*Group Head of Legal, Compliance & General affairs*
──────────────
<image002.png>
104, avenue Charles de Gaulle
F-92200 Neuilly-sur-Seine
Tél : +33 1 53 35 53 39
Mob : +33 6 42 97 74 66
E-mail : nicolas.barthelemy@provalliance.fr

**From:** Nicolas Barthelemy <Nicolas.Barthelemy@provalliance.fr>
**Date:** Friday, August 9, 2024 at 6:26 AM
**To:** Josette Ashiru <josette@k18hair.com>
**Cc:** Robert Sorensen <RSorensen@dermalogica.com>, Suveen Sahib <suveen@k18hair.com>, a.landolfi <a.landolfi@cspgroupe.com>, Azman Assadi <Azman.Assadi@provalliance.fr>
**Subject:** Re: 5.22.24 Mutual Termination Agreement re France

Hello Josette,

I hope you are well.

Our operational team informed me that the orders were blocked even though our account no longer has any arrears.

They were told that orders would remain frozen until a new contract was put in place.

This is undoubtedly an error since, as you know, the current contract remains in full force until it is replaced by a new contract that you will send us soon.
The early renewal procedure shall, in no way, interrupt the execution of orders.

Thank you in advance, dear Joëlle, for your help in restoring the orders.

Kind regards,

Nicolas

————————————————

Nicolas BARTHELEMY
*Directeur Juridique & Affaires Générales groupe*
*Group Head of Legal & General Affairs*

**Provalliance**
104 avenue Charles de Gaulle
92200 Neuilly-sur-Seine – France
Tél: +33 1 53 35 53 39
Mob: +33 6 42 97 74 66
E-mail : nicolas.barthelemy@provalliance.fr



18a
K&S
Pièce communiquée

---

TRADUCTION LIBRE EN FRANÇAIS

**De :** Nicolas Barthelemy <Nicolas.Barthelemy@provalliance.fr>
**Envoyé :** Vendredi 9 août 2024 à 06h26
**À :** Josette Ashiru <josette@k18hair.com>
**Cc:** Robert Sorensen <RSorensen@dermalogica.com>, Suveen Sahib <suveen@k18hair.com>, a.landolfi <a.landolfi@cspgroupe.com>, Azman Assadi <Azman.Assadi@provalliance.fr>
**Objet :** Re: 5.22.24 Accord de Résiliation Mutuelle relatif à la France

Bonjour Josette,

J'espère que vous allez bien.

Notre équipe opérationnelle m'a informé que les commandes étaient bloquées alors que notre compte n'a plus d'arriérés.

Ils ont été informés que les commandes resteraient bloquées jusqu'à la mise en place d'un nouveau contrat.

Il s'agit sans doute d'une erreur puisque, comme vous le savez, le contrat actuel reste pleinement en vigueur jusqu'à ce qu'il soit remplacé par un nouveau contrat que vous nous ferez parvenir prochainement.

La procédure de renouvellement anticipé n'interrompt, en aucun cas, l'exécution des commandes.

Je vous remercie d'avance, chère Joëlle, pour votre aide afin de rétablir les commandes.

Bien à vous,

Nicolas

————————————————

Nicolas BARTHELEMY
*Directeur Juridique & Affaires Générales groupe*
*Group Head of Legal & General Affairs*

**Provalliance**
104 avenue Charles de Gaulle
92200 Neuilly-sur-Seine – France
Tél: +33 1 53 35 53 39
Mob: +33 6 42 97 74 66
E-mail : nicolas.barthelemy@provalliance.fr

18b
K&S
Pièce communiquée

**From:** Nicolas Barthélemy
**Sent:** lundi 19 août 2024 20:18
**To:** Josette Ashiru
**Cc:** Robert Sorensen; Suveen Sahib; a.landolfi; Azman Assadi; Celine Groux
**Subject:** Re: 5.22.24 Mutual Termination Agreement re France

Hello Josette,

I did not get the agreement nor the termination agreement yet.

Apparently, the President of our Group, on the other hand, received directly a Docusign.

Could you please make sure that Azman and I receive the 2 agreements for review.
For the process of review, could you please send us a word or a pdf version.
Thank you also for let us know who will be our legal contact? ( Robert?)

Many thanks,

Regards,

Nicolas BARTHÉLEMY
*Directeur Juridique & Affaires Générales groupe*
*Group Head of Legal & General Affairs*

_____

**Provalliance**
104 avenue Charles de Gaulle
92200 Neuilly-sur-Seine – France
Tel: +33 1 53 35 53 39
Mob : +33 6 42 97 74 66
E-mail : nicolas.barthelemy@provalliance.fr



---

TRADUCTION LIBRE EN FRANÇAIS

**De :** Nicolas Barthélemy
**Envoyé :** Lundi 19 août 2024 à 20h18
**À :** Josette Ashiru
**Cc :** Robert Sorensen ; Suveen Sahib ; a.landolfi ;
**Objet :** Re: 5.22.24 Accord de résiliation mutuelle relatif à la France

Bonjour Josette,

Je n'ai pas encore reçu le contrat ni l'accord de résiliation.

Apparemment, le Président de notre Groupe a, quant à lui, reçu directement un DocuSign.

Pourriez-vous vous assurer qu'Azman et moi-même recevions les 2 conventions pour examen.
Dans le cadre de la procédure de révision, pourriez-vous nous envoyer une version word ou pdf.
Je vous remercie également de nous indiquer qui sera notre référent juridique (Robert ?)

Merci beaucoup,

Cordialement,

_____

Nicolas BARTHÉLEMY
*Directeur Juridique & Affaires Générales groupe*
*Group Head of Legal & General Affairs*

**Provalliance**
104 avenue Charles de Gaulle
92200 Neuilly-sur-Seine – France
Tel: +33 1 53 35 53 39
Mob : +33 6 42 97 74 66
E-mail : nicolas.barthelemy@provalliance.fr

**From:** Josette Ashiru <josettea@k18hair.com>
**Sent:** Tuesday, September 17, 2024 10:49 PM
**To:** Emilie CHICH <e.chich@cspgroupe.com>
**Cc:** Helen MacLeod <helenm@k18hair.com>; Bérénice CHASSAC <b.chassac@cspgroupe.com>; Camille LABORIE <c.laborie@cspgroupe.com>; Nicolas Barthelemy <Nicolas.Barthelemy@provalliance.fr>; Céline Groux <Celine.Groux@provalliance.fr>; Yohann CATHERINE <y.catherine@cspgroupe.com>
**Subject:** Re: Bleu Libellule Agreement

Hi Emilie,

Thank you for taking the time to put together and provide your proposal. We have reviewed it with care and here are our final thoughts:

1. Margin – 50%, but we offer an additional 5% (of the year purchase goal) coop with proof of marketing spend

2. Purchase minimums – your proposal of $150K in 2024 and $500K in 2025 is acceptable

3. Pro products – are not part of the retail assortment and will not be included.

Again, we value your partnership and hope that we can move forward with execution of the termination agreement and the updated agreement with the above final revisions.

Thank you
Josette

---

**From:** Emilie CHICH <e.chich@cspgroupe.com>
**Date:** Monday, September 16, 2024 at 11:19 AM
**To:** Josette Ashiru <josettea@k18hair.com>
**Cc:** Helen MacLeod <helenm@k18hair.com>, Bérénice CHASSAC <b.chassac@cspgroupe.com>, Camille LABORIE <c.laborie@cspgroupe.com>, Nicolas Barthelemy <Nicolas.Barthelemy@provalliance.fr>, Celine Groux <Celine.Groux@provalliance.fr>, Yohann CATHERINE <y.catherine@cspgroupe.com>
**Subject:** RE: Bleu Libellule Agreement

Hi Josette,

I am following up on my previous email on our agreement and our order. Could you please provide us an answer?

We must unlock the situation please.

Thank you

**K18.**
**Josette Ashiru**
VP of International Sales, Pro Channels
302.462.6636 | josettea@k18hair.com
k18hair.com @k18hair

---

Cordialement, Best regards,



**Emilie CHICH**
*Directrice Achats & Offre*

**Bleu Libellule**
1, allée du Piot – 30660 Gallargues Le Montueux
e.chich@cspgroupe.com
0675519975
www.bleulibellule.com



**From:** Emilie CHICH <e.chich@csggroupe.com>
**Sent:** lundi 23 septembre 2024 10:46
**To:** Josette Ashiru
**Cc:** Helen MacLeod; Bérénice CHASSAC; Camille LABORIE; Nicolas Barthelemy; Céline Groux; y.catherine
**Subject:** RE Bleu Libellule Agreement

Dear Josette,

First of all, our order has still not been prepared 2 months after sending it and it seems that you avoid answering our many requests regarding this order. We will be out of stock very soon which is, once again, detrimental for our business. It seems that K18 is making the signing of a new agreement a precondition for the release of outstanding orders which is not acceptable regarding terms of our agreement. So I'm asking you, please, to make our order available for shipping before the 27th of September 2024. Please confirm this point.

Secondly, your final offer is unacceptable. The conditions are too far from our current agreement:

1. *Margin – 50%, but we offer an additional 5% (of the year purchase goal) coop with proof of marketing spend*

As we told you, your proposition represents an increase between 100 et 178% on our current purchasing prices. Despite this, we proposed a compromise by accepting +30% and giving up our extra discount of 10%, not to mention that we also consented to renounce our exclusivity on the French P&O's and retail market. This is the maximum we can accept, considering our actual valid agreement.

2. *Purchase minimums – your proposal of $350K in 2024 and $500K in 2025 is acceptable*

We can achieve this forecast only in the case we can continue distributing the same assortment as mentioned in our current agreement and if you deliver our orders as well.

3. *Pro products – are not part of the retail assortment and will not be included.*

Our activity didn't change, we still distribute b to b to b and it represents 25% of our K18 sell out. As discussed, we can also develop it with Provalliance salons. So, giving up this important segment of our business without significant compensation is not acceptable either.

As we didn't reach a favorable outcome in our commercial discussions, Céline and Nicolas, from our legal department, will come back to you.

Best regards,

Emilie CHICH
*Directrice Achats & Offre*

Bleu Libellule
1, allée du Piot– 30680 Gallargues le Montueux
e.chich@csggroupe.com
0679519975
www.bleulibellule.com

K&S 23a Pièce communiquée

---

**TRADUCTION LIBRE EN FRANÇAIS**



K&S 23b Pièce communiquée

**De :** Emilie CHICH <e.chich@csggroupe.com>
**Envoyé :** lundi 23 septembre 2024 à 10h46
**À :** Josette Ashiru
**Cc :** Helen MacLeod; Bérénice CHASSAC; Camille LABORIE; Nicolas Barthelemy; Céline Groux; y.catherine
**Objet :** RE: Contrat Bleu Libellule

Chère Josette,

Tout d'abord, notre commande n'a toujours pas été préparée 2 mois après l'avoir adressée et il semble que vous évitez de répondre à nos nombreuses demandes concernant cette commande. Nous serons en rupture de stock très prochainement ce qui est, une fois de plus, préjudiciable pour notre activité. Il apparaît que K18 fasse de la signature d'un nouveau contrat une condition préalable au déblocage des commandes en cours, ce qui n'est pas acceptable au regard des termes de notre contrat. Je vous demande donc, s'il vous plaît, de rendre notre commande disponible pour l'expédition avant le 27 septembre 2024. Merci de confirmer ce point.

Deuxièmement, votre dernière offre est inacceptable. Les conditions sont trop éloignées de notre contrat actuel :

1. *Marge – 50%, mais nous offrons un supplément de 5% (de l'objectif d'achat de l'année) sur présentation d'une preuve des dépenses de marketing*

Comme nous vous l'avons dit, votre proposition représente une augmentation de 100 à 178% sur nos prix d'achat actuels. Aucune raison ne justifie cette augmentation. Malgré cela, nous avons proposé un compromis en acceptant +30% en renonçant à notre remise supplémentaire de 10%, sans compter que nous avons également consenti à renoncer à notre exclusivité sur le marché français aux Points de Vente Industriels de Beauté Professionnelle et aux Détaillants. C'est le maximum que nous puissions accepter, compte tenu de notre accord actuel.

2. *Minimums d'achat – votre proposition de 150.000 USD en 2024 et de 500.000 USD en 2025 est acceptable*

Nous ne pouvons atteindre ces objectifs que si nous pouvons continuer à distribuer le même assortiment que celui mentionné dans notre contrat actuel et si vous livrez également nos commandes.

3. *Produits professionnels – ne font pas partie de l'assortiment de détail et ne seront pas inclus*

Notre activité n'a pas changé, nous continuons à distribuer en B2B et cela représente 25% de nos ventes des produits K18. Comme nous l'avons expliqué, nous pouvons également développer cette activité avec nos salons Provalliance. Ainsi, abandonner ce segment important de notre activité sans compensation significative n'est pas acceptable non plus.

TRADUCTION LIBRE EN FRANÇAIS

De : Josette Ashiru <josettea@k18hair.com>
Date : 18/10/2024 à 20h38 (GMT +01:00)
À : « e.chlich » <e.chich@csgroupe.com>, Celine Groux <Celine.Groux@provalliance.fr>, Adrien
HOMOLLE <a.homolle@csgroupe.com>
Cc : Helen Macleod <helenm@k18haircom>
Objet : CSP+ K18

Josette

Nous vous remercions pour l'attention que vous porterez à ce sujet.

