MATTHEW A. LESNICK (SBN 177594)
matt@lesnickprince.com
LISA R. PATEL (SBN 341574)
lpatel@lesnickprince.com
LESNICK PRINCE PAPPAS & ALVERSON LLP
315 West Ninth Street, Suite 705
Los Angeles, California 90015
Telephone: (213) 493-6496
Facsimile:  (213) 493-6596

Attorneys for Defendant K18, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSP Logistics, a French SAS Company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>K18, Inc., a Delaware Corporation,<br><br>　　　　　　　　　　　Defendant. | Case No. 4:24-cv-09143-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT K18, INC.'S MOTION FOR ANTI-SUIT INJUNCTION PROHIBITING PLAINTIFF FROM PROSECUTING DUPLICATIVE LITIGATION IN FRANCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:　May 15, 2025<br>Time:　2:00 p.m.<br>Place:　Courtroom 2 – 4th Floor |

1  Defendant K18, Inc. ("Defendant") filed a motion [Dkt. No. __] (the "Motion") for
2  an anti-suit injunction prohibiting Plaintiff CSP Logistics ("Plaintiff") from prosecuting duplicative
3  litigation in France against Defendant (the "French Litigation"). The Motion came on for hearing
4  on May 15, 2025, upon notice duly and regularly given. Appearances were made as reflected in the
5  Court's record.

6  After consideration of the Motion, including all evidence and argument submitted
7  in support of and in opposition to the Motion and the arguments of counsel at the hearing on the
8  Motion, and good cause appearing,

9  IT IS HEREBY ORDERED:

10  1.   The Motion is granted;

11  2.   Plaintiff is enjoined during the pendency of the instant action from
12  continuing to prosecute or pursue the French Litigation or any similar litigation in another forum
13  that seeks relief against Defendant based on the same allegations at issue in the present litigation.

Date: _____

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR ANTI-SUIT
INJUNCTION
CASE NO.: 4:24-cv-09143-HSG

1