1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CSP LOGISTICS | Case Nos. 4:24-cv-09143-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF CSP LOGISTICS' REQUEST FOR REMOTE ACCESS FOR CO-COUNSEL TO DEFENDANT'S MOTION FOR ANTI-SUIT INJUNCTION HEARING (as modified)** |
| v. | |
| K18, Inc., a Delaware Corporation | |
| Defendant. | |

ORDER                                           Case No.: 4:24-cv-09143-HSG

1  After consideration of Plaintiff's Motion, the Court hereby GRANTS Plaintiff's request to
2  provide remote access for Plaintiff's co-counsel to Defendant's Motion for Anti-Suit Injunction
3  hearing to be held at 2:00 p.m. on May 15, 2025 at 1301 Clay Street, Oakland, California, 94612,
4  Courtroom 2, 4th Floor. For the foregoing reasons, it is hereby ORDERED that Plaintiff's co-
5  counsel, Vanessa Benichou, Stephanie Fillom, Ann Atlan, Stavroula Kyriazis, and spectators
6  may attend the aforementioned hearing remotely via the Court's Zoom webinar.  Zoom
7  information can be accessed from the Court's webpage. The attorneys approved to appear via
8  Zoom are required to join at least 15 minutes before the hearing to check-in with the CRD.

**IT IS SO ORDERED.**

DATED: 5/5/2025

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES MAGISTRATE JUDGE