Chère Emilie,

Je vous écris pour vous informer que K18, Inc. n'a pas l'intention de prolonger le Contrat de Distribution d'avril 2021 entre notre prédécesseur, Acquis Hairsciences, Inc. et la SAS CSP Logistics. Voir Section 3.2.3.

Josette

K18®

Josette Ashiru
Vice-présidente des ventes internationales, Pro Channels

302.462.6636 | josettea@k18hair.com
k18hair.com @k18hair

---



SELARL Franck CHERKI & Virginie RIGOT
Marion BOURREAU & Anna COHEN BACRI
Commissaires de Justice Associés
119, avenue de Flandre
75019 PARIS

Téléphone : 01.40.36.06.35
Télécopie : 01.40.34.00.37
Mail : contact@cherki-rigot.com

EXPEDITION



F.CHERKI & V.RIGOT
M.BOURREAU & A.COHEN-BACRI
COMMISSAIRES DE JUSTICE



PROCES-VERBAL DE CONSTAT

L'AN DEUX MILLE VINGT-QUATRE ET LE TREIZE NOVEMBRE

A LA REQUETE DE :

La société CSP LOGISTICS, société par actions simplifiée, au capital social de 1 561 924,00 €, dont le siège social est situé au quartier le Plot, 30660 GALLARGUES-LE-MONTUEIX, immatriculée au Registre du Commerce et des Sociétés de Nîmes sous le numéro 411 350 481, prise en la personne de ses représentants légaux domiciliée en cette qualité audit siège,



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

1

## CONFIGURATION DE L'ORDINATEUR :

J'effectue une capture d'écran « Système » de mon ordinateur, que j'insère ci-dessous.

### Spécifications de l'appareil

| | |
|---|---|
| Nom de l'appareil | AIO-FC |
| Processeur | Intel(R) Core(TM) i7-8700T CPU @ 2.40GHz  2.40 GHz |
| Mémoire RAM installée | 32,0 Go (31,9 Go utilisable) |
| ID de périphérique | 40BC5402-9B5A-4150-9EBA-D1268235IEAA |
| ID de produit | 00325-81090-02792-AAOEM |
| Type du système | Système d'exploitation 64 bits, processeur x64 |
| Stylet et fonction tactile | La fonctionnalité d'entrée tactile ou avec un stylet n'est pas disponible sur cet écran |

### Spécifications de Windows

| | |
|---|---|
| Édition | Windows 10 Famille |
| Version | 22H2 |
| Installé le | 22/08/2022 |
| Build du système d'exploitation | 19045.3803 |
| Expérience | Windows Feature Experience Pack 1000.19053.1000.0 |



J'insère ci-dessous les données de l'« Informations système » de mon ordinateur.

Je presse simultanément sur les touches Windows et R, dans la fenêtre qui s'affiche.

Je saisis la commande « msinfo32 » puis valide par Entrée.

| | |
|---|---|
| Nom du système d'exploitation | Microsoft Windows 10 Famille |
| Version | 10.0.19045 Build 19045 |
| Autre description du système d'exploitation | Non disponible |
| Fabricant du système d'exploitation | Microsoft Corporation |
| Ordinateur | AIO-FC |
| Fabricant | ASUSTeK COMPUTER INC. |
| Modèle | Zen AiO 27 Z272SD_Z272SD |
| Type | PC à base de x64 |
| Référence (SKU) du système | Intel(R) Core(TM) i7-8700T CPU @ 2.40GHz, |
| Processeur | 2400 MHz, 6 cœur(s), 12 processeur(s) logique(s) |
| Version du BIOS/Date | American Megatrends Inc. Z272SD.304, 30/06/2020 |
| Version SMBIOS | 3.1 |
| Version du contrôleur embarqué | 255.255 |
| Mode BIOS | UEFI |
| Fabricant de la carte de base | ASUSTeK COMPUTER INC. |
| Produit de la carte de base | Z272SD |
| Version de la carte de base | 1.0 |
| Rôle de la plateforme | Bureau |
| État du démarrage sécurisé | Activé |
| Configuration de PCR 7 | Elévation requise à afficher |
| Répertoire Windows | C:\WINDOWS |
| Répertoire système | C:\WINDOWS\system32 |
| Périphérique de démarrage | \Device\HarddiskVolume2 |
| Option régionale | France |
| Couche d'abstraction matérielle | Version = "10.0.19041.5072" |
| Utilisateur | AIO-FC\Users |
| Fuseaux horaires | Paris, Madrid |
| Mémoire physique (RAM) installée | 32,0 Go |
| Mémoire physique totale | 31,9 Go |
| Mémoire physique disponible | 21,3 Go |
| Mémoire virtuelle totale | 36,6 Go |
| Mémoire virtuelle disponible | 25,3 Go |
| Espace pour le fichier d'échange | 4,75 Go |
| Fichier d'échange | C:\pagefile.sys |
| Protection DMA du noyau | Désactivé |
| Sécurité basée sur la virtualisation | Désactivé |
| Prise en charge du chiffrement d'appareil/%s | Elévation requise à afficher |
| Hyper-V - Extensions du mode de moniteur des ordinateurs virtuels | Oui |
| Hyper-V - Extensions de la conversion des adresses de second niveau | Oui |
| Hyper-V - Virtualisation activée dans le microprogramme | Oui |
| Hyper-V - Protection de l'exécution des données | Oui |



Je clique sur :

**Modifier les options d'adaptateur**
Affichez les cartes réseau et modifiez les paramètres de connexion.

Les icones suivants apparaissent :

Organiser ▾

Connexion réseau Bluetooth
Non connecté
Bluetooth Device (Personal Area ...

Ethernet
CK55 2
Realtek PCIe GbE Family Controller

Wi-Fi
Non connecté
Intel(R) Wireless-AC 9560 160MHz

À l'aide de ma souris, je clique droit sur l'icône suivant :

Ethernet
CK55 2
Realtek PCIe GbE Family Controller

SCARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

8

Dans le menu déroulant qui apparait, je clique sur « Propriétés » et la fenêtre suivante apparait :

**Propriétés de Ethernet**

Gestion de réseau | Partage

Connexion en utilisant :

Realtek PCIe GbE Family Controller

Configurer...

Cette connexion utilise les éléments suivants :

☑ Client pour les réseaux Microsoft
☑ Partage de fichiers et imprimantes Réseaux Microsoft
☑ Planificateur de paquets QoS
☐ Protocole Internet version 4 (TCP/IPv4)
☑ Protocole de multiplexage de carte réseau Microsoft
☑ Pilote de protocole LLDP Microsoft
☑ Protocole Internet version 6 (TCP/IPv6)

Installer... | Désinstaller | Propriétés

Description
Permet à votre ordinateur d'accéder aux ressources d'un réseau Microsoft.

OK | Annuler

SCARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

9

**Adresse MAC :**

Je clique sur le bouton : Démarrer

Dans la Barre de recherche, j'ai tapé : « cmd », validé par la touche entrée et ai ensuite tapé : « ipconfig/all » puis validé par la touche Entrée.

Je clique sur le petit carré noir, en haut à gauche.

Puis sur : Modifier

Puis sur : Sélectionner tout

Puis sur le petit carré noir, en haut à gauche.

Puis sur : Modifier

Et enfin sur : Copier

J'insère ci-dessous le résultat obtenu :

Microsoft Windows [version 10.0.19045.5131]
(c) Microsoft Corporation. Tous droits réservés.

C:\Users\Users>ipconfig/all

Configuration IP de Windows

Nom de l'hôte . . . . . . . . . . . . : AIO-FC
Suffixe DNS principal . . . . . . . :
Type de nœud. . . . . . . . . . . . : Hybride
Routage IP activé. . . . . . . . . . : Non
Proxy WINS activé . . . . . . . . . : Non
Liste de recherche du suffixe DNS : home

Carte Ethernet Ethernet :

Suffixe DNS propre à la connexion. . . : home
Description. . . . . . . . . . . : Realtek PCIe GbE Family Controller
Adresse physique . . . . . . . . : 18-31-BF-C7-EF-96
DHCP activé. . . . . . . . . . . : Oui
Configuration automatique activée. . . : Oui
Adresse IPv6. . . . . . . . . . . :
2a01:cb00:2db:2a00:b19:e9f:5def:81c2(préféré)
Adresse IPv6 temporaire. . . . . . . :
2a01:cb00:2db:2a00:1c8d:da91:16a8:be7d(préféré)
Adresse IPv6 de liaison locale. . . . : fe80::48fd:c87e:e63:52e6%14(préféré)
Adresse IPv4. . . . . . . . . . . : 192.168.1.220(préféré)
Masque de sous-réseau. . . . . . : 255.255.255.0
Bail obtenu. . . . . . . . . . . : mardi 12 novembre 2024 21:48:05



SCAN
FRANCK, CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

12

---

Bail expirant. . . . . . . . . . . : jeudi 14 novembre 2024 11:10:13
Passerelle par défaut. . . . . . : fe80::5a1d:d8ff:fe21:3b10%14
192.168.1.1
Serveur DHCP . . . . . . . . . . : 192.168.1.1
IAID DHCPv6. . . . . . . . . . . : 102248895
DUID de client DHCPv6. . . . . : 00-01-00-01-23-25-EC-8E-18-31-BF-C7-EF-96
Serveurs DNS. . . . . . . . . . : 2a01:cb00:2db:2a00:5a1d:d8ff:fe21:3b10
2a01:cb00:2db:2a00:5a1d:d8ff:fe21:3b10
NetBIOS sur Tcpip. . . . . . . . : Activé
Liste de recherche de suffixes DNS propres à la connexion :
home

Carte réseau sans fil Connexion au réseau local* 4 :

Statut du média. . . . . . . . . . : Média déconnecté
Suffixe DNS propre à la connexion. . . :
Description. . . . . . . . . . : Microsoft Wi-Fi Direct Virtual Adapter #4
Adresse physique . . . . . . . . : 3C-6A-A7-10-CB-1B
DHCP activé. . . . . . . . . . . : Oui
Configuration automatique activée. . . : Oui

Carte réseau sans fil Connexion au réseau local* 13 :

Statut du média. . . . . . . . . . : Média déconnecté
Suffixe DNS propre à la connexion. . . :
Description. . . . . . . . . . : Microsoft Wi-Fi Direct Virtual Adapter #5
Adresse physique . . . . . . . . : 3E-6A-A7-10-CB-1A
DHCP activé. . . . . . . . . . . : Non
Configuration automatique activée. . . : Oui

Carte réseau sans fil Wi-Fi :

Statut du média. . . . . . . . . . : Média déconnecté
Suffixe DNS propre à la connexion. . . : home
Description. . . . . . . . . . : Intel(R) Wireless-AC 9560 160MHz
Adresse physique . . . . . . . . : 3C-6A-A7-10-CB-1A
DHCP activé. . . . . . . . . . . : Oui
Configuration automatique activée. . . : Oui

Carte Ethernet Connexion réseau Bluetooth :

Statut du média. . . . . . . . . . : Média déconnecté
Suffixe DNS propre à la connexion. . . :
Description. . . . . . . . . . : Bluetooth Device (Personal Area Network)
Adresse physique . . . . . . . . : 3C-6A-A7-10-CB-1E
DHCP activé. . . . . . . . . . . : Oui
Configuration automatique activée. . . : Oui

SCAN
FRANCK, CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

13

J'ai synchronisé l'horloge de mon ordinateur avec un serveur de temps Internet, en utilisant, une fois connecté à Internet, les manipulations suivantes :

Je clique droit sur l'horloge de la barre des tâches, puis sur « Ajuster la date / l'heure », « Ajouter des horloges pour différents fuseaux horaires » et clique sur « Temps Internet » et « Modifier les paramètres ».

Une fenêtre « Paramètres d'heure Internet » apparaît et je sélectionne : « time.windows.com » que je mets à jour puis clique sur le bouton « OK ».

Je clique sur le bouton « Mettre à jour » et note :

Paramètres d'heure Internet    ✕

Configurer les paramètres de l'heure Internet:

☑ Synchroniser avec un serveur de temps Internet

Serveur :   time.windows.com   ∨    Mettre à jour

L'horloge a été synchronisée avec time.windows.com le 13/11/2024 à 14:35.

OK    Annuler

SEAML
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

16

## NAVIGATEUR GOOLE CHROME

A l'aide du même ordinateur que mentionné ci-dessus, j'ouvre le navigateur Google Chrome.

## PURGE DU NAVIGATEUR :

J'ouvre Google Chrome afin d'obtenir le détail de sa version :

Je clique sur «  » puis sur « Aide » et dans le menu déroulant sur « A propos de Google Chrome »

J'obtiens ce résultat :

À propos de Chrome

 Google Chrome



Chrome est à jour
Version 130.0.6723.117 (Build officiel) (64 bits)

SEAML
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

17

Utilisez le serveur proxy sauf pour les adresses qui commencent par les entrées suivantes. Utilisez des points-virgules (;) pour séparer les entrées.

* local

☐ Ne pas utiliser le serveur proxy pour les adresses (intranet) locales

[Enregistrer]

J'ai vérifié que le navigateur de mon poste n'est pas configuré explicitement pour utiliser un serveur proxy.

Je paramètre ensuite la première page du navigateur à la page « about : blank ».

SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

20

A 14h39, dans la fenêtre Internet, j'insère l'adresse Internet suivante : https://www.sephora.fr/p/leave-in-molecular-repair-hair-mask--traitement-pour-cheveux-abimes-612634.html

Une fenêtre de consentement, que je valide et insère ci-dessous, apparaît.



SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

21



SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés



**PARIS FBG SAINT ANTOINE**

1.7 km |

28bis Rue du Faubourg Saint-Antoine - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS SAINT PLACIDE**

1.7 km |

55 Rue Saint-Placide - 75006 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS OPERA**

2.3 km |

4 rue Halévy - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS HAUSSMANN**

2.4 km |

23 Boulevard Haussmann - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GARE DE LYON**

2.5 km |

Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GARE MONTPARNASSE**

2.5 km |

17 Boulevard de Vaugirard - 75015 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GARE DE L'EST**

2.7 km |

4 Rue du 8 Mai 1945 - 75010 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS ITALIE 2**

2.7 km |

30 Avenue d'Italie - 75013 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS PASSAGE DU HAVRE**

2.8 km |

109 Rue Saint-Lazare - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GENERAL LECLERC**

2.9 km |

3 Rue Brézin - 75014 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

## LEVALLOIS SO OUEST
5.8 km |
31 Rue d'Alsace - 92300 Levallois-Perret
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

## LEVALLOIS
6 km |
2 Rue Henri Barbusse - 92300 Levallois-Perret
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

## ISSY LES MOULINEAUX
6.2 km |
3 promenade Coeur de Ville - 92130 Issy Les Moulineaux
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

## VINCENNES
6.5 km |
27 Avenue du Château - 94300 Vincennes
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

## NEUILLY
6.7 km |
116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30



SELAS
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

## BOULOGNE MARCEL SEMBAT
8 km |
189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

## VILLENEUVE LA GARENNE
8.2 km |
2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

## CLAMART
8.6 km |
12/14 Rue du Trosy - 92140 Clamart
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00

## LA DEFENSE
9.2 km |
15 Parvis De La Défense - 92092 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

## SAINT DENIS BASILIQUE
9.3 km |
14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00



SELAS
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**VERSAILLES**
16.8 km |
64 Rue de la Paroisse - 78000 Versailles
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**MONTESSON**
17 km |
280 Avenue Gabriel Péri - 78360 Montesson
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**LE CHESNAY PARLY**
17.2 km |
Avenue Charles de Gaulle - 78150 Le Chesnay
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**MONTIGNY LES CORMEILLES**
19.2 km |
66 Boulevard Victor Bordier - 95370 Montigny-lès-Cormeilles
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**SAINT GERMAIN EN LAYE**
19.3 km |
12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00


SEAML
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

36

**AEROVILLE**
19.9 km |
Rue des Buissons - 93290 Tremblay-en-France
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00


SEAML
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

37

- **Marseille (13000) :**

Une fenêtre déroulante s'ouvre.



**MARSEILLE BOURSE**
0.5 km |
17 Cours Belsunce - 13001 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00

**MARSEILLE SAINT FERREOL**
0.8 km |
56 Rue Saint-Ferréol - 13001 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

Je copie puis colle tous les magasins Sephora listés où le produit est disponible.



**MARSEILLE TERRASSES**
1.3 km |
9 Quai du Lazaret - 13002 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**MARSEILLE BONNEVEINE**
5.5 km |
122 Avenue de Hambourg - 13008 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**MARSEILLE GD LITTORAL**
7.7 km |
11 Avenue de Saint Antoine - 13015 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**MARSEILLE LA VALENTINE**
8.7 km |
11 Route de la Sablière - 13011 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**PLAN DE CAMPAGNE**
13.7 km |
Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480
CABRIES
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30







**LYON LA PART DIEU**

**MARSEILLE SAINT FERRÉOL**

SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

44

Dans la fenêtre Internet, j'insère l'adresse Internet suivante :
https://www.sephora.fr/p/leave-in-molecular-repair-hair-mask---traitement-pour-cheveux-abimes-P10052264.html

Une page du site de la société SEPHORA, proposant à la vente le produit « K18 Leave-In Molecular Repair Hair Mask - Traitement pour Cheveux Abîmés », que je capture et insère ci-dessous apparaît.





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

45





### Newsletter beauté



Je choisis un magasin en cliquant sur l'icône :

**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.

**DISPONIBILITÉ EN MAGASIN**

**PARIS ITALIE 2**

2.7 km |

30 Avenue d'Italie - 75013 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS PASSAGE DU HAVRE**

2.8 km |

109 Rue Saint-Lazare - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GENERAL LECLERC**

2.9 km |

3 Rue Brézin - 75014 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS SAINT LAZARE**

3 km |

1 Cour du Havre - 75008 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS BERCY VILLAGE**

3.6 km |

Cour Saint-Emilion - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS CHAMPS ELYSEES**

3.7 km |

72 Avenue des Champs-Elysées - 75008 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 21h30

**PARIS COMMERCE**

4.1 km |

87 Rue du Commerce - 75015 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS LEVIS**

4.1 km |

40 Rue de Lévis - 75017 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS PASSY**

5.1 km |

50 Rue de Passy - 75016 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS VICTOR HUGO**

5.1 km |

125 avenue Victor Hugo - 75016 PARIS

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00



SELAS,
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**THIAIS BELLE EPINE - 1er étage**

10.9 km |

Rue du Luxembourg - 94320 Thiais

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**CRETEIL**

11.4 km |

Avenue du Général de Gaulle - 94000 Créteil

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**VELIZY**

12.3 km |

2 Avenue de l'Europe - 78140 Vélizy-Villacoublay

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**PARINOR**

14.2 km |

Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**NOISY LE GRAND**

14.6 km |

Boulevard du Mont d'Est - 93160 Noisy-le-Grand

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00



SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**VERSAILLES**

16.8 km |

64 Rue de la Paroisse - 78000 Versailles

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**LE CHESNAY PARLY**

17.2 km |

Avenue Charles de Gaulle - 78150 Le Chesnay

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**SAINT GERMAIN EN LAYE**

19.3 km |

12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00

**AEROVILLE**

19.9 km |

Rue des Buissons - 93290 Tremblay-en-France

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

- **Marseille (13000) :**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**MARSEILLE SAINT FERREOL**
0.8 km |
56 Rue Saint-Ferréol - 13001 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**MARSEILLE TERRASSES**
1.3 km |
9 Quai du Lazaret - 13002 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de justice associés

**MARSEILLE BONNEVEINE**
5.5 km |
122 Avenue de Hamburg - 13008 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**MARSEILLE GD LITTORAL**
7.7 km |
11 Avenue de Saint Antoine - 13015 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**MARSEILLE LA VALENTINE**
8.7 km |
11 Route de la Sablière - 13011 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**PLAN DE CAMPAGNE**
13.7 km |
Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de justice associés

Dans la fenêtre Internet, j'insère l'adresse Internet suivante :
https://www.sephora.fr/p/molecular-repair-minis--coffret-routine-reparation-et-anti-frisottis-P10002037S6.html

Une page du site de la société SEPHORA proposant à la vente le produit « K18 Molecular Repair Minis - Coffret Routine Réparation et Anti-frisottis », que je capture et insère ci-dessous apparaît.







SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

Je choisis un magasin en cliquant sur l'icône :

**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- Paris (75000) :

Une fenêtre déroulante s'ouvre.






SELAS FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

68

---

Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**
0.2 km |
3 Place Saint-Michel - 75006 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00

**PARIS SAINT GERMAIN**
0.5 km |
79 Boulevard Saint-Germain - 75006 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**PARIS RIVOLI**
0.8 km |
75 Rue de Rivoli - 75001 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**PARIS FORUM DES HALLES**
0.9 km |
1 Rue Berger - 75001 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**LES HALLES LA CANOPEE**
0.9 km |
4 Passage de la Canopée - 75001 Paris
Disponible - Retrait 48/72h
Ouvert aujourd'hui jusqu'à 20h30

SELAS FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

69

**PARIS BERCY VILLAGE**
3.6 km |
Cour Saint-Emilion - 75012 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**PARIS COMMERCE**
4.1 km |
87 Rue du Commerce - 75015 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**PARIS LEVIS**
4.1 km |
40 Rue de Lévis - 75017 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**ARCUEIL**
5 km |
Place de la Vache Noire - 94110 Arcueil
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**PARIS PASSY**
5.1 km |
50 Rue de Passy - 75016 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS VICTOR HUGO**
5.1 km |
125 avenue Victor Hugo - 75016 PARIS
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00

**LEVALLOIS SO OUEST**
5.8 km |
31 Rue d'Alsace - 92300 Levallois-Perret
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**LEVALLOIS**
6 km |
2 Rue Henri Barbusse - 92300 Levallois-Perret
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**ISSY LES MOULINEAUX**
6.2 km |
3 promenade Coeur de Ville - 92130 Issy Les Moulineaux
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**VINCENNES**
6.5 km |
27 Avenue du Château - 94300 Vincennes
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**NOISY LE GRAND**
14.6 km |
Boulevard du Mont d'Est - 93160 Noisy-le-Grand
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**VERSAILLES**
16.8 km |
64 Rue de la Paroisse - 78000 Versailles
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**MONTESSON**
17 km |
280 Avenue Gabriel Péri - 78360 Montesson
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**LE CHESNAY PARLY**
17.2 km |
Avenue Charles de Gaulle - 78150 Le Chesnay
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**MONTIGNY LES CORMEILLES**
19.2 km |
66 Boulevard Victor Bordier - 95370 Montigny-lès-Cormeilles
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

SELAS
FRANCK CHESNE & VIRGINIE RIGOT
Huissiers de Justice Associés

**SAINT GERMAIN EN LAYE**
19.3 km |
12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00

**AEROVILLE**
19.9 km |
Rue des Buissons - 93290 Tremblay-en-France
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

SELAS
FRANCK CHESNE & VIRGINIE RIGOT
Huissiers de Justice Associés

- **LYON SAINT GENIS**

**9,1 km |**

**Avenue Charles de Gaulle - 69230 Saint-Genis-Laval**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



SIXAML
FRANCK CHERKI & VIRGINIE RIGOT
Histoire de Justice Accordès

80

---

- **Marseille (13000) :**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**MARSEILLE TERRASSES**

**1,3 km |**

**9 Quai du Lazaret - 13002 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**MARSEILLE BONNEVEINE**

**5,5 km |**

**122 Avenue de Hambourg - 13008 Marseille**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h30**



SIXAML
FRANCK CHERKI & VIRGINIE RIGOT
Histoire de Justice Accordès

81

MARSEILLE SAINT FERREOL



LYON LA PART DIEU





SEANG
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

84

Dans la fenêtre Internet, j'insère l'adresse Internet suivante :
https://www.sephora.fr/p/molecular-repair-hair-oil-mini---lisser-reparer-les-cheveux-abimes-P10054624.html

Une page du site de la société SEPHORA proposant à la vente le produit « K18 Molecular Repair Hair Oil - Huile Lisser Réparer Cheveux Abimés - Format Voyage », que je capture et insère ci-dessous apparaît.





SEANG
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

85



Je choisis un magasin en cliquant sur l'icône :

**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000)** :

Une fenêtre déroulante s'ouvre.

**PARIS GARE MONTPARNASSE**

3 km |

17 Boulevard de Vaugirard - 75015 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GARE DE L'EST**

2.7 km |

4 Rue du 8 Mai 1945 - 75010 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS ITALIE 2**

2.7 km |

30 Avenue d'Italie - 75013 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS PASSAGE DU HAVRE**

2.8 km |

109 Rue Saint-Lazare - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GENERAL LECLERC**

2.9 km |

3 Rue Brézin - 75014 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

---

## Page 2 (right column)

**PARIS SAINT LAZARE**

3 km |

1 Cour du Havre - 75008 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GARE DU NORD**

3.2 km |

112 Rue de Maubeuge - 75010 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS AVENUE DE FRANCE**

3.3 km |

Immeuble T8 - 117 Avenue de France - 75013 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS BERCY VILLAGE**

3.6 km |

Cour Saint-Emilion - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS CHAMPS ELYSEES**

3.7 km |

72 Avenue des Champs-Élysées - 75008 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 21h30

**BOULOGNE MARCEL SEMBAT**

8 km |

189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**VILLENEUVE LA GARENNE**

8.2 km |

2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**CLAMART**

8.6 km |

12/14 Rue du Trosy - 92140 Clamart

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00

**LA DEFENSE**

9.2 km |

15 Parvis De La Défense - 92092 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**SAINT DENIS BASILIQUE**

9.3 km |

14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00



**VAL DE FONTENAY**

10 km |

CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120 Fontenay-sous-Bois

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00

**ROSNY SOUS BOIS**

10 km |

2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**COLOMBES**

10.3 km |

25 Rue Saint-Denis - 92700 Colombes

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**THIAIS BELLE EPINE - 1er étage**

10.9 km |

Rue du Luxembourg - 94320 Thiais

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**THIAIS BELLE EPINE - RDC**

10.9 km |

Rue du Luxembourg - 94320 Thiais

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30



**SAINT GERMAIN EN LAYE**

19.3 km |

**12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 19h00**

**AEROVILLE**

19.9 km |

**Rue des Buissons - 93290 Tremblay-en-France**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



---

- **Lyon (69000) :**

Une fenêtre déroulante s'ouvre.

Je copie puis colle tous les magasins Sephora listés où le produit est disponible.









**LYON LA PART DIEU**

1.9 km |

**Rue Docteur Bouchut - 69003 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**

**LYON REPUBLIQUE**

0.5 km |

**53 Place de la République - 69002 Lyon**

**Disponible - Retrait 2h**

**Ouvert aujourd'hui jusqu'à 20h00**



## MARSEILLE TERRASSES
1.3 km |
9 Quai du Lazaret - 13002 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

## MARSEILLE BONNEVEINE
5.5 km |
122 Avenue de Hambourg - 13008 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

## MARSEILLE GD LITTORAL
7.7 km |
11 Avenue de Saint Antoine - 13015 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

## MARSEILLE LA VALENTINE
8.7 km |
11 Route de la Sablière - 13011 Marseille
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

## PLAN DE CAMPAGNE
13.7 km |
Centre Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

Page 105:

## VITROLLES
17.6 km |
Route Nationale 113 - 13127 Vitrolles
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

> ## PARIS CHAMPS ÉLYSÉES

Je sélectionne les magasins suivants et constate sur la page du produit, le nombre d'unités disponibles ou sa disponibilité :



SELARL FRANCK CHERKI & VIRGINIE RICOT

104 105





SILAG
FRANCK CHERKA & VIRGINIE RICOT
Huissiers de Justice Associés





SILAG
FRANCK CHERKA & VIRGINIE RICOT
Huissiers de Justice Associés

Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**

0.2 km |

3 Place Saint-Michel - 75005 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00

**PARIS SAINT GERMAIN**

0.5 km |

79 Boulevard Saint-Germain - 75006 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS RIVOLI**

0.8 km |

75 Rue de Rivoli - 75001 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS FORUM DES HALLES**

0.9 km |

1 Rue Berger - 75001 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**LES HALLES LA CANOPEE**

0.9 km |

4 Passage de la Canopée - 75001 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30



SELAS,
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

112

**PARIS FBG SAINT ANTOINE**

1.7 km |

28bis Rue du Faubourg Saint-Antoine - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS OPERA**

2.3 km |

4 rue Halévy - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS HAUSSMANN**

2.4 km |

23 Boulevard Haussmann - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GARE DE LYON**

2.5 km |

Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris

Disponible - Retrait 48/72h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS ITALIE 2**

2.7 km |

30 Avenue d'Italie - 75013 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

SELAS,
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

113

**LEVALLOIS**
6 km |
2 Rue Henri Barbusse - 92300 Levallois-Perret
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**ISSY LES MOULINEAUX**
6.2 km |
3 promenade Coeur de Ville - 92130 Issy Les Moulineaux
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**VINCENNES**
6.5 km |
27 Avenue du Château - 94300 Vincennes
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**NEUILLY**
6.7 km |
116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**BOULOGNE MARCEL SEMBAT**
8 km |
189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30



SEAAL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

116

**VILLENEUVE LA GARENNE**
8.2 km |
2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**CLAMART**
8.6 km |
12/14 Rue du Trosy - 92140 Clamart
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00

**LA DEFENSE**
9.2 km |
15 Parvis De La Défense - 92092 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**ROSNY SOUS BOIS**
10 km |
2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**THIAIS BELLE EPINE** - 1er étage
10.9 km |
Rue du Luxembourg - 94320 Thiais
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

SEAAL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

117

- **Lyon (69000) :**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible .

**LYON LA PART DIEU**

1.9 km |

Rue Docteur Bouchut - 69003 Lyon

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**LYON REPUBLIQUE**

0.5 km |

53 Place de la République - 69002 Lyon

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**LYON HERRIOT**

0.5 km |

66 Rue du Président Édouard Herriot - 69002 Lyon

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**LYON CONFLUENCE**

2.2 km |

Cours Charlemagne - 69002 Lyon

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**LYON SAINT PRIEST**

8.3 km |

Boulevard André Bouloche - 69800 Lyon-Saint-Priest

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00



SEUIL,
FRANCK CHERKI & VIRGINIE RIGOT
Huisiers de Justice Associés

Je sélectionne les magasins suivants et constate sur la page du produit le nombre d'unités disponibles ou sa disponibilité :

## PARIS CHAMPS ÉLYSÉES




## MARSEILLE SAINT FERRÉOL



## LYON LA PART DIEU





SCP AARPI
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

124

SCP AARPI
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

125






SEARG
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés





SEARG
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

1,7 km |

28bis Rue du Faubourg Saint-Antoine - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS SAINT PLACIDE**

1,7 km |

55 Rue Saint-Placide - 75006 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS OPERA**

2,3 km |

4 rue Halévy - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS HAUSSMANN**

2,4 km |

23 Boulevard Haussmann - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GARE DE LYON**

2,5 km |

Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris

Disponible - Retrait 48/72h

Ouvert aujourd'hui jusqu'à 20h00



SEARL
FRANCK CHEKRI & VIRGINIE RICOT
Huissiers de Justice Associés

132

---

**PARIS ITALIE 2**

2,7 km |

30 Avenue d'Italie - 75013 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS PASSAGE DU HAVRE**

2,8 km |

109 Rue Saint-Lazare - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GENERAL LECLERC**

2,9 km |

3 Rue Brézin - 75014 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS SAINT LAZARE**

3 km |

1 Cour du Havre - 75008 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS BERCY VILLAGE**

3,6 km |

Cour Saint-Emilion - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00



SEARL
FRANCK CHEKRI & VIRGINIE RICOT
Huissiers de Justice Associés

133

**BOULOGNE MARCEL SEMBAT**

8 km |

189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**VILLENEUVE LA GARENNE**

8.2 km |

2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**CLAMART**

8.6 km |

12/14 Rue du Trosy - 92140 Clamart

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00

**LA DEFENSE**

9.2 km |

15 Parvis De La Défense - 92092 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**ROSNY SOUS BOIS**

10 km |

2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30



SEAMC
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

136

**THIAIS BELLE EPINE - 1er étage**

10.9 km |

Rue du Luxembourg - 94320 Thiais

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**CRETEIL**

11.4 km |

Avenue du Général de Gaulle - 94000 Créteil

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**VELIZY**

12.3 km |

2 Avenue de l'Europe - 78140 Vélizy-Villacoublay

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**NOISY LE GRAND**

14.6 km |

Boulevard du Mont d'Est - 93160 Noisy-le-Grand

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**VERSAILLES**

16.8 km |

64 Rue de la Paroisse - 78000 Versailles

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30



SEAMC
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

137

**LYON HERRIOT**

0.5 km |

66 Rue du Président Édouard Herriot - 69002 Lyon

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**LYON LA PART DIEU**

1.9 km |

Rue Docteur Bouchut - 69003 Lyon

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**LYON CONFLUENCE**

2.2 km |

Cours Charlemagne - 69002 Lyon

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00



- **Marseille (13000) :**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**MARSEILLE SAINT FERREOL**

0.8 km |

56 Rue Saint-Ferréol - 13001 Marseille

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**MARSEILLE TERRASSES**

1.3 km |

9 Quai du Lazaret - 13002 Marseille

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**MARSEILLE SAINT FERRÉOL**

**LYON LA PART DIEU**

Dans la fenêtre Internet, j'insère l'adresse Internet suivante : https://www.sephora.fr/p/damage-shield-ph-protective-shampoo---non-decolorant-718931.html que je capture et insère ci-dessous apparaît.

Une page du site de la société SEPHORA proposant à la vente le produit « K18 DAMAGE SHIELD pH Protective Shampoo - Shampoing Non-Décolorant » que je capture et insère ci-dessous apparaît.

SEPHORA

K18
DAMAGE SHIELD pH Protective Shampoo - Shampoing Non-Décolorant

49,00€



SELAS
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

144

145





Je choisis un magasin en cliquant sur l'icône :

 **Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

Choisir un magasin

Je sélectionne les villes suivantes :

- **Paris (75000) :**

Une fenêtre déroulante s'ouvre.



**PARIS GARE DE LYON**

2.5 km |

Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris

Disponible - Retrait 48/72h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS ITALIE 2**

2.7 km |

30 Avenue d'Italie - 75013 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS PASSAGE DU HAVRE**

2.8 km |

109 Rue Saint-Lazare - 75009 Paris

Disponible - Retrait 48/72h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GENERAL LECLERC**

2.9 km |

3 Rue Brézin - 75014 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS SAINT LAZARE**

3 km |

1 Cour du Havre - 75008 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS BERCY VILLAGE**

3.6 km |

Cour Saint-Emilion - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS COMMERCE**

4.1 km |

87 Rue du Commerce - 75015 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS LEVIS**

4.1 km |

40 Rue de Lévis - 75017 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS PASSY**

5.1 km |

50 Rue de Passy - 75016 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS VICTOR HUGO**

5.1 km |

125 avenue Victor Hugo - 75016 PARIS

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00

SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**VELIZY**

12.3 km |

2 Avenue de l'Europe - 78140 Vélizy-Villacoublay

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**PARINOR**

14.2 km |

Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**NOISY LE GRAND**

14.6 km |

Boulevard du Mont d'Est - 93160 Noisy-le-Grand

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**VERSAILLES**

16.8 km |

64 Rue de la Paroisse - 78000 Versailles

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**LE CHESNAY PARLY**

17.2 km |

Avenue Charles de Gaulle - 78150 Le Chesnay

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**SAINT GERMAIN EN LAYE**

19.3 km |

12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00

**AEROVILLE**

19.9 km |

Rue des Buissons - 93290 Tremblay-en-France

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

SCP
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

SCP
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

- **Marseille (13000) :**

Une fenêtre déroulante s'ouvre.




Je copie puis colle tous les magasins Sephora listés où le produit est disponible .

**MARSEILLE SAINT FERREOL**

0.8 km |

56 Rue Saint-Ferréol - 13001 Marseille

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**MARSEILLE TERRASSES**

1.3 km |

9 Quai du Lazaret - 13002 Marseille

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**MARSEILLE BONNEVEINE**

5.5 km |

122 Avenue de Hambourg - 13008 Marseille

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**MARSEILLE GD LITTORAL**

7.7 km |

11 Avenue de Saint Antoine - 13015 Marseille

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00



SEARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés









Dans la fenêtre Internet, j'insère l'adresse Internet suivante : https://www.sephora.fr/p/damage-repair-essentials--coffret-routine-reparation-et-anti-frisottis-P100020337B.html

Une page du site de la société SEPHORA proposant à la vente le produit « K18 Damage Repair Essentials - Coffret Routine Réparation et Anti-frisottis », que je capture et insère ci-dessous apparaît.



SEARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

168



Je choisis un magasin en cliquant sur l'icône :



**Retrait en magasin**

Pour découvrir nos stocks choisissez votre magasin

**Choisir un magasin**

Je sélectionne les villes suivantes :

- **Paris (75000) :**

Une fenêtre déroulante s'ouvre.



**DISPONIBILITÉ EN MAGASIN**

169

- **Marseille (13000) :**

Je note :

« Le produit recherché n'est pas disponible en magasin à moins de 20 km de la localisation indiquée »



Je sélectionne les magasins suivants et constate que le produit n'est pas disponible :

➢ **PARIS CHAMPS-ÉLYSÉES**





SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

172

SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

173



SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**PARIS SAINT MICHEL**

0.2 km |

3 Place Saint-Michel - 75005 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h00

**PARIS SAINT GERMAIN**

0.5 km |

79 Boulevard Saint-Germain - 75006 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS RIVOLI**

0.8 km |

75 Rue de Rivoli - 75001 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS FORUM DES HALLES**

0.9 km |

1 Rue Berger - 75001 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30

**LES HALLES LA CANOPEE**

0.9 km |

4 Passage de la Canopée - 75001 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h30



SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

1.7 km |

28bis Rue du Faubourg Saint-Antoine - 75012 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS SAINT PLACIDE**

1.7 km |

55 Rue Saint-Placide - 75006 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 19h30

**PARIS OPERA**

2.3 km |

4 rue Halévy - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS HAUSSMANN**

2.4 km |

23 Boulevard Haussmann - 75009 Paris

Disponible - Retrait 2h

Ouvert aujourd'hui jusqu'à 20h00

**PARIS GARE DE LYON**

2.5 km |

Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris

Disponible - Retrait 48/72h

Ouvert aujourd'hui jusqu'à 20h00



SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**LEVALLOIS SO OUEST**
5.8 km |
31 Rue d'Alsace - 92300 Levallois-Perret
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**LEVALLOIS**
6 km |
2 Rue Henri Barbusse - 92300 Levallois-Perret
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**ISSY LES MOULINEAUX**
6.2 km |
3 promenade Coeur de Ville - 92130 Issy Les Moulineaux
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**VINCENNES**
6.5 km |
27 Avenue du Château - 94300 Vincennes
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**NEUILLY**
6.7 km |
116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**VILLENEUVE LA GARENNE**
8.2 km |
2/74 Boulevard Galliéni - 92390 Villeneuve-la-Garenne
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**CLAMART**
8.6 km |
12/14 Rue du Trosy - 92140 Clamart
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h00

**LA DEFENSE**
9.2 km |
15 Parvis De La Défense - 92092 Paris
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**ROSNY SOUS BOIS**
10 km |
2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30

**CRETEIL**
11.4 km |
Avenue du Général de Gaulle - 94000 Créteil
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h30



SEAAL
FRANCK CHENIK & VIRGINIE RIGOT
Huissiers de Justice Associés

- **Lyon (69000) :**

Une fenêtre déroulante s'ouvre.



Je copie puis colle tous les magasins Sephora listés où le produit est disponible.

**LYON HERRIOT**
0,5 km |
66 Rue du Président Édouard Herriot - 69002 Lyon
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 19h30

**LYON CONFLUENCE**
2,2 km |
Cours Charlemagne - 69002 Lyon
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**LYON SAINT PRIEST**
8,3 km |
Boulevard André Boulloche - 69800 Lyon-Saint-Priest
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**LYON LA PART DIEU**
1,9 km |
Rue Docteur Bouchut - 69003 Lyon
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00

**LYON REPUBLIQUE**
0,5 km |
53 Place de la République - 69002 Lyon
Disponible - Retrait 2h
Ouvert aujourd'hui jusqu'à 20h00



Je sélectionne les magasins suivants et constate sur la page du produit le nombre d'unités disponibles ou sa disponibilité :

## PARIS CHAMPS ÉLYSÉES




## MARSEILLE SAINT FERRÉOL

## LYON LA PART DIEU




SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

## HAVING BEEN REPRESENTED BY ITS COUNSEL :

"CSP LOGISTICS complains that **K18 INC.** breached the exclusivity clause in their distribution agreement.

In order to defend the rights and interests of **CSP LOGISTICS**, I request that you make all necessary observations on the Internet and, more specifically, on the SEPHORA website, and draw up a report".

## IN COMPLIANCE WITH THIS REQUEST,

*I, FRANCK CHERKI, COMMISSAIRE DE JUSTICE ASSOCIATE WITH SELARL FRANCK CHERKI & VIRGINIE RIGOT & Marion BOURREAU & Anna COHEN BACRI, COMMISSAIRES DE JUSTICE PRES DU TRIBUNAL JUDICIAIRE DE PARIS, DEMEURANT 119 AVENUE DE FLANDRE 75019 PARIS, UNDERSIGNED,*

On **November 13, 2024,** I connected to the Internet from my home in the 18th arrondissement of Paris, the full address of which will be communicated on first request, carried out the following observations and manipulations:



## 1 - EQUIPMENT IDENTIFICATION

First and foremost, I would like to point out that the screenshots illustrating this report were produced using Windows image capture software or Outil Capture, installed on my computer used for the observations.

## SCREEN RESOLUTION :

To identify the resolution of the screen from which I'm making my observations, I copy the image obtained by the "**Ecran**" search, then "**Résolution**", which I insert below:

### Mise à l'échelle et disposition

Modifier la taille du texte, des applications et d'autres éléments

125% 〈

Paramètres avancés de mise à l'échelle

Résolution de l'écran

1680 × 1050 〈

Orientation de l'écran

Paysage 〈

# 2 - ADDRESS IDENTIFICATION

**IP address :**

I opened the IP2 Software installed on my computer and clicked on the "find my IP addresses" button.

The result is as follows:



IP2 – Version 1.04

| LAN IP | 192.168.1.220 | Copy |
| Computer | A10-PC | Copy |
| WAN IP | 90.127.89.88 | Copy |
| Hostname | lln-cdl1-2-165-88-w90-127-.abo.wanadoo.fr | Copy |

The WAN IP address is your IP as seen from the internet and will be the IP of your gateway router or firewall. The LAN IP address is your Local Area Network IP and may be the same as your WAN IP if you are not using a router or firewall.

Find my IP addresses

Done          ☑ Autorun          About

**I open Network & Internet settings**



**"Modifier des paramètres pour rendre une connexion limitée", I note the following page:**

Then in



Paramètres

Accueil

Rechercher un paramètre

**Réseau et Internet**

État

Wi-Fi

Ethernet

Accès à distance

VPN

Mode Avion

Point d'accès sans fil mobile

Proxy

### État

Statut du réseau

Ethernet
Réseau privé

Vous êtes connecté à Internet
Si vous disposez d'un forfait de données limitées, vous pouvez configurer ce réseau en tant que connexion limitée ou modifier d'autres propriétés.

Propriétés          Consommation des donné

Ethernet          37.26 Go
Depuis ces 30 derniers jours

Afficher les réseaux disponibles
Affichez les options de connexion qui vous entourent.

### Paramètres réseau avancés

Modifier les options d'adaptateur
Afficher les cartes réseau et modifiez les paramètres de connexion

Centre Réseau et partage
Décidez des contenus que vous souhaitez partager sur les réseaux auxquels vous vous connectez.

Résolution des problèmes réseau
Diagnostiquez et réparez les problèmes réseau.



SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

6



SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

7

I then click on  ☑ 🔧 Protocole Internet version 4 (TCP/IPv4)   and the following window appears:

**Propriétés de : Protocole Internet version 4 (TCP/IPv4)** ✕

Général | Configuration alternative

Les paramètres IP peuvent être déterminés automatiquement si votre réseau le permet. Sinon, vous devez demander les paramètres IP appropriés à votre administrateur réseau.

◉ Obtenir une adresse IP automatiquement
○ Utiliser l'adresse IP suivante :

Adresse IP :
Masque de sous-réseau :
Passerelle par défaut :

◉ Obtenir les adresses des serveurs DNS automatiquement
○ Utiliser l'adresse de serveur DNS suivante :

Serveur DNS préféré :
Serveur DNS auxiliaire :

☐ Valider les paramètres en quittant

Avancé...

OK    Annuler

10

SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de justice Associés

I then open the "**cmd.exe**" command prompt and enter the following instructions to purge the DNS cache: **ipconfig /flushdns**

After validation, the following message appears:
"**Cache de résolution DNS vidé**".



Invite de commandes

Microsoft Windows [version 10.0.19045.5131]
(c) Microsoft Corporation. Tous droits réservés.

C:\Users\Users>ipconfig/flushdns

Configuration IP de Windows

Cache de résolution DNS vidé.

C:\Users\Users>

SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de justice Associés

11

## 3 - EQUIPMENT CLEANING

After scanning my computer with the anti-virus and anti-spyware software described above, I performed the following clean-ups:

**Purge basket :**

I right-click on the trash, then click on **"Vider la corbeille"** and validate.

**Printer spool purge :**

I have checked that the spool of the printer used for this Report of Findings contains no data waiting to be printed, as follows:

To do this, I click on **"Démarrer"**, **"Paneau de configuration"** and **"Imprimantes"**

🖨 HPB0C5F1 (HP Officejet Pro 8730)

Imprimante  Document  Affichage

| Nom du document | État | Propriéte... | Pages | Taille | Soumis |
|---|---|---|---|---|---|
| | | | — | □ | × |

C:\Users\Users>

---

The computer used for my findings is an **ASUS AIO FC.**

The equipment in my home allows to print the pages consulted:
**HP Officejet Pro 8730**

- The router used in my home is provided by the internet service provider **ORANGE.**

**customer number: 034 405 4620**
**Internet account number: 722335717**

- **The anti-virus and anti-spyware software** currently in use on the workstation from which my findings is ESET NOD32 Antivirus and the latest update has been performed.

**Mise à jour**

 ESET Internet Security

| | |
|---|---|
| Version actuelle : | 18.0.12.0 |
| Dernière mise à jour : | 13/11/2024 13:11:44 |
| Dernière recherche de mises à jour : | 13/11/2024 14:11:51 |

- **The firewall software** currently in use on the workstation from which I'm making my observations is activated and running under WINDOWS; the last update was made today.

I then clicked on "  " then on **"Historique"** and in the drop-down menu on **"Historique"**.

The following window appears, on which I click on the button : **"Supprimer les données"**

**Supprimer données navigation**

| Général | Paramètres avancés |

Période  | Dernière heure ▾ |

Historique de navigation
5 éléments

Historique des téléchargements
1 élément

Cookies et autres données des sites
De 11 sites

Images et fichiers en cache
Moins de 297 Mo

Mots de passe et autres données de connexion
Aucun

Données de saisie automatique
Aucun

Paramètres des sites
Aucun

Données d'application hébergée
1 application (Web Store)

Annuler    Supprimer les données

So I deleted temporary files, cookies, history, form data and passwords.



---

# PROXY DEACTIVATION

Then, in Chrome's advanced settings, under **"Système"**, I click on **"Accéder aux paramètres de proxy de votre ordinateur"**.

The following window appears:

Paramètres

⌂ Accueil

Rechercher un paramètre 🔍

**Réseau et Internet**

⊕ État
📶 Wi-Fi
🖧 Ethernet
📞 Accès à distance
🖧 VPN
✈ Mode Avion
📶 Point d'accès sans fil mobile
⊕ Proxy

**Proxy**

Configuration automatique du proxy

Utilisez un serveur proxy pour les connexions Ethernet ou Wi-Fi.
Ces paramètres ne s'appliquent pas aux connexions VPN.

Détecter automatiquement les paramètres
⬤ Désactivé

Utiliser un script d'installation
⬤ Désactivé

Adresse du script

Enregistrer

Configuration manuelle du proxy

Utilisez un serveur proxy pour les connexions Ethernet ou Wi-Fi.
Ces paramètres ne s'appliquent pas aux connexions VPN.

Utiliser un serveur proxy
⬤ Désactivé

Adresse               Port



A page from the SEPHORA company website offering for sale the product "K18 Leave-in Molecular Repair Hair Mask - Treatment for Damaged Hair", which I capture and insert below, appears.







SILVA
FRANCK CHENIX & VIRGINIE RICOT
Huissiers de Justice Associés

22

SILVA
FRANCK CHENIX & VIRGINIE RICOT
Huissiers de Justice Associés

23

I choose a store by clicking on the icon:



**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

Choisir un magasin

I select the following cities:

- **Paris (75000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**
0.2 |
3 Place Saint-Michel - 75005 Paris
Available - Pick-up 2h
Open today until 7 p.m.

**PARIS SAINT GERMAIN**
0.5 |
79 Boulevard Saint-Germain - 75006 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS RIVOLI**
0.8 |
75 Rue de Rivoli - 75001 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS FORUM DES HALLES**
0.9 |
0 Rue Berger - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm

**LES HALLES LA CANOPEE**
0.9 |
4 Passage de la Canopée - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm



SEArL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

## PARIS SAINT LAZARE

3 km |
1 Cour du Havre - 75008 Paris
Available - Pick-up 2h
Open today until 8pm

## PARIS GARE DU NORD

3.2 |
112 Rue de Maubeuge - 75010 Paris
Available - Pick-up 2h
Open today until 8pm

## PARIS AVENUE DE FRANCE

3.3 |
Immeuble T8 - 117 Avenue de France - 75013 Paris
Available - Pick-up 2h
Open today until 7:30pm

## PARIS BERCY VILLAGE

3.6 |
Cour Saint-Émilion - 75012 Paris
Available - Pick-up 2h
Open today until 8pm

## PARIS CHAMPS ELYSEES

3.7 |
72 Avenue des Champs-Élysées - 75008 Paris
Available - Pick-up 2h
Open today until 9:30pm


SEURL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

## PARIS COMMERCE

4.1 km |
87 Rue du Commerce - 75015 Paris
Available - Pick-up 2h
Open today until 7:30pm

## PARIS LEVIS

4.1 |
40 Rue de Lévis - 75017 Paris
Available - Pick-up 2h
Open today until 7:30pm

## ARCUEIL

5 k|
Place de la Vache Noire - 94110 Arcueil
Available - Pick-up 2h
Open today until 8pm

## PARIS PASSY

5.1 km |
50 Rue de Passy - 75016 Paris
Available - Pick-up 2h
Open today until 8pm

## PARIS VICTOR HUGO

5.1 |
125 avenue Victor Hugo - 75016 PARIS
Available - Pick-up 2h
Open today until 7 p.m.


SEURL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**VAL DE FONTENAY**

10 |

CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120 Fontenay-sous-Bois

Available - Pick-up 2h

Open today until 7 p.m.

**ROSNY SOUS BOIS**

10 |

2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois

Available - Pick-up 2h

Open today until 8:30pm

**COLOMBES**

10.3 |

25 Rue Saint-Denis - 92700 Colombes

Available - Pick-up 2h

Open today until 7:30pm

**THIAIS BELLE EPINE - 1st floor**

10.9 |

Rue du Luxembourg - 94320 Thiais

Available - Pick-up 2h

Open today until 8:30pm

**THIAIS BELLE EPINE - GROUND FLOOR**

10.9 |

Rue du Luxembourg - 94320 Thiais

Available - Pick-up 2h

Open today until 8:30pm



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

34

**CRETEIL**

11.4 |

Avenue du Général de Gaulle - 94000 Créteil

Available - Pick-up 2h

Open today until 8:30pm

**ARGENTEUIL**

12.3 |

50 Avenue du Marechal Foch - 95100 Argenteuil

Available - Pick-up 2h

Open today until 8pm

**VELIZY**

12.3 |

2 Avenue de l'Europe - 78140 Vélizy-Villacoublay

Available - Pick-up 2h

Open today until 8:30pm

**PARINOR**

14.2 |

Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois

Available - Pick-up 2h

Open today until 8pm

**NOISY LE GRAND**

14.6 |

Boulevard du Mont d'Est - 93160 Noisy-le-Grand

Available - Pick-up 2h

Open today until 8pm

SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

35

- **Lyon (69000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**LYON HERRIOT**
0.5 |
66 Rue du Président Édouard Herriot - 69002 Lyon
Available - Pick-up 2h
Open today until 7:30pm

**LYON REPUBLIQUE**
0.5 |
53 Place de la République - 69002 Lyon
Available - Pick-up 2h
Open today until 8pm

**LYON LA PART DIEU**
1.9 |
Rue Docteur Bouchut - 69003 Lyon
Available - Pick-up 2h
Open today until 8pm

**LYON CONFLUENCE**
2.2 km |
Cours Charlemagne - 69002 Lyon
Available - Pick-up 2h
Open today until 8pm

**LYON ECULLY**
5.6 |
Chemin Jean-Marie Vianney - 69130 Écully
Available - Pick-up 2h
Open today until 8pm

**LYON SAINT PRIEST**
8.3 |
Boulevard André Boulloche - 69800 Lyon-Saint-Priest
Available - Pick-up 2h
Open today until 8pm

**LYON SAINT GENIS**
9.1 km |
Avenue Charles de Gaulle - 69230 Saint-Genis-Laval
Available - Pick-up 2h
Open today until 8pm



**VITROLLES**

17.6 |

Route Nationale 113 - 13127 Vitrolles

Available - Pick-up 2h

Open today until 8pm

➢ I select the following stores and see on the product page its availability or the number of units available:

➢ **PARIS CHAMPS ÉLYSÉES**







SILVAL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**
0.2 |
3 Place Saint-Michel - 75005 Paris
Available - Pick-up 2h
Open today until 7 p.m.

**PARIS SAINT GERMAIN**
0.5 |
79 Boulevard Saint-Germain - 75006 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS RIVOLI**
0.8 |
75 Rue de Rivoli - 75001 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS FORUM DES HALLES**
0.9 |
1 Rue Berger - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm

**LES HALLES LA CANOPEE**
0.9 |
4 Passage de la Canopée - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm



**PARIS FBG SAINT ANTOINE**
1.7 |
28bis Rue du Faubourg Saint-Antoine - 75012 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS SAINT PLACIDE**
1.7 |
55 Rue Saint-Placide - 75006 Paris
Available - Pick-up 2h
Open today until 7:30pm

**PARIS OPERA**
2.3 km |
4 rue Halévy - 75009 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS HAUSSMANN**
2.4 km |
23 Boulevard Haussmann - 75009 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS GARE DE LYON**
2.5 km |
Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris
Available - Pick-up 48/72h
Open today until 8pm

## LEVALLOIS SO OUEST
5.8 |
31 Rue d'Alsace - 92300 Levallois-Perret
Available - Pick-up 2h
Open today until 8pm

## LEVALLOIS
6 km |
2 Rue Henri Barbusse - 92300 Levallois-Perret
Available - Pick-up 2h
Open today until 7:30pm

## ISSY LES MOULINEAUX
6.2 |
3 promenade Coeur de Ville - 92130 Issy Les Moulineaux
Available - Pick-up 2h
Open today until 7:30pm

## VINCENNES
6.5 |
27 Avenue du Château - 94300 Vincennes
Available - Pick-up 2h
Open today until 7:30pm

## NEUILLY
6.7 |
116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine
Available - Pick-up 2h
Open today until 7:30pm



SELAS.
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

## BOULOGNE MARCEL SEMBAT
8 k|
189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt
Available - Pick-up 2h
Open today until 7:30pm

## VILLENEUVE LA GARENNE
8.2 |
2/74 Boulevard Gallieni - 92390 Villeneuve-la-Garenne
Available - Pick-up 2h
Open today until 8:30pm

## CLAMART
8.6 |
12/14 Rue du Trosy - 92140 Clamart
Available - Pick-up 2h
Open today until 7 p.m.

## LA DEFENSE
9.2 km |
15 Parvis De La Défense - 92092 Paris
Available - Pick-up 2h
Open today until 8:30pm

## ROSNY SOUS BOIS
10 |
2 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois
Available - Pick-up 2h
Open today until 8:30pm



SELAS.
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

- **Lyon (69000):**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**LYON REPUBLIQUE**
0.5 |
53 Place de la République - 69002 Lyon
Available - Pick-up 2h
Open today until 8pm

**LYON HERRIOT**
0.5 |
66 Rue du Président Édouard Herriot - 69002 Lyon
Available - Pick-up 2h
Open today until 7:30pm

**LYON LA PART DIEU**
1.9 |
Rue Docteur Bouchut - 69003 Lyon
Available - Pick-up 2h
Open today until 8pm

**LYON CONFLUENCE**
2.2 |
Cours Charlemagne - 69002 Lyon
Available - Pick-up 2h
Open today until 8pm

**LYON SAINT PRIEST**
8.3 |
Boulevard André Bouloche - 69800 Lyon-Saint-Priest
Available - Pick-up 2h
Open today until 8pm



SELARL
FRANCK CHERIKI & VIRGINIE RICOT
Huissiers de Justice Associés

I select the following stores and see on the product page its availability or the number of units available.



## PARIS CHAMPS ÉLYSÉES

## MARSEILLE SAINT FERRÉOL

SEPHORA

## LYON LA PART DIEU



SILVA&
FRANCK CHEHA & VIRGINIE RICOT
Huissiers de Justice Associés

62

63





### Avis clients

Conditions de publication des avis

### DÉCOUVRIR LA MARQUE
### K18

K18 propose une approche scientifique unique des soins capillaires, basée sur la biotechnologie. L'efficacité cliniquement prouvée des produits repose sur la technologie révolutionnaire K18PEPTIDE™, qui permet de réparer les dommages au niveau moléculaire pour tous type de cheveux. En préservant le cortex, elle atteint les couches les plus profondes et renforce les chaînes chimiques et de la kératine brisées (conséquence de la décoloration, des produits chimiques...). Née dans les salons de coiffure, celle technologie permet à tous d'exprimer sa créativité capillaire sans crainte le dommage qui pourraient y être associés Soutenue par la science, K18 ouvre la voie à une nouvelle ère de la beauté capillaire.

### Newsletter beauté
Recevez les nouveautés, conseils et offres beauté par email

### Newsletter beauté
Recevez les nouveautés, conseils et offres beauté par email





SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**
1.7 |
28bis Rue du Faubourg Saint-Antoine - 75012 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS OPERA**
2.3 |
4 rue Halévy - 75009 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS GARE DE LYON**
2.5 |
Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS GARE DE L'EST**
2.7 |
4 Rue du 8 Mai 1945 - 75010 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS ITALY 2**
2.7 km |
30 Avenue d'Italie - 75013 Paris
Available - Pick-up 2h
Open today until 8pm



SEARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS PASSAGE DU HAVRE**
2.8 km |
109 Rue Saint-Lazare - 75009 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS GENERAL LECLERC**
2.9 km |
3 Rue Brézin - 75014 Paris
Available - Pick-up 2h
Open today until 7:30pm

**PARIS SAINT LAZARE**
3 km |
1 Cour du Havre - 75008 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS GARE DU NORD**
3.2 |
112 Rue de Maubeuge - 75010 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS AVENUE DE FRANCE**
3.3 |
Immeuble T8 - 117 Avenue de France - 75013 Paris
Available - Pick-up 2h
Open today until 7:30pm

SEARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

## NEUILLY

**6,7 |**

116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine

Available - Pick-up 2h

Open today until 7:30pm

## BOULOGNE MARCEL SEMBAT

**8 km |**

189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt

Available - Pick-up 2h

Open today until 7:30pm

## CLAMART

**8,6 |**

12/14 Rue du Trosy - 92140 Clamart

Available - Pick-up 2h

Open today until 7 p.m.

## LA DEFENSE

**9,2 |**

15 Parvis De La Défense - 92092 Paris

Available - Pick-up 2h

Open today until 8:30pm

## SAINT DENIS BASILICA

**9,3 |**

14 Passage de l'Ancienne Tannerie - 93200 Saint-Denis

Available - Pick-up 2h

Open today until 7 p.m.



FRANCK CHERKI & VIRGINIE RICOT

74

## VAL DE FONTENAY

**10 |**

CCial AUSHOPPING Val de Fontenay - avenue du Maréchal Joffre - 94120
Fontenay-sous-Bois - France

Available - Pick-up 2h

Open today until 7 p.m.

## COLOMBES

**10,3 |**

25 Rue Saint-Denis - 92700 Colombes

Available - Pick-up 2h

Open today until 7:30pm

## THIAIS BELLE EPINE - GROUND FLOOR

**10,9 |**

Rue du Luxembourg - 94320 Thiais

Available - Pick-up 2h

Open today until 8:30pm

## VELIZY

**12,3 |**

1 Avenue de l'Europe - 78140 Vélizy-Villacoublay

Available - Pick-up 2h

Open today until 8:30pm

## PARINOR

**14,2 |**

Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois

Available - Pick-up 2h

Open today until 8pm



FRANCK CHERKI & VIRGINIE RICOT

75

- **Lyon (69000)** :

A drop-down window opens.

I copy and paste all the Sephora stores listed where the product is available.



**LYON REPUBLIQUE**
0.5 |
53 Place de la République - 69002 Lyon
Available - Pick-up 2h
Open today until 8pm

**LYON HERRIOT**
0.5 |
66 Rue du Président Édouard Herriot - 69002 Lyon
Available - Pick-up 2h
Open today until 7:30pm

**LYON CONFLUENCE**
2.2 km |
Cours Charlemagne - 69002 Lyon
Available - Pick-up 2h
Open today until 8pm

**LYON ECULLY**
5.6 |
Chemin Jean-Marie Vianney - 69130 Ecully
Available - Pick-up 2h
Open today until 8pm

**LYON SAINT PRIEST**
8.3 |
Boulevard André Boulocche - 69800 Lyon-Saint-Priest
Available - Pick-up 2h
Open today until 8pm

**LYON LA PART DIEU**
1.9 |
Rue Docteur Bouchut - 69003 Lyon
Available - Pick-up 2h
Open today until 8pm




**MARSEILLE LA VALENTINE**

8,7 |

11 Route de la Sablière - 13011 Marseille

Available - Pick-up 2h

Open today until 8pm

**CAMPAIGN PLAN**

13,7 |

Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480

**CABRIES**

Available -  Pick-up  2h

Open today until 7:30pm

**VITROLLES**

17,6 |

Route Nationale 113 - 13127 Vitrolles

Available - Pick-up 2h

Open today until 8pm

I select the following stores and see :

> **PARIS CHAMPS ELYSEES**





SEUL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

82

SEUL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

83







I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**

0.2 |

2 Place Saint-Michel - 75005 Paris

Available - Pick-up 2h

Open today until 7 p.m.

**PARIS SAINT GERMAIN**

0.5 |

79 Boulevard Saint-Germain - 75006 Paris

Available - Pick-up 2h

Open today until 8pm

**PARIS RIVOLI**

0.8 |

75 Rue de Rivoli - 75001 Paris

Available - Pick-up 2h

Open today until 8:30pm

**PARIS FORUM DES HALLES**

0.9 |

0 Rue Berger - 75001 Paris

Available - Pick-up 2h

Open today until 8:30pm

**LES HALLES LA CANOPEE**

0.9 |

3 Passage de la Canopée - 75001 Paris

Available - Pick-up 2h

Open today until 8:30pm



SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**PARIS FBG SAINT ANTOINE**

1.7 |

28bis Rue du Faubourg Saint-Antoine - 75012 Paris

Available - Pick-up 2h

Open today until 8pm

**PARIS SAINT PLACIDE**

1.7 |

55 Rue Saint-Placide - 75006 Paris

Available - Pick-up 2h

Open today until 7:30pm

**PARIS OPERA**

2.3 km |

4 rue Halévy - 75009 Paris

Available - Pick-up 2h

Open today until 8pm

**PARIS HAUSSMANN**

2.4 km |

23 Boulevard Haussmann - 75009 Paris

Available - Pick-up 2h

Open today until 8pm

**PARIS GARE DE LYON**

2.5 km |

Hall 2, Galerie des Fresques, 4 place Louis Armand - 75012 Paris

Available - Pick-up 2h

Open today until 8pm



SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

## PARIS COMMERCE

4.1 km |

87 Rue du Commerce - 75015 Paris

Available - Pick-up 2h

Open today until 7:30pm

## PARIS LEVIS

4.1 |

40 Rue de Lévis - 75017 Paris

Available - Pick-up 2h

Open today until 8pm

## ARCUEIL

5 k|

Place de la Vache Noire - 94110 Arcueil

Available - Pick-up 2h

Open today until 8pm

## PARIS PASSY

5.1 km |

50 Rue de Passy - 75016 Paris

Available - Pick-up 2h

Open today until 8pm

## PARIS VICTOR HUGO

5.1 |

125 avenue Victor Hugo - 75016 PARIS

Available - Pick-up 2h

Open today until 7 p.m.

SEAL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

94

## LEVALLOIS SO OUEST

5.8 |

31 Rue d'Alsace - 92300 Levallois-Perret

Available - Pick-up 2h

Open today until 8pm

## LEVALLOIS

6 k|

2 Rue Henri Barbusse - 92300 Levallois-Perret

Available - Pick-up 2h

Open today until 7:30pm

## ISSY LES MOULINEAUX

6.2 |

3 promenade Coeur de Ville - 92130 Issy Les Moulineaux

Available - Pick-up 2h

Open today until 7:30pm

## VINCENNES

6.5 |

27 Avenue du Château - 94300 Vincennes

Available - Pick-up 2h

Open today until 7:30pm

## NEUILLY

6.7 |

116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine

Available - Pick-up 2h

Open today until 7:30pm

SEAL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

95

**CRETEIL**

11.4 |

Avenue du Général de Gaulle - 94000 Créteil

Available - Pick-up 2h

Open today until 8:30pm

**ARGENTEUIL**

12.3 |

50 Avenue du Marechal Foch - 95100 Argenteuil

Available - Pick-up 2h

Open today until 8pm

**VELIZY**

12.3 |

2 Avenue de l'Europe - 78140 Vélizy-Villacoublay

Available - Pick-up 2h

Open today until 8:30pm

**PARINOR**

14.2 |

Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois

Available - Pick-up 2h

Open today until 8pm

**NOISY LE GRAND**

14.6 |

Boulevard du Mont d'Est - 93160 Noisy-le-Grand

Available - Pick-up 2h

Open today until 8pm



SEKAL
FRANCK CHERKIA & VIRGINIE RICOT
Huissiers de Justice Associés

**VERSAILLES**

16.8 |

64 Rue de la Paroisse - 78000 Versailles

Available - Pick-up 2h

Open today until 7:30pm

**MONTESSON**

17 |

280 Avenue Gabriel Péri - 78360 Montesson

Available - Pick-up 2h

Open today until 8pm

**LE CHESNAY PARLY**

17.2 |

Avenue Charles de Gaulle - 78150 Le Chesnay

Available - Pick-up 2h

Open today until 8:30pm

**MONTIGNY LES CORMEILLES**

19.2 |

66 Boulevard Victor Bordier - 95370 Montigny-les-Cormeilles

Available - Pick-up 2h

Open today until 8pm



SEKAL
FRANCK CHERKIA & VIRGINIE RICOT
Huissiers de Justice Associés



## LYON HERRIOT

0.5 |

66 Rue du Président Édouard Herriot - 69002 Lyon

Available - Pick-up 2h

Open today until 7:30pm

## LYON CONFLUENCE

2.2 |

Cours Charlemagne - 69002 Lyon

Available - Pick-up 2h

Open today until 8pm

## LYON ECULLY

5.6 |

Chemin Jean-Marie Vianney - 69130 Écully

Available - Pick-up 2h

Open today until 8pm

## LYON SAINT PRIEST

8.3 |

Boulevard André Boulloche - 69800 Lyon-Saint-Priest

Available - Pick-up 2h

Open today until 8pm

## LYON SAINT GENIS

9.1 km |

Avenue Charles de Gaulle - 69230 Saint-Genis-Laval

Available - Pick-up 2h

Open today until 8pm

- Marseille (13000) :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

## MARSEILLE BOURSE

0.5 |

17 Cours Belsunce - 13001 Marseille

Available - Pick-up 2h

Open today until 7 p.m.

## MARSEILLE SAINT FERREOL

0.8 |

56 Rue Saint-Ferréol - 13001 Marseille

Available - Pick-up 2h

Open today until 7:30pm

MARSEILLE SAINT FERRÉOL



LYON LA PART DIEU



In the Internet Window, I insert the following Internet address: https://www.sephora.fr/p/molecular-repair-hair-oil--lisser-reparer-les-cheveux-abimes-P10052099.html

A page from the SEPHORA company website offering for sale the product "K18 Molecular Repair Hair Oil - Huile pour Lisser+ Réparer les Cheveux Abimés", which I capture and insert below, appears.








FRANCK CHEKRA & VIRGINIE RIGOT

---

I choose a store by clicking on the icon:



**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

Choisir un magasin

I select the following cities:

- **Paris (75000)** :

A drop-down window opens.

DISPONIBILITÉ EN MAGASIN



FRANCK CHEKRA & VIRGINIE RIGOT

**PARIS PASSAGE DU HAVRE**
2.8 km |
109 Rue Saint-Lazare - 75009 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS GENERAL LECLERC**
2.9 km |
3 Rue Brézin - 75014 Paris
Available - Pick-up 2h
Open today until 7:30pm

**PARIS SAINT LAZARE**
3 km |
1 Cour du Havre - 75008 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS BERCY VILLAGE**
3.6 |
Cour Saint-Emilion - 75012 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS CHAMPS ELYSEES**
3.7 |
72 Avenue des Champs-Élysées - 75008 Paris
Available - Pick-up 2h
Open today until 9:30pm

114

**PARIS COMMERCE**
4.1 km |
87 Rue du Commerce - 75015 Paris
Available - Pick-up 2h
Open today until 7:30pm

**PARIS LEVIS**
4.1 |
40 Rue de Lévis - 75017 Paris
Available - Pick-up 2h
Open today until 7:30pm

**PARIS PASSY**
5.1 |
50 Rue de Passy - 75016 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS VICTOR HUGO**
5.1 |
125 avenue Victor Hugo - 75016 PARIS
Available - Pick-up 2h
Open today until 7 p.m.

**LEVALLOIS SO OUEST**
5.8 |
31 Rue d'Alsace - 92300 Levallois-Perret
Available - Pick-up 2h
Open today until 8pm

115

SEA/R.<br>FRANCK CHERKI & VIRGINIE RICOT<br>Huissiers de Justice Associés

**CRETEIL**

11.4 |

Avenue du Général de Gaulle - 94000 Créteil

Available - Pick-up 2h

Open today until 8:30pm

**VELIZY**

12.3 |

2 Avenue de l'Europe - 78140 Vélizy-Villacoublay

Available - Pick-up 2h

Open today until 8:30pm

**PARINOR**

14.2 |

Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois Available - Pick-up 2h

Open today until 8pm

**NOISY LE GRAND**

14.6 |

Boulevard du Mont d'Est - 93160 Noisy-le-Grand

Available - Pick-up 2h

Open today until 8pm

**VERSAILLES**

16.8 |

64 Rue de la Paroisse - 78000 Versailles

Available - Pick-up 2h

Open today until 7:30pm

**LE CHESNAY PARLY**

17.2 |

Avenue Charles de Gaulle - 78150 Le Chesnay

Available - Pick-up 2h

Open today until 8:30pm

**SAINT GERMAIN EN LAYE**

19.3 |

12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE

Available - Pick-up 2h

Open today until 7 p.m.

**AEROVILLE**

19.9 |

Rue des Buissons - 93290 Tremblay-en-France

Available - Pick-up 2h

Open today until 8pm

- **Marseille (13000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**MARSEILLE SAINT FERREOL**

0.8 |

56 Rue Saint-Ferréol - 13001 Marseille

Available - Pick-up 2h

Open today until 7:30pm

**MARSEILLE TERRASSES**

1.3 |

9 Quai du Lazaret - 13002 Marseille

Available - Pick-up 2h

Open today until 8pm

**MARSEILLE BONNEVEINE**

5.5 |

122 Avenue de Hambourg - 13008 Marseille

Available - Pick-up 2h

Open today until 7:30pm

**MARSEILLE GD LITTORAL**

7.7 |

11 Avenue de Saint Antoine - 13015 Marseille

Available - Pick-up 2h

Open today until 8pm

**MARSEILLE LA VALENTINE**

8.7 |

11 Route de la Sablière - 13011 Marseille

Available - Pick-up 2h

Open today until 8pm

**CAMPAIGN PLAN**

13.7 |

Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES

Available - Pick-up 2h

Open today until 7:30pm





In the Internet window, I insert the following Internet address:
https://www.sephora.fr/p/peptide-prep-detox-shampoo---non-decolorant-P10052255.html

A page from the SEPHORA company website offering for sale the product "K18 PEPTIDE PREP Detox Shampoo - Shampoing Non Décolorant", which I capture and insert below appears.









select a store by clicking on the icon:



**Retrait en magasin**
Pour découvrir nos stocks choisissez votre magasin

Choisir un magasin

I select the following cities:

- **Paris (75000) :**

A drop-down window opens.



SEPHORA
FRANCK CHERKI & VIRGINIE RICOT
Victimes de Justice Aveu

I copy and paste all the Sephora stores listed where the product is available.

**PARIS SAINT MICHEL**
0.2 |
3 Place Saint-Michel - 75005 Paris
Available - Pick-up 2h
Open today until 7 p.m.

**PARIS SAINT GERMAIN**
0.5 |
79 Boulevard Saint-Germain - 75006 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS RIVOLI**
0.8 |
75 Rue de Rivoli - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm

**PARIS FORUM DES HALLES**
0.9 |
1 Rue Berger - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm

**LES HALLES LA CANOPEE**
0.9 |
4 Passage de la Canopée - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm

SEPHORA
FRANCK CHERKI & VIRGINIE RICOT
Victimes de Justice Aveu

## PARIS CHAMPS ELYSEES
3.7 |
72 Avenue des Champs-Élysées - 75008 Paris
Available - Pick-up 2h
Open today until 9:30pm

## PARIS COMMERCE
4.1 km |
87 Rue du Commerce - 75015 Paris
Available - Pick-up 2h
Open today until 7:30pm

## PARIS LEVIS
4.1 |
40 Rue de Lévis - 75017 Paris
Available - Pick-up 2h
Open today until 7:30pm

## PARIS PASSY
5.1 |
50 Rue de Passy - 75016 Paris
Available - Pick-up 2h
Open today until 8pm

## PARIS VICTOR HUGO
5.1 |
125 avenue Victor Hugo - 75016 PARIS
Available - Pick-up 2h
Open today until 7 p.m.

## LEVALLOIS SO OUEST
5.8 |
31 Rue d'Alsace - 92300 Levallois-Perret
Available - Pick-up 2h
Open today until 8pm

## LEVALLOIS
6 km |
2 Rue Henri Barbusse - 92300 Levallois-Perret
Available - Pick-up 2h
Open today until 7:30pm

## ISSY LES MOULINEAUX
6.2 |
3 promenade Coeur de Ville - 92130 Issy Les Moulineaux
Available - Pick-up 2h
Open today until 7:30pm

## VINCENNES
6.5 |
27 Avenue du Château - 94300 Vincennes
Available - Pick-up 2h
Open today until 7:30pm

## NEUILLY
6.7 |
116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine
Available - Pick-up 2h
Open today until 7:30pm



**LE CHESNAY PARLY**

17.2 |

Avenue Charles de Gaulle - 78150 Le Chesnay

Available - Pick-up 2h

Open today until 8:30pm

**SAINT GERMAIN EN LAYE**

19.3 |

12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE

Available - Pick-up 2h

Open today until 7 p.m.

**AEROVILLE**

19.9 |

Rue des Buissons - 93290 Tremblay-en-France

Available - Pick-up 2h

Open today until 8pm



---

- **Lyon (69000) :**

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**LYON SAINT PRIEST**

8.3 |

Boulevard André Boulloche - 69800 Lyon-Saint-Priest

Available - Pick-up 2h

Open today until 8pm

**LYON REPUBLIQUE**

0.5 |

53 Place de la République - 69002 Lyon

Available - Pick-up 2h

Open today until 8pm



I select the following stores and see on the product page the number of units available or its availability:

➤ **PARIS CHAMPS ÉLYSÉES**



## MARSEILLE BONNEVEINE
5.5 |

**122 Avenue de Hambourg - 13008 Marseille**

**Available - Pick-up 2h**

**Open today until 7:30pm**

## MARSEILLE GD LITTORAL
7.7 |

**11 Avenue de Saint Antoine - 13015 Marseille**

**Available - Pick-up 2h**

**Open today until 8pm**

## MARSEILLE LA VALENTINE
8.7 |

**11 Route de la Sablière - 13011 Marseille**

**Available - Pick-up 2h**

**Open today until 8pm**

## CAMPAIGN PLAN
13.7 |

**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES**

**Available  -  Pick-up  2h**

**Open today until 7:30pm**









SELARL
FRANCK CHIERICA & VIRGINIE RIGOT
Huissiers de Justice Associés

I copy and paste all the Sephora stores listed where the product is available.

**PARIS CHAMPS ELYSEES**
3.7 |
72 Avenue des Champs-Élysées - 75008 Paris
Available - Pick-up 2h
Open today until 9:30pm

**PARIS SAINT MICHEL**
0.2 |
3 Place Saint-Michel - 75005 Paris
Available - Pick-up 2h
Open today until 7 p.m.

**PARIS SAINT GERMAIN**
0.5 |
79 Boulevard Saint-Germain - 75006 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS FORUM DES HALLES**
0.9 |
0 Rue Berger - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm

**PARIS RIVOLI**
0.8 |
75 Rue de Rivoli - 75001 Paris
Available - Pick-up 2h
Open today until 8pm

**LES HALLES LA CANOPEE**
0.9 |
4 Passage de la Canopée - 75001 Paris
Available - Pick-up 2h
Open today until 8:30pm

**PARIS FBG SAINT ANTOINE**
1.7 |
28bis Rue du Faubourg Saint-Antoine - 75012 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS SAINT PLACIDE**
1.7 |
55 Rue Saint-Placide - 75006 Paris
Available - Pick-up 2h
Open today until 7:30pm

**PARIS OPERA**
2.3 km |
4 rue Halévy - 75009 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS HAUSSMANN**
2.4 km |
23 Boulevard Haussmann - 75009 Paris
Available - Pick-up 2h
Open today until 8pm



SELARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**LEVALLOIS**

6 km |

2 Rue Henri Barbusse - 92300 Levallois-Perret

Available - Pick-up 2h

Open today until 7:30pm

**ISSY LES MOULINEAUX**

6.2 |

3 promenade Coeur de Ville - 92130 Issy Les Moulineaux

Available - Pick-up 2h

Open today until 7:30pm

**VINCENNES**

6.5 |

27 Avenue du Château - 94300 Vincennes

Available - Pick-up 2h

Open today until 7:30pm

**NEUILLY**

6.7 |

116 Avenue Charles de Gaulle - 92200 Neuilly-sur-Seine

Available - Pick-up 2h

Open today until 7:30pm

**BOULOGNE MARCEL SEMBAT**

8 km |

189 Boulevard Jean Jaurès - 92100 Boulogne-Billancourt

Available - Pick-up 2h

Open today until 7:30pm



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

154

**CLAMART**

8.6 |

12/14 Rue du Trosy - 92140 Clamart

Available - Pick-up 2h

Open today until 7 p.m.

**LA DEFENSE**

9.2 |

15 Parvis De La Défense - 92092 Paris

Available - Pick-up 2h

Open today until 8:30pm

**ROSNY SOUS BOIS**

10 |

1 Avenue du Général de Gaulle - 93110 Rosny-sous-Bois

Available - Pick-up 2h

Open today until 8:30pm

**THIAIS BELLE EPINE - 1st floor**

10.9 |

Rue du Luxembourg - 94320 Thiais

Available - Pick-up 2h

Open today until 8:30pm

**CRETEIL**

11.4 |

Avenue du Général de Gaulle - 94000 Créteil

Available - Pick-up 2h

Open today until 8:30pm

SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

155

- **Lyon (69000) :**

A drop-down window opens.




I copy and paste all the Sephora stores listed where the product is available.

**LYON LA PART DIEU**

1,9 |

Rue Docteur Bouchut - 69003 Lyon

Available - Pick-up 2h

Open today until 8pm

**LYON REPUBLIQUE**

0,5 |

53 Place de la République - 69002 Lyon

Available - Pick-up 2h

Open today until 8pm

**LYON HERRIOT**

0,5 |

66 Rue du Président Édouard Herriot - 69002 Lyon

Available - Pick-up 2h

Open today until 7:30pm

**LYON CONFLUENCE**

2,2 km |

Cours Charlemagne - 69002 Lyon

Available - Pick-up 2h

Open today until 8pm

**LYON SAINT PRIEST**

8,3 |

Boulevard André Bouloche - 69800 Lyon-Saint-Priest

Available - Pick-up 2h

Open today until 8pm



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

## MARSEILLE LA VALENTINE
8.7 |
**11 Route de la Sablière - 13011 Marseille**
**Available - Pick-up 2h**
**Open today until 8pm**

## CAMPAIGN PLAN
13.7 |
**Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480**
**CABRIES**
**Available - Pick-up 2h**
**Open today until 7:30pm**

SEARL
FRANCK CHENI & VIRGINIE RIGOT
Huissiers de Justice Associés

I select the following stores and see on the product page the number of units available or its availability:

### PARIS CHAMPS ÉLYSÉES



SEARL
FRANCK CHENI & VIRGINIE RIGOT
Huissiers de Justice Associés



SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés





SELARL
FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

I copy and paste the two Sephora stores listed where the product is available.

**PARIS PASSY**

**5.1 |**

**50 Rue de Passy - 75016 Paris**

**Available - Pick-up 2h**

**Open today until 8pm**

**LE CHESNAY PARLY**

**17.2 |**

**Avenue Charles de Gaulle - 78150 Le Chesnay**

**Available - Pick-up 2h**

**Open today until 8:30pm**

• <u>Lyon</u> (69000) :

I note:

"The product you are looking for is not available in stores within 20 km of the location indicated".







MARSEILLE SAINT FERREOL



LYON LA PART DIEU

In the Internet window, I insert the following Internet address:
https://www.sephora.fr/p/damage-shield-protective-conditioner---protege-contre-les-dommages-P1005706I.html

A page from the company SEPHORA, offering for sale the product "K18 DAMAGE SHIELD Protective Conditioner - Protège Contre Les Dommages"I capture it and insert it below.





SELARL
FRANCK CHERRIA & VIRGINIE RIGOT
Huissiers de Justice Associés







FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

I choose a store by clicking on the icon:

**Choisir un magasin**

Pour découvrir nos stocks choisissez votre magasin

**Retrait en magasin**

I select the following cities:

- **Paris (75000):**

A drop-down window opens.

**DISPONIBILITÉ EN MAGASIN**



FRANCK CHERKI & VIRGINIE RIGOT
Huissiers de Justice Associés

**PARIS ITALY 2**
2.7 km |
30 Avenue d'Italie - 75013 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS PASSAGE DU HAVRE**
2.8 km |
109 Rue Saint-Lazare - 75009 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS GENERAL LECLERC**
2.9 km |
3 Rue Brézin - 75014 Paris
Available - Pick-up 48/72h
Open today until 7:30pm

**PARIS SAINT LAZARE**
3 km |
1 Cour du Havre - 75008 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS BERCY VILLAGE**
3.6 |
Cour Saint-Emilion - 75012 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS CHAMPS ELYSEES**
3.7 |
72 Avenue des Champs-Élysées - 75008 Paris
Available - Pick-up 2h
Open today until 9:30pm

**PARIS COMMERCE**
4.1 km |
87 Rue du Commerce - 75015 Paris
Available - Pick-up 2h
Open today until 7:30pm

**PARIS LEVIS**
4.1 |
40 Rue de Lévis - 75017 Paris
Available - Pick-up 2h
Open today until 7:30pm

**PARIS PASSY**
5.1 |
50 Rue de Passy - 75016 Paris
Available - Pick-up 2h
Open today until 8pm

**PARIS VICTOR HUGO**
5.1 |
125 avenue Victor Hugo - 75016 PARIS
Available - Pick-up 2h
Open today until 7 p.m.

SEAL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**VELIZY**
12.3 |
2 Avenue de l'Europe - 78140 Vélizy-Villacoublay
Available - Pick-up 2h
Open today until 8:30pm

**PARINOR**
14.2 |
Le Haut de Galy Centre Commercial O'Parinor - 93600 Aulnay-sous-Bois
Available - Pick-up 2h
Open today until 8pm

**NOISY LE GRAND**
14.6 |
Boulevard du Mont d'Est - 93160 Noisy-le-Grand
Available - Pick-up 2h
Open today until 8pm

**VERSAILLES**
16.8 |
64 Rue de la Paroisse - 78000 Versailles
Available - Pick-up 2h
Open today until 7:30pm

**LE CHESNAY PARLY**
17.2 |
Avenue Charles de Gaulle - 78150 Le Chesnay
Available - Pick-up 2h
Open today until 8:30pm



SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

**SAINT GERMAIN EN LAYE**
19.3 |
12 rue de la Salle - 78100 SAINT GERMAIN EN LAYE
Available - Pick-up 2h
Open today until 7 p.m.

**AEROVILLE**
19.9 |
Rue des Buissons - 93290 Tremblay-en-France
Available - Pick-up 2h
Open today until 8pm

SEARL
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

- Marseille (13000) :

A drop-down window opens.



I copy and paste all the Sephora stores listed where the product is available.

**MARSEILLE SAINT FERREOL**
0.8 |
56 Rue Saint-Ferréol - 13001 Marseille
Available - Pick-up 2h
Open today until 7:30pm

**MARSEILLE TERRASSES**
1.3 |
9 Quai du Lazaret - 13002 Marseille
Available - Pick-up 2h
Open today until 8pm

**MARSEILLE BONNEVEINE**
5.5 |
122 Avenue de Hambourg - 13008 Marseille
Available - Pick-up 2h
Open today until 7:30pm

**MARSEILLE GD LITTORAL**
7.7 |
11 Avenue de Saint Antoine - 13015 Marseille
Available - Pick-up 2h
Open today until 8pm

**MARSEILLE LA VALENTINE**
8.7 |
11 Route de la Sablière - 13011 Marseille
Available - Pick-up 2h
Open today until 8pm

**CAMPAIGN PLAN**
13.7 |
Center Commercial Avant Cap - Avenue du Plan de Campagne - 13480 CABRIES
Available - Pick-up 2h
Open today until 7:30pm


SELAS
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

190


SELAS
FRANCK CHERKI & VIRGINIE RICOT
Huissiers de Justice Associés

191

The screenshots above were taken by myself during my observations.

These are my findings.

And of all the above, I have made and drawn up the present minutes to serve and be worth what is right.



**Franck Cherki**
**Commissaire de Justice Associé**



194

De : Camille LABORIE <c_laborie@cspgroupe.com>
Envoyé : mardi 9 avril 2024 17:02
À : Pam at K18hair <spam@k18hair.com>; APPRO CENTRALE <approcentrale@cspgroupe.com>
Cc : Josette Ashiru <josettea@k18hair.com>; Bérénice CHASSAC <b_chassac@cspgroupe.com>
Objet : RE: COMMANDE PO H240300189

Dear Pam,

I don't understand, we send you the order very quickly, what happened? Web already announced to our shops the arrival of the 10 ml oil.

Can you please confirm us an availability date?

Bets regards,

Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

✉ c_laborie@cspgroupe.com

☎ 07 87 81 33 03

www.bleulibellule.com



1

**From:** Camille LABORIE <c.laborie@cspgroupe.com>
**Date:** Tuesday, March 26, 2024 at 1:22 AM
**To:** APPRO CENTRALE <approcentrale@cspgroupe.com>; Pam at K18Hair <pam@k18hair.com>
**Subject:** RE: COMMANDE POH240300189

Dear Pam,

I hope that you are well.

You will find enclosed the matrix the prices you confirmed with the 10% discount.

Kind regards,

Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – **Coiffure Service Plus**

1, allée du Piot - 30660 Gallargues le Montueux

☑ c.laborie@cspgroupe.com

✆ 07 87 81 33 03

www.bleulibellule.com




---

**De :** Pam at K18Hair <pam@k18hair.com>
**Envoyé :** mardi 19 mars 2024 21:24
**À :** APPRO CENTRALE <approcentrale@cspgroupe.com>

4

---

**Cc:** APPRO CENTRALE <approcentrale@cspgroupe.com>
**Objet:** Re: COMMANDE POH240300189

Thank you for your order. Unfortunately, there is a mistake with the price. This is a promotional item at a low cost and due to margins the additional 10% cannot be added to the sku. The sell price is $6.75.

I will send a PI over shortly.

**K18**° | A

Pam Allan

Professional Channel Account Manager

415-328-2809 / pam@k18hair.com

k18hair.com @k18hair
anguls.com @angulshair

**From:** approcentrale@cspgroupe.com <approcentrale@cspgroupe.com>
**Date:** Tuesday, March 19, 2024 at 3:59 AM
**To:** Pam at K18Hair <pam@k18hair.com>
**Cc:** approcentrale@cspgroupe.com <approcentrale@cspgroupe.com>
**Subject:** COMMANDE POH240300189

Please find enclosed a new order POH240300189
Best regards
Service supply CSP Logistics / Tél : 0033434282206

5

Best Regards,

Clémence Noweta
Approvisionneuse Prévisionniste Amont / Demand Planner
Département Supply Chain
Groupe CSP – Coiffure Service Plus
Poste 601
www.bleuilbellule.com
Ligne directe : 04.34.28.22.06
Email : c.noweta@cspgroupe.com : approcentrale@cspgroupe.com
1, allée du Piot - 30660 Gaillargues le Montueux





Vous trouverez ci-joint la matrice mise à jour avec les bons prix pour les huiles en 10ml.

De : Pam at K18Hair <pam@k18hair.com>
Envoyé : mercredi 27 mars 2024 à 15h31
À : Camille LABORIE <c.laborie@cspgroupe.com>; APPRO CENTRALE <approcentrale@cspgroupe.com>
Objet : Re: COMMANDE POH240300189

## K18 | A

Pam Allan
Professional Channel Account Manager 415-328-2809
/ pam@k18hair.com
k18hair.com @k18hair
aquis.com @aquishair

3

---

From: Camille LABORIE <c.laborie@cspgroupe.com>
Date: Tuesday, March 26, 2024 at 1:22 AM
To: APPRO CENTRALE <approcentrale@cspgroupe.com>, Pam at K18Hair <pam@k18hair.com> Subject: RE: COMMANDE POH240300189

Chère Pam,

J'espère que vous allez bien.

Vous trouverez ci-joint la matrice des prix que vous avez confirmés avec la réduction de 10 %.

Bien à vous,

Camille Laborie

Responsable achat Coiffure et Barber

Groupe CSP – Coiffure Service Plus

1, allée du Piot - 30660 Gaillargues le Montueux

07 87 81 33 03
www.bleuilbellule.com
c.laborie@cspgroupe.com





De : Pam at K18Hair < pam@k18hair.com>
Envoyé : mardi 19 mars 2024 à 21h24
À : APPRO CENTRALE <approcentrale@cspgroupe.com>
Cc : APPRO CENTRALE <approcentrale@cspgroupe.com>
Objet : Re: COMMANDE POH240300189

4